Peter M. K. Frost (OSB #911843)
Sangye-Ince Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphy Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Elisabeth A. Holmes (OSB #120254)
Willamette Riverkeeper
P.O. Box 293
Eugene, Oregon 97440
Tel: 541-870-7722
eli@willametteriverkeeper.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>    Defendants,<br><br>OREGON DEP'T OF FISH AND WILDLIFE,<br><br>    Defendant-Intervenor. | Case No.: 6:21-cv-34-AA<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |

In its case management order, the Court set July 9, 2021 as the deadline for Plaintiffs to file any motion to complete an administrative record. Doc. 19. Plaintiffs continue to review the

administrative record filed by Defendant National Marine Fisheries Service (NMFS) and underlying agency documents, but have not been able to finally determine whether the record is complete. Accordingly, the parties have conferred, and hereby respectfully and jointly stipulate to this schedule for any motion to complete NMFS's administrative record[1]:

On or before July 23, 2021, Plaintiffs shall file any motion to complete NMFS's administrative record. NMFS shall file a response to any motion within 14 days. Plaintiffs shall file a reply to a response to any motion within 7 days.

Date: July 9, 2021.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost (OSB #911843)
Sangye Ince-Johannsen (OSB #193827)
Elisabeth A. Holmes (OSB #120254)
Attorneys for Plaintiffs


JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief

/s/ Kaitlyn Poirier
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Fax: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants


ELLEN F. ROSENBLUM
Attorney General

/s/ Christina L. Beatty-Walters

---

[1] Defendant-Intervenor does not oppose an extension of time as to any motion to complete any of the administrative records that Defendants have filed in this case.

Parties' Joint Stipulation and [Proposed] Order re Case Schedule, No. 6:21-cv-34-AA                1

CHRISTINA L. BEATTY-WALTERS (OSB #981634)
Senior Assistant Attorney General
Department of Justice
100 S.W. Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Tina.BeattyWalters@doj.state.or.us

Attorneys for Defendant-Intervenor

Pursuant to the stipulation of the parties, IT IS SO ORDERED.


Date: July ___, 2021.        _____
                             Ann Aiken
                             United States District Judge