# EXHIBIT A

# Re: Willamette Hatcheries - Meet and Confer

From: **Peter Frost** ǀ frost@westernlaw.org

Thursday,
Sep 30,
5:49 PM

To: **Pacella, Mark (ENRD)** ǀ Mark.Pacella@usdoj.gov, **Poirier, Kaitlyn (ENRD)** ǀ Kaitlyn.Poirier@usdoj.gov, **BeattyWalters Tina** ǀ tina.beattywalters@doj.state.or.us, **Sangye Ince-Johannsen** ǀ sangyeij@westernlaw.org, **Eli Holmes** ǀ eli@willametteriverkeeper.org

Hi Mark, yes, that makes sense, we consent to a response within 30 days of the court's order if it allows discovery. Thanks, Pete.

Peter M. K. Frost
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401
541-359-3238
www.westernlaw.org

From: **Pacella** ǀ Mark.Pacella@usdoj.gov        To: **Pete Frost** ǀ frost@westernlaw.org        Thursday, Sep 30, 12:47 PM

Pete,

Thanks for the responses below.  We have one other question – could you please let us know whether you will consent to our not responding to your discovery requests until we have an order from the court on the appropriate scope of review, bearing in mind that any response by us prior to an order permitting discovery would consist of objections and not provide you with any substantive information?

Thanks,

Mark

Mark A. Pacella
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
mark.pacella@usdoj.gov
Dir: 202-514-3126 ǀ Fax: 202-305-0506