Peter M. K. Frost (OSB #911843)
Sangye Ince-Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Elisabeth A. Holmes (OSB #120254)
Willamette Riverkeeper
P.O. Box 293
Eugene, Oregon 97440
eli@willametteriverkeeper.org
Tel: 541-870-7722

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAT'L MARINE FISHERIES SERVICE et al., <br><br> Defendants, <br><br> and <br><br> OREGON DEP'T OF FISH AND WILDLIFE, <br><br> Defendant-Intervenors. | Case No. 6:21-cv-00034-AA <br><br> PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING SCOPE OF REVIEW AND AVAILABILITY OF DISCOVERY |

Plaintiffs Willamette Riverkeeper et al. ("Riverkeeper") hereby notifies the Court of the recent decision by the U.S. District Court for the District of Idaho in *WildEarth Guardians v. U.S. Forest Service*, No. 1:19-cv-00203-CWD (D. Idaho Jan. 3, 2022) (Memorandum Decision and Order) (attached as Exhibit A). The order concerns the scope of review and availability of discovery for claims brought under the Endangered Species Act ("ESA") citizen suit provision—issues raised in this case by Federal Defendants' Motion to Limit Review to the Administrative Record (Dkt. No. 30). The order in *WildEarth Guardians* further supports Riverkeeper's position that judicial review of Riverkeeper's ESA citizen suit claims is not limited to the administrative record and that Riverkeeper is entitled to propound discovery.

Date: January 3, 2022.            Respectfully submitted,
                                  /s/ Sangye Ince-Johannsen
                                  Sangye Ince-Johannsen (OSB #193827)
                                  Peter M. K. Frost (OSB #911843)
                                  Elisabeth A. Holmes (OSB #120254)