Peter M. K. Frost (OSB #911843)
Sangye-Ince Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
The Conservation Angler
3241 N.E. 73rd Avenue
Portland, Oregon 97213
Tel: 503-894-0439
rob@theconservationangler.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NAT'L MARINE FISHERIES SERVICE et al., <br><br> Defendants, <br><br> and <br><br> OREGON DEP'T OF FISH AND WILDLIFE, <br><br> Defendant-Intervenor. | Case No.: 6:21-cv-34-AA <br><br> **ERRATA TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND RELIEF** |

Plaintiffs Willamette Riverkeeper et al. hereby respectfully file these errata to their motion for summary judgment. ECF No. 49.

At page 37 of their motion, Plantiffs wrote: "When they do, not all are caught or collected in traps: in 2017, 1,947 summer steelhead adults remained 'unaccounted for' in the South Santiam River. NOAA AR 17983."

That is wrong in two respects. First, the correct year is 2014. Second, the correct administrative record cite is NOAA AR 17985.

Counsel for Plaintiffs apologizes for the errors.

Date: April 24, 2024.              Respectfully submitted,

                                   /s/ Peter M. K. Frost
                                   Peter M. K. Frost (OSB #911843)
                                   Sangye-Ince Johannsen (OSB #193827)
                                   Lindsey Hutchison (OSB #214690)
                                   Robert Kirschner Jr. (OSB #074399)

                                   Attorney for Plaintiffs