ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

MARK A. PACELLA, Trial Attorney (DC Bar # 470485)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3126
Fax: (202) 305-0506
E-mail: Mark.Pacella@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE et al., <br><br> *Federal Defendants*, <br><br> and <br><br> OREGON DEPARTMENT OF FISH AND WILDLIFE, <br><br> *Defendant-Intervenor*. | Case No.: 6:21-cv-34-AA <br><br> **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Local Rule 83-11(b), Federal Defendants hereby notify the Court and counsel of record that Mark A. Pacella withdraws as counsel for Federal Defendants in this matter. Federal Defendants will continue to be represented by Kieran F. O'Neil of the U.S. Department of Justice.

Dated: September 29, 2025                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief

/s/ Mark A. Pacella
MARK A. PACELLA
Trial Attorney (DC Bar No. 470485)
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-3126
Fax: (202) 305-0506
Email: Mark.Pacella@usdoj.gov

*Attorneys for Federal Defendants*