Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
454 Willamette St., Suite 218
Eugene, Oregon 97401
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 E. Burnside St.
Portland, OR 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NAT'L MARINE FISHERIES SERVICE et al., <br><br> Defendants, <br><br> and <br><br> OREGON DEP'T OF FISH AND WILDLIFE, <br><br> Defendant-Intervenor. | Case No.: 6:21-cv-34-AA <br><br> **PLAINTIFFS' AND DEFENDANT-INTERVENOR'S JOINT STATUS REPORT** |

Pursuant to the Court's Order of October 17, 2025 (ECF No. 88), Plaintiffs Willamette Riverkeeper *et al.* and Defendant-Intervenor Oregon Department of Fish and Wildlife hereby respectfully file this joint status report.

Plaintiffs and Defendant-Intervenor participated in a judicial settlement conference with U.S. Magistrate Judge Mark D. Clarke on October 9, 2025 (ECF No. 87). The case did not settle but settlement discussions between Plaintiffs and Defendant-Intervenor are ongoing.

Judge Clarke ordered Plaintiffs and Defendant-Intervenor to meet and confer about issues discussed during the settlement conference by October 24, 2025 and to report the outcome of that meeting to Judge Clarke's chambers within 48 hours of its conclusion (ECF No. 87). Judge Clarke extended the period for holding this meeting. Plaintiffs and Defendant-Intervenor are scheduled to have this meeting on November 10, 2025.

Per Judge Clarke's order, if settlement seems possible after this meeting, another settlement conference with Judge Clarke will be scheduled as soon as possible (ECF No. 87). If settlement does not seem possible after this meeting, the parties expect to confer on a remedy briefing schedule and submit it to the Court for review.

Plaintiffs and Defendant-Intervenor request that the Court continue the stay of proceedings in this case for an additional 30 days, and require a joint status report from Plaintiffs and Defendant-Intervenor regarding the status of settlement negotiations on or before December 6, 2025.

Date: November 7, 2025.            Respectfully submitted,

/s/ Robert Kirschner Jr.
Robert Kirschner Jr. (OSB #074399)
Peter M. K. Frost (OSB #911843)
Lindsey Hutchison (OSB #214690)
Attorneys for Plaintiffs

/s/ Deanna Chang
Deanna Chang (OSB #192202)
Oregon Department of Justice
100 SW Market Street

Portland, OR 97201
Phone: (971) 673-1880
Fax: (971) 673-5000
Attorney for Defendant-Intervenor