Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
454 Willamette Street #218
Eugene, Oregon 97401
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 E. Burnside St.
Portland, OR 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NAT'L MARINE FISHERIES SERVICE et al.,<br><br>    Defendants,<br><br>and<br><br>OREGON DEP'T OF FISH AND WILDLIFE,<br><br>    Defendant-Intervenor. | Case No.: 6:21-cv-34-AA<br><br>**STIPULATED BRIEFING SCHEDULE** |

Plaintiffs Willamette Riverkeeper *et al.*, Federal Defendant National Marine Fisheries Service ("NMFS"), and Defendant-Intervenor Oregon Department of Fish and Wildlife ("ODFW") hereby stipulate to the terms and deadlines outlined below regarding case management. The parties respectfully request that the Court enter an order adopting this stipulation.

## STIPULATION

The parties agree that the following briefing schedule will be used to resolve remedy:

1. January 30, 2026 – Plaintiffs will file their brief on remedy.
2. February 27, 2026 – NMFS and ODFW will file their response briefs on remedy.
3. March 27, 2026 – Plaintiffs will file their reply to the response briefs.

The parties recommend and stipulate that this Stipulated Briefing Schedule obviates the need to file a Joint Status Report on December 8, 2025.

Date: December 8, 2025.    Respectfully submitted,

/s/ Robert Kirschner Jr.
Robert Kirschner Jr. (OSB #074399)
Peter M. K. Frost (OSB #911843)
Lindsey Hutchison (OSB #214690)
Attorneys for Plaintiffs

/s/ Kieran F. O'Neil
Kieran F. O'Neil
Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 598-0409
Fax: (202) 305-0275
Email: Kieran.O'Neil@usdoj.gov
Attorney for Federal Defendants

/s/ Deanna Chang
Deanna Chang (OSB #192202)
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-1880
Fax: (971) 673-5000
Email: deanna.j.chang@doj.oregon.gov
Attorney for Defendant-Intervenor