Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
454 Willamette St. #218
Eugene, OR 97401
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 E. Burnside St.
Portland, OR 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NAT'L MARINE FISHERIES SERVICE et al., <br><br> Defendants, <br><br> and <br><br> OREGON DEP'T OF FISH AND WILDLIFE, <br><br> Defendant-Intervenor. | Case No.: 6:21-cv-34-AA <br><br> **STIPULATED AMENDED BRIEFING SCHEDULE** |

Due to counsel's family medical circumstances, Plaintiffs Willamette Riverkeeper *et al.*, Federal Defendant National Marine Fisheries Service ("NMFS"), and Defendant-Intervenor Oregon Department of Fish and Wildlife ("ODFW") hereby stipulate to the terms and deadlines outlined below regarding case management. The parties respectfully request that the Court enter an order adopting this stipulation.

## STIPULATION

The parties agree that the following amended briefing schedule will be used to resolve remedy:

1. February 6, 2026 – Plaintiffs will file their brief on remedy.

2. March 13, 2026 – NMFS and ODFW will file their response briefs on remedy.

3. April 10, 2026 – Plaintiffs will file their reply to the response briefs.

Date: January 28, 2025.    Respectfully submitted,

/s/ Robert Kirschner Jr.
Robert Kirschner Jr. (OSB #074399)
Peter M. K. Frost (OSB #911843)
Lindsey Hutchison (OSB #214690)
Attorneys for Plaintiffs

/s/ Kieran F. O'Neil
Kieran F. O'Neil
Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 598-0409
Fax: (202) 305-0275
Email: Kieran.O'Neil@usdoj.gov
Attorney for Federal Defendants

/s/ Deanna Chang
Deanna Chang (OSB #192202)
Oregon Department of Justice

        100 SW Market Street
        Portland, OR 97201
        Phone: (971) 673-1880
        Fax: (971) 673-5000
        Email: deanna.j.chang@doj.oregon.gov
        Attorney for Defendant-Intervenor