Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 East Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., | Case No.: 6:21-cv-34-AA |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR RELIEF** |
| vs. | |
| NAT'L MARINE FISHERIES SERVICE et al., | |
| Defendants, | |
| and | |
| OREGON DEP'T OF FISH AND WILDLIFE, | |
| Defendant-Intervenor. | |

Table of Contents.

Table of Authorities ...................................................................................................... iii

Summary of Motion ........................................................................................................1

Background ......................................................................................................................2

A.    The UWR Winter Steelhead DPS .......................................................................2

B.    Santiam Basin Habitat.........................................................................................2

C.    Winter Steelhead in the North Santiam River.....................................................3

D.    Non-Native Hatchery Summer Steelhead............................................................4

E.    Fishing for Summer Steelhead in the UWR Basin .............................................4

F.    Genetic Introgression ..........................................................................................5

G.    The Court's Decision on the Merits.....................................................................5

Standard of Review.........................................................................................................6

Argument .........................................................................................................................7

A.    Summer Steelhead Residualize in the North Santiam and Harm Winter Steelhead............7

       1.    Harm from Residual Summer Steelhead ..................................................8

       2.    Defendants' Tagging Bias Theory is Incorrect .........................................9

       3.    Residual Summer Steelhead in the North Santiam ..................................11

B.    Summer Steelhead Compete with and Displace Winter Steelhead in the North Santiam .....

       .................................................................................................................................12

       1.    South Santiam River ................................................................................12

       2.    North Santiam River ................................................................................14

       3.    ODFW Lacks Data to Model Effects of Summer Steelhead on Productivity.............15

       4.    Exceeding Carrying Capacity is not a Prerequisite for Harm from Competition ........16

C.      Summer Steelhead in the North Santiam Likely Cause Genetic Introgression .................17

D.      Summer Steelhead are Likely Causing Irreparable Harm in the North Santiam ..............18

        1.   Status of Winter Steelhead in the UWR .......................................................................19

        2.   Status of Winter Steelhead in the North Santiam ........................................21

Conclusion .................................................................................................................................22

Table of Authorities.

Cases:

*Cottonwood Env't Law Ctr. v. U.S. Forest Serv.,*
 789 F.3d 1075 (9th Cir. 2015) ................................................................6

*Nat'l Wildlife Fed. v. Nat'l Marine Fisheries Serv.,*
 886 F.3d 803 (9th Cir. 2018) ................................................................6

*Nw. Env't Def. Ctr. v. U.S. Army Corps of Eng'rs,*
 558 F.Supp. 3d 1056 (D. Or. 2021) ......................................................6

*Nw. Env't Def. Ctr. v. U.S. Army Corps of Eng'rs,*
 479 F. Supp. 3d 1003 (D. Or. 2020) ....................................................19


Federal Register Notices:

*Endangered and Threatened Species: Listing of Several Evolutionary Significant Units (ESUs) of West Coast Steelhead,* 62 Fed. Reg. 43,937, 43,945 (Aug. 18. 1997) .............................19

*Endangered and Threatened Species: Threatened Status for Two ESUs of Steelhead in Washington and Oregon*, 64 Fed. Reg. 14,517 (March 25, 1999).......................................2


Miscellaneous:

L.R. 7-1(a)(1)(A) ...........................................................................................1

Pursuant to the Court's Order of January 29, 2026 (ECF No. 95), Plaintiffs Willamette Riverkeeper et al. ("Riverkeeper") hereby respectfully file this motion for relief. Pursuant to L.R. 7-1(a)(1)(A), counsel for Riverkeeper certifies the parties made good faith efforts by telephone conferences to resolve this conflict, but were unable to do so.

Summary of Motion.

Winter steelhead in the Upper Willamette River ("UWR") basin are on the brink of extinction. Last year, 4,560 adult winter steelhead were counted ascending Willamette Falls, but up to one-third of those fish may have been non-native. Ex. 30 at 5; Declaration of John McMillan ¶¶ 41-42 (filed herewith). And when native adult winter steelhead listed as threatened under the Endangered Species Act ("ESA") return to habitat in the Santiam River basin, they face genetic introgression from non-native summer steelhead introduced into the basin solely to create an opportunity for recreational fishing that historically never existed. Further, the offspring of these native adult winter steelhead face competition and displacement from their habitat caused by large releases of summer steelhead.

Roughly one year ago, the Court ruled that aspects of the Biological Opinion ("BiOp") prepared by Defendant National Marine Fisheries Service ("NMFS") to evaluate whether releases of summer steelhead jeopardize winter steelhead are unlawful, and granted the parties leave to file additional briefing as to the appropriate remedy. Opinion and Order, January 21, 2025 (ECF No. 71). Riverkeeper has considered a suite of potential remedies, aided by the settlement negotiations conducted by Magistrate Judge Clarke.

As a result, for tailored relief in this case, Riverkeeper respectfully requests that the Court order cessation of summer steelhead releases into the North Santiam River in the period before NMFS prepares any new BiOp, and the Court determines the agency's analysis is lawful. Such relief would provide interim protection for winter steelhead in the relatively cleaner river in the Santiam River basin; would allow continued collection of summer steelhead adults, propagation of eggs, and release of hatchery summer steelhead smolts at the South Santiam Hatchery, where

these activities historically and continue to occur; and would allow continued releases of and fishing for summer steelhead in the South Santiam, Middle Fork Willamette, and McKenzie Rivers, where fishing demand is by far the greatest.

Background.

A.    The UWR Winter Steelhead DPS.

As the Court is aware, this case concerns winter steelhead in the UWR basin that comprise a distinct population segment ("DPS") of steelhead listed as threatened under the ESA. *Threatened Status for Two ESUs of Steelhead in Washington and Oregon,* 64 Fed. Reg. 14,517, 14,521 (March 25, 1999) (originally designated as an "evolutionarily significant unit."). Four independent populations of winter steelhead exist in the UWR basin: in the Molalla, North Santiam, South Santiam, and Calapooia Rivers. NOAA AR 2030. Among the four populations, the greatest percentage of winter steelhead (=70%) inhabit the Santiam basin. NOAA AR 10954.[1] The winter steelhead populations in the North and South Santiam Rivers are "core" and "genetic legacy" populations: A "core" population "historically represented the centers of abundance and productivity for a major population group," while a "genetic legacy" population "exhibit[s] important life history characteristics no longer found throughout the" listed area. NOAA AR 4257.

B.    Santiam Basin Habitat.

Although habitat for winter steelhead in the North and South Santiam Rivers are both degraded, the habitat in the North Santiam River is comparatively cleaner, with fewer stream

---

[1]    Among the four river basins, conditions are very poor for the 30% of winter steelhead in the DPS that inhabit the Molalla and Calapooia. For the Molalla, the UWR Recovery Plan for Chinook Salmon and Winter Steelhead identifies "[h]igh erosion and destabilizied streambanks [that] release excessive sediments, causing turbid water and silt deposits that harm aquatic life and violate water quality standards." NOAA SUP AR 658-59. For the Calapooia, there are similar impacts, as well as "numerous unscreened small diversions" that impair winter steelhead habitat. *Id*. at 680. Indeed, winter steelhead in the Calapooia River have a greater than 99% probability of quasi-extinction within 100 years of 2019. NOAA AR 2038.

courses designated as "water quality limited." NOAA AR 2055, Further, the North Santiam is less vulernable to climate change. NOAA AR 9239, 13928. According to NMFS, the "South Santiam will degrade considerably under climate change projections . . . given the relatively lower elevation of the basin and the geology of the watershed limits the contribution of cool groundwater to stream flow."  NOAA AR 9242. By comparison, the North Santiam has "highly permeable geology with sustained baseflows." NOAA AR 9239. As a result, habitat conditions in the South Santiam are more susceptible to degradation than the North Santiam. *Id*.

C.    Winter Steelhead in the North Santiam River.

Winter steelhed spawn in the mainstem North Santiam River below Big Cliff Dam and in several tributaries. NOAA AR 2109, 7921, 13919. Approximately 722-1752 winter steelhead spawn in the river each year, although many of these fish are summer-winter steelhead hybrids and feral remnants of the former winter steelhead hatchery program that do not share the genetic legacy of the species. McMillan Decl. ¶¶ 41-42; Ex. 28 at 189; Ex. 29. The highest winter steelhead redd density in the North Santiam basin is from Rock Creek upstream to the Minto Fish Facility, which is about 4.5 miles downstream of Big Cliff Dam. NOAA AR 7921.

In 2011, NMFS and Defendant-Intervenor Oregon Department of Fish and Wildlife ("ODFW") issued a Recovery Plan for UWR steelhead specifying "limiting factors/threats" to their survival and recovery. NOAA AR SUP 98–460. In the North Santiam River, a "key" factor/threat is blocked passage due to dams, and "secondary" factors/threats include poor habitat downstream, including elevated water temperatures, competition with residual summer steelhead, and summer steelhead spawning in the wild. NOAA AR SUP 664, 669.

Summer steelhead also spawn in the North Santiam River. On the North Santiam River, there are fish counting stations at Lower and Upper Bennett Dams on either side of Stayton Island near Stayton, and a fish collection facility at the Minto Fish Facility. NOAA AR 2157. The BiOp states for 2016 to 2018, 752, 52, and 199 summer steelhead were counted at the Bennett Dams and not collected at Minto. NOAA AR 2157. In 2004, NMFS found "[t]he North

Santiam River had the highest densities of summer steelhead redds observed in any of the winter steelhead populations in the ESU." USACE AR 677.

D.    <u>Non-Native Hatchery Summer Steelhead.</u>

The approved Hatchery and Genetic Management Plan ("HGMP") evaluated in the BiOp authorizes ODFW to release 242,000 non-native summer steelhead into the Santiam River basin each spring. NOAA AR 6592. However, between 2020-2024, ODFW released an annual average of 219,180 summer steelhead into the basin. McMillan Decl. ¶¶ 16, 19. It is undisputed many of these hatchery fish "residualize" after release, meaning they may "revert entirely to freshwater" for the remainder of their lives, or they may smolt (go to the ocean) after "several months or years" of rearing in freshwater. NOAA AR SUP 1606. Whether these summer steelhead revert entirely to freshwater, or smolt after "several months or years" of rearing (up to 2 years, NOAA AR 2031), the best available science shows these fish compete with and displace winter steelhead in the North Santiam and South Santiam Rivers. *See* McMillan Decl. ¶¶ 22-34.

E.    <u>Fishing for Summer Steelhead in the UWR Basin.</u>

ODFW breeds summer steelhead at the South Santiam hatchery for release into a number of rivers in the UWR basin to create fishing opportunities, including outside of the winter steelhead DPS. NOAA AR 2099, 4344. Data on summer steelhead catch show that only a small percentage of these fish are caught in the North Santiam River: merely seven (7%) percent of all summer steelhead in the UWR as a whole. McMillan Decl. ¶¶ 52-54; Ex. 36 at 4; Ex. 37 at 4; Ex. 38 at 4; Ex. 39 at 4; Ex. 40 at 8-9. By contrast, the remaining ninety-three (93%) percent of summer steelhead caught in the UWR basin are caught in other rivers, including the Main Santiam River (4%), the South Santiam River (25%), the McKenzie River (28%), and the Middle Fork Willamette River (35%). McMillan Decl. ¶ 54. Based on the last five years of reported data (2020-2024), anglers caught an average of 115 summer steelhead per year from the North Santiam River, with less than 50 caught per year in four of those years. *Id*. at ¶ 52; Ex. 36 at 4; Ex. 37 at 4; Ex. 38 at 4; Ex. 39 at 4; Ex. 40 at 8. By comparison, anglers caught an annual

average of 421, 463, and 595 summer steelhead from the South Santiam River, McKenzie River, and Middle Fork Willamette River, respectively. *Id.*; Ex. 40 at 8-9.

F.    Genetic Introgression.

The best available science demonstrates two key points about UWR steelhead genetics: first, non-native summer steelhead genes persist in winter steelhead populations; and second, few pure native winter steelhead exist in the North Santiam River. For example, Johnson et al. (2013) analyzed genetic data from UWR basin steelhead and found 11.1% of juvenile steelhead emigrating from the North Santiam were genetic "hybrids," suggesting they were offspring of native winter and introduced summer steelhead adults or descendants of such offspring. NOAA AR 12973. Later, Johnson et al. (2018) found 51.3% of unclipped steelhead captured at Willamette Falls were of pure, native winter steelhead ancestry; the rest were summer steelhead, feral hatchery winter steelhead, or summer-winter steelhead hybrids. NOAA AR 6586. Most recently, Johnson et al. (2021) found 8% and 50% of steelhead sampled below dams on the North Santiam and South Santiam were pure native winter steelhead, respectively. Ex. 33 at 8.

G.    The Court's Decision on the Merits.

The Court held that the BiOp is arbitrary and capricious for five independent reasons. First, the BiOp does not appropriately consider the effects of degraded habitat on winter steelhead eggs. ECF No. 71 at 29. Second, the conclusion in the BiOp that summer steelhead have "low" competition effects on winter steelhead is not supported by evidence. *Id.* at 46. Third, the BiOp fails to consider summer steelhead displacing winter steelhead as an important aspect of the problem, despite all displacement factors being present. *Id.* at 51. Fourth, the BiOp does not consider the effects of climate change on winter steelhead on top of the effects of releasing hatchery summer steelhead into the same habitat effects. *Id.* at 53. Fifth, the BiOp does not show that gene flow is or can be accurately calculated to be under 2% as necessary to avoid jeopardy and, therefore, the no-jeopardy determination based on that data is arbitrary and capricious. *Id.* at 64.

Standard of Review.

Generally, a plaintiff seeking an injunction must show: (1) it has suffered an irreparable injury; (2) remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) the public interest would not be disserved by a permanent injunction. *Cottonwood Env't Law Ctr. v. U.S. Forest Serv.*, 789 F.3d 1075, 1088 (9th Cir. 2015). However, in cases involving claims under the ESA, "the ESA removes the latter three factors in the four-factor injunctive relief test from our equitable discretion. When considering an injunction under the ESA, we presume that remedies at law are inadequate, that the balance of interests weighs in favor of protecting endangered species, and that the public interest would not be disserved by an injunction." *Nat'l Wildlife Fed. v. Nat'l Marine Fisheries Serv.*, 886 F.3d 803, 817 (9th. Cir. 2018).

The ESA does not, however, "presume the prospect of irreparable injury where there has been a procedural violation in ESA cases." *Cottonwood Env't Law Ctr.*, 789 F.3d at 1091. Instead, where, as here, Riverkeeper seeks an interim injunction after prevailing on the merits, its request for an injunction is "not preliminary in the conventional sense because the Court has already decided the merits of this case. The relief sought, however, is also not permanent in the conventional sense because it may be lifted after Defendants issue a new biological opinion." *Nw. Env't Def. Ctr. v. U.S. Army Corps of Eng'rs*, 558 F.Supp.3d 1056, 1062 (D. Or. 2021). Accordingly, "the first prong of the [permanent] injunction test should be modified to match the analogous prong in the preliminary injunction test," such that "[P]laintiffs must show that they are 'likely to suffer irreparable harm in the absence of preliminary relief.'" *Id*. The Ninth Circuit has held that proving the prospect of likely irreparable harm under the ESA should not be "onerous." *Cottonwood Env't Law Ctr.*, 789 F.3d at 1091.

Argument.

Based on the best available science, and data below, Riverkeeper surpasses its evidentiary burden of proving that releases of summer steelhead into the North Santiam River cause the likelihood of irreparable harm in the absence of the relief Riverkeeper requests.

A.     <u>Summer Steelhead Residualize in the North Santiam and Harm Winter Steelhead</u>.

Residual steelhead are steelhead that permanently or temporarily forgo anadromy. NOAA AR 2090-91, 2100; Ex. 12 at 1. Residualization is primarily caused by two biological processes: (1) early sexual maturation; and (2) failure to initiate smoltification. McMillan Decl. ¶ 12; Ex. 10 at 13-15; Ex. 22 at 23. Body size and condition primarily influence these processes, which for hatchery steelhead reflects rearing conditions in a hatchery (*e.g.*, rearing density, growth rates) and for wild fish reflects rearing conditions in the river. Decl. ¶ 12; Ex. 11 at 15. The frequency at which steelhead residualize (the "residualization rate") represents a population-wide expression of these environmental factors. McMillan Decl. ¶ 12.

Kostow (2009) noted that residual hatchery steelhead are a "serious problem" for wild steelhead.[2] Ex. 9 at 12. Typically, wild steelhead productivity is negatively correlated with hatchery steelhead abundance. McMillan Decl. ¶ 36; Ex. 24 at 8; Ex. 4 at 15 ("The addition of large numbers of hatchery fish to a wild population that has declined due to degraded habitat, regardless of the intention of managers, would further depress the productivity of the wild population by introducing greater density-dependent effects."). These impacts increase the longer that hatchery steelhead occur in wild steelhead habitat. McMillan Decl. ¶ 8; Ex. 7 at 9; Ex. 9 at 12. Residual hatchery steelhead cause prolonged impacts to wild steelhead because they remain in rivers for months to years whereas hatchery smolts leave within days to weeks of their

---

[2]   Usually, hatchery salmonids are problematic for wild salmonids. Ex. 2 at 1 (McMillan et al. (2023) found that out of 206 peer-reviewed scientific publications on the issue, 83% reported that hatchery salmonids cause adverse to minimally adverse effects on wild salmonids); *see also* Ex. 3 at 1 (Araki and Schmid (2011) found that out of 266 peer-reviewed publications on this issue, nearly all reported that hatchery salmonids cause negative effects on wild salmonids).

release.[3] McMillan Decl. ¶ 8. Additionally, residual steelhead are larger and more aggressive, which "likely intensif[ies] their per-capita impact on wild populations." Ex. 12 at 1.

Among other harms, residual hatchery steelhead compete with wild steelhead for food and space. McMillan Decl. at ¶ 9; Ex. 5 at 6. Research shows that individual wild steelhead grow less when hatchery steelhead are present, which reduces wild steelhead survival. *See e.g.*, *id.* When too few individuals survive, population growth (i.e., "productivity") declines or remains depressed. McMillan Decl. ¶ 35.

The Recovery Plan identifies competition with residual summer steelhead as a limiting factor to the recovery of winter steelhead in the North Santiam. NOAA AR SUP 664, 669, 672. As demonstrated below, residual summer steelhead are competing with and likely displacing members of this important population, which is nowhere near recovery, nor trending that way.

      1.    <u>Harm from Residual Summer Steelhead.</u>

The only published residualization rate for summer steelhead in the winter steelhead ESU is Harnish et al. (2015), a study commissioned by the Corps of Engineers to evaluate residual summer steelhead impacts on winter steelhead in the South Santiam. NOAA AR SUP 1563-1614. The researchers used two methods to assess these impacts: (1) inserting radio tags into some summer steelhead in the hatchery (i.e., "tagging"); and (2) snorkeling in the river to observe tagged and untagged summer steelhead. NOAA AR SUP 1568. To calculate the residualization rate, the researchers divided the number of tagged summer steelhead that exited the hatchery and were still alive in the South Santiam River three months later by the total

---

[3] NMFS did not factor in residual summer steelhead impacts in its Predator-Competition-Disease ("PCD") model because it incorrectly assumed that summer steelhead and winter steelhead interact for only four days. NOAA AR 2171, 2175. However, as Harnish demonstrates, residual summer steelhead compete with winter steelhead for at least several months, if not longer. NOAA AR SUP 1569. Therefore, releasing summer steelhead likely results in a greater loss than 34 adult winter steelhead, which is what the PCD model predicted, based largely on just four days of competition with out-migrating summer steelhead smolts. NOAA AR 2178.

number of tagged summer steelhead that exited the hatchery (i.e., 21 out of 164 fish).[4] *Id.* at 1569. Based on that calculation, the researchers determined that the "absolute minimum residualization rate" for tagged summer steelhead was 12.8%. *Id*.

By multiplying that residualization rate (i.e., 12.8%) by the total number of summer steelhead released (i.e., tagged and untagged fish) into the South Santiam, Harnish found that 23,616 summer steelhead residualized in the river in 2014. *Id.* at 1607. The researchers also confirmed during snorkel surveys that large numbers of untagged summer steelhead residualized in the river. *Id*. at 1608. Applying the "absolute minimum" residualism rate in Harnish to annual average summer steelhead releases of 101,631 into the North Santiam from 2020 to 2024, that means an average of 15,046 summer steelhead residualized in the river each year. McMillan Decl. ¶ 16; Ex. 15 at 70; Ex. 16 at 69; Ex. 17 at 76; Ex. 18 at 74; Ex. 19 at 77.

        2.   <u>Defendants' Tagging Bias Theory is Incorrect</u>.

During the parties' cross-motions for summary judgment, NMFS and ODFW asserted the 12.8% residualization rate is too high because of an alleged tagging bias. ECF No. 58 at 32-2; ECF No. 59 at 18. They noted Harnish commented "it was possible" that tagging affected residualization because 17.6% of tagged summer steelhead did not exit the hatchery whereas only ~ 1% of untagged summer steelhead did the same. *Id*. As a result, they asserted that applying the 12.8% rate to all summer steelhead "may" allegedly overestimate the total number of residual summer steelhead in the river. ECF No. 58 at 33 (quoting NOAA AR SUP 1718).

The agencies' challenges are misplaced for four reasons. First, Harnish took appropriate steps to ensure the residualization rate was not biased by tagging. McMillan Decl. ¶ 15a.

---

[4]  Counting only tagged summer steelhead that were still alive several months after their release likely caused Harnish to underestimate the impact of residual summer steelhead on winter steelhead. McMillan Decl. ¶ 27. Specifically, summer steelhead that fail to migrate but still live for a few weeks to a few months still have significant impacts on winter steelhead because spring is a critical feeding period for juvenile winter steelhead. *Id.* However, Harnish factored in to their assessment residual summer steelhead that were still alive in June and July. As a result, Harnish likely underestimated the impact of releasing summer steelhead on winter steelhead.

Specifically, they removed the 17.6% of tagged summer steelhead that did not exit the hatchery from the residualization rate calculation, which, if they had not done, may have biased the result. *Id.*; NOAA AR SUP 1569. Excluding tagged summer steelhead was appropriate because tagged fish are intended to represent the larger untagged population, and those tagged summer steelhead did not do so. McMillan Decl. ¶ 15a. However, the other 82.4% of tagged summer steelhead that exited the hatchery in fact represented the ~99% of untagged summer steelhead that also exited the hatchery, and Harnish used only those 82.4% of tagged summer steelhead to calculate residualization rates. *Id.*; NOAA AR SUP 1569. Their findings are not biased in this respect. McMillan Decl. ¶ 15a.

Second, neither NMFS, ODFW, nor Harnish cite any scientific literature that indicates that following the steps above did not cure the residualization rate estimate of potential bias. *Id*. at ¶ 15c (summarizing several studies that show tagging does not affect residualization). To Riverkeeper's knowledge, the best available science does not support throwing the proverbial baby out with the bathwater in this respect.

Third, Harnish confirmed during snorkel surveys that large numbers of untagged summer steelhead also residualized, which indicates that hatchery conditions – not tagging – caused residualization. *Id*. at ¶ 15b; NOAA AR SUP 1608. Indeed, if the opposite were true, they would have documented far fewer untagged residual summer steelhead. McMillan Dec. ¶ 15b.

Fourth, the 12.8% residualization rate is consistent with residualization rates in other studies in other similar river basins, with similar conditions (i.e., release of hatchery smolts at the upper end of anadromy), which further indicates that hatchery conditions explain the results in Harnish, not how releases are tagged. For example, a meta-analysis of 48 residualization rate estimates from 16 studies found rates range from 0% to 17%, which 12.8% falls squarely within. *Id.* at ¶ 15d; Ex. 12 at 2. Other studies found hatchery steelhead residualization rates of 14%, 19.8%, and 65.5%. McMillan Decl. ¶ 13; Ex. 8 at 5; Ex. 13 at 3; Ex. 14 at 2; see Ex. 5 at 11

(summarizing residualization rate findings in Exs. 13-14). Therefore, the 12.8% residualization rate is within a normal range.

      3.    <u>Residual Summer Steelhead in the North Santiam.</u>

Estimating summer steelhead residualization in the North Santiam is somewhat more complex. Unlike summer steelhead in the South Santiam, which are all reared at the South Santiam Hatchery, USACE AR 6626, ODFW uses various hatcheries to rear North Santiam summer steelhead: the South Santiam, Roaring River, and Willamette Hatcheries. USACE AR 6649-50. Accordingly, the same conditions that cause at least 12.8% residualization rate for summer steelhead reared at the South Santiam Hatchery may not exactly occur among summer steelhead raised at other hatcheries and released into the North Santiam. McMillan Decl. ¶ 18. As an example, the summer steelhead reared at the Roaring River Hatchery and released into the North Santiam may have a lower, or may have a higher, residualization rate. *Id*.

Accordingly, Riverkeeper uses three different residualization rates to estimate the number of residual summer steelhead in the North Santiam River: (1) 12.8% (because some fish have been reared at the South Santiam Hatchery, USACE AR 6649-50); (2) 9.9% (because NMFS asserts that "residualism rates for hatchery summer steelhead is [*sic*] probably less than 10%," NOAA AR 2152); and (3) 5.6% (because ODFW apparently prefers that rate, ECF No. 59 at 18). Based on these rates and the 5-year (2020-2024) average number of summer steelhead released into the North Santiam, the total number of residual summer steelhead residualizing in the North Santiam each year is 13,009, 10,061, or 5,691 fish. McMillan Decl. ¶¶ 19-21.

In other words, ODFW is releasing 5,691 to 13,009 proverbial mouths for the habitat to feed without knowing whether the habitat can do so, because, to Riverkeepers' knowledge, neither ODFW nor NMFS has answered that question, ECF No. 71 at 45-46, even though ODFW has known since at least 1992 that summer steelhead may cause negative impacts on winter steelhead. Ex. 26 at 65 (ODFW listing as "actions" to include investigating the potential impact of summer steelhead on winter steelhead and making any changes necessary to protect the

genetic integrity and natural production of winter steelhead). In any event, the best available science shows that wild steelhead grow less when hatchery steelhead are present, regardless of whether carrying capacity has been exceeded. McMillan Decl. ¶ 31, Ex. 5 at 6; Ex. 23 at 7-9. The BiOp indicates these harms are likely to occur immediately downstream of the Minto Fish Facility, where winter steelhead are present. NOAA AR 2179.

B.   <u>Summer Steelhead Compete with and Displace Winter Steelhead in the North Santiam</u>.

The best available scientific data show that releasing summer steelhead into North Santiam River is likely to continue irreparably harming winter steelhead in two ways: first, by summer steelhead competing with winter steelhead for food and space; and, second, by summer steelhead displacing winter steelhead from their rearing habitat.

1.   <u>South Santiam River.</u>

The data in Harnish show that releasing summer steelhead into the South Santiam likely harms winter steelhead via competition and displacement. Specifically, the data show that: (1) residual summer steelhead occur in winter steelhead habitat; (2) residual summer steelhead dominate interactions with smaller winter steelhead (showing evidence of competition); and (3) more residual summer steelhead occur in better habitat[5] and more winter steelhead occur in worse habitat (showing evidence of likely displacement). NOAA AR SUP 1603-05. In fact, the competition was so intense that the researchers reported "a potential mesohabitat-scale displacement of [winter steelhead] by residual [summer steelhead] …" which "could negatively affect the wild population." *Id.* at 1604-05.

The data on wild steelhead and in Harnish speak for themselves: they show summer steelhead are in fact likely displacing winter steelhead. Indeed, wild steelhead that hatch in good habitat do not leave it for worse habitat unless they are forced out. McMillan Decl. at ¶ 34. The

---

[5]   NMFS describes the habitat below dams on the South Santiam and North Santiam as "degraded" and, therefore, there is no good habitat to support both residual summer steelhead and winter steelhead. NOAA AR 13928. As a result, winter steelhead are forced to compete with residual summer steelhead in compromised habitat.

best habitat in the South Santiam is within 10 km downstream of Foster Dam, which is where winter steelhead spawn and summer steelhead are released. NOAA AR SUP 1569; NOAA AR 10957 & 10976 (explaining that winter steelhead "[r]edd density was highest in the survey section directly below Foster Dam, near the South Santiam Hatchery."). The data show that more hatchery fish are in the better habitat upstream, near the hatchery, and more wild fish are in "suboptimal" habitat downstream of the hatchery. NOAA AR SUP 1569.



**Figure 3.10.** Regression Lines Describing the Relationship Between CPUE (Fish Observed per Observer Minute) and Distance from the South Santiam Hatchery for Hatchery-Reared and Naturally Produced (i.e., Wild) *O. mykiss*.

NOAA AR SUP 1560. If summer steelhead were not displacing winter steelhead, the trend line for wild steelhead would slope downward, not upward, moving downstream from the hatchery. McMillan Decl. ¶ 35. The researchers' restrained interpretation of the data cannot change what they show: summer steelhead are likely displacing winter steelhead in the South Santiam. *Id.*

The same conditions that caused the competition and displacement observed in Harnish continue and, therefore, releasing summer steelhead into the South Santiam is likely to continue causing the same harm (*e.g.*, pushing winter steelhead into worse habitat). For example, ODFW releases summer steelhead into the South Santiam when they are 180 mm long, USACE AR 6646, which falls within 150-300 mm size range of summer steelhead that Harnish observed,

NOAA AR SUP 1604. Therefore, large numbers of residual summer steelhead are still being released into the river, making it likely that summer steelhead are continuing to compete with and displace winter steelhead in the South Santiam. McMillan Decl. ¶ 31.

  2. <u>North Santiam River.</u>

  To Riverkeepers' knowledge, neither ODFW nor NMFS has published any studies on summer steelhead competing with or displacing winter steelhead in the North Santiam. However, both adverse effects are likely occurring because all four competition and displacement factors are present in the North Santiam: (1) overlap in space; (2) overlap in time; (3) large hatchery release, and (4) larger hatchery fish. McMillan Decl. ¶¶ 22, 24, 26-31.

  First, residual summer steelhead and winter steelhead likely overlap in space in the North Santiam. *Id.* at ¶ 24. Winter steelhead spawn near Minto, NOAA AR 2109, 13919, which is where ODFW releases summer steelhead into the North Santiam. USACE AR 6626. The offspring of winter steelhead that spawn in that area likely rear in that area, because wild steelhead usually rear within 1 kilometer of where they hatch. McMillan Decl. ¶ 24; Ex. 20 at 5-8; Ex. 21 at 23. Hatchery residual steelhead typically rear near hatcheries, although they may also rear downstream of their release points. *Id.*; Ex. 20 at 5-8. Not surprisingly, the BiOp explains that "greatest ecological interactions" between newly-released hatchery summer steelhead and emergent winter steelhead are immediately downstream of the Minto Fish release facility. NOAA AR 2179. The best available scientific data show that residual summer steelhead and winter steelhead overlap in space in the North Santiam.

  Second, residual summer steelhead and winter steelhead likely overlap in time on the North Santiam. ODFW releases summer steelhead smolts in April, USACE AR 6648, and, as noted, residual steelhead remain in rivers for several months to years. Ex. 7 at 4. Winter steelhead emerge from their gravel nests (redds) from April to July, NOAA AR 4354, and most remain in the river for one or more years before migrating to the ocean, NOAA AR 2031,

although some may rear for up to seven years in freshwater. NOAA AR 1033. Therefore, winter steelhead and residual summer steelhead overlap in time.

Third, as noted, an estimated 5,691 to 13,009 summer steelhead likely residualize in the North Santiam each year. *See* McMillan Decl. ¶¶ 19-21.

Fourth, based on ODFW's hatchery release data, summer steelhead released into the North Santiam are likely the same size (i.e., 180 mm) as the residual summer steelhead observed in Harnish, which competed with and displaced winter steelhead. USACE AR 6646 (indicating that the release goal of 4.5 fish per pound is equivalent to individual steelhead lengths of 180 mm); McMillan Decl. ¶ 29. Therefore, North Santiam summer steelhead likely have a competitive size advantage over North Santiam winter steelhead. *Id.* at ¶ 31.

Because all four competition and displacement factors occur in the North Santiam, releasing summer steelhead into the North Santiam is likely causing significant irreparable harm to winter steelhead via competition and displacement. *Id.*

3.    <u>ODFW Lacks Data to Model Effects of Summer Steelhead on Productivity.</u>

ODFW may assert modeling results that allegedly show that releasing summer steelhead has no effect on winter steelhead productivity whatsoever. The Court should reject those results because ODFW does not have the data required to model these effects.

To model the effects of summer steelhead releases on winter steelhead productivity, ODFW would need at least the following data: (1) North Santiam and South Santiam wild winter steelhead abundance data from a sufficient number of years leading up to, and all the years following, the start of the summer steelhead program; and (2) the number of summer steelhead annually released into the North Santiam and South Santiam starting from the first year the program was implemented. McMillan Decl. ¶ 38; Ex. 25 at 3-5. These data are necessary because: (1) wild steelhead productivity has been shown to decrease soon after hatchery programs start and remain at depressed levels; and (2) contrast in annual hatchery release

numbers and wild steelhead abundance reveals how adjusting hatchery release numbers may affect wild steelhead productivity. *Id.*

To Riverkeepers' knowledge, ODFW has summer steelhead release data that goes back to 1976, but it is missing much of other necessary data to model the effects of summer steelhead releases on winter steelhead. For example, ODFW does not appear to have annual estimates of wild North Santiam winter steelhead abundance in the 1940-50s, which would provide some baseline wild winter steelhead productivity data. McMillan Decl. ¶ 38, Ex. 26 at 58. Nor does ODFW appear to have summer steelhead release data for the first seven and ten years of summer steelhead releases on the South Santiam and North Santiam, respectively. *Id.* at 53 (showing summer steelhead release numbers from 1976 forward but not before then).

ODFW cannot accurately model the relationship of summer steelhead releases on winter steelhead without these data. Indeed, any attempt by ODFW to model the effect of releasing summer steelhead on winter steelhead productivity using recent data (*e.g.*, 2000 forward) would only mask the more likely effect of these releases – specifically, that wild steelhead productivity declined early on during the lifetime of the summer steelhead program and has remained depressed ever since. McMillan Decl. ¶ 38.

4.    Exceeding Carrying Capacity is not a Prerequisite for Harm from Competition.

ODFW may reassert competition is not a problem because allegedly too few summer and winter steelhead are in the North Santiam to exceed carrying capacity. ECF No. 59 at 22 (citing NOAA AR 2179). ODFW's theory is wrong for two reasons. First, to Riverkeepers' knowledge, neither ODFW nor NMFS has determined the carrying capacity of the North Santiam and, therefore, any hypothesis is not supported by evidence. Second, salmonid growth slows before fish densities exceed carrying capacity and, therefore, harm via competition is likely occurring regardless of whether the carrying capacity is being exceeded. McMillan Decl. ¶ 31; *see* Ex. 23 at 7-9. Therefore, irreparable harm via competition is occurring regardless of whether this ecological threshold has been crossed or not.

C.    <u>Summer Steelhead Releases into the North Santiam Likely Cause Genetic Introgression</u>.

Releasing summer steelhead is likely to irreparably harm winter steelhead via negative genetic effects for several reasons. First, the BiOp states that "any interbreeding" would have negative effects on the winter steelhead population. NOAA AR 2099. The genetic data ODFW submitted in briefing on summary judgment shows alleged gene flow rates of 1.2% and 0.6% in the North Santiam and South Santiam winter steelhead populations, respectively. ECF No. 61-1 at 7. These gene flow rates indicate interbreeding is occurring. *Id.* Because gene flow rates are not 0%, negative genetic effects to winter steelhead are in fact occurring. NOAA AR 2099. Therefore, releasing summer steelhead is likely to continue irreparably harming winter steelhead via negative genetic effects.

Second, the best available scientific data show that few pure, native winter steelhead exist in the North Santiam and, therefore, any interbreeding with those fish carries especially high risks for that population. Ex. 33 at 8. The most recent peer-reviewed scientific publication on UWR steelhead genetics, Johnson et al. (2021),[6] found that only 8% of steelhead below dams in the North Santiam are pure native, winter steelhead. *Id.* The other 92% of steelhead in the North Santiam include non-native winter steelhead, summer steelhead, summer-winter steelhead hybrids, and other hybrids. Ex. 33 at 8. In other words, most steelhead below dams on the North Santiam do not have the wild genetics that occurred for millennia in the North Santiam, which is concerning because North Santiam winter steelhead are a "genetic legacy" population. *See* NOAA AR 4257 (BiOp explaining that "genetic legacy" populations "exhibit important life history characteristics no longer found throughout the" listed area.). Therefore, even if less gene flow is allegedly occurring, winter steelhead in the North Santiam still have very far to go in

---

[6]  Earlier research by Johnson et al. (2013) and Johnson et al. (2018) made similarly alarming findings about winter steelhead genetics. For example, Johnson et al. (2018) found that roughly half of all steelhead crossing Willamette Falls are not native winter steelhead, but rather a mix of summer steelhead, summer-winter steelhead hybrids, and non-native winter steelhead remnants of a former hatchery program. Additionally, Johnson et al. (2013) found 11.1% of steelhead in the North Santiam River were summer-winter steelhead hybrids. NOAA AR 12973.

restoring their pure, native genetics. Continuing to release summer steelhead would continue to slow that important process.

Third, interbreeding affects multiple generations of steelhead, not just one. Ex. 35 at 3. Specifically, the best available scientific data show that the offspring of wild steelhead that mated with hatchery steelhead in the wild have lower reproductive fitness and their offspring will have lower reproductive fitness as well. *Id*. The data also show that it takes five to eleven generations to shed deleterious hatchery genes from a wild population after hatchery releases terminate, which is approximately 25 to 55 years for Santiam Basin winter steelhead. McMillan Decl. ¶ 52, Ex. 34 at 1. Therefore, "any interbreeding" causes intergenerational irreparable harm.

Fourth, while the allegedly lower gene flow rates would be an improvement, NMFS did not show that these improved levels are sufficient to protect winter steelhead on top of the effects of climate change. ECF No. 71 at 53 (holding the BiOp "fails to put into the calculus the winter steelhead population numbers and assess whether they can sustain impacts from the release of hatchery summer steelhead on top of climate change effects."). The best available scientific data show that UWR steelhead are at serious risk from climate change, but NMFS did not show that winter steelhead can withstand that threat on top of any level of gene flow (*e.g.*, 1.2% or 0.6%). *See* Ex. 32 at 6 (highlighting that "steelhead in the Upper Willamette ha[ve] high exposure to increased [water] temperature during all life stages."). The Court should reject any invitation to take a leap of faith that some interbreeding is fine with climate change, especially when the BiOp admits that some interbreeding would have "a negative effect on winter steelhead productivity and diversity," NOAA AR 2099, without having considered climate change on top of those effects. ECF No. 71 at 53.

D.    Summer Steelhead are Likely Causing Irreparable Harm in the North Santiam.

The consequences of competition, displacement, and genetic introgression are especially serious considering the precarious state of UWR steelhead. McMillan Decl. ¶ 48. Because the species is in such a weakened state, it is even more likely that releasing summer steelhead into

their habitat will cause irreparable harm to both individual winter steelhead and the North Santiam and South Santiam winter steelhead populations. *Id*.

       1.    <u>Status of Winter Steelhead in the UWR.</u>

      The data show that UWR steelhead are in trouble. In fact, they are doing so poorly that NMFS considered downgrading the species status to "endangered," which would have put them on par with steelhead that occur in "extreme" environmental conditions (e.g., elevated water temperatures, droughts, floods, and fires) in Southern California. *See Nw. Envt'l Def. Ctr. v. U.S. Army Corps of Eng'rs*, 479 F. Supp. 3d 1003, 1017 (D. Or. 2020); *Endangered and Threatened Species: Listing of Several Evolutionary Significant Units (ESUs) of West Coast Steelhead*, 62 Fed. Reg. 43,937, 43,945 (Aug. 18. 1997) (listing the Southern California steelhead Distinct Population Segment as endangered). Recently, NMFS determined that UWR steelhead are at "moderate-to-high risk [of extinction], with a declining viability trend," as demonstrated in the graph below. Ex. 27 at 27; Ex. 28 at 190.



Ex. 28 at 186. By comparison, Snake River steelhead, whose members pass seven to eight dams twice during their life cycles, are at "moderate" risk of extinction. *Id.* at 91.

      The low abundance of UWR steelhead is especially worrisome considering that NMFS used inflated winter steelhead counts from Willamette Falls to evaluate the status of the species.

> Uncertainty in adult counts at Willamette Falls are a concern, given that the counts represent an upper bound on DPS abundance. Radio tagging studies suggest that a considerable portion of winter steelhead ascending Willamette Falls do not enter tributaries that are considered part of this DPS; these fish may be non-native early winter steelhead that appear to have colonized western tributaries, misidentified summer steelhead, late winter steelhead that have colonized tributaries not historically part of the DPS, or hybrids between native and non-native steelhead.

Ex. 27 at 18. ODFW's Willamette Falls counts show that early winter steelhead comprise roughly one-third of all winter steelhead crossing the falls.[7] Ex. 29. As a result, instead of 822 UWR steelhead crossing the falls in 2017, as few as 543 native winter steelhead may have distributed across the four UWR steelhead populations (North Santiam, South Santiam, Molalla, and Calapooia Rivers). *See* Ex. 29 (showing 822 total winter steelhead returning in 2017); *see also* NOAA AR 2030 (identifying the four UWR steelhead populations).

In any event, using the total winter steelhead count from Willamette Falls (i.e., non-native, early-run steelhead and native, late-run steelhead counts) still shows that UWR steelhead are nowhere close to meeting their recovery targets for abundance. Specifically, the most recent five-year (2021-2025) average count of all winter steelhead crossing Willamette Falls is 4,075 fish, which is 26% of the combined recovery target for the four UWR steelhead populations (North Santiam, South Santiam, Molalla, and Calapooia). McMillan Decl. ¶ 43; Ex. 29; Ex. 30 at 5; Ex. 28 at 189 (showing recovery abundance targets for the four UWR steelhead populations).

---

[7] From 1965 to 1999, hatchery winter steelhead from the lower Columbia River were released into the UWR. NOAA AR 2036, 10995. Today, feral remnants of that hatchery winter steelhead program are found in west-side tributaries to the Willamette River and the North Santiam, South Santiam, Molalla, and Calapooia Rivers. *See* Ex. 33 at 8. These are generally "early winter" steelhead that are genetically distinct from pure, native "late winter" steelhead. NOAA AR 10994, 2034. Hatchery winter steelhead releases into the UWR were stopped due to "poor fishery performance and potential negative impacts of the hatchery program on native stocks; the ESA listings were pending at this time." NOAA AR 10954. As explained below, ODFW has not terminated North Santiam summer steelhead releases for similar reasons (i.e., poor fishery performance and likely negative effects on winter steelhead).

2.    <u>Status of Winter Steelhead in the North Santiam</u>.

To Riverkeeper's knowledge, neither NMFS nor ODFW has published any recent population estimates for the winter steelhead in the North Santiam. However, according to NMFS, fish counts at the Lower and Upper Bennett Dams on the North Santiam are "the best measure of steelhead abundance" in the river. NOAA AR 13919; *see also id.* ("While there are steelhead spawning below Bennett, it is likely that these dam counts approximate the population run size."). ODFW stopped counting all fish at these dams in 2025.[8] Ex. 31 at 1. Based on the last five years of available dam counts (2020-2024), an average of 722 winter steelhead annually returned to the North Santiam River, which is 9% of the population's recovery target of 8,358 winter steelhead. *Id*; *see* Ex. 28 at 189 (showing recovery abundance target of 8,358 winter steelhead in the North Santiam River).

Because some winter steelhead spawn below the Bennett Dams, 722 winter steelhead represents a lower bound estimate of the population's abundance. For comparison, Riverkeeper estimates that as many as 864 to 1,752 winter steelhead may have returned in 2021-2025 based on total winter steelhead counts at Willamette Falls and fish distribution estimates from Jepson et al. (2015) and Mapes et al. (2017). Jepson et al. (2015) estimates that 21.2% and 24.1 % of winter steelhead crossing the Falls return to the North Santiam and South Santiam Rivers,

---

[8]  The incidental take statement ("ITS") in the BiOp requires ODFW to count spring Chinook at the Bennett Dams to ensure the Chinook hatchery program does not take too many wild spring Chinook for hatchery broodstock. NOAA AR 2205 ("Count salmon at Bennett Dams - In accordance with the proposed action, the Corps and ODFW shall fund and operate the fish counting stations throughout the entire spring Chinook salmon migration in the fish ladders at upper and lower Bennett dams on the North Santiam River …The purpose of this information is to estimate the number of natural origin salmon returning to this population and allowable numbers of natural-origin salmon that can be collected and integrated into the North Santiam hatchery salmon broodstock. Without run size information, impacts from hatchery broodstock integration cannot be determined."). If ODFW complied with the ITS, it would likely count the number of winter and summer steelhead returning to the North Santiam River as well, because much of the spring Chinook migration overlaps with these runs. *See* Ex. 31. Unfortunately, these data may not be available again until ODFW chooses or is forced to comply with the ITS.

respectively, NOAA AR 2134. Mapes et al. (2017) estimates that 43% and 27% of winter steelhead crossing the Falls return to the North Santiam and South Santiam Rivers, respectively. NOAA AR 10954. Therefore, based on these data, the 5-year (2021-2025) abundance estimates for the North Santiam winter steelhead population are 864-1,752 winter steelhead. McMillan Decl. ¶ 45. As a result, North Santiam winter steelhead are at approximately 9-21% of their recovery target. McMillan Decl. ¶¶ 44-5.

Conclusion.

Riverkeeper and The Conservation Anglers' members will be irreparably harmed absent an injunction on summer steelhead releases into the North Santiam in the period before NMFS prepares a new BiOp and the Court approves it as lawful. For example, Riverkeeper member Christina Eastman fished for winter steelhead but will not do so now because the species is threatened under the ESA and failing to recover due, in part, to residual summer steelhead competing with and displacing winter steelhead. ECF No. 53 ¶ 4. Similarly, The Conservation Anglers' Scientific Advisor, Bill Bakke, fished for winter steelhead in the Santiam Basin for decades, but he will not do so again until the fish recover. ECF No. 51 ¶¶ 8, 12. Unless injunctive relief is granted, winter steelhead will be even less likely to recover, and Mr. Bakke's and Mrs. Eastman's hopes to fish for winter steelhead again without fear of harming the species will slip further out of reach.

Date: February 6, 2026.                    Respectfully submitted,

/s/ Robert Kirschner Jr.
Robert Kirschner Jr. (OSB #074399)
Peter M. K. Frost (OSB #911843)
Lindsey Hutchison (OSB #214690)

Attorneys for Plaintiffs