Peter M. K. Frost (OSB #911843)
Sangye-Ince Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., | Case No.: 6:21-cv-34-AA |
| Plaintiffs, | |
| vs. | **DECLARATION OF JOHN MCMILLAN IN SUPPORT OF PLAINTIFFS' OPENING BRIEF ON REMEDY** |
| NAT'L MARINE FISHERIES SERVICE et al., | |
| Defendants, | |
| and | |
| OREGON DEP'T OF FISH AND WILDLIFE, | |
| Defendant-Intervenor. | |

I, John McMillan, hereby declare that the following is true and correct:

## PROFESSIONAL QUALIFICATIONS

1.      I am the President of The Conservation Angler, an Oregon nonprofit corporation. A true and correct copy of my curriculum vitae is attached as **Exhibit 1**.

2.      I received my Bachelor of Science degree in Hydrology and Coastal Ecology from Evergreen State University in 1998. I received my Master of Science degree in Fisheries Science from Oregon State University in 2009. I have developed a specialty in conservation issues related to salmon and steelhead biology, evolution, fisheries, hatcheries, and habitat restoration. I have 29 years of experience studying wild salmon and steelhead and their habitat in the Pacific Northwest.

3.      Before joining The Conservation Angler, I worked for the National Marine Fisheries Service Northwest Fisheries Science Center, Trout Unlimited, Wild Salmon Center, and Hoh Indian Tribe.

4.      I am knowledgeable about the effects of hatcheries on salmon, steelhead, and trout (collectively, "salmonids"). For example, I was the lead author of a study published in 2023 in the Journal of Fisheries Management and Ecology that synthesizes the peer-reviewed scientific literature on the effects of hatchery salmonids on wild salmonids. McMillan et al. (2023). My study found that out of 206 peer-reviewed scientific publications on this issue, 83% reported that hatchery salmonids have adverse to minimally adverse effects on wild salmonids. Only 3% of these publications reported beneficial effects, which are largely limited to efforts to stop impending extinction of a population or reintroduce salmonids to areas where they have been extirpated. A true and correct copy of McMillan et al. (2023) is attached as **Exhibit 2**.

5.      The findings in McMillan et al. (2023) are consistent with other studies that synthesize the peer-reviewed scientific literature on the issue of hatchery effects on wild salmonids. For example, Araki and Schmid (2011) found that out of 266 peer-reviewed studies on this subject, nearly all of them found that hatchery salmonids have negative effects on wild salmonids. A true and correct copy of Araki and Schmid (2011) is attached as **Exhibit 3**.

6.      I am knowledgeable about steelhead life history diversity, including residualism. For example, I was the lead author of a study published in 2007 in the Transactions of the American Fisheries Society that describes anadromous and resident life history forms of *O. mykiss* (i.e., steelhead and rainbow trout), including residual steelhead. The Biological Opinion ("BiOp") discusses my 2007 study. NOAA AR 2152.

7.      I have snorkeled over 2,000 miles of steelhead habitat and spent approximately 4,000 hours observing steelhead underwater, including residual steelhead.

## RESIDUAL SUMMER STEELHEAD

8.      Wild steelhead productivity decreases when hatchery steelhead are present. *See e.g.*, Chilcote (2003), Kostow and Zhou (2006). The likelihood that hatchery steelhead will cause adverse impacts on wild steelhead is positively correlated with hatchery fish abundance. *See e.g.*, McMichael et al. (1997), McMichael et al. (1999), McMichael et al. (2000). These risks increase the longer that hatchery steelhead occupy wild steelhead habitat. Therefore, hatchery steelhead that migrate to the ocean soon after release (i.e., "smolts") have less impacts on wild steelhead than hatchery steelhead that remain in the river (i.e., "residual steelhead"). True and correct copies of Kostow and Zhou (2006), McMichael et al. (1997), McMichael et al. (1999), and McMichael et al. (2000) are attached as **Exhibits 4, 5, 6, and 7**, respectively.

9.      The impacts of residual hatchery steelhead on wild steelhead are well documented. *See e.g.*, McMichael et al. (1997), McMichael et al. (1999), McMichael et al. (2000), Viola and Schuck (1995). Residual steelhead are a "serious problem," in part, because they can pose significant adverse ecological and genetic risks to wild steelhead. Kostow (2009) at 20. Residual steelhead are typically larger and more aggressive than wild steelhead, which often leads to them dominating and displacing wild steelhead from rearing habitat. McMichael et al. (1999). These effects can have serious consequences on wild steelhead growth and survival, especially when food and quality habitat is limited. For example, McMichael et al. (1997) found that residual hatchery steelhead reduced the growth of wild *O. mykiss* in the Teanaway River in Washington. True and correct copies of Viola and Schuck (1995) and Kostow (2009) are attached as **Exhibits 8** and **9**, respectively.

10.     The frequency at which steelhead residualize is called a "residualization rate."

11.     To my knowledge, Harnish et al. (2015) is only publication that provides a specific residualization rate for the South Santiam summer steelhead population. NOAA AR SUP 1569. Therefore, it is the best available residualization rate to use for estimating the number of residual summer steelhead that occur in the South Santiam River. Specifically, Harnish et al. (2015) estimated that 12.8% of tagged summer steelhead that volitionally exited the South Santiam Hatchery residualized. *Id*. Based on that residualization rate and the total number of summer steelhead released into the South Santiam River (i.e., tagged and untagged fish), Harnish et al. (2015) estimated that 23,616 summer steelhead residualized in the river. NOAA AR SUP 1607.

12.     Applying the 12.8% residualization rate to the total number of summer steelhead released, as Harnish et al. (2015) did, is the appropriate method for determining the number of residual summer steelhead in the river. That is because residualization in hatchery steelhead

occurs primarily through two biological pathways that are unrelated to the tagging process: (1) the development of precocial parr, which are typically males that reach sexual maturity at one year of age and, therefore, do not undergo smoltification (i.e., the process required for migration to saltwater); and (2) the failure of some juvenile steelhead to attain the physiological condition necessary to initiate smoltification. Satterthwaite et al. (2009). These outcomes arise predictably from variation in body size and condition at release, which in turn reflects rearing density, growth trajectories, and environmental conditions experienced in the hatchery. Thorpe et al. (1998). Therefore, the proportion of fish that residualize represents a population-level expression of individual biological thresholds – not a response to tagging. *Id*. True and correct copies of Satterthwaite et al. (2009) and Thorpe et al. (1998) are attached as **Exhibits 10** and **11**, respectively.

13.     The 12.8% residualization rate is consistent with residualization rates found in other hatchery steelhead populations. For example, Hausch & Melynchuk (2012) reviewed 48 estimates from 16 studies on residualization rates of hatchery steelhead in the Pacific Northwest. The authors found that hatchery steelhead residualize at a rate of 0% to 17%. The 12.8% residualization rate that Harnish et al. (2015) found falls squarely within that range. A true and correct copy of Hausch & Melynchuk (2012) is attached as **Exhibit 12**.

14.     Several other studies have found hatchery steelhead residualism rates of 14%, 19.8%, and 65.5%. Viola and Schuck (1995), Tipping et al. (1995), and Tipping and Byrne (1996). These examples provide further evidence that the 12.8% residualization rate in Harnish et al. (2015) is not an anomaly. True and correct copies of Tipping et al. (1995) and Tipping and Byrne (1996) are attached as **Exhibits 13** and **14**, respectively.

15.     In prior briefing, ODFW and NMFS asserted that the 12.8% residualization rate is biased due to a hypothetical and unproven tagging effect, based on the observation that 17.6% of tagged fish did not exit the South Santiam Hatchery whereas ~ 1% of untagged fish failed to do so. ECF No. 58 at 32; ECF No. 59 at 18. From this difference, ODFW and NMFS infer that a greater proportion of tagged fish must have remained in the *river* than untagged fish. ODFW and NMFS's theory is incorrect for four reasons.

a.     First, by excluding the approximately 17.6% of tagged fish that did not exit the hatchery, Harnish et al. (2015) reduced potential tagging- or handling-related bias and ensured that residualism was estimated only among tagged fish that entered the river just like the ~ 99% of untagged fish did. Accordingly, removal of these fish increased, rather than decreased, the accuracy of the residualization rate estimate. This exclusion avoids introducing bias from tagging related behavioral effects.

b.     Second, the researchers confirmed that large numbers of untagged summer steelhead residualized, which indicates that the hatchery environment (e.g., rearing density, feeding practices, growth rates, etc.) caused summer steelhead to residualize – not tagging. If tagging had caused residualization, the researchers would have seen far fewer residual summer steelhead, but that was not what they observed.

c.     Third, ODFW and NMFS conflate non-emigration from a hatchery with residualization in a natural river environment. The experimental evaluation of hatchery steelhead marking demonstrates that the presence of a tag itself does not cause increased precocial development or residualization. For example, in a controlled study conducted by the Idaho Department of Fish and Game, elevated rates of precocity initially observed among tagged fish were not reproducible when tagging components were experimentally isolated, and were instead attributed to handling

effects and underlying biological variability rather than tagging per se. Rhine et al. (2003).

Further evidence indicates that tagging and fin clipping do not introduce a meaningful bias in

summer steelhead survival or life-history outcomes. For example, Bumgarner et al. (2009)

compared adult returns of hatchery summer steelhead marked with adipose fin clips alone versus

adipose plus left ventral fin clips and tagged with either short or long coded-wire tags. The

authors found no statistically significant differences in adult return rates, survival, or straying

among marking treatments and concluded that neither ventral fin clipping nor coded-wire

tagging impaired adult returns of hatchery summer steelhead. These results indicate that tagging

and associated handling do not measurably bias adult survival or migratory behavior and,

therefore, are unlikely to inflate estimates of residualization in the river.

d.      Fourth, as explained above, a 12.8% residualization rate is consistent with the range of

residualization observed in hatchery steelhead (i.e., 0% to 17%).

16.      Because the residualization rate in Harnish et al. (2015) is reliable, I multiplied the 12.8%

residualization rate to the number of summer steelhead released from the South Santiam

Hatchery into the South Santiam River to calculate the number of residual summer steelhead in

the river. Approximately 15,046 summer steelhead likely residualize in the South Santiam River

each year. This estimate is based on: (1) the best available residualization rate for South Santiam

summer steelhead (i.e., 12.8%); and (2) South Santiam Hatchery release data from ODFW's Fish

Propagation Reports for the previous five years for which data is available (2020-2024), which

shows an average annual release of 117,549 summer steelhead. Ex. 15 at 70; Ex. 16 at 69; Ex. 17

at 76; Ex. 18 at 74; Ex. 19 at 77. True and correct copies of ODFW's 2020, 2021, 2023, and 2024

Fish Propagation Reports are attached as **Exhibits 15**, **16**, **17**, **18**, and **19**.

17.     Assuming, as NMFS did in the BiOp, that less than 10% of summer steelhead residualize in the South Santiam River, approximately 11,637 summer steelhead (9.9% of 117,549 summer steelhead) could be residualizing in the river each year. *See* NOAA AR 2152. However, as explained, the 12.8% residualization rate in Harnish et al. (2015) is the best estimate.

18.     Estimating the number of residual summer steelhead in the North Santiam is somewhat more complex. Unlike South Santiam summer steelhead, which are reared at the South Santiam Hatchery, North Santiam summer steelhead are often reared at multiple hatchery facilities. *See* USACE AR 6649-50 (showing that North Santiam summer steelhead have been reared at the South Santiam, Willamette, and Roaring River Hatcheries). As a result, it is uncertain how many North Santiam summer steelhead annually undergo the rearing conditions that cause a 12.8% residualism rate to occur. For example, in 2017, ODFW released into the North Santiam 42,853 and 66,935 summer steelhead that were reared at the South Santiam and Willamette Hatcheries, respectively. USACE AR 6650. Although the summer steelhead reared at the South Santiam Hatchery likely had a 12.8% residualization rate (due to experiencing the same rearing conditions as South Santiam River summer steelhead), it is unclear whether the summer steelhead reared at the Willamette Hatchery had a lower or *higher* residualization rate.

19.     To estimate the number of residual summer steelhead in the North Santiam River, I multiplied 12.8% by the five-year average (2020-2024) release total from the Minto Fish Facility ("Minto"), which releases summer steelhead into the North Santiam River. USACE AR 6626. Based on ODFW's Fish Propagation Reports, ODFW released a 5-year average of 101,631 summer steelhead into the river. Ex. 15 at 70; Ex. 16 at 69; Ex. 17 at 76; Ex. 18 at 74; Ex. 19 at 77. Applying the 12.8% rate to 101,631 results in 13,009 summer steelhead residualizing in the North Santiam River each year.

20.     Based on NMFS's assumption that no more than 10% of summer steelhead likely residualize, NOAA AR 2152, as many as 10,061 summer steelhead could be residualizing in the North Santiam River each year (i.e., 9.9% of 101,631 summer steelhead).

21.     Based on ODFW's apparently preferred residualization rate of 5.6%, approximately 5,691 summer steelhead would be residualizing in the North Santiam River each year (i.e., 5.6% of 101,631 summer steelhead). ECF No. 59 at 18.

### COMPETITION

22.     Residual summer steelhead are likely competing with winter steelhead in the South Santiam and North Santiam Rivers because all four competition factors are present in both rivers: (1) residual summer steelhead and winter steelhead overlap in space; (2) residual summer steelhead and winter steelhead overlap in time; (3) ODFW releases thousands of residual summer steelhead; and (4) residual summer steelhead are larger than winter steelhead.

**A.     Overlap in Space**

23.     Residual summer steelhead and winter steelhead co-occur in the same habitat in the South Santiam River. Indeed, Harnish et al. (2015) observed residual summer steelhead in winter steelhead habitat in the South Santiam River. *See* NOAAAR SUP 1603 ("snorkel surveys revealed that hatchery-reared juvenile summer steelhead were present in sympatry with naturally produced O. mykiss in most of the locations surveyed …").

24.     Residual summer steelhead and winter steelhead co-occur in the same habitat in the North Santiam River. North Santiam winter steelhead spawn in several locations, including the mainstem North Santiam River below Big Cliff Dam. For example, a 2014 spawning survey on the mainstem North Santiam River found 50 winter steelhead redds (nests) from Packsaddle Park (which is adjacent to Minto) downstream to Mill City. USACE AR 6606. Based on my

experience observing wild steelhead in their habitat and other research, wild steelhead do not move far from their redds early in life, and they often remain within a kilometer during most of their freshwater residence. Hume and Parkinson (1987), Chambers (2025). ODFW releases summer steelhead at Minto. USACE AR 6626. Many hatchery steelhead remain close to their release sites, although some hatchery steelhead may occupy habitat downstream of their release sites. Hausch & Melynchuck (2012), McMichael (2000). Therefore, summer steelhead released from Minto likely occur near Minto and immediately downstream of the facility, which is also where juvenile winter steelhead occur. *See* NOAA AR 13919, 2179 (BiOp explaining that the "greatest ecological interactions" between newly-released hatchery summer steelhead and emergent winter steelhead are immediately downstream of the Minto Fish release facility and the South Santiam hatchery.). True and correct copies of Hume and Parkinson (1987) and Chambers (2025) are attached as **Exhibits 20** and **21**, respectively.

**B.     Overlap in Time**

25.     ODFW releases summer steelhead from the South Santiam Hatchery and Minto between April 1 and May 30. USACE AR 6589. Residual summer steelhead stay in freshwater for several months to years before migrating to the ocean or dying in freshwater. McMichael (2000), Tatara et al. (2019). Winter steelhead emerge from their gravel nests in late spring to early summer, NOAA AR 2180, rear throughout the year, NOAA AR 2031, and migrate to the ocean in April-May after spending one to four years rearing in the river, *id.* As a result, some winter steelhead overlap with multiple releases of residual summer steelhead while others experience at least one release of residual summer steelhead. Therefore, residual summer steelhead and winter steelhead overlap in time in the South Santiam and North Santiam Rivers. A true and correct copy of Tatara et al. (2019) is attached as **Exhibit 22**.

26.     Harnish et al. (2015) confirms that residual summer steelhead temporally overlap with winter steelhead on the South Santiam River. For example, Harnish et al. (2015) observed residual summer steelhead and winter steelhead occurring in the same habitat during snorkel surveys in June-July 2014. NOAA AR SUP 1586-87.

27.     It is important to note that residual summer steelhead that only live for several weeks to months in the river have adverse effects on juvenile winter steelhead. That is because late spring and early summer is a critical period for juvenile steelhead growth and survival. Ward and Slaney (1993); Chambers (2025). Therefore, residual summer steelhead that do not survive later into the summer would still have competed with winter steelhead for food during this important period for winter steelhead. As a result, Harnish et al. (2015) likely underestimated the impacts of residual summer steelhead on South Santiam winter steelhead.

**C.     Large Numbers of Residual Summer Steelhead**

28.     As explained above, ODFW is likely releasing large number of residual summer steelhead into the South Santiam (approx. 15,046) and North Santiam Rivers (approx. 5,691-13,009) every year.

**D.     Residual Summer Steelhead are Bigger than Winter Steelhead**

29.     ODFW releases summer steelhead from the South Santiam Hatchery and Minto when they weigh 4.5 fish per pound ("fpp"), which is equivalent to individual steelhead lengths of 180 mm. USACE 6589, 6646. Based on ODFW's Fish Propagation Reports, the five-year (2020-2024) fpp average for summer steelhead released from these facilities is approximately 4.5 fpp. I calculated these figures by dividing the number of summer steelhead released by the number of pounds of summer steelhead released from these facilities, as reported by ODFW Fish Propagation Reports. *See* Ex. 15 at 70; Ex. 16 at 69; Ex. 17 at 76; Ex. 18 at 74; Ex. 19 at 77.

30.    At this size (i.e., 4.5 fpp, 180 mm), residual summer steelhead are likely outcompeting smaller winter steelhead. Harnish et al. (2015) found that winter steelhead in the South Santiam River measured 100-200 mm whereas summer steelhead measured 150-300 mm. NOAA AR SUP 1604. Consistent with other research (e.g., McMichael et al 1999), Harnish et al. (2015) observed that larger fish "typically initiated and dominated the interaction," with 84% of interactions between residual summer steelhead and winter steelhead resulting in the former "dominat[ing] and displac[ing]" the latter. NOAA AR SUP 1600.

**E.    Carrying Capacity**

31.    To my knowledge, neither ODFW nor NMFS has ever attempted to determine the carrying capacity of the North Santiam or South Santiam rivers. However, even if carrying capacity has not been exceeded, salmonid growth still slows before fish densities cross that ecological threshold. Grant & Imre (2005). Indeed, harm via competition is likely occurring regardless of whether the carrying capacity is being exceeded. Therefore, irreparable harm via competition is occurring regardless of whether carrying capacity is being exceeded or not. A true and correct copy of Grant & Imre (2005) is attached as **Exhibit 23**.

**DISPLACEMENT**

32.    Residual summer steelhead are likely displacing winter steelhead from important habitat in the South Santiam and North Santiam Rivers because all four factors for displacement are present in both rivers, which are the same factors as those described above for competition.

33.    Harnish et al. (2015) found that competition between residual summer steelhead and winter steelhead in the South Santiam River may be displacing the latter:

> We detected a potential mesohabitat-scale displacement of naturally produced *O. myskiss* by residual hatchery juvenile summer steelhead. We observed the highest densities of residual hatchery steelhead in sites located within 10 km of the South Santiam Hatchery, whereas the density of naturally produced *O. mykiss* generally

> increased with increasing distance from the hatchery. Much of the quality rearing habitat located downstream of Foster Dam appears to be situated in the 16 km between Foster Dam and McDowell Creek where the river has a higher gradient. Downstream of McDowell Creek, the South Santiam River has much lower gradient and consists of many long, slow glide habitats. Thus, it is possible that residual hatchery steelhead may be displacing naturally produced *O. mykiss* from the highest quality rearing habitat into suboptimal habitat, which could negatively affect the wild population.

NOAA AR SUP 1569. In other words, Harnish et al. (2015) concluded that residual summer steelhead were potentially pushing winter steelhead out of their habitat. However, as explained below, the data show that summer steelhead are likely doing so.

34.    Harnish et al. (2015) included the following graph, which shows the proportion of winter steelhead increasing and the proportion of hatchery steelhead decreasing the further one moves downstream from the South Santiam Hatchery (i.e., left to right).



**Figure 3.10.** Regression Lines Describing the Relationship Between CPUE (Fish Observed per Observer Minute) and Distance from the South Santiam Hatchery for Hatchery-Reared and Naturally Produced (i.e., Wild) *O. mykiss*.

NOAA AR SUP 1560. I interpret this graph and the above statement from Harnish et al. (2015) to show that residual summer steelhead are likely displacing winter steelhead from the best habitat that remains in the mainstem South Santiam River below Foster Dam. NOAA AR SUP 1569. Based on my experience observing wild steelhead in their habitat and other research, wild

steelhead do not move far from their redds early in life, and they often remain within a kilometer during most of their freshwater residence. Hume and Parkinson (1987), Chambers (2025). Here, winter steelhead spawn in the mainstem South Santiam River below Foster Dam and, if provided the opportunity, their offspring would likely occupy the best habitat, which is near the hatchery, not lower downstream. NOAA AR SUP 1569. Indeed, if residual summer steelhead were not displacing winter steelhead from that better habitat, the "wild STH" trend line in Figure 3.10 would likely slope downward, not upward, the further one moved downstream from the hatchery. Therefore, the data in Harnish et al. (2015) show that releasing summer steelhead is likely causing displacement of winter steelhead from their habitat.

## CONSEQUENCES OF COMPETITION AND DISPLACEMENT

35.     It is widely accepted that steelhead populations are regulated in productivity and abundance through competition for limited resources in freshwater. Walters and Martell (2004). Generally, large releases of juvenile hatchery salmonids increase fish density in streams, which increases the risk of competition for limited resources. *See e.g.,* Kostow and Zhou (2006). Thus, competition and displacement leads to reduced growth and survival of wild steelhead that further leads to reduced subsequent abundance of adult wild steelhead.

36.     Studies show that large releases of hatchery steelhead correlate with decreased productivity in wild populations. For example, Scheuerel et al. (2020) found that large releases of hatchery steelhead on the Skagit River in Washington coincided with decreased productivity of the river's winter steelhead population. The authors explained that their finding "provides further evidence that large releases of hatchery-reared juvenile steelhead have had a negative effect on productivity of wild steelhead." Scheuerel et al. (2020) at 121. The authors did not attempt to find causation, but they explained that "competition for limit[ed] freshwater food and habitat

resources (Berejikian et al., 2000) is a plausible mechanism, either during the relatively brief period of overlap during downstream migration (c. 2–4 weeks) or a more prolonged effect of any hatchery fish that do not migrate to sea, but instead residualize" *Id.* A true and correct copy of Scheurel et al. (2020) is attached as **Exhibit 24**.

37.     In a local study, Kostow and Zhou (2006) found that releases of hatchery summer steelhead in the Clackamas River decreased the productivity of the river's winter steelhead population. Specifically, the authors found a 50% decline in the productivity parameter and a 22% decline in the maximum number of recruits produced in the basin when high numbers of hatchery fish were present. The authors concluded that hatchery summer steelhead in the upper Clackamas River basin regularly caused the total number of steelhead to exceed carrying capacity, triggering density-dependent mechanisms that impacted the wild population. In other words, too many hatchery summer steelhead and winter steelhead were competing for too few resources, which negatively impacted the winter steelhead population's productivity.

38.     Unfortunately, modeling the relationship between competition and productivity is challenging due to significant data gaps. Specifically, wild salmonid productivity may decrease soon after a hatchery program begins (e.g., 1960s) and remain at depressed levels throughout the program's lifetime (e.g., 1960s to present). Willoughby (2017). Modeling that does not include all pre-hatchery release data will not show this pattern; instead, it will miss the early decline and only reflect persistent low productivity. *Id.* As a result, modelers using only post-hatchery release data (e.g., 2000 to present) would likely incorrectly conclude that hatchery releases are not harming wild steelhead productivity. Here, attempting to model the effects of summer steelhead releases on winter steelhead productivity would likely lead to such an erroneous result because: (1) ODFW started releasing summer steelhead into the Santiam Basin in the 1960s, before

managers began collecting the necessary data to perform complex modeling; and (2) to my knowledge, ODFW only has North Santiam and South Santiam summer steelhead data from 1976 to the present. *See e.g.,* ODFW (1992) at 154 (showing summer steelhead release totals for the North Santiam and South Santiam Rivers from 1976-1990. Therefore, any models that show that current summer steelhead releases do not affect winter steelhead productivity likely mask early declines in productivity and, more likely, show persistent, depressed productivity. True and correct copies of Willoughby (2017) and ODFW (1992) are attached as **Exhibits 25** and **26**, respectively.

39.    Based on the best scientific data available, it is my opinion that summer steelhead competition with, and displacement of, winter steelhead likely causes significant harm to UWR steelhead, including but not limited to stalling the recovery of the species.

## PRECARIOUS STATE OF UWR STEELHEAD

40.    In the 2024 UWR steelhead Status Review, NMFS determined that winter steelhead at issue in this case are "at moderate-to-high risk [of extinction], with a declining viability trend." NMFS (2024) at 19. NMFS also highlighted that in 2017, UWR steelhead hit a record low abundance of 822 fish and cautioned that "high" returns in 2019 and 2020 were equivalent to past lows. Ford (2022) at 189. True and correct copies of NMFS (2024) and Ford (2022) are attached as **Exhibits 27** and **28**, respectively.

41.    The low abundance of UWR steelhead reported in the 2024 Status Review is especially concerning because it is based on Willamette Falls fish counts, which, as NMFS asserts, represent the highest possible amount of UWR steelhead that may be returning to spawn.

> Uncertainty in adult counts at Willamette Falls are a concern, given that the counts represent an upper bound on DPS abundance. Radio tagging studies suggest that a considerable portion of "winter" steelhead ascending Willamette Falls do not enter the tributaries that are considered part of this DPS; these fish

16

may be non-native early-winter steelhead that appear to have colonized the
western tributaries, misidentified summer steelhead, late winter steelhead that
have colonized tributaries not historically part of the DPS, or hybrids between
native and non-native steelhead.

Ex. 28 at 189.

42.    ODFW's Willamette Falls Fish passage data (1971-2024) show that early winter

steelhead make up roughly one-third of the counts at Willamette Falls. Ex. 29. For example, the

data show 5-year (2020-2024) average returns of 1,424 and 2,841 early-winter and late-winter

steelhead respectively, with a total of 4,265 winter steelhead (early- and late-winter steelhead). A

true and correct copy of the Willamette Falls fish passage data (1971-2024) is attached as

**Exhibit 29**.

43.    Regardless of whether all winter steelhead crossing Willamette Falls should be counted

toward UWR steelhead abundance or not, the reality is that using the total winter steelhead count

shows that UWR steelhead are nowhere close to recovery. The most recent five-year average

(2021-2025) of all winter steelhead crossing the Falls is 4,075 winter steelhead. Ex. 29 (1971-

2024 Willamette Falls fish counts); Ex. 30 (2025 Willamette Falls fish counts). The recovery

target for all four UWR steelhead populations combined (North Santiam, South Santiam,

Molalla, and Calapooia) is 15,769 fish. Ex. 28 at 189. Therefore, UWR steelhead are at 26% of

their recovery target, which is likely an overestimate. A true and correct copy of ODFW's

Willamette Falls Fish Count (2025) is attached as **Exhibit 30**.

44.    The North Santiam winter steelhead population is far from meeting its recovery target of

8,358 fish. Ex. 28 at 189. To my knowledge, there is no official published estimate of recent

North Santiam winter steelhead abundance. However, according to NMFS, fish counts at the

Lower Bennett and Upper Bennett Dams (collectively, the "Bennett Dams") are "the best

measure of steelhead abundance" on the North Santiam River. NOAA AR 13919; *see also id.*

("While there are steelhead spawning below Bennett, it is likely that these dam counts approximate the population run size."). ODFW stopped counting fish at the Bennet Dams after 2024. The most recent five-year average (2020-2024) count at the Bennett Dams is 722 winter steelhead. Therefore, North Santiam winter steelhead are at just 9% of their recovery target. A true and correct copy of the Bennett Dam counts are attached as **Exhibit 31**.

45.    Because some winter steelhead spawn below the Bennet Dams, the 722-winter steelhead estimate is a lower bound estimate of North Santiam winter steelhead abundance. To calculate an estimate that includes winter steelhead that spawn below these dams, I relied on findings in Jepson (2015) and Mapes et al. (2017) and ODFW's Willamette Falls fish passage data. Specifically, Jepson (2015) and Mapes et al. (2017) estimated that 21.2% or 43% of winter steelhead that crossed Willamette Falls returned to the North Santiam River, respectively. NOAA AR 2134, 10954. Multiplying these rates to the most recent 5-year average of all winter steelhead counted at the Falls (4,075) equals 864-1,752 fish, which is 10%-21% of the North Santiam winter steelhead population's recovery target of 8,358 fish.

46.    The South Santiam winter steelhead population is also far from meeting its recovery target of 3,913 winter steelhead. Ex. 28 at 189. To my knowledge, there is no official published estimate of the South Santiam winter steelhead population. Therefore, I applied the same method described above to South Santiam winter steelhead. Jepson (2015) and Mapes et al. (2017) estimated that 24.1% or 27% of winter steelhead that crossed Willamette Falls returned to the South Santiam River, respectively. NOAA AR 2134, 10954. Multiplying these rates by the most recent 5-year (2021-2025) average for all winter steelhead counted at the Falls (4,075) equals 982-1,100 fish, which is 25%-27% of the population's recovery target of 3,913 fish.

47.     Recovering depleted North Santiam and South Santiam winter steelhead populations steelhead is stalled, in part, by blocked and degrading habitat. As NMFS explains, "accessibility to historical spawning habitat is still limited, especially in the North Santiam River" and "[m]uch of the accessible habitat in the … the lower reaches of the North and South Santiam Rivers is degraded and under continued development pressure." Ex. 28 at 190. NMFS acknowledges that "[a]lthough habitat restoration efforts are underway, the time scale for restoring functional habitat is considerable." *Id*. Additionally, "[n]ew climate change modeling of project water temperatures in the Willamette Basin (Oregon State 2022) estimated that the majority of currently accessible habitat will become unsuitably warm within the next 50 years (North Santiam and South Santiam populations)." Ex. 27 at 28. Indeed, a study that used modeling to evaluate likely climate change impacts on steelhead in the Pacific Northwest found that "steelhead in the Upper Willamette had high exposure to increased [water] temperature during all life stages." Wade et al. (2013) at 6. A true and correct copy of Wade et al. (2013) is attached as **Exhibit 32**.

48.     Continuing to release summer steelhead into degraded habitat in the South Santiam and North Santiam Rivers that are worsening due to climate change and development likely harms winter steelhead by forcing them to compete with summer steelhead for shrinking habitat and food sources. Releasing summer steelhead alone, and in combination with increasing habitat degradation, likely decreases South Santiam and North Santiam winter steelhead productivity or maintains their depressed productivity levels. Either way, this likely impedes their recovery because increased productivity (i.e., population growth) is necessary to achieve recovery abundance targets.

/ / /

19

## GENETIC INTROGRESSION

49.     The BiOp explains that "any interbreeding" between winter and summer steelhead "would result in a negative effect on winter steelhead productivity and diversity." NOAA AR 2099. I agree. In my opinion, no amount of interbreeding between winter and summer steelhead is safe considering the highly depressed status of the North Santiam and South Santiam winter steelhead populations and the low numbers of pure, native winter steelhead.

50.     The best available scientific data show that summer steelhead and hatchery winter steelhead genetics persist in the North Santiam and South Santiam winter steelhead populations. Johnson et al. (2021). For example, Johnson et al. (2021) shows that 4% and 12% of North Santiam and South Santiam steelhead below dams are summer steelhead-winter steelhead hybrids, respectively. Additionally, Johnson et al. (2021) "found that > 50% of fish sampled below North Santiam River dams assigned to … non-native winter steelhead… [and] … [o]nly 8% of below-dam samples … from the North Santiam assigned as pure native winter (EW) steelhead." Ex. 33 at 14. This is especially concerning because North Santiam winter steelhead are a "genetic legacy" population, meaning that they are supposed to exhibit important life history characteristics no longer found throughout the listed area. NOAA AR at 4257. A true and correct copy of Johnson et al. (2021) is attached as **Exhibit 33**.

51.     This level of genetic harm is also concerning because it takes five to eleven generations to shed hatchery genes from wild populations after hatchery releases terminate. Harbicht et al. (2014); *see also* Araki et al. (2007) (finding that the offspring of wild steelhead that mated with a hatchery steelhead pass on hatchery genes to their own offspring). Most Santiam Basin winter steelhead rear in freshwater for two years and return to spawn after two to three years in the ocean and, therefore, a generation of winter steelhead is four to five years. Therefore, it would

take 25 to 55 years to shed deleterious hatchery genes from the North Santiam and South Santiam winter steelhead populations. Therefore, even assuming ODFW is allegedly meeting the BiOp's < 2% gene flow limit, the fact remains that native winter steelhead in the South Santiam and North Santiam Rivers have a long way to go to restore their native genetics. Any interbreeding with non-native steelhead, including summer steelhead, slows that process and, therefore, causes harm, even if less interbreeding is allegedly occurring now. True and correct copies of Harbicht et al. (2014) and Araki et al. (2007) are attached as **Exhibits 34** and **35** respectively.

## FISHING

52.     ODFW data shows that the 5-year (2020-2024) averages for sport harvest of summer steelhead in the Santiam, North Santiam, and South Santiam Rivers are 70, 115, and 421 fish, respectively. Ex. 36 at 4 (2020); Ex. 37 at 4 (2021); Ex. 38 at 4 (2022); Ex. 39 at 4 (2023); Ex. 40 at 8 (2024). True and correct copies of ODFW's annual sport harvest data from 2020-2024 are attached as **Exhibits 36-40**, respectively.

53.     Recreational fishermen also harvest UWR summer steelhead from the McKenzie and Middle Fork Willamette Rivers, which have 5-year (2020-2024) recreational harvest averages of 463 and 595 summer steelhead, respectively. *Id.*

54.     Based on the above recreational harvest data, the Santiam, North Santiam, South Santiam, McKenzie, and Middle Fork Willamette Rivers represent 4%, 7%, 25%, 28%, and 36% of the summer steelhead harvested in the UWR Basin.

## CONCLUSION

55.     It is my opinion that all summer steelhead releases should be terminated in the Santiam River Basin until the North Santiam and South Santiam winter steelhead populations achieve

sufficient levels of abundance, productivity, diversity, and spatial structure to meaningfully progress toward recovery and build resilience to climate change. Only after such a rebuilding of these viable salmonid population parameters (abundance, productivity, diversity, and spatial structure) is achieved should resuming summer steelhead releases be considered, if at all.

56.    At a minimum, it is imperative that North Santiam winter steelhead receive immediate relief from summer steelhead releases for at least six reasons: (1) North Santiam winter steelhead are an important UWR steelhead population because it is both a "core" and "genetic" legacy population, NOAA AR 4257; (2) despite being a "genetic legacy" population, only 8% of North Santiam winter steelhead below Big Cliff Dam are pure native winter steelhead, which is highly concerning; (3) it takes decades to shed hatchery genes from wild fish; (4) North Santiam winter steelhead are significantly depleted (i.e., only 9%-21% of their recovery target); (5) residual summer steelhead are likely competing with, and displacing, North Santiam winter steelhead; (6) and increasing productivity (by decreasing competition, displacement, and interbreeding) would temporarily remove a significant impediment to the recovery of UWR steelhead (i.e., residual summer steelhead). Therefore, the longest pause in summer steelhead releases that the Court deems equitable would provide important relief to North Santiam winter steelhead.

DATED: This 6th Day of February, 2026.

_____
John McMillan, President and Lead Scientist
The Conservation Angler

# LITERATURE CITED

Araki, H., B. Cooper, & M.S. Blouin. 2009. Carry-over effect of captive breeding reduces reproductive fitness of wild-born descendants in the wild. *Biological Letters* 5:621–624.

Araki, H. & C. Schmid, C. 2010. Is hatchery stocking a help or harm?: evidence, limitations and future directions in ecological and genetic surveys. *Aquaculture* 308:S2–S11.

Bumgarner, J.D. & M.L. Schuck. 2009. Returns of Hatchery Steelhead with Different Fin Clips and Coded Wire Tag Lengths. *North American Journal of Fisheries Management* 29:903-913. DOI: 10.1577/M07-155.1

Chambers, Nicholas. 2025. Dispersal of Fry and Distribution of Redds Interact to Shape Density Dependence in Winter Steelhead of the Skagit River. Master's thesis, University of Washington.

Chilcote, Mark W. 2003. Relationship between natural productivity and the frequency of wild fish in mixed spawning populations of wild and hatchery steelhead (Oncorhynchus mykiss). *Canadian Journal of Fisheries and Aquatic Sciences* 60(9):1057–1067.

Ford, M.J. 2022. Biological Viability Assessment Update for Pacific Salmon and Steelhead Listed Under the Endangered Species Act: Pacific Northwest. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-NWFSC-171. https://doi.org/10.25923/kq2n-ke70.

Imre, I., J. W. A. Grant, & R. A. Cunjak. 2005. Density-dependent growth of young-of-the-year Atlantic salmon *Salmo salar* in Catamaran Brook, New Brunswick. *Journal of Animal Ecology* 74(3):508-516. https://doi.org/10.1111/j.1365-2656.2005.00949.x

Harbicht, A., C. C. Wilson & D. J. Fraser. 2014. Does human-induced hybridization have long-term genetic effects? Empirical testing with domesticated, wild and hybridized fish populations. *Evolutionary Applications* 7(10): 1180–1191. https://doi.org/10.1111/eva.12199.

Harnish, R. A., E. D. Green, C. R. Vernon, G. A. McMichael. 2015. Ecological interactions between hatchery summer steelhead and wild Oncorhynchus mykiss in the Willamette River basin, 2014. Pacific Northwest National Laboratory Report PNNL-23891-Rev. 1, Richland, WA: Pacific Northwest National Laboratory.

Hausch, S. J., and M. C. Melnychuk. 2012. Residualization of hatchery steelhead trout: a meta-analysis of hatchery practices. *North American Journal of Fisheries Management* 32:905–921.

Hume, J.M.B and E.A. 1987. Parkinson, Effect of Stocking Density on the Survival, Growth, and Dispersal of Steelhead Trout Fry (*Salmo gairdneri*). *Can. J. Fish. Aquat. Sci.* 44:271-281.

Jepsen, M.A., M.L. Keefer, C.C., T.S. Clabough, C.S. Erdman, T. Blubaugh, and C.S. Sharpe. 2015. Migratory Behavior, Run Timing, and Distribution of Radio Tagged Adult Winter Steelhead, Summer Steelhead, Spring Chinook Salmon, and Coho Salmon in the Willamette River: 2011-2014. Technical Report 2015-1.

Johnson, M.A., T.A. Friesen, D.M. VanDoornik, D.J. Teel, and J.M. Myers. 2021. Genetic interactions among native and introduced stocks of Oncorhynchus mykiss in the upper Willamette River, Oregon. *Conserv Genet* 22:111–124 (2021). https://doi.org/10.1007/s10592-020-01322-1.

Kostow, K.E. 2009. Factors that contribute to the ecological risks of salmon and steelhead hatchery programs and some mitigating strategies. *Reviews in Fish Biology and Fisheries* 19:9–31. DOI 10.1007/s11160-008-9087-9.

Kostow, K.E., and S. Zhou. 2006. The Effect of an Introduced Summer Steelhead Hatchery Stock on the Productivity of a Wild Winter Steelhead Population. *Transactions of the American Fisheries Society* 135:825–841.

Mapes, R. L., C. S. Sharpe, and T. A. Friesen. 2017. Evaluation of the trap and transport of adult steelhead above USACE Project dams in the upper Willamette Basin. Prepared for USACE Project Study Code APH-09-01-FOS.

McMichael, G. A., C. S. Sharpe, and T. N. Pearsons. 1997. Effects of residual hatchery-reared steelhead on growth of wild rainbow trout and spring Chinook salmon. *Transactions of the American Fisheries Society* 126:230–239.

McMichael G.A., T.N. Pearsons, S.A. Leider. 1999. Behavioral interactions among hatchery-reared steelhead smolts and wild Oncorhynchus mykiss in natural streams. *N. Am. J. Fish. Manage.* 19:948–956.

McMichael, G. A., T. N. Pearsons, and S. A. Leider. 2000. Minimizing ecological impacts of hatchery-reared juvenile steelhead trout on wild salmonids in a Yakima Basin watershed. Sustainable fisheries management: Pacific Salmon. CRC Press, Boca Raton, Florida.

McMillan, J., Katz, S., and Pess, G. 2007. Observational evidence of spatial and temporal structure in a sympatric anadromous (winter steelhead) and resident rainbow trout mating system on the Olympic Peninsula, Washington State. *Transactions of the American Fisheries Society* 136: 736–748.

McMillan, J. R., B. Morrison, N. Chambers, G. Ruggerone, L. Bernatchez, J. Stanford & H. Neville. 2023. A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids. *Fisheries Management and Ecology* 30:446-463. https://doi.org/10.1111/fme.12643

National Marine Fisheries Service, 2024 5-Year Review: Summary & Evaluation of Upper Willamette River Steelhead Upper Willamette River Chinook Salmon.

ODFW (Oregon Department of Fish and Wildlife). 1992. Santiam and Calapooia Subbasin Fish Management Plan. ODFW, Salem.

24

Rhine, D., D. Munson & C. Harrington. 2003. Factors Affecting Precocity of Hatchery-Reared Steelhead in Idaho. IDFG Report Number 03-07.

Satterthwaite, W. H., M.P. Beakes, E.M. Collins, D.R. Swank, J.E. Merz, R.G. Titus, S.M. Sogard, & M. Mangel. 2009. Steelhead life history on California's central coast: insights from a state-dependent model. *Transactions of the American Fisheries Society* 138(3):532–548. https://doi.org/10.1577/T08-164.1.

Scheuerell, M. D., C.P. Ruff, J.H. Anderson, & E.M. Beamer. 2020. An integrated population model for estimating the relative effects of natural and anthropogenic factors on a threatened population of steelhead trout (Oncorhynchus mykiss) in the Skagit River basin, Washington, USA. *Journal of Applied Ecology* 58(1):123–136. https://doi.org/10.1111/1365-2664.13789.

Tatara, C.P., D.A. Larsen, M.R. Cooper, P. Swanson, M.A. Middleton, J.T. Dickey, D. Harstad, M. Humling, C.R. Pasley, and B.A. Berejikian. 2019. Age at Release, Size, and Maturation Status Influence Residualism in Hatchery Steelhead. *North American Journal of Fisheries Management* 39(3): 468–484. https://doi.org/10.1002/nafm.10284.

Thorpe, J. E., M. Mangel, N.B Metcalfe, & F.A. Huntingford. 1998. Modelling the proximate basis of salmonid life-history variation, with application to Atlantic salmon, *Salmo salar* L. *Evolutionary Ecology* 12:581–599. https://doi.org/10.1023/A:1022351814644.

Tipping, J., R. Cooper, J. Byrne, and T. Johnson. 1995. Length and condition factor of migrating and nonmigrating hatchery-reared winter steelhead smolts. *Progressive Fish-Culturist* 57:120–123.

Tipping, J.M. & Byrne, J.B. 1996. Reducing Feed Levels During the Last Month of Rearing Enhances Emigration Rates of Hatchery-Reared Steelhead Smolts. 58 *Progressive Fish-Culturist* 128.

Viola, A. E., and M. L. Schuck. 1995. A method to reduce the abundance of residual hatchery steelhead in rivers. *North American Journal of Fisheries Management* 15:488–493.

Wade A.A., T.J. Beechie, E. Fleishman, N.J. Mantua, H. Wu, J.S. Kimball, D.M. Stoms, and J.A. Stanford. 2013. Steelhead vulnerability to climate change in the Pacific Northwest. *Journal of Applied Ecology* 50(5):1093-1104. https://doi.org/10.1111/1365-2664.12137.

Walters, C.J. & S.J.D. Martell, *Fisheries Ecology and Management* (Princeton Univ. Press 2004).

Ward, B.B. & P.A. Slaney. 1993. Egg-to-Smolt Survival and Fry-to-Smolt Density of Keogh River Steelhead Trout *In* Gibson R.J. & R.E. Cutting [ed.] Production of juvenile Atlantic Salmon, *Salmo salar*, in natural waters. *Can. Spec. Publ. Fish. Aquat. Sci.* 118.

Willoughby, J.R. and M.R. Christie. 2017. Captive Ancestry Upwardly Biases Estimates of Relative Reproductive Success. *Journal of Heredity* 2017, 583-587.