**John R. McMillan**
484 Dodger Lane
Port Angeles, WA 98363
Phone: 360.797.3215
Email: jmcmillan71@gmail.com

# EDUCATION

2009  **OREGON STATE UNIVERSITY, Corvallis, OR**
      MSc. Fisheries Science, 3.95 gpa
      *Thesis: Freshwater male maturity in Oncorhynchus mykiss: influence of condition and temperature.*

1998  **EVERGREEN STATE UNIVERSITY, Olympia, WA**
      BS Hydrology and coastal ecology, minor in English literature
      *Thesis: Instream habitat factors influencing coastal cutthroat density in Deschutes River, WA.*

# RELATED EXPERIENCE AND RESEARCH

### THE CONSERVATION ANGLER
**President, former Science Director** (February 2022 – present)
- Provide scientific expertise on conservation issues related to salmon and steelhead biology, evolution, fisheries, hatcheries, and habitat restoration.
- Published world's most extensive review of peer-reviewed research on effects of hatchery salmonids on wild salmonids.
- Provided written comments and oral testimony on effects of hatchery salmonids on wild salmonids for ESA and non-ESA listed salmonids for NEPA and legal cases in several watersheds in the Pacific Northwest.
- Serve as TCA representative at meetings with managers and other stakeholders.
- Devise and implement research projects for Kamchatka steelhead in accordance with scientists from Moscow State University.
- Develop key research projects to improve conservation and management of wild steelhead in North America with strong focus on hatchery effects on wild salmonids.

### TROUT UNLIMITED
**Science Director, Wild Steelhead Initiative** (September 2014 – January 2022)
- Provide scientific expertise on steelhead biology and management for Initiative, with particular focus on fishery and hatchery issues.
- Wrote and submitted ESA and NEPA comments on hatchery programs for steelhead in Puget Sound and in Columbia and Snake Rivers.
- Serve as TU representative and steelhead expert in meetings with state and Federal agencies in Idaho, Washington, Oregon and California.
- Lead research projects, angler-science and other field sampling, and publication of peer-reviewed articles.

Exhibit 1
1 of 8

**NOAA/NWFSC**
**Fishery Research Scientist** (July 2009– August 2014)
- Worked as part of interdisciplinary team to plan and implement sampling techniques and strategies for monitoring recolonization of salmonids in Elwha River pre- and post-dam removal.
- Serve as NOAA local contact for data collection, field trips and media, and served as lead author on peer-reviewed articles.
- Conducted statistical analyses and developed quantitative models to examine various aspects of fish enumeration and salmonid recolonization.
- Lead angler-science and other field sampling of adult and juvenile salmonids.

**OREGON STATE UNIVERSITY**
**Graduate Student** (September 2006 - May 2009)
- Conducted research project to study the expression of alternative male life histories of steelhead and resident rainbow trout (*Oncorhynchus mykiss*) in the John Day River basin, Oregon. Research efforts ranged from field mark-recapture electrofishing to laboratory determination of age, sex and state of maturity. Used image software to digitize otolith and scale images to determine age and growth rates of juvenile-sized steelhead/rainbow trout. Results of research were published in a peer-reviewed journal.

**WILD SALMON CENTER**
**Salmonid biologist** (August 2000 – August 2006)
- Designed, coordinated, and implemented extensive salmonid and stream habitat monitoring projects in the Hoh and Calawah Rivers to prioritize places within each watershed for conservation actions ranging from land acquisitions to forest practices. Results published in peer-reviewed journals.
- Results from the monitoring were used to guide purchase of over 7,000 acres of important salmon habitat and by the local Salmon Recovery Funding Board to prioritize conservation projects.
- Managed and trained full time employee and several seasonal technicians from the Hoh Tribe.

**HOH INDIAN TRIBE**
**Water Quality biologist** (December 1998 – August 2000)
- Served as Timber/Fish/Wildlife lead for water quality issues in the Hoh River basin, responsibilities included participation in ID team meetings to evaluate effects of potential stream blocking culverts, steep and unstable slopes, and abandoned roads on salmon habitat and stream hydrology. This included conceptualizing and conducting water quality monitoring efforts to determine compliance with the standards of the Washington State Forest Practices Board, Washington State Department of Ecology 303d rules and EPA clean water act.
- Trained and managed two technicians per year in field techniques, data entry and manipulation.
- Selected to serve as the Northwest Indian Fisheries Commission representative in EPA Region 10 temperature water quality guidance development project and worked as co-lead on Hoh River Watershed Analysis (Water Quality Module).

**UNITED STATES FOREST SERVICE**
**Biological Intern** (June 1997 – October 1998)
- Implemented and conducted summer water quality monitoring project in Calawah River basin and drafted water quality report to assess compliance with Washington Forest Practices Board standards.

Exhibit 1
2 of 8

- Performed stream habitat surveys and macroinvertebrate sampling on several Olympic Peninsula rivers.

# SELECT PUBLICATIONS

Sauter, S.T., **McMillan, J.R.**, and Dunham, J. 2001. Salmonid behavior and water temperature. EPA Region 10 temperature water quality guidance development project. Report # EPA-910-D-01-001.

**McMillan, J.R.** and Starr, J.A. 2006. Prioritization of critical salmon tributaries in the Hoh River basin, Washington State. Wild Salmon Center Report.

**McMillan, J.**, Katz, S., and Pess, G. 2007. Observational evidence of spatial and temporal structure in a sympatric anadromous (winter steelhead) and resident rainbow trout mating system on the Olympic Peninsula, Washington State. Transactions of the American Fisheries Society 136: 736–748.

**McMillan, J.**, Pess, G., and McHenry, M. 2010. A review of risks for non-native hatchery salmonids with application to the Chambers Creek hatchery steelhead in the Elwha River Project. NOAA/NWFSC report for Elwha Dam removal project. Technical report for NOAA/NWFSC.

**McMillan, J. R.**, J. Dunham, G. H. Reeves, J. S. Mills, and C. E. Jordan. 2012. Individual condition and stream temperature influence early maturation of rainbow and steelhead trout, *Oncorhynchus mykiss*. Environmental Biology of Fishes 93:343-355.

Mills, J. S., J. B. Dunham, G. H. Reeves, **J. R. McMillan**, C. E. Zimmerman, and C. E. Jordan. 2012. Variability in expression of anadromy by female *Oncorhynchus mykiss* within a river network. Environmental Biology of Fishes 93:505-517.

**McMillan, J.R.,** R. Moses, M. McHenry, L. Ward, K. Frick, S. Brenkman, P. Crain, P. Kennedy, H. Hugunin, O. Stefankiv, and G. Pess. 2012. Unbuild It and They Will Come: The Initial Stages of Salmon Recolonization in the Elwha River. The Confluence. WA/BC Chapter of the American Fisheries Society Newletter. Fall 2012. Pages 18-25.

**McMillan, J.**, Pess, G., Starr, J., Liermann, M., and Augerot, X. 2013. Using a stream network census to test juvenile salmonid distribution models. Transactions of the American Fisheries Society 142: 942-956.

Sloat, M.R., Fraser, D.J., Dunham, J.B., Falke, J.A., Jordan, C.E., **McMillan, J.R**., and Ohms, H. 2014. Ecological and evolutionary patterns of freshwater maturation in Pacific and Atlantic salmonines. Reviews in Fish Biology and Fisheries.

**McMillan, J.**, Quinn, T., Pess, G., McHenry, M., and Moses, R. 2014. Diversity in salmonid breeding date: Fall spawning by coastal cutthroat trout, *Oncorhynchus clarki clarki*, in the Elwha River system, Washington. Transactions of the American Fisheries Society.

Kendall, N.W.* and **McMillan, J.R.***, Sloat, M.R., Buehrens, T.W., Quinn, T.P., Pess, G.R., Kuzishchin, K.V., McClure, M.M., and Zabel, R.W. 2015. Anadromy and residency in steelhead and rainbow trout *Oncorhynchus mykiss*: a review of the processes and patterns. Canadian Journal of Fisheries and Aquatic Sciences 72:319-342. **\*Co-lead authors**

Exhibit 1
3 of 8

**McMillan, J.**, Pess, G., Quinn, T., Lierman, M., Morley, S., McHenry, M., and Campbell, L. 2015. The use of redd characteristics and fry fork length and density to distinguish steelhead and rainbow trout (*Oncorhynchus mykiss*) spawning areas during recolonization in the Elwha River. North American Journal of Fisheries Management.

Williams J.E., Isaak D.J., Imhof J., Hendrickson D.A., and **J.R. McMillan.** 2015. Cold-Water Fishes and Climate Change in North America, Reference Module in Earth Systems and Environmental Sciences, Elsevier. 29-Sep-15 doi:10.1016/B978-0-12-409548-9.09505-1.

Hall, J., Roni, P., Bennett, T., **McMillan, J.,** Hanson, K., Moses, R., McHenry, M., Pess, G. and W. Fhinger. 2016. Life history diversity of steelhead in two coastal Washington watersheds. Transactions of the American Fisheries Society 145: 990-1005.

Yoder, J., Adam, J., Brady, M., Cook, J., Katz, S., Johnston, S., Malek, K., **McMillan, J**., and Q. Yang. 2017. Benefit-cost analysis of integrated water resource management: Accounting for interdependence in the Yakima Basin integrated plan. Journal of the American Water Resources Association 53(2): 456-477.

Liermann, M., Pess, G.R., McHenry, M., **McMillan, J.,** Elofson, M., Bennett, T., and R. Moses. 2017. Relocation and recolonization of Coho Salmon *Oncorhynchus kisutch* in two tributaries to the Elwha River: Implications or management and monitoring. Transactions of the American Fisheries Society 146: 955-966.

**McMillan, J.R.,** et al. 2012-2019. Analyses of winter steelhead redd surveys in the Elwha River basin. Annual reports to Lower-Elwha Klallam Tribe and Olympic National Park as part of Elwha Dam removal project.

**McMillan, J.,** and coauthors. 2019. The Elwha River: What have we learned since dam removal? The Osprey 93:14-17.

Fraik, A.K., **McMillan, J.R.,** Liermann, M., Bennett, T., McHenry, M.L., McKinney, G.J., Wells, A.H., Winans, G., Kelley, J.L., Pess, G.R., and K.M. Nichols. 2021. The Impacts of Dam Construction and Removal on the Genetics of Recovering Steelhead (*Oncorhynchus mykiss*) Populations across the Elwha River Watershed. *Genes*. 12(1):89. https://doi.org/10.3390/genes12010089

Duda, J., Togersen, C., Brenkman, S., Peters, R., Sutton, K., Connor, H., Kennedy, P., Corbett, S., Welty, E. Geffre, A. Geffre, J., Crain, P., Shreffler, D., **McMillan, J.R**., McHenry, M., and G. Pess. 2021. Reonnecting the Elwha River: Spatial patterns of fish response to dam removal. Frontiers in Ecology and Evolution 9. https://doi.org/10.3389/fevo.2021.765488

CBEC Eco Engineering (including **McMillan, J.**). 2022. Lower Yuba River flow and temperature relationships for supporting anadromous steelhead. Prepared for Trout Unlimited and United States Fish and Wildlife Service. Yuba River flow effects modeling project, Lower Yuba River, California.

**McMillan, J.R.\*,** Sloat, M.R.**\***, Liermann, M., and G. Pess. 2022. Historical records reveal changes to the migration timing and abundance of winter steelhead in Olympic Peninsula Rivers, Washington State, USA. North American Journal of Fisheries Management 42:3–23. https://doi.org/10.1002/nafm.10722. **\*Co-lead authors**

Munsch, S.H., McHenry, M., Liermann, M.C., Bennett, T.R., **McMillan, J.,** Moses, R., and G. Pess. 2023. Dam removal enables diverse juvenile life histories to emerge in threatened salmonids

Exhibit 1
4 of 8

repopulating a heterogenous landscape.  Frontiers in Ecology and Evolution 11. https://doi.org/10.3389/fevo.2023.1188921

**McMillan, J.R.,** Morrison, B., Chambers, N., Ruggerone, G., Bernatchez, L., Stanford, J., and H. Neville.  2023. A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids. Fisheries Management and Ecology 30, 446–463. https://doi.org/10.1111/fme.12643

Ledger, K., Jeon Jong, Y, Fullerton, A, Kuligowski, D, Bennett, T, Denton, K, McHenry, M, **McMillan, J,** Anderson, Connor, H, Seamons, T, Pess, G, Nichols, K, McKinney, G, Seaborn, T, and A. Fraik. 2023. Using riverscape genetics to investigate the genetic response of two species and their life-history forms to dam removal. Frontiers in Ecology and Evolution 11. https://doi.org/10.3389/fevo.2023.1225229

Pess, G., McHenry, M., Denton, K., Anderson, J., Liermann, M., Peters, R., **McMillan, J.,** Brenkman, S., Bennett, T., Duda, J., and K. Hanson. 2024. Initial responses of Chinook salmon (*Oncorhynchus tshawytscha*) and steelhead (*Oncorhynchus mykiss*) to removal of two dams on the Elwha River, Washington State, U.S.A. Frontiers in Ecology and Evolution 12, 1-21. https://doi.org/10.3389/fevo.2024.1241028

Kuruvilla, M., Quinn, T., Anderson, J., Miller, E., Berger, A., Okasaki, C., **McMillan, J.,** Pess, G., Westley, P., and A. Berdahl.  In press. Social influences complement environmental cues to stimulate migrating juvenile salmon.  Movement Ecology.

Munsch, S.H., Bennett, T.R., Faukner, J., Halloran, M.J., Hanson, K.M., Liermann, M.C., McHenry, M.L., **McMillan, J.R.,** Moses, R.E., Pagliuco, B., Pess, G.R., Stonecypher, K.R. and Ward, D.M. 2025. Juvenile salmonids traverse coastal meta-nurseries that connect rivers via the sea. Frontiers in Ecology and Environment.

Peters, R. J., Pess, G. R., Denton, K. P., Claiborne, A. M., **McMillan, J.,** Fraik, A., Liermann, M., Fernandez, D., Johnson, J. R., McHenry, M., Nichols, K. M., Pierce, D., & Bennett, T. In Review. Life History Diversity of *Oncorhynchus mykiss* in the Elwha River During and Following Dam Removal. Frontiers in Science and Management.

## SELECT PRESENTATIONS

**Only dating back to 2010**

**McMillan, J.*** 2010.  *Factors influencing the expression of resident male maturity in O. mykiss.*  West Coast Steelhead Managers Conference, Redmond, OR.  ***Session Chair.**

**McMillan, J.** 2010. *The interaction between salmon and riverscapes: implications for the biology and conservation of rainforest rivers.* Peninsula Community College, invited speaker.

**McMillan, J.,** Pess, G., Morley, S., Denton, K., Liermann, M., Hernandez, D., and Beechie, T.  2010. *Effectiveness of different methods for enumerating juvenile salmonids in a large-scale watershed restoration project.*  NOAA/NWFSC Annual Open House.

**McMillan, J.** 2011.  *Influences of individual condition and water temperature on early male maturity in O. mykiss.*  Western Region American Fisheries Society Conference, Seattle, WA.

Exhibit 1
5 of 8

**McMillan, J.**, Pess, G., Morley, S., Denton, K., Liermann, M., and Beechie, T.  2012.  *Salmonid recolonization of the Elwha River: patterns and processes*.  Elwha River Project Symposium, Peninsula Community College, Port Angeles, WA.

**McMillan, J.**, Pess, G., Morley, S., Denton, K., Liermann, M., and Beechie, T.  2012.  *Use of photography as a means of conveying scientific messages to non-scientific audiences. Salvelinus Confluentus* Curiosity Society.

**McMillan, J.**  *The steelhead portfolio: Breadth of life histories with implications for recovery.*  2013.  Puget Sound Steelhead Technical Workshop and Conference.  Seattle, WA.

**McMillan, J.**  *Factors shaping anadromy and residency in O. mykiss: Implications for recovery*.  2014.  Trout Unlimited Steelhead Science Workshop.  Seattle, WA.

**McMillan, J.**  *Recovering wild steelhead: Incorporating diversity into our next steps*.  2015.  Trout Unlimited Steelhead Science Workshop.  Corvallis, OR.

**McMillan, J.** *The beautiful resilience of steelhead: a fish of a thousand faces*.  2015.  Keynote address at Salmon Recovery Conference. Vancouver, WA.

**McMillan, J.**  *The Wild Steelhead Initiative: Our vision for sustaining wild steelhead and their fisheries*. 2016. Trout Unlimited Western Regional Meeting. Jackson Hole, WY.

**McMillan, J.**  *Factors shaping anadromy and residency in O. mykiss: Understanding the nexus between habitat, individual conditions and genetics*.  2017. Trout Unlimited Steelhead and California Trout Science Workshop.  Malibu, CA.

**McMillan, J.**, Liermann, M. Pess, G., McHenry, M., Moses, R., and T. Bennett. *Factors influencing the movement of juvenile steelhead following large-scale dam removal in the Elwha River*. 2018. Steelhead Managers Conference, Walla Walla, WA.

**McMillan, J.** *Unbuild it and they will come: Recovery of salmonids in the Elwha River*. 2019. Keynote address at Trout Unlimited Western Regional Meeting. Olympia, WA.

**McMillan, J.**  *The extent and value of diversity in steelhead, with implications for hatcheries*.  2019. Oregon Hatchery Research Center. Alsea, OR.

**McMillan, J.** *Underwater behavior and habitat use of salmonids in freshwater*. 2020. Invited spekaer at Midwest Regional Fisheries Symposium, Wisconsin, USA.

**McMillan, J**., et al. *Response of salmonids to dam removal in the Elwha River: Implications for salmon recovery*.  2021. Keynote speaker at14th Annual Mat-Su Salmon Science & Conservation Symposium, Alaska, USA.

**McMillan, J.**, et al. *A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids. Fisheries Management and Ecology*.  2023. All Subsistence Regional Advisory Councils Meeting, Anchorage, AK.

**McMillan, J**., et al. *A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids. Fisheries Management and Ecology*.  2024. NOAA Life Cycle Modeling workshop, Seattle, WA, USA.

Exhibit 1
6 of 8

## AWARDS and SCHOLARSHIPS

- Lifetime Achievement Award, Wild Salmon Center – 2006
- North Fork Umpqua Foundation Scholarship – 2007-2009
- Best poster award at West Coast Steelhead Managers Conference 2008 – The mating behavior of steelhead and rainbow trout using underwater videography
- Flyfishers Club of Oregon Fellowship – 2008 - 2009
- McLoughlin Chapter of Northwest Steelheaders Scholarship – 2009
- Washington County Federation of Fly Fishers Scholarship – 2009
- Delson Bridge to the Future Scholarhship – 2009
- Unit Award for Excellence, United States Department of Interior, Elwha River Science Team – 2015
- Conservationist of the Year Award, The Wild Steelhead Coalition – 2015
- Team Interdisciplinary Award, Washington State University, College of Agricultural Resources – 2016
- Bruce Gardner Memorial Prize for Applied Policy Analysis (Agricultural & Applied Economics Association) for article: Benefit-Cost Analysis of the Yakima Basin Integrated Plan Projects – 2016
- Top Downloaded Article (North American Journal of Fisheries Management 42:3-33) for *Historical records reveal changes to the migration timing and abundance of winter steelhead in Olympic Peninsula Rivers, Washington State, USA* – 2022
- Top Downloaded Article (Fisheries Management and Ecology 30: 446-463) for *A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids* – 2023

## TECHNICAL SKILLS

- Developing, conducting, and completing intensive salmon and stream habitat monitoring projects and experience apply for relevant Federal and State permits
- Extensive experience communicating technical science in 'laymen terms' to media, including print, television, and movies
- Expert in electrofishing, snorkeling, seining and other methods for enumerating, identifying and capturing salmonids
- Expert in underwater videography and photography of salmonids and river-scapes, published in numerous magazines, journals and books
- Proficient in aging, sexing, and conducting fish surgeries in field and laboratories
- Budget management and reporting; managing a field crew
- Proficient in Microsoft Word, Excel, Powerpoint, Access, and S-plus and R statistical programs

## PROFESSIONAL SERVICE

- **Educational Outreach:** Presentation and educational outreach on value of wild steelhead and salmon to Forks, WA Grade- and High-schools in 2001, 2002, 2003; Port Angeles Grade School in 2010**;** Peninsula Community College 2002, 2010; numerous fly-fishing clubs 2000-2023
- **Donations:** Photographs, videography, and writing for educational, scientific, and conservation oriented outreach
- **Member:** Sigma Xi

Exhibit 1
7 of 8

## OTHER INTERESTS and SKILLS

- Expert fly angler (48 years' experience) for all salmonids, but particularly steelhead
- Professional underwater and above water photographer and videographer of salmonids (work featured in movies, television, newspapers, and in numerous books and scientific and popular literature)
- Free-lance author of books and articles in popular fishing and conservation literature
- Snorkeling

Exhibit 1
8 of 8