Aquaculture 308 (2010) S2–S11



Contents lists available at ScienceDirect

Aquaculture

journal homepage: www.elsevier.com/locate/aqua-online



Review

# Is hatchery stocking a help or harm? Evidence, limitations and future directions in ecological and genetic surveys

Hitoshi Araki *, Corinne Schmid

*Eawag, Swiss Federal Institute of Aquatic Science and Technology, Center for Ecology, Evolution, and Biogeochemistry, Department of Fish Ecology and Evolution, 6047 Kastanienbaum, Switzerland*

ARTICLE INFO

*Article history:*
Received 31 July 2009
Received in revised form 19 December 2009
Accepted 24 May 2010

*Keywords:*
Hatchery
Stock enhancement
Fish stocking
Fitness
Ecology
Genetics

ABSTRACT

Hatchery fish stocking for stock enhancement has been operated at a massive and global scale. However, the use of hatchery fish as a means of stock enhancement is highly controversial, and little is known about its effects on wild stock and consequences for stock enhancement. Here we review the scientific literature on this subject in order to address a fundamental question — is hatchery stocking a help or harm for wild stock and stock enhancement? We summarized 266 peer-reviewed papers that were published in the last 50 years, which describe empirical case studies on ecology and genetics of hatchery stocks and their effects on stock enhancement. Specifically, we asked whether hatchery stock and wild stock differed in fitness and the level of genetic variation, and whether stocking affected population abundance. Seventy studies contained comparisons between hatchery and wild stocks, out of which 23 studies showed significantly negative effects of hatchery rearing on the fitness of stocked fish, and 28 studies showed reduced genetic variation in hatchery populations. None of these studies suggested a positive genetic effect on the fitness of hatchery-reared individuals after release. These results suggest that negative effects of hatchery rearing are not just a concern but undeniably present in many aquaculture species. In a few cases, however, no obvious effect of hatchery rearing was observed, and a positive contribution of hatchery stock to the abundance of fish populations was indicated. These examples suggest that there is a chance to improve hatchery practices and mitigate the negative effects on wild stocks, although scientific data supporting the positive effect on stock enhancement are largely missing at this moment. Technically, microsatellite-based parentage assignments have been proven as a useful tool for the evaluation of reproductive fitness in natural settings, which is a key for stock enhancement by hatchery-based stocking. We discuss implications of these results, as well as their limitations and future directions.

© 2010 Elsevier B.V. All rights reserved.

**Contents**

1. Introduction . . . S3
2. Results . . . S3
 2.1. Overview . . . S3
 2.2. Species of interest . . . S3
 2.3. Retrospective view of the 50 years of research on hatchery effects . . . S4
 2.4. Research synthesis . . . S5
  2.4.1. Ecological studies on fitness . . . S5
  2.4.2. Genetic studies on fitness . . . S6
  2.4.3. Studies on genetic diversity . . . S6
3. Discussion . . . S6
 3.1. Stocking effects in general . . . S6
 3.2. Limitation in the existing data and future direction . . . S8
4. Conclusions . . . S9
Acknowledgements . . . S9
References . . . S9

* Corresponding author. Tel.: +41 41 349 2130; fax: +41 41 349 2168.
*E-mail address:* hitoshi.araki@eawag.ch (H. Araki).

0044-8486/$ – see front matter © 2010 Elsevier B.V. All rights reserved.
doi:10.1016/j.aquaculture.2010.05.036

## 1. Introduction

The world human population increased from 3 billion to 6 billion between 1959 and 1999. According to the U.S. Census Bureau, it is more than 6.8 billion now (as of December 2009). The continuous growth in human population has created strong demands for food production worldwide. Fish production is no exception. World fisheries supplied 144 million tons of food in 2006, providing >15% of the average animal protein intake to 2.9 billion people (FAO, 2009). Existing wild fish stocks have been largely exploited, and aquaculture business is developing rapidly (Nomura, 2008; Subasinghe et al., 2009). Currently more than 40% of the seafood (30% of fish species) is supplied by aquaculture (Fig. 1).

Nevertheless, Fig. 1 shows that more than 50% of fishery production still depends on captured fish and natural resources. To meet the increased demands for food supply, capture fisheries explored fishing grounds both intensively and extensively. As a result, overexploitation, together with habitat destruction, became one of the biggest problems in global fisheries and ecosystems (Jackson et al., 2001). Restoration efforts have been made, but the consequences of such efforts are yet to be seen at the global scale (Hutchings, 2000; Hilborn, 2007; Worm et al., 2009).

One of the most popular tools for restoration is a release of hatchery-reared fish in the wild (hatchery stocking, hereafter). The majority of the hatcheries are 'production hatcheries', whose purpose is to enhance fish production for commercial and recreational uses. Thus, a primary focus of this type of hatchery is to release fry or juveniles into natural environments and enhance the stock of interest. However, the contribution of stocked fish to the population size is difficult to measure. Many environmental and ecological factors can influence the conditions of natural populations, and the population size might change with or without hatchery stocking. Thus, the success and effectiveness of fish stock enhancement have long been questioned and discussed (Needham and Slater, 1944; Greene, 1951; Leber, 2004; Bell et al., 2008).

Another goal of hatchery stocking is conservation of natural resources. In this case, hatchery productions are used not only to increase the population size through a direct contribution of hatchery fish in the wild, but also to maintain self-sustainable local wild stock. Therefore it takes broader aspects of considerations to achieve the goal of this type of hatchery, such as the conditions of wild stock and environmental carrying capacity (e.g., Ryman, 1991). This is even more so if the hatchery has the dual goal of production and conservation. With the rapid development of molecular techniques, many genetic methods have become available for fishery science in the last few decades (Ryman and Utter, 1987; Lowe et al., 2004). While the power of such methods has been demonstrated in a variety of applications, general results from their applications to the evaluation of hatchery stocking remain unclear.




**Fig. 1.** Percentage of food production from aquaculture and hatcheries among world fishery productions. 'All aquatic organisms' includes fish and aquatic invertebrate species, but it does not include aquatic mammals and plants.
Source: FAO, 2009.

In this article, we review the scientific literature which evaluates the effects of hatchery rearing and stocking. The primary goals of this paper are (1) to summarize empirical case studies over the last 50 years and draw general conclusions about the effects of hatchery stocking on wild stock and stock enhancement, and (2) to discuss missing information and future directions. We include evaluation surveys on both production and conservation hatcheries, and the target organisms include teleost fish species and aquatic invertebrates. We specifically focus on ecological and genetic aspects of hatchery stocking. Other aspects, such as socio-economical and political ones, are equally important but discussed elsewhere (Hilborn, 1998; Waples and Drake, 2004).

## 2. Results

### *2.1. Overview*

We used ISI Web of Knowledge (apps.isiknowledge.com), SCOPUS (www.scopus.com) and PUBMED (www.ncbi.nlm.nih.gov) online database search systems to collect peer-reviewed publications. Keyword searches for 'evaluation', 'stock enhancement' and/or 'hatchery' yielded 520 hits (as of August 2009). These papers contained studies on teleost fish, shellfish and other aquatic invertebrates ('fish' hereafter for simplicity), but not aquatic mammals or plants.

To concentrate on empirical case studies that are directly relevant to the effects of hatchery rearing and stocking, we performed manual screening. In the screening, we eliminated purely theoretical, political and/or socio-economical papers as well as review papers without newly published data. To minimize artificial bias and inconsistency in the selection of papers, the screening was performed by both authors independently and then the results were merged. Some papers from the 1980s or earlier were manually added because they were not identified in the online database search above. Eventually we obtained 266 publications. Of these publications, 99 papers (37.5%) contained results from genetic analyses.

To summarize the temporal trend of the research activities, we plotted the number of peer-reviewed publications in the last 50 years (Fig. 2). The number of related publications increased significantly in the last two decades. In total, 74% of the studies were published in the last ten years (2000–2009), and 23% between 1990 and 1999. The pattern was consistent for genetic and non-genetic studies, and the fraction of genetic studies ranged between approximately 30 and 45% in the last 5 years (Fig. 2).

### *2.2. Species of interest*

Among the 266 case studies, salmonid fish and flatfish species were most studied (17.3% and 15.1%, respectively. Fig. 3C). For aquatic invertebrates, lobsters, crabs and abalones were most studied (4.8–5.5% each). Between genetic and ecological studies, however, the results were different. Salmonid and bream species were particularly popular in the genetic studies, but not so much in the ecological studies (Fig. 3A and B). Aquatic invertebrates were rather popular in ecological studies. The species distribution in the studies does not reflect their contribution to the world food production during the study period (Fig. 3D), suggesting that research efforts were influenced by the other species-specific factors such as technical difficulties, local interest and study histories.




**Fig. 2.** Number of peer-reviewed papers about stock enhancement per year. Total study counts include all the peer-reviewed publications that contained 'evaluation', 'stock enhancement' and/or 'hatchery' in the online databases such as ISI Web of Knowledge, SCOPUS and PUBMED (as of August, 2009) among which, we found 266 empirical case studies. Out of 266, 99 articles contained genetic analyses. Examples of the publication years of the books and symposium proceedings that contributed to the development of publications in this subject are marked with arrows. (Int. Sym. Fish. Ecol. = International symposium in Fisheries Ecology held in Sarasota, Florida in 1998).

### 2.3. Retrospective view of the 50 years of research on hatchery effects

The first study we identified was Flick and Webster (1964). They used a mark–recapture method and evaluated growth, survival and production rates of domesticated brook trout in semi-natural environments. Although the experiment was confounded by a size difference (big domesticated fish vs. small wild fish), they showed that over-summer survival of domesticated fish was consistently lower than that of wild fish. Ecological surveys using a mark–recapture method have been frequently conducted for the last




**Fig. 3.** Percentage of aquaculture species (A) in genetic studies, (B) in non-genetic studies, (C) in all empirical case studies on hatchery stocking (unit: number of peer-reviewed publications for A, B and C), and (D) in a capture record in 1950–2007 (unit: tons). Data for Fig. 3D were obtained from FAO Fishstat (available at www.fao.org/fishery/statistics/software/en).

50 years, partly because the survival of stocked fish to catchable size is a main concern for production hatcheries (Table 1).

The next paper we identified was Reisenbichler and McIntyre (1977), in which they used an electrophoresis technique to determine the allozyme diversity (lactate dehydrogenase-4) of steelhead trout. Based on the genetic information, they identified parental crosses of fish and their differences in survival rate. The results are interesting: the survival rate in offspring from hatchery × hatchery parental crosses was 7.7% lower in streams but 11% higher in a hatchery pond, compared with offspring from wild × wild cross. This is exactly what we expected from domestication selection, because domestication selection favors some traits in captivity, which are most likely not favored by natural selection (hence less common) in the wild. Both kinds of selection, however, have to be very strong for such a genetic change on a contemporary time scale (Ford, 2002; Araki et al., 2008).

In the 1980s, a small but steady number of publications were made on population genetics of hatchery stocks. For example, Allendorf and Phelps (1980) and Gosling (1982) used allozymes to measure the levels of genetic variation in hatchery stocks of cutthroat trout and Pacific oyster, respectively. Both of them found reduced genetic variation in the hatchery stocks, suggesting the need for using higher numbers of broodstock in captivity. This type of genetic analysis is still popular, although more informative genetic markers, such as microsatellite loci, are of particular interest recently (see Section 2.4.3 below).

### 2.4. Research synthesis

#### 2.4.1. Ecological studies on fitness

Among 266 peer-reviewed publications, we found 20 studies that are based on ecological surveys, compare hatchery and wild stocks, and address effects of hatchery rearing on fitness of fish or stock enhancement (Table 1). Mark–recapture methods are the most popular tool for this approach even now, followed by lab or mesocosm experiments. Eighteen out of the 20 studies addressed fitness effects, and 11 of them confirmed negative effects of hatchery rearing. Nine out of the 11 studies suggested lower survival or higher vulnerability to predation, and three studies suggested lower breeding success, behavioral changes or lower growth rate of hatchery-reared fish in the wild (Table 1).

There were a few studies that indicated potentially *positive* effects of hatchery stocking on stock enhancement: Chan et al. (2003) used historical monitoring data and found a positive correlation between population abundance of 6-month-old Atlantic cod and the amount of hatchery release. The significant correlation was found in 6 out of 16 population samples, although the correlation with the abundance of adult fish and their reproduction levels remained untested. Berejikian et al. (2008) found that hatchery-reared steelhead trout increased the number of redds (spawning spots) in a supplemented river, and Agnalt (2008) found that hatchery-reared European lobster and its wild counterpart had a similar level of egg production after

**Table 1**
Ecological studies on hatchery stocking effects.

| Species | Method | Fitness effects | Stock enhancement | Reference |
|---|---|---|---|---|
| Atlantic cod (*Gadus morhua*) | Monitoring data-based association | n.a. | Partially confirmed (weak dependence of population abundance on hatchery release) | Chan et al. (2003) |
| Atlantic salmon (*Salmo salar*) | Mesocosm experiment | Lower reproductive success (and behavioral changes) | n.a. | Fleming et al. (1997) |
| Atlantic salmon (*Salmo salar*) | Mark–recaptured (Carlin-tagged) | Lower survival | n.a. | Jonsson et al. (2003) |
| Bay scallop (*Argopecten irradians*) | Pearl net | Not found (the same spawning pattern) | n.a. | Tettelbach et al. (2002) |
| Black-spot tuskfish (*Choerodon schoenleinii*) | Ultrasonic telemetry | Not found | n.a. | Kawabata et al. (2007) |
| Brook trout (*Salvelinus fontinalis*) | Mark–recaptured (adipose fin-clip) | Lower over-summer survival Comparable over-winter survival | n.a. | Flick and Webster (1964) |
| Brown trout (*Salmo trutta*) | Mark–recaptured (nose-tagged) | Not found (comparable survival and growth rates) | n.a. | Dahl et al. (2006) |
| Coho salmon (*Oncorhynchus kisutch*) | Behavioral observation (in controlled stream) | Lower breeding success | n.a. | Fleming and Gross (1993) |
| European lobster (*Homarus gammarus*) | Mark–recaptured (microwire tag) | Not found (comparable fecundity) | indicative | Agnalt (2008) |
| Mud crab (*Scylla paramamosain*) | Mark–recaptured (microwire tag) | Not found (comparable survival and growth rates) | n.a. | Ut et al. (2007) |
| Queen conch (*Strombus gigas*) | Mark–recaptured (letter-coded tag) | Lower survival and lower growth rates | n.a. | Stoner and Davis (1994) |
| Red drum (*Sciaenops ocellatus*) | Mesocosm experiment | Higher vulnerability to predation | n.a. | Stunz and Minello (2001) |
| Red sea bream (*pagrus major*) | Mark–recaptured (internostril epidermis) | Lower survival | No negative effect found | Kitada et al. (2009) |
| Red tilefish (*Branchiostegus japonicus*) | Acoustic biotelemetry | Unconfirmed (but behavioral change) | n.a. | Yokota et al. (2006) |
| Rainbow trout (*Oncorhynchus mykiss*) | Mark–recaptured (Floy anchor tag) | Likely lower survival | Wild population declined during the stocking and increased after cessation | Vincent (1987) |
| Steelhead trout (*Oncorhynchus mykiss*) | Redd counts | n.a. | Indicative (increased no. of redds) | Berejikian et al. (2008) |
| Summer flounder (*Paralichthys dentatus*) | Lab experiment | Higher vulnerability to predation | n.a. | Kellison et al. (2000) |
| Turbot (*Scophthalmus maximus*) | Mark–recaptured | Lower survival | No contribution | Iglesias et al. (2003) |
| Turbot (*Psetta maxima*) | Mark–recaptured (alizarine-tagged) | Unconfirmed (comparable growth rate) | n.a. | Paulsen and Stottrup (2004) |
| Winter flounder (*Pseudopleuronectes americanus*) | Lab experiment | Higher vulnerability to predation | n.a. | Fairchild and Howell (2004) |

n.a.: Not analyzed.

Exhibit 3
4 of 10

hatchery stocking, thus likely contributing to the local stock enhancement.

#### 2.4.2. Genetic studies on fitness

Among the 99 genetic studies we identified, 21 studies compared hatchery and wild stocks and addressed the effects of hatchery rearing on fitness of fish or stock enhancement (Table 2). While a few important studies were conducted using allozyme data in the 1970s–1990s (see Section 2.3), recent studies are almost entirely based on microsatellite markers and often on parentage assignments. Twelve studies revealed negative effects of hatchery rearing on the fitness of hatchery fish. Eight studies suggested lower reproductive success, and four studies suggested lower survival rate of hatchery fish. Notably, however, six recent studies addressed fitness effects but did not find evidence of the negative effects, indicating that fitness effects can be small at least in some cases (Table 2).

It is also notable that this type of studies were heavily overrepresented by salmonid studies (11/21 studies for trout or salmon). Tables 1 and 2 suggest that little is known about reproductive success of non-salmonid species in the wild, with a few exceptions such as flounder, sea bream and lobster. A fitness effect of hatchery rearing was found in lobster (Jørstad et al., 2005) but not in flounder (Ortega-Villaizan Romo et al. (2005); Sekino et al., 2005) and black sea bream (Jeong et al., 2007; Blanco Gonzalez et al., 2008a,b). More interestingly, the studies on black sea bream provided the only example of a potentially positive contribution of hatchery stocking on stock enhancement in this type of studies (Table 2).

#### 2.4.3. Studies on genetic diversity

The amount of genetic variation retained in hatchery broodstock has also been of broad interest. This is partly because it is a raw material for selective breeding, through which favorable traits can be developed for human uses (Frankel, 1974; Schonewald-Cox, 1983; Ryman and Utter, 1987). The risk of inbreeding depression is another concern (Brown et al., 2005). While there are many studies on natural levels of genetic diversity, we focused on the studies that compare the level of genetic diversity between hatchery stock and wild stock in this review. Thirty two papers contained such comparisons (Table 3). A variety of genetic markers were used in this approach. Again, allozymes were used in the 1980s and 1990s, recently replaced by microsatellite, mitochondrial DNA or amplified restriction fragment length polymorphism (AFLP) markers. Lower numbers of alleles were commonly found in hatchery stock (21 studies), regardless of the types of genetic markers or species. Based on these observations, authors often concluded that the numbers of broodstock were too small as founders of the hatchery stock. Reduction in heterozygosity was also found in several cases, but not as often as the reduction in the number of alleles. No sign of strong inbreeding was found, but the effective population size was typically low in hatchery stock (Table 3). None of these studies provided direct evidence for positive/negative effects of hatchery stocking on stock enhancement.

## 3. Discussion

### 3.1. Stocking effects in general

In this review, we summarized the knowledge accumulated over the last 50 years about the effects of hatchery rearing and stocking on the fitness of fish or on stock enhancement. Although there are certain limitations in the existing data (Section 3.2 for discussion), negative effects of hatchery rearing were evident in many species. The major effects include lower survival, growth rate, reproductive fitness and genetic diversity. Few studies provided direct evidence for enhanced wild stock due to hatchery stocking, or suggested a positive effect of hatchery rearing in terms of the fitness of individuals after release. However, there were indications of no or little negative effect at the population level in some cases, and stock enhancement by hatchery stocking might have occurred in such cases. Such examples were rather scarce, however.

**Table 2**
Genetic studies on hatchery stocking effects I (fitness evaluation).

| Species | Method | Fitness effects | Stock enhancement | Reference |
|---|---|---|---|---|
| Atlantic salmon (*Salmo salar*) | Microsatellite parentage | Lower survival | Possibly negative impact on wild stock | McGinnity et al. (2003) |
| Ayu (*Plecoglossus altivelis*) | Allozyme mitochondrial DNA | n.a. | Small proportional contribution | Pastene et al. (1991) |
| Barfin flounder (*Verasper moseri*) | Microsatellite parentage | Not found | n.a. | Ortega-Villaizan Romo et al. (2005) |
| Black sea bream (*Acanthopagrus schlegelii*) | Microsatellite parentage | n.a. | Major proportional contribution | Jeong et al. (2007) |
| Black sea bream (*Acanthopagrus schlegelii*) | Microsatellite parentage | Not found | Indicative | Blanco Gonzalez et al. (2008a) |
| Brown trout (*Salmo trutta*) | Allozyme | Lower reproductive fitness | Little contribution | Morán et al. (1991) |
| Brown trout (*Salmo trutta*) | Microsatellite population assignment | Lower reproductive fitness | Small proportional contribution | Hansen (2002) |
| Brown trout (*Salmo trutta*) | Microsatellite parentage | Not found | n.a. | Dannewitz et al. (2004) |
| Chum salmon (*Oncorhynchus keta*) | Microsatellite parentage | Unconfirmed (indicative of Lower reproductive fitness) | n.a. | Berejikian et al. (2009) |
| Coho salmon (*Oncorhynchus kisutch*) | Microsatellite parentage | Not found | n.a. | Ford et al. (2006) |
| European lobster (*Homarus gammarus*) | Microsatellite family assignment | Lower early survival | n.a. | Jørstad et al. (2005) |
| Japanese flounder (*Paralichthys olivaceus*) | Microsatellite mitochondrial DNA parentage | Not found | n.a. | Sekino et al. (2005) |
| rainbow trout (*Oncorhynchus mykiss*) | Microsatellite parentage | Lower survival (recently introduced vs. naturalized) | n.a. | Miller et al. (2004) |
| Steelhead trout (*Oncorhynchus mykiss*) | Allozyme | Lower survival in streams Higher survival in hatchery | Possibly negative impact on wild stock | Reisenbichler and McIntyre (1977) |
| Steelhead trout (*Oncorhynchus mykiss*) | Allozyme | Lower reproductive success | n.a. | Chilcote et al. (1986), Leider et al. (1990) |
| Steelhead trout (*Oncorhynchus mykiss*) | Microsatellite population assignment | Lower reproductive success | Possibly negative impact on wild stock | McLean et al. (2003, 2004) |
| Steelhead trout (*Oncorhynchus mykiss*) | Microsatellite parentage | Lower reproductive success | Intrinsically negative effect | Araki et al. (2007a,b, 2009) |

n.a.: Not analyzed.

**Table 3**
Genetic studies on hatchery stocking effects II (genetic diversity evaluation).

| Species | Method | Effects on genetic diversity | Stock enhancement | Reference |
|---|---|---|---|---|
| Abalone (*Haliotis iris*) | Allozyme | Lower number of alleles<br>Lower heterozygosity | n.a. | Smith and Conroy (1992) |
| Abalone (*Haliotis rubra* / *Haliotis midae*) | Microsatellite | Lower number of alleles<br>Lower heterozygosity Low $N_e$ | n.a. | Evans et al. (2004) |
| Atlantic salmon (*Salmo salar*) | Allozyme | Lower number of alleles<br>Lower heterozygosity<br>Genetic differentiation | n.a. | Cross and King (1983) |
| Atlantic salmon (*Salmo salar*) | Allozyme | Lower heterozygosity | n.a. | Ståhl (1983) |
| Atlantic salmon (*Salmo salar*) | Allozyme | Lower number of alleles<br>Lower heterozygosity | n.a. | Verspoor (1988) |
| Atlantic salmon (*Salmo salar*) | Microsatellite mitochondrial DNA | Lower number of alleles<br>Comparable heterozygosity<br>Genetic differentiation | n.a. | Tessier et al. (1997) |
| Atlantic salmon (*Salmo salar*) | Microsatellite | Lower number of alleles<br>Lower heterozygosity<br>Behavioral differentiations | n.a. | Blanchet et al. (2008) |
| Ayu (*Plecoglossus altivelis*) | Mitochondrial DNA | Lower haplotype diversity<br>Lower nucleotide diversity | n.a. | Iguchi et al. (1999) |
| Barfin flounder (*Verasper moseri*) | Microsatellite parentage | Genetic differentiation Low $N_e$ | n.a. | Ortega-Villaizan Romo et al. (2005) |
| Black sea bream (*Acanthopagrus schlegelii*) | Allozyme | Lower number of alleles<br>Lower heterozygosity<br>Genetic differentiation Low $N_e$ | n.a. | Taniguchi et al. (1983) |
| Black sea bream (*Acanthopagrus schlegelii*) | Microsatellite parentage | Lower number of alleles<br>Comparable heterozygosity<br>Population differentiation | Possibly negative impact on wild stock | Blanco Gonzalez et al. (2008a) |
| Blue abalone (*Haliotis fulgens*) | Microsatellite parentage | Comparable heterozygosity | Small proportional contribution | Gutierrez-Gonzalez and Perez-Enriquez (2005) |
| Brown trout (*Salmo trutta*) | Allozyme | Lower number of alleles<br>Genetic differentiation | n.a. | Ryman and Ståhl (1980) |
| Brown trout (*Salmo trutta*) | Allozyme | Lower number of alleles<br>Lower heterozygosity | n.a. | Vuorinen (1984) |
| Brown trout (*Salmo trutta*) | Microsatellite | Population differentiation<br>Low $N_e$ (varies among populations) | Possibly negative impact on wild stock | Hansen et al. (2000) |
| Channel catfish (*Ictalurus punctatus*) | AFLP | Fewer polymorphic loci<br>Lower heterozygosity<br>Genetic differentiation | Indicative of failure of genetic introgression | Simmons et al. (2006) |
| Chinook Salmon (*Oncorhynchus tshawytscha*) | Microsatellite | Not found | n.a. | Eldridge and Killebrew (2008) |
| Cutthroat trout (*Oncorhynchus clarki*) | Allozyme | Lower number of alleles<br>Lower heterozygosity<br>Genetic differentiation | Negative effect inferred | Allendorf and Phelps (1980) |
| Hard clam (*Mercenaria mercenaria*) | Allozyme | Lower number of alleles<br>Comparable heterozygosity | n.a. | Dillon and Manzi (1987) |
| Japanese bitterling (*Tanakia tanago*) | AFLP mitochondrial DNA | Not found | No negative effect found | Kubota et al. (2008) |
| Japanese flounder (*Paralichthys olivaceus*) | Microsatellite mitochondrial DNA | Lower number of alleles<br>Lower haplotype diversity<br>Genetic differentiation | n.a. | Sekino et al. (2002) |
| Japanese flounder (*Paralichthys olivaceus*) | Microsatellite | Lower number of alleles<br>Lower haplotype diversity<br>Genetic differentiation | n.a. | Shikano et al. (2008) |
| Pacific herring (*Clupea pallasii*) | Microsatellite | Not found | n.a. | Sugaya et al. (2008) |
| Pacific herring (*Clupea pallasii*) | Microsatellite | Lower number of alleles | Not found | Kitada et al. (2009) |
| Pacific oyster (*Crassostrea gigas*) | Allozyme | Lower number of alleles<br>Lower heterozygosity (loci specific) | n.a. | Gosling (1982) |
| Pacific oyster (*Crassostrea gigas*) | Allozyme | Lower number of alleles<br>Comparable heterozygosity<br>Genetic differentiation Low $N_e$ | n.a. | Hedgecock and Sly (1990) |
| Red drum (*Sciaenops ocellatus*) | Microsatellite parentage | Low $N_e$ | Potential Ryman-Laikre effect | Gold et al. (2008) |
| Red drum (*Sciaenops ocellatus*) | Microsatellite mitochondrial DNA | Lower number of alleles<br>Lower haplotype diversity | Potential Ryman-Laikre effect | Karlsson et al. (2008) |
| Red sea bream (*pagrus major*) | Microsatellite parentage | Lower number of alleles<br>Comparable heterozygosity<br>Genetic differentiation<br>No sign of inbreeding | n.a. | Perez-Enriquez et al. (1999) |
| Red sea bream (*pagrus major*) | Microsatellites | Lower number of alleles<br>Comparable heterozygosity<br>No genetic differentiation | No negative effect found | Kitada et al. (2009) |
| Spotted halibut (*Verasper variegatus*) | Microsatellite parentage | Lower number of alleles<br>Comparable heterozygosity<br>Marginal genetic<br>Differentiation low $N_e$ | n.a. | Ortega-Villaizan Romo et al. (2006) |
| Steelhead trout (*Oncorhynchus mykiss*) | Microsatellite parentage | Higher variance in family size | Negative effect inferred | Araki et al. (2007c) |

n.a.: Not analyzed.

Studies that discussed potential consequences of hatchery stocking on stock enhancement often raised concerns such as a reduction of wild population abundance via density-dependent mortality (i.e., ecological competition between wild and stocked fish) or genetic introgression from stocking genetically maladapted fish in the wild (Frankham et al., 2002; Kostow, 2009). Studies that discovered lower genetic diversity in hatchery populations often pointed out the risk of genetic differentiation and the reduction of genetic diversity through the introduction of hatchery fish. Together with the lines of evidence for the negative effects of hatchery rearing in general, these concerns should be seriously taken into account for the design of stocking programs. In production hatcheries, for example, avoiding interbreeding between wild and hatchery stock must be a reasonable option, since the reproduction of hatchery fish in the wild *per se* is not the goal of this type of programs (Kostow, 2009). Stocking ayu in Japanese rivers is an example in which the avoidance of interbreeding seems possible (Pastene et al., 1991; Iguchi and Yamaguchi, 1994; Takeshima et al., 2009).

For conservation hatcheries, reproductive success of hatchery fish in the wild is of particular importance because it can directly affect the reproductive potential of wild stock if hatchery-reared fish have a chance to interbreed with their wild counterparts. Microsatellite-based genetic parentage assignment has proven to be a useful tool to investigate reproductive success in natural settings (Table 2). One such example is a series of studies on the Hood River steelhead trout, in which a generation (and hence genetic) effect of hatchery rearing on natural reproductive success was traced for multiple generations (Araki et al., 2007a,b, 2009). Reproductive fitness of hatchery fish decreased very rapidly in this population (~40% per captive-reared generation), suggesting that even the use of local wild broodstock needs to be considered very carefully (Araki et al., 2007b). In addition, wild-born descendants of hatchery-born parents also showed significantly lower reproductive success in this system (Araki et al., 2009). This means that not only hatchery stock itself, but also wild stock after supplementation might have suffered a loss of population fitness due to the introgression of 'hatchery genes'.

In contrast, there are examples in which no obvious negative effects on fitness of hatchery fish or on wild stock were found. One interesting case is black sea bream in Hiroshima bay (Jeong et al., 2007; Blanco Gonzalez et al., 2008a,b, 2009). In this case, no fitness effects of hatchery rearing were found, and the population abundance increased after hatchery stocking (Blanco Gonzalez et al., 2008a,b). Furthermore, the population size has been maintained even after the intensity of hatchery stocking decreased. These results suggest that stocked fish and their natural reproduction might have contributed to stock enhancement. Note, however, that the size-at-age of the fish was also reduced in this population, potentially due to the intensive stocking and the resulting reduction of natural resources for growth (Blanco Gonzalez et al., 2009).

So, is hatchery stocking a help or harm? While the answers in the scientific literature are mixed, a majority of recent genetic studies indicate negative effects of hatchery stocking. There are many differences in the reviewed studies such as species, type of hatchery, time in captivity for hatchery stock, status of wild stock and sample size. Each one of these factors potentially affects the conclusions of the studies. But the studies clearly suggest that hatchery rearing can harm the ability and performance of hatchery fish in the wild in many cases, and that evidence for positive effects of hatchery stocking on stock enhancement is rare at best. Thus, one should not assume a priori that a hatchery stocking program helps wild stock without a proper evaluation.

### *3.2. Limitation in the existing data and future direction*

Through the selection process of the publications analyzed in this review, we realized the limitations of our access to the data. Some data were presented only in reports and proceedings, or sometimes described in local languages. We excluded them from the research synthesis for quality control, but it is obvious that we missed some important information in those articles. For example, for some years there were sharp increases in the annual number of publications, which turned out to be caused by symposium proceedings and reviews in a book in 1998–1999 (Fig. 2, Howell et al., 1999). In addition, online searches are biased toward recent articles. We found no hit for papers published before 1960s, despite the clear research interest and activities on hatchery-related issues before the internet era (e.g., Needham and Slater, 1944). It is by no means possible to reach the entire knowledge on this subject through an online survey of peer-reviewed papers alone. Nevertheless, we believe that the 266 articles considered in this review provide a good overview of research interest, efforts and results on this subject over the last 50 years.

Tables 1–3 show that different approaches tend to yield different insights into the effects of hatchery stocking. None of them provided a complete picture of the stocking effects on wild stock, and the links among the different studies are still weak. For instance, current knowledge is heavily biased toward the effects on hatchery-reared individuals, and not many studies directly addressed their consequences on the stocked populations. This is a major limitation and needs to be improved. Genetic or population genetic methods are a promising tool to address this issue, and genomic tools are rapidly developing (e.g., Roberge et al., 2006). At the same time, these genetic techniques alone cannot give us a good prediction of the effects of hatchery stocking. Other related issues must also be addressed, including disease, ecological competition between fish and socio-economic issues (Bell et al., 2008).

While a primary goal of this review was to obtain a general conclusion regarding the stocking effects on wild stock and stock enhancement, the results suggest that an overgeneralization should be avoided. Some type of the studies are heavily species-biased (Fig. 3, Table 2), and hatchery practices and their goals can be very different among systems. Thus, it is currently difficult to predict the general applicability of these results to other systems. For instance, species-specific heterogeneity in the responses to the hatchery stocking was observed in marine fish species (Kitada et al., 2009).

Because of the heterogeneity of results among different species and studies, species- or population-specific conditions for hatchery rearing and stocking, and (most importantly) the current status of wild populations and their carrying capacity need to be better understood on a case-by-case basis. For instance, it does not make sense to stock juvenile fish into a system where the carrying capacity is too low to raise more catchable or mature fish (Kitada and Kishino, 2006; Kostow, 2009). Ideally, genetic sampling should be planned before, during and after stocking so that reproductive contribution of stocked fish can be closely monitored (Hansen and Mensberg, 2009). An ecosystem-wide understanding of the effect of hatchery stocking is also needed to better predict the responses of the entire system to stocking (Jackson et al., 2001; Lotze et al., 2006; Worm et al., 2009). Empirical or experimental evidence for such effects cannot be obtained in the short term, and long-term evaluation projects should be planned. Meanwhile, theoretical approaches will help our predictions, although it seems that a simple stock-recruitment relationship is not enough to understand the complex dynamics (Lorenzen, 2008). Given the genetic effects of hatchery rearing (Araki et al., 2007b, 2009), for instance, genetic factors need to be taken into account in the relationship between population abundance and stocking effort (Lynch and O' Hely, 2001; Ford, 2002; Lorenzen, 2005). Fluctuations of the environmental carrying capacity might also be an important factor.

The existing data show strong signs of losses of genetic diversity in hatchery stocks in a variety of species, and indications for Ryman-Laikre effects (Ryman and Laikre, 1991, see Table 3). Genetic diversity is a major concern in conservation biology because it is a

primary source of the capacity to evolve in the face of environmental changes (Frankham et al., 2002). However, there are examples of successful conservation in which a wild population recovered after a severe bottleneck and a reintroduction program (e.g., California condor, Snyder and Snyder, 1989). When and to what extent a reduction in genetic diversity is acceptable are yet to be fully understood.

A mechanistic understanding of the genetic effects of hatchery rearing is a top priority issue because it will provide a way of mitigating negative effects without giving up stock enhancement via hatchery stocking. There have been studies focusing on this subject, mainly based on ecological and behavioral approaches (Fleming and Petersson, 2001 for review). Recent developments in genetics and genomics also enable us to investigate differences in genome-wide gene expressions between hatchery and wild fish (Roberge et al., 2006).

## 4. Conclusions

In this review, we summarized 50 years of data accumulated in the scientific literature about hatchery effects on fish and stock enhancement. There were clear signs of negative effects, including lower survival and reproductive fitness of hatchery fish in the wild and reduced genetic variation in the hatchery populations. This suggests that negative effects of hatchery rearing on a variety of fish species are common. At the same time, there are a few indications of successful stocking, in which no or little negative effects were found. Thus, the answer to the question whether hatchery stocking is helpful or harmful to wild stock depends on the goal of the hatcheries, species and the cases. A major limitation in our knowledge is the link between the performance of hatchery fish in the wild and their influence on the stocked populations. Parentage analyses based on genetic methods seem useful to investigate this link. Until we find a way to mitigate the negative genetic impacts on wild stock, however, hatchery stocking should not be assumed as an effective remedy for stock enhancement.

## Acknowledgements

We thank Dr. U. Na-Nakorn and the other organizers of the 10th International Symposium on Genetics in Aquaculture (ISGA) in Bangkok, Thailand, 2009 for the opportunity to present this paper. We also thank Dr. N. Taniguchi, I. Keller and J. Carpenter for useful suggestions. This work was supported by a Swiss NSF Grant No. 31003A_125213.

## References

Agnalt, A.L., 2008. Fecundity of the European lobster (*Homarus gammarus*) off southwestern Norway after stock enhancement: do cultured females produce as many eggs as wild females? ICES J. Mar. Sci. 65, 164–170.

Allendorf, F.W., Phelps, S.R., 1980. Loss of genetic variation in a hatchery stock of cutthroat trout. Trans. Am. Fish. Soc. 109, 537–543.

Araki, H., Ardren, W.R., Olsen, E., Cooper, B., Blouin, M.S., 2007a. Reproductive success of captive-bred steelhead trout in the wild: evaluation of three hatchery programs in the hood river. Conserv. Biol. 21, 181–190.

Araki, H., Cooper, B., Blouin, M.S., 2007b. Genetic effects of captive breeding cause a rapid, cumulative fitness decline in the wild. Science 318, 100–103.

Araki, H., Waples, R.S., Ardren, W.R., Cooper, B., Blouin, M.S., 2007c. Effective population size of steelhead trout: influence of variance in reproductive success, hatchery programs, and genetic compensation between life-history forms. Mol. Ecol. 16, 953–966.

Araki, H., Berejikian, B.A., Ford, M.J., Blouin, M.S., 2008. Fitness of hatchery-reared salmonids in the wild. Evol. Appl. 1, 342–355.

Araki, H., Cooper, B., Blouin, M.S., 2009. Carry-over effect of captive breeding reduces reproductive fitness of wild-born descendants in the wild. Biol. Lett. (published online). doi:10.1098/rsbl.2009.0315.

Bell, J.D., Leber, K.M., Blankenship, H.L., Loneragan, N.R., Masuda, R., 2008. A new era for restocking, stock enhancement and sea ranching of coastal fisheries resources. Rev. Fish. Sci. 16, 1–9.

Berejikian, B.A., Johnson, T., Endicott, R.S., Lee-Waltermire, J., 2008. Increases in steelhead (*Oncorhynchus mykiss*) redd abundance resulting from two conservation hatchery strategies in the Hamma Hamma River, Washington. Can. J. Fish. Aquat. Sci. 65, 754–764.

Berejikian, B.A., Van Doornik, D.M., Scheurer, J.A., Bush, R., 2009. Reproductive behavior and relative reproductive success of natural- and hatchery-origin Hood Canal summer chum salmon (*Oncorhynchus keta*). Can. J. Fish. Aquat. Sci. 66, 781–789.

Blanchet, S., Páez, D.J., Bernatchez, L., Dodson, J.J., 2008. An integrated comparison of captive-bred and wild Atlantic salmon (*Salmo salar*): implications for supportive breeding programs. Biol. Conserv. 141, 1989–1999.

Blanco Gonzalez, E., Nagasawa, K., Umino, T., 2008a. Stock enhancement program for black sea bream (*Acanthopagrus schlegelii*) in Hiroshima Bay: monitoring the genetic effects. Aquaculture 276, 36–43.

Blanco Gonzalez, E., Umino, T., Nagasawa, K., 2008b. Stock enhancement programme for black sea bream, *Acanthopagrus schlegelii* (Bleeker), in Hiroshima Bay, Japan: a review. Aquacult. Res. 39, 1307–1315.

Blanco Gonzalez, E., Murakami, T., Yuneji, T., Nagasawa, K., Umino, T., 2009. Reduction in size-at-age of black sea bream (*Acanthopagrus schlegelii*) following intensive releases of cultured juveniles in Hiroshima Bay, Japan. Fish. Res. 99, 130–133.

Brown, R.C., Woolliams, J.A., McAndrew, B.J., 2005. Factors influencing effective population size in commercial populations of gilthead seabream, *Sparus aurata*. Aquaculture 247, 219–225.

Chan, K.S., Stenseth, N.C., Kittilsen, M.O., Gjosaeter, J., Lekve, K., Smith, T., Tveite, S., Danielssen, D., 2003. Assessing the effectiveness of releasing cod larvae for stock improvement with monitoring data. Ecol. Appl. 13, 3–22.

Chilcote, M.W., Leider, S.A., Loch, J.J., 1986. Differential reproductive success of hatchery and wild summer-run steelhead under natural conditions. Transact. Am. Fish. Soc. 115, 726–735.

Cross, T.F., King, J., 1983. Genetic effects of hatchery rearing in Atlantic salmon. Aquaculture 33, 33–40.

Dahl, J., Petersson, E., Dannewitz, J., Järvi, T., Löf, A.C., 2006. No difference in survival, growth and morphology between offspring of wild-born, hatchery and hybrid brown trout (*Salmo trutta*). Ecol. Freshw. Fish 15, 388–397.

Dannewitz, J., Petersson, E., Dahl, J., Prestegaard, T., Löf, A.C., Järvi, T., 2004. Reproductive success of hatchery-produced and wild-born brown trout in an experimental stream. J. Appl. Ecol. 41, 355–364.

Dillon, R.T., Manzi, J.J., 1987. Hard clam, *Mercenaria mercenaria*, broodstocks: genetic drift and loss of rare alleles without reduction in heterozygosity. Aquaculture 60, 99–105.

Eldridge, W.H., Killebrew, K., 2008. Genetic diversity over multiple generations of supplementation: an example from Chinook salmon using microsatellite and demographic data. Conserv. Gen. 9, 13–28.

Evans, B., Bartlett, J., Sweijd, N., Cook, P., Elliott, N.G., 2004. Loss of genetic variation at microsatellite loci in hatchery produced abalone in Australia (*Haliotis rubra*) and South Africa (*Haliotis midae*). Aquaculture 233, 109–127.

Fairchild, E.A., Howell, W.H., 2004. Factors affecting the post-release survival of cultured juvenile *Pseudopleuronectes americanus*. J. Fish Biol. 65, 69–87.

Fleming, I.A., Gross, M.R., 1993. Breeding success of hatchery and wild coho salmon (*Oncorhynchus kisutch*) in competition. Ecol. Appl. 3, 230–245.

Fleming, I.A., Petersson, E., 2001. The ability of released, hatchery salmonids to breed and contribute to the natural productivity of wild populations. Nord. J. Freshw. Res. 75, 71–98.

Fleming, I.A., Lamberg, A., Jonsson, B., 1997. Effects of early experience on the reproductive performance of Atlantic salmon. Behav. Ecol. 8, 470–480.

Flick, W.A., Webster, D.A., 1964. Comparative first year survival and production in wild and domestic strains of Brook trout, *Salvelinus fontinalis*. Trans. Am. Fish. Soc. 93, 58–69.

Food and Agricultural Organization of the United Nations (FAO), 2009. The State of World Fisheries and Aquaculture 2008. Food and Agriculture Organization of the United Nations, Rome, Italy.

Ford, M.J., 2002. Selection in captivity during supportive breeding may reduce fitness in the wild. Conserv. Biol. 16, 815–825.

Ford, M.J., Fuss, H., Boelts, B., LaHood, E., Hard, J.J., Miller, J.H., 2006. Changes in run timing an natural smolt production in a naturally spawning coho salmon (*Oncorhynchus kisutch*) stream after 60 years of intensive hatchery supplementation. Can. J. Fish. Aquat. Sci. 63, 2343–2355.

Frankel, O.H., 1974. Genetic conservation: our evolutionary responsibility. Genetics 78, 53–65.

Frankham, R., Ballou, J.D., Briscoe, D.A., 2002. Introduction to Conservation Genetics. Cambridge University Press, Cambridge, UK. New York, xxi, 617 pp.

Gold, J.R., Ma, L., Saillant, E., Silva, P.S., Vega, R.R., 2008. Genetic effective size in populations of hatchery-raised red drum released for stock enhancement. Trans. Am. Fish. Soc. 137, 1327–1334.

Gosling, E.M., 1982. Genetic variability in hatchery-produced Pacific oysters (*Crassostrea gigas* Thunberg). Aquaculture 26, 273–287.

Greene, C.W., 1951. Results from stocking brook trout of wild and hatchery strains at stillwater pond. Trans. Am. Fish. Soc. 81, 43–52.

Gutierrez-Gonzalez, J.L., Perez-Enriquez, R., 2005. A genetic evaluation of stock enhancement of blue abalone *Haliotis fulgens* in Baja California, Mexico. Aquaculture 247, 233–242.

Hansen, M.M., 2002. Estimating the long-term effects of stocking domesticated trout into wild brown trout (*Salmo trutta*) populations: an approach using microsatellite DNA analysis of historical and contemporary samples. Mol. Ecol. 11, 1003–1015.

Hansen, M.M., Mensberg, K.-L.D., 2009. Admixture analysis of stocked brown trout populations using mapped microsatellite DNA markers: indigenous trout persist in introgressed populations. Biol. Lett. (published online). doi:10.1098/rsbl.2009.0214.

Hansen, M.M., Nielsen, E.E., Ruzzante, D.E., Bouza, C., Mensberg, K.-L.D., 2000. Genetic monitoring of supportive breeding in brown trout (*Salmo trutta* L.) using microsatellite DNA markers. J. Fish. Aquat. Sci. 57, 2130–2139.

Hedgecock, D., Sly, F., 1990. Genetic drift and effective population sizes of hatchery-propagated stocks of the Pacific oyster, *Crassostrea gigas*. Aquaculture 88, 21–38.
Hilborn, R., 1998. The economic performance of marine stock enhancement projects. Bull. Mar. Sci. 62, 661–674.
Hilborn, R., 2007. Moving to sustainability by learning from successful fisheries. Ambio 36, 296–303.
Howell, B., Moksness, E., Svåsand, T., 1999. Stock Enhancement and Sea Ranching. Fishing News, Oxford, Malden, MA. x, 606 pp.
Hutchings, J.A., 2000. Collapse and recovery of marine fishes. Nature 406, 882–885.
Iglesias, J., Ojea, G., Otero, J.J., Fuentes, L., Ellis, T., 2003. Comparison of mortality of wild and released reared 0-group turbot, *Scophthalmus maximus*, on an exposed beach (Ria de Vigo, NW Spain) and a study of the population dynamics and ecology of the natural population. Fish. Manage. Ecol. 10, 51–59.
Iguchi, K., Yamaguchi, M., 1994. Adaptive significance of inter- and intrapopulational egg size variation in ayu (*Plecoglossus altivelis*). Copia 1994, 184–190.
Iguchi, K., Watanabe, K., Nishida, M., 1999. Reduced mitochondrial DNA variation in hatchery populations of ayu (*Plecoglossus altivelis*) cultured for multiple generations. Aquaculture 178, 235–243.
Jackson, J.B., Kirby, M.X., Berger, W.H., Bjorndal, K.A., Botsford, L.W., Bourque, B.J., Bradbury, R.H., Cooke, R., Erlandson, J., Estes, J.A., Hughes, T.P., Kidwell, S., Lange, C.B., Lenihan, H.S., Pandolfi, J.M., Peterson, C.H., Steneck, R.S., Tegner, M.J., Warner, R.R., 2001. Historical overfishing and the recent collapse of coastal ecosystems. Science 293, 629–637.
Jeong, D.S., Gonzalez, E.B., Morishima, K., Arai, K., Umino, T., 2007. Parentage assignment of stocked black sea bream *Acanthopagrus schlegelii* in Hiroshima Bay using microsatellite DNA markers. Fish. Sci. 73, 823–830.
Jonsson, N., Jonsson, B., Hansen, L.P., 2003. The marine survival and growth of wild and hatchery-reared Atlantic salmon. J. Appl. Ecol. 40, 900–911.
Jørstad, K.E., Prodöhl, P.A., Kristiansen, T.S., Hughes, M., Farestveit, E., Taggart, J.B., Agnalt, A.-L., Ferguson, A., 2005. Communal larval rearing of European lobster (*Homarus gammarus*): family identification by microsatellite DNA profiling and offspring fitness comparisons. Aquaculture 247, 275–285.
Karlsson, S., Saillant, E., Bumguardner, B.W., Vega, R.R., Gold, J.R., 2008. Genetic identification of hatchery-released red drum in Texas bays and estuaries. Nor. Am. J. Fish. Manage. 28, 1294–1304.
Kawabata, Y., Okuyama, J., Mitamura, H., Asami, K., Yoseda, K., Arai, N., 2007. Post-release movement and diel activity patterns of hatchery-reared and wild black-spot tuskfish *Choerodon schoenleinii* determined by ultrasonic telemetry. Fish. Sci. 73, 1147–1154.
Kellison, G.T., Eggleston, D.B., Burke, J.S., 2000. Comparative behaviour and survival of hatchery-reared versus wild summer flounder (*Paralichthys dentatus*). Can. J. Fish. Aquat. Sci. 57, 1870–1877.
Kitada, S., Kishino, H., 2006. Lessons learned from Japanese marine finfish stock enhancement programmes. Fish. Res. 80, 101–112.
Kitada, S., Shishidou, H., Sugaya, T., Kitakado, T., Hamasaki, K., Kishino, H., 2009. Genetic effects of long-term stock enhancement programs. Aquaculture 290, 69–79.
Kostow, K., 2009. Factors that contribute to the ecological risks of salmon and steelhead hatchery programs and some mitigating strategies. Rev. Fish Biol. Fish. 19, 9–31.
Kubota, H., Watanabe, K., Kakehi, Y., Watanabe, S., 2008. An assessment of genetic diversity in wild and captive populations of endangered Japanese bitterling *Tanakia tanago* (*Cyprinidae*) using amplified fragment length polymorphism (AFLP) markers. Fish. Sci. 74, 494–502.
Leber, K.M., 2004. In: Leber, K.M., Kitada, S., Blankenship, H.L., Svåsand, T. (Eds.), Stock Enhancement and Sea Ranching: Developments, Pitfalls and Opportunities. Blackwell Pub., Oxford, UK. Ames, Iowa, xii, 562 pp.
Leider, S.A., Hulett, P.L., Loch, J.J., Chilcote, M.J., 1990. Electrophoretic comparison of the reproductive success of naturally spawning transplanted and wild steelhead trout through the returning adult stage. Aquaculture 88, 239–252.
Lorenzen, K., 2005. Population dynamics and potential of fisheries stock enhancement: practical theory for assessment and policy analysis. Phil. Trans. R. Soc. B 360, 171–189.
Lorenzen, K., 2008. Fish population regulation beyond "Stock and recruitment": the role of density-dependent growth in the recruited stock. Bull. Mar. Sci. 83, 181–196.
Lotze, H.K., Lenihan, H.S., Bourque, B.J., Bradbury, R.H., Cooke, R.G., Kay, M.C., Kidwell, S. M., Kirby, M.X., Peterson, C.H., Jackson, J.B., 2006. Depletion, degradation, and recovery potential of estuaries and coastal seas. Science 312, 1806–1809.
Lowe, A., Harris, S.E., Ashton, P., 2004. Ecological Genetics: Design, Analysis, and Application. Blackwell Pub, Malden, MA. xi, 326 pp.
Lynch, M., O' Hely, M., 2001. Captive breeding and the genetic fitness of natural populations. Conserv. Genet. 2, 363–378.
McGinnity, P., Prodohl, P., Ferquson, A., Hynes, R., Maoileidigh, N.O., Baker, N., Cotter, D., O'Hea, B., Cooke, D., Rogan, G., Taggart, J., Cross, T., 2003. Fitness reduction and potential extinction of wild populations of Atlantic salmon, *Salmo salar*, as a result of interactions with escaped farm salmon. Proc. Biol. Sci. 270, 2443–2450.
McLean, J.E., Bentzen, P., Quinn, T.P., 2003. Differential reproductive success of sympatric, naturally spawning hatchery and wild steelhead trout (*Oncorhynchus mykiss*) through the adult stage. Can. J. Fish. Aquat. Sci. 60, 433–440.
McLean, J.E., Bentzen, P., Quinn, T.P., 2004. Differential reproductive success of sympatric, naturally spawning hatchery and wild steelhead, *Oncorhynchus mykiss*. Environ. Biol. Fishes 69, 359–369.
Miller, L.M., Close, T., Kapuscinski, A.R., 2004. Lower fitness of hatchery and hybrid rainbow trout compared to naturalized populations in Lake Superior tributaries. Mol. Ecol. 13, 3379–3388.
Morán, P., Pendás, A.M., Garcia-Vázquez, E., Izquierdo, J., 1991. Failure of a stocking policy, of hatchery reared brown trout, *Salmo-Trutta L*, in Asturias, Spain, detected using Ldh-5* as a genetic-marker. J. Fish Biol. 39, 117–121.
Needham, P.R., Slater, D.W., 1944. Survival of hatchery-reared brown and rainbow trout as affected by wild trout populations. J. Wildl. Manage. 8, 22–36.
Nomura, I., 2008. Fisheries management: status and challenges. In: Tsukamoto, K., Kawamura, T., Takeuchi, T., Beard, T.D., Kaiser, M.J. (Eds.), Fisheries for Global Welfare and Environment. TERRAPUB, Tokyo, pp. 1–16.
Ortega-Villaizan Romo, M., Suzuki, S., Ikeda, M., Nakajima, M., Taniguchi, N., 2005. Monitoring of the genetic variability of the hatchery and recaptured fish in the stock enhancement program of the rare species barfin flounder *Verasper moseri*. Fish. Sci. 71, 1120–1130.
Ortega-Villaizan Romo, M., Aritaki, M., Taniguchi, N., 2006. Pedigree analysis of recaptured fish in the stock enhancement program of spotted halibut *Verasper variegatus*. Fish. Sci. 72, 48–52.
Pastene, L.A., Numachi, K., Tsukamoto, K., 1991. Examination of reproductive success of transplanted stocks in an amphidromous fish, *Plecoglossus altivelis* (Temmink et Schlegel) using mitochondrial DNA and isozyme markers. J. Fish Biol. 39, 93–100.
Paulsen, H., Stottrup, J.G., 2004. Growth rate and nutritional status of wild and released reared juvenile turbot in southern Kattegat, Denmark. J. Fish Biol. 65, 210–230.
Perez-Enriquez, R., Takagi, M., Taniguchi, N., 1999. Genetic variability and pedigree tracing of a hatchery-reared stock of red sea bream (*Pagrus major*) used for stock enhancement, based on microsatellite DNA markers. Aquaculture 173, 413–423.
Reisenbichler, R.R., McIntyre, J.D., 1977. Genetic differences in growth and survival of juvenile hatchery and wild steelhead trout, *Salmo gairdneri*. Can. J. Fish. Res. Bd. 34, 123–128.
Roberge, C., Einum, S., Guderley, H., Bernatchez, L., 2006. Rapid parallel evolutionary changes of gene transcription profiles in farmed Atlantic salmon. Mol. Ecol. 15, 9–20.
Ryman, N., 1991. Conservation genetics considerations in fishery management. J. Fish Biol. 39, 211–224.
Ryman, N., Laikre, L., 1991. Effects of supportive breeding on the genetically effective population size. Conserv. Biol. 5, 325–329.
Ryman, N., Ståhl, G., 1980. Genetic changes in hatchery stocks of brown trout (*Salmo trutta*). Can. J. Fish. Aquat. Sci. 37, 82–87.
Ryman, N., Utter, F., 1987. Population genetics & fishery management. Washington Sea Grant Program : Distributed by University of Washington Press, Seattle, XVII. 420 pp.
Schonewald-Cox C.M., 1983. In: Schonewald-Cox, C.M., Chambers, S.M., MacBryde, B., Thomas, W.L. (Eds.), Genetics and Conservation : A Reference for Managing Wild Animal and Plant Populations. Benjamin/Cummings, Menlo Park, Calif. xxi, 722 pp.
Sekino, M., Hara, M., Taniguchi, N., 2002. Loss of microsatellite and mitochondrial DNA variation in hatchery strains of Japanese flounder *Paralichthys olivaceus*. Aquaculture 213, 101–122.
Sekino, M., Saitoh, K., Yamada, T., Hara, M., Yamashita, Y., 2005. Genetic tagging of released Japanese flounder (*Paralichthys olivaceus*) based on polymorphic DNA markers. Aquaculture 244, 49–61.
Shikano, T., Shimada, Y., Suzuki, H., 2008. Comparison of genetic diversity at microsatellite loci and quantitative traits in hatchery populations of Japanese flounder *Paralichthys olivaceus*. J. Fish Biol. 72, 386–399.
Simmons, M., Mickett, K., Kucuktas, H., Li, P., Dunham, R., Liu, Z.J., 2006. Comparison of domestic and wild channel catfish (*Ictalurus punctatus*) populations provides no evidence for genetic impact. Aquaculture 252, 133–146.
Smith, P.J., Conroy, A.M., 1992. Loss of genetic variation in hatchery-produced abalone, *Haliotis iris*. N.Z. J. Mar. Freshwater Res. 26, 81–85.
Snyder, N.F.R., Snyder, H.A., 1989. Biology and conservation of the California Condor. Curr. Ornithol. 6, 175–263.
Ståhl, G., 1983. Differences in the amount and distribution of genetic variation between natural populations and hatchery stocks of Atlantic salmon. Aquaculture 33, 23–32.
Stoner, A.W., Davis, M., 1994. Experimental outplanting of juvenile Queen Conch, *Strombus-Gigas* — comparison of wild and hatchery-reared stocks. Fish. Bull. 92, 390–411.
Stunz, G.W., Minello, T.J., 2001. Habitat-related predation on juvenile wild-caught and hatchery-reared red drum *Sciaenops ocellatus* (*Linnaeus*). J. Exp. Mar. Biol. Ecol. 260, 13–25.
Subasinghe, R., Soto, D., Jia, J., 2009. Global aquaculture and its role in sustainable development. Rev. Aqua. 1, 2–9.
Sugaya, T., Sato, M., Yokoyama, E., Nemoto, Y., Fujita, T., Okouchi, H., Hamasaki, K., Kitada, S., 2008. Population genetic structure and variability of Pacific herring *Clupea pallasii* in the stocking area along the Pacific coast of northern Japan. Fish. Sci. 74, 579–588.
Takeshima, H., Iguchi, K., Nishida, M., 2009. Ayu (*Plecoglossus altivelis*) in a contact zone between amphidromous and landlocked forms: genetic analyses of populations in the Yodo River system. Zool. Sci. 26, 536–542.
Taniguchi, N., Sumantadinata, K., Iyama, S., 1983. Genetic change in the first and second generations of hatchery stock of black seabream. Aquaculture 35, 309–320.
Tessier, N., Bernatchez, L., Wright, J.M., 1997. Population structure and impact of supportive breeding inferred from mitochondrial and microsatellite DNA analyses in land-locked Atlantic salmon *Salmo salar* L. Mol. Ecol. 6, 735–750.
Tettelbach, S.T., Smith, C.F., Wenczel, P., Decort, E., 2002. Reproduction of hatchery-reared and transplanted wild bay scallops, *Argopecten irradians irradians*, relative to natural populations. Aquacult. Int. 10, 279–296.
Ut, V.N., Le Vay, L., Nghia, T.T., Walton, M., 2007. Comparative performance of hatchery-reared and wild *Scylla paramamosain* (Estampador, 1949) in pond culture. Aquacult. Res. 38, 1593–1599.
Verspoor, E., 1988. Reduced genetic variability in first-generation hatchery populations of Atlantic salmon (*Salmo salar*). Can. J. Fish. Aquat. Sci. 45, 1686–1690.
Vincent, E.R., 1987. Effects of stocking catchable-size hatchery rainbow trout on two wild trout species in the Madison River and O'Dell Creek, Montana. Nor. Am. J. Fish. Manage. 7, 91–105.
Vuorinen, J., 1984. Reduction of genetic variability in a hatchery stock of brown trout, *Salmo trutta* L. J. Fish Biol. 24, 339–348.

Case 6:21-cv-00034-AA Document 97-3 Filed 02/06/26 Page 10 of 10



Waples, R.S., Drake, J., 2004. In: Leber, K.M., Kitada, S., Blankenship, H.L., Svasand, T. (Eds.), Risk/Benefit Considerations for Marine Stock Enhancement: A Pacific Salmon Perspective. : Stock Enhancement and Sea Ranching: developments, pitfalls and opportunities. Blackwell Pub, Oxford, UK, pp. 260–306. Ames, Iowa.

Worm, B., Hilborn, R., Baum, J.K., Branch, T.A., Collie, J.S., Costello, C., Fogarty, M.J., Fulton, E.A., Hutchings, J.A., Jennings, S., Jensen, O.P., Lotze, H.K., Mace, P.M., McClanahan, T.R., Minto, C., Palumbi, S.R., Parma, A.M., Ricard, D., Rosenberg, A.A., Watson, R., Zeller, D., 2009. Rebuilding global fisheries. Science 325, 578–585.

Yokota, T., Mitamura, H., Arai, N., Masuda, R., Mitsunaga, Y., Itani, M., Takeuchi, H., Tsuzaki, T., 2006. Comparison of behavioral characteristics of hatchery-reared and wild red tilefish *Branchiostegus japonicus* released in Maizuru Bay by using acoustic biotelemetry. Fish. Sci. 72, 520–529.

Exhibit 3
10 of 10