# 23 Minimizing Ecological Impacts of Hatchery-Reared Juvenile Steelhead Trout on Wild Salmonids in a Yakima Basin Watershed

*Geoffrey A. McMichael, Todd N. Pearsons, and Steven A. Leider*

*Abstract.*—Adverse ecological effects on wild fish resulting from releases of hatchery-reared fish are increasingly being scrutinized and balanced against benefits afforded by hatchery programs. To improve understanding of the potential ecological effects of hatchery steelhead trout (anadromous form of *Oncorhynchus mykiss*) on wild trout (resident *Oncorhynchus* species) populations, we studied releases of 23,000 to 38,000 hatchery-reared steelhead trout smolts into a Yakima River, Washington, watershed from 1991 through 1994. In this chapter we synthesize results from many aspects of these studies as they relate to minimizing ecological risks to wild trout. We snorkeled in control and treatment streams to observe behavioral interactions between hatchery steelhead trout and wild salmonids. Movement of residual hatchery steelhead trout was examined using traps, and direct underwater observation and relative abundances of hatchery and wild fish were estimated by electrofishing. Instream enclosures were used to determine whether residual hatchery steelhead trout impacted growth of wild rainbow trout or spring chinook salmon (*O. tshawytscha*). Potential for adverse impacts resulting from ecological interactions among wild salmonids and hatchery steelhead trout was greatest when (1) hatchery fish did not emigrate quickly; (2) water temperatures were over 8°C; (3) hatchery fish were the same species as the wild salmonids; (4) hatchery fish were larger than the wild salmonids; (5) habitat and/or food were limiting; and (6) numbers of fish released was over about 30,000. Ecological interactions with wild salmonids could be reduced or minimized by releasing (1) only actively migrating smolts (no residuals); (2) hatchery fish that are smaller than wild fish; (3) the minimum number necessary to meet management objectives; (4) fish that are less likely to engage wild fish in agonistic encounters; (5) when water temperatures are relatively cold (less than 8°C); (6) in areas where wild salmonid populations are absent; and possibly (7) in areas where habitat diversity is complex. Management actions that encourage angler harvest of hatchery steelhead trout residuals while protecting coexisting wild species may also help minimize negative ecological impacts. Implementing these strategies may reduce the number of returning hatchery-origin adults of the target group but will help reduce risk to the sustainability of wild fish populations.

1-56670-480-4/00/$0.00+$.50
© 2000 by CRC Press LLC

365

Exhibit 7
1 of 16

## INTRODUCTION

Conservation of endemic wild fish populations in the Pacific Northwest has received increased emphasis in recent years (Nehlsen et al. 1991; NMFS 1995; Huntington et al. 1996; NRC 1996; Allendorf et al. 1997). Potential adverse impact of hatchery programs on wild salmonid populations has been one of many conservation issues (NRC 1996). Managers have acknowledged that competitive interactions with wild stocks as a result of hatchery stocking can have adverse consequences, and new management guidelines are beginning to emerge in efforts to reduce these effects (e.g., IHOT 1995). Due largely to the failure of many anadromous fish hatchery programs to meet expectations, and the continued decline of wild fish populations (Meffe 1992), the public is becoming more involved in decision-making processes regarding the use of hatchery fish (WDFW 1997). Most research on hatcheries has focused on ways to alter hatchery methods to increase post-release survival of hatchery fish (e.g., Jarvi and Uglem 1993; Wiley et al. 1993; Banks 1994). Few studies have directly examined the effects of hatchery fish on wild populations.

The Yakima River supports one of the premier wild resident rainbow trout *Oncorhynchus mykiss* fisheries in Washington State (Krause 1991; Probasco 1994). Concerns that proposed steelhead trout supplementation (Clune and Dauble 1991) might negatively impact this fishery prompted a 5-year study, beginning in 1991, of the potential ecological effects of releasing hatchery steelhead trout juveniles (judged to have reached the smolt stage) on coexisting wild salmonids in streams (McMichael et al. 1992; 1994; 1997; Pearsons et al. 1993; 1994; 1996). Results from this work helped us form hypotheses regarding the ecological impacts of hatchery steelhead trout releases on wild salmonids, particularly on resident rainbow trout. This chapter is a synthesis of our findings and recommendations; further details have been published (McMichael et al. 1992; 1994; 1997; Pearsons et al. 1993; 1994; 1996) or will be soon. Our specific objectives were to (1) determine whether releases of hatchery steelhead trout affected wild salmonids and (2) develop guidelines to reduce ecological impacts of hatchery steelhead trout releases on wild salmonids. We define ecological impacts as any or a combination of the following: behavioral dominance of hatchery fish over wild fish; displacement of wild fish by hatchery fish; reduced distribution of wild fish due to the presence of hatchery fish; decreased abundance of wild fish due to the presence of hatchery fish; and decreased growth of wild fish when hatchery fish are present. To meet our objectives we tested the general null hypothesis that releases of hatchery steelhead trout would have no ecological impacts on pre-existing wild salmonids. More detailed null hypotheses we tested were that hatchery steelhead trout will not (1) behaviorally dominate wild salmonids; (2) displace wild salmonids; (3) decrease abundance of wild salmonids; or (4) reduce the growth of wild salmonids.

## METHODS

We used a control-treatment approach, in which streams not receiving hatchery steelhead trout were considered controls, while those that were stocked with steelhead trout were the treatment streams. We released 23,000–38,000 hatchery-reared smolt-sized steelhead trout in early May annually from 1991 through 1994 into Jungle Creek, a tributary of the North Fork of the Teanaway River, north of the Town of Cle Elum, Washington (Figure 23.1). Most of the hatchery steelhead trout smolts released into Jungle Creek (small treatment stream) moved downstream into the North Fork of the Teanaway River (large treatment stream). Jack Creek, a small tributary to the North Fork of the Teanaway River, served as a small control stream and was blocked off to prevent hatchery steelhead trout from moving up into it. The large control stream, the Middle Fork of the Teanaway River, was in an adjacent basin and was similar in size and other physical and biotic makeup to the large treatment stream (Figure 23.1). The West Fork of the Teanaway River was used as an additional control stream for wild salmonid abundance data only.

Exhibit 7
2 of 16



**FIGURE 23.1**  Map of the upper Yakima River basin showing study streams in the Teanaway River basin. The hatchery steelhead trout release location on Jungle Creek is marked with an open circle. Filled squares indicate 100 m-long population estimate sites. The cross-hatched area on the North Fork of the Teanaway River is where small enclosure growth experiments were conducted.

The hatchery steelhead trout were progeny of adult steelhead trout collected lower in the Yakima River basin. Table 23.1 shows the relevant data on adult steelhead trout used to produce fish for these experimental releases.

The various methods and sampling effort involved in testing for hatchery/wild interactions are summarized in Table 23.2. Snorkeling was used to (1) observe behavioral interactions between hatchery steelhead trout (recognized by excised adipose fins) and wild salmonids in index sites in two streams where hatchery steelhead trout were present (treatments) in comparison with two streams where no hatchery fish were released (controls) in 1991–1994 and (2) determine the distribution of residual hatchery steelhead trout within the North Fork of the Teanaway River in 1994. Direct underwater observation of fish behavior was performed by snorkeling in control and treatment streams as described by McMichael et al. (1992) and Pearsons et al. (1993). Each agonistic interaction was classified into one of the following five groups: threat, crowd, chase, nip, or butt. We defined

Exhibit 7
3 of 16

**TABLE 23.1**
Parentage (number, % hatchery and % wild) and loading density of smolts (kg of fish/l/min in the raceway immediately prior to release) for hatchery steelhead trout smolts released into Jungle Creek in 1991–1994. Estimated total number (survival) and percent of number released (in parentheses) to Prosser Dam (234 km downstream) during the 3 months following release are also shown.

| Brood Year | Release Year | Parents | | | Progeny | Survival |
| | | Number | Percent Hatchery | Percent Wild | Loading Density | Number (percent) |
|---|---|---|---|---|---|---|
| 1990 | 1991 | 106 | 0 | 100 | 0.46 | 648 (1.9) |
| 1991 | 1992 | 24 | 63 | 37 | 0.19 | 575 (1.5) |
| 1992 | 1993 | 26 | 100 | 0 | 0.16 | 5592 (24.9) |
| 1993 | 1994 | 25 | 24 | 76 | 0.20 | 837 (2.6) |

threats as overt signs of aggression, such as fin-flares and body arching (Taylor and Larkin 1986; Holtby et al. 1993). Crowding occurred when fish moved toward other fish laterally, causing a subordinate fish to move out of the way (Helfrich et al. 1982; Taylor and Larkin 1986; Holtby et al. 1993). Chases occurred when one fish pursued another fish for several body lengths without making physical contact (Keenleyside and Yamamoto 1962; Helfrich et al. 1982; Taylor and Larkin 1986). Nips were classified as physical contact in which one fish actively bit another fish (Stringer and Hoar 1955; Helfrich et al. 1982; Taylor and Larkin 1986). Physical contact made between two fish in which the mouth of the attacking fish was closed was classified as a butt. A contest may have included multiple interactions. For example, a hatchery steelhead trout and a wild rainbow trout could chase and nip each other several times during one contest. A fish was considered to be dominant if it displaced (defined below) its opponent in a contest.

Hatchery steelhead trout that failed to emigrate at the same time as wild steelhead trout were defined as residuals. Residuals may take up residence in streams or may emigrate in later years (Pearsons et al. 1993). To determine the extent of spatial overlap between residual hatchery steelhead trout and resident rainbow trout, cutthroat trout *O. clarki* and bull trout *Salvelinus confluentus* in the North Fork of the Teanaway River, we snorkeled pools and runs at 0.6-km intervals from the mouth of Jungle Creek upstream 13.4 km. Snorkeling took place on June 24, June 30, and July 12, 1994. A total of 22 sites were sampled. Each site, covering approximately 100 m of stream and separated by about 100 m, was sampled by two snorkelers. Snorkeling was repeated at the upper nine sites on the night of July 12, 1994, to better estimate bull trout presence. No bull trout were observed during daylight snorkeling in these areas, therefore data collected at night was used for the upper nine sites. The relative abundances of bull trout, cutthroat trout, rainbow trout, and hatchery steelhead trout were expressed as percentages of all salmonids observed at each site.

To determine whether juvenile hatchery-reared steelhead trout displaced wild fish, we examined displacement at three spatial scales using trapping and snorkeling methods described by McMichael et al. (1992) and Pearsons et al. (1993). We defined a displacement as one fish causing another fish to move at least two body lengths away from a preferred feeding or holding site (Brown 1975 as cited in Helfrich et al. 1982). Small-scale displacements were those that occurred within a channel unit of stream, such as a pool. Wild fish movement out of the release stream (determined by captures in a downstream migrant trap at the mouth of Jungle Creek) concurrent with large numbers of hatchery fish was considered a mid-scale displacement. Large-scale displacement was monitored

Exhibit 7
4 of 16

TABLE 23.2
Summary of methods used in examining the effects of hatchery steelhead trout releases on wild salmonids in the Teanaway River basin. Stream name, experimental function, year, and type of method are shown. Methods and levels of effort are shown for each stream and year. Snorkeling effort for behavioral observations is expressed in minutes. The number of 100-m long electrofishing sites in each stream is shown for each year. Trapping effort, to examine displacement, is expressed by the dates each trap was operated. NFT = North Fork of the Teanaway River, MFT = Middle Fork of the Teanaway River, WFT = West Fork of the Teanaway River.

| Stream | Function | Year | Snorkeling minutes | Electrofishing sites | Trapping dates |
|---|---|---|---|---|---|
| Jungle Cr. | Small treatment | 1991 | 1011 | 1 | 5/29–6/13 |
|  |  | 1992 | 1847 | 1 | 5/9–6/2 |
|  |  | 1993 | 722 | 1 | 4/30–7/13 |
|  |  | 1994 | 972 | 1 | 4/29–7/11 |
|  |  | 1995 | — | 1 | 5/6–7/25 |
| NFT | Large treatment | 1990 | — | 2 | — |
|  |  | 1991 | 1931 | 2 | 4/22–5/31 |
|  |  | 1992 | 1396 | 2 | 4/2–6/1 |
|  |  | 1993 | 484 | 2 | 4/1–6/4 |
|  |  | 1994 | 779 | 2 | 3/30–6/1 |
|  |  | 1995 | — | 2 | 3/11–6/9 |
| Jack Cr. | Small control | 1992 | 739 | — | 5/5–6/2 |
|  |  | 1993 | 488 | — | 4/30–7/13 |
|  |  | 1994 | 823 | — | 4/29–7/11 |
|  |  | 1995 | — | — | 5/10–7/25 |
| MFT | Large control | 1990 | — | 3 | — |
|  |  | 1991 | — | 3 | — |
|  |  | 1992 | 1558 | 3 | 4/3–5/27 |
|  |  | 1993 | 554 | 3 | 3/31–6/4 |
|  |  | 1994 | 756 | 3 | 3/29–5/31 |
|  |  | 1995 | — | 3 | 3/11–6/9 |
| WFT | Large control | 1990 | — | 3 | — |
|  |  | 1991 | — | 3 | — |
|  |  | 1992 | — | 3 | — |
|  |  | 1993 | — | 3 | — |
|  |  | 1994 | — | 3 | — |
|  |  | 1995 | — | 3 | — |

at a downstream migrant trap near the mouth of the North Fork of the Teanaway River, approximately 11 km downstream of the release site in Jungle Creek. Determination of small-scale displacements was more direct (because they were observed) than mid- and large-scale displacements, which had to be inferred from fish emigration information obtained by trapping.

To determine the influence of hatchery steelhead trout releases on rainbow trout abundance, population estimates were conducted by electrofishing in three study streams. Multiple-removal population estimates were conducted in 100-m long index sites in the North (N = 2), Middle (N = 3), and West (N = 3) forks of the Teanaway River each fall from 1990 (the year before the first release) to 1995 (the year after the last release) (Table 23.2).

Exhibit 7
5 of 16

**TABLE 23.3**
**Estimated wild rainbow trout and residual hatchery steelhead trout number and biomass from electrofishing in Jungle Creek, 1991–1994 approximately 3 mo after release of steelhead trout. This index site, an example from all the index sites, was 100 m long and located immediately upstream of the confluence of Jungle Creek and the North Fork of the Teanaway River.**

|      | Number        |                 | Biomass (g)   |                 |
| ---- | ------------- | --------------- | ------------- | --------------- |
| Year | rainbow trout | steelhead trout | rainbow trout | steelhead trout |
| 1991 | 5             | 9               | 47            | 530             |
| 1992 | 2             | 13              | 21            | 468             |
| 1993 | 40            | 11              | 477           | 453             |
| 1994 | 2             | 5               | 19            | 220             |

Growth experiments were performed in in-stream enclosures in 1993 and 1994 in the North Fork of the Teanaway River to determine the effects of residual hatchery steelhead trout on growth of wild rainbow trout and spring chinook salmon. Enclosures were wood-framed boxes, a cubic meter in size, and were divided in the middle and wrapped with 0.95-cm hardware cloth on the sides and bottom to allow free passage of invertebrates in and out of the enclosures (Cooper et al. 1990; McMichael et al. 1997). Enclosures were deployed with one wild rainbow trout (1993: n = 10, 1994: n = 20) or salmon (1993: n = 10) on one side (control) and one wild rainbow trout or salmon with a residual hatchery steelhead trout (treatment) on the other side for a 6-week period in mid-summer (McMichael et al. 1997). Specific growth rates of trout and salmon with and without residual hatchery steelhead trout were compared to determine impacts of residual hatchery steelhead trout on growth of wild rainbow trout and spring chinook salmon.

## RESULTS

Residual steelhead trout were relatively abundant in our treatment streams in three of the four years we released hatchery steelhead trout (Figure 23.2). Although variable, abundance, and particularly biomass, of residual steelhead trout often significantly exceeded those of wild rainbow trout in the release stream during the summer rearing period (see, for example, Table 23.3; McMichael et al. 1994). Residual hatchery steelhead trout were also observed more than 12 km upstream from their release points, in an area containing populations of bull trout and cutthroat trout in addition to rainbow trout (Figure 23.3).

When smolt-sized (over 175 mm fork length-FL) hatchery steelhead trout failed to promptly migrate toward the sea and instead residualized in freshwater, they behaviorally dominated the typically smaller, coexisting wild salmonids (McMichael et al. 1992, 1994; Pearsons et al. 1993, 1996). Larger salmonids typically dominated smaller ones, regardless of hatchery or wild origin or species. The wild rainbow trout within our study area averaged 125 mm FL while hatchery steelhead trout we released averaged between 179 and 201 mm FL (McMichael et al. 1994). Despite this size disparity, rainbow trout and residual hatchery steelhead trout were often observed occupying the same or similar habitats. In 84% of the contests we observed between 1991 and 1994 (N = 538), larger fish were judged to be dominant. Hatchery steelhead trout also dominated over 75% of the contests between steelhead trout and wild rainbow trout (N = 147) (McMichael et al. 1994; Pearsons et al. 1996). Interactions observed in 1994, in streams where residual hatchery steelhead trout were present, more often involved physical contact (nips and butts; 25%) than those observed in control streams (14%) (Pearsons et al. 1996). In contrast, the most common type of behavior observed in contests in control streams was a threat (47%), while only 20% of the behaviors

Exhibit 7
6 of 16



**FIGURE 23.2** Frequency of residual hatchery steelhead trout observed during snorkeling activities in treatment streams during the summer and early fall of 1991, 1992, 1993, and 1994.



**FIGURE 23.3** Linear distribution of salmonids upstream of the mouth of the release stream on June 24, 30, and July 12, 1994. RBT = rainbow trout, CUT = cutthroat trout, BUL = bull trout, and HSH = residual hatchery steelhead trout. An average of 27 salmonids were observed at each of 22 sites (0.6 km apart). Sites from 8.3 to 13.4 km were snorkeled at night, while all others were snorkeled during daylight.

displayed by fish in treatment streams were classified as threats (Pearsons et al. 1996). Threats are a more energy-efficient way to maintain established hierarchies than the more violent physical interactions commonly observed in treatment streams.

Exhibit 7
7 of 16

Wild trout were displaced from apparently preferred microhabitats by hatchery steelhead trout, but were generally not displaced over larger spatial scales (0.2 to 11.2 km) (Pearsons et al. 1996). Small-scale displacement of subordinate fish occurred in 47 to 59% of the contests observed in treatment streams in 1993 and 1994 (McMichael et al. 1994; Pearsons et al. 1996). Since wild fish were usually smaller than residual steelhead trout, this meant that residual steelhead trout were displacing wild salmonids more often than wild fish were displacing residual steelhead trout. In only one year (1994) of four, there was a correlation between wild trout and hatchery steelhead trout emigration from the release stream, indicating there may have been a mid-scale displacement that year. In all four years of snorkeling, we observed only two instances of pied-piper behavior (Hillman and Mullan 1989) in which a wild salmonid turned to follow a passing hatchery fish downstream.

Interaction rates were highest when stream temperatures were over 8°C. When water temperatures were below 8°C, we often had a difficult time locating wild salmonids, presumably because they were holding within the substrate (Hillman et al. 1992). In many locations throughout the upper Yakima basin we have seen far fewer fish when water temperatures were below 8°C than when temperatures were higher. Behavioral interactions between hatchery steelhead trout and wild salmonids were precluded at lower temperatures because wild salmonids were not in the water column. Furthermore, hatchery fish were not observed utilizing interstices at lower temperatures. It is possible that wild trout may have left the interstices during darkness, but we did not sample during darkness as lights were found to alter the behavior of hatchery steelhead trout (McMichael et al. 1992). In all four years, interaction rates (observed interactions/fish/minute) in the stream where the hatchery fish were released were higher after June 1 than before, though not significantly ($P = 0.233$) (McMichael et al. 1994; Pearsons et al. 1996). Water temperatures generally exceeded 8°C by June 1 of each year. June 1 is also the date after which we defined all remaining hatchery steelhead trout to be residuals.

In addition to higher interaction rates, the incidence of disease in both residual hatchery steelhead trout and wild fish was greater when water temperature was warmer. For example, in 1991, when water temperatures were very high in late May and June (often exceeding 20°C), *Saprolegnia* infections were commonly observed on hatchery fish and, though less common, were also observed on wild fish within the release stream (McMichael et al. 1992). The incidence of *Saprolegnia* on hatchery steelhead trout emigrating from Jungle Creek between May 29 and June 13, 1991, was 13.2% (N = 53). A sample of fish collected by electrofishing in Jungle Creek on June 25, 1991, showed 32.1% of the hatchery steelhead trout (N = 28) and 16.7% of the wild resident trout (N = 6) were infected. Infection sites were generally on the lateral body surface near the base of the dorsal fin which corresponds with the area where most of the violent agonistic attacks we observed were targeted (McMichael et al. 1992). It is likely that the combination of high densities of residual hatchery steelhead trout, elevated rates of agonistic interactions, and warm water temperatures combined to increase stress levels in many salmonids to the point that they were vulnerable to fungal infection by *Saprolegnia*.

The presence of hatchery steelhead trout reduced the abundance of rainbow trout where they were commingled. Wild rainbow trout in sites within the large treatment stream (the North Fork of the Teanaway River) were significantly less abundant than in sites in adjacent control streams ($P = 0.006$; McMichael et al. 1994; Pearsons et al. 1996) (Figure 23.4).

Hatchery steelhead trout residuals apparently had a greater impact on conspecifics than on other species, such as spring chinook salmon. For example, growth experiments revealed that rainbow trout paired with hatchery steelhead trout residuals had significantly lower specific growth rates than their unpaired counterparts (1993: $P = 0.019$; 1994: $P = 0.020$; McMichael et al. 1997). When spring chinook salmon were paired with residual hatchery steelhead trout, however, their growth was not significantly reduced ($P = 0.360$; McMichael et al. 1997).

Exhibit 7
8 of 16



**FIGURE 23.4**   Mean wild rainbow trout population abundance estimates and standard deviations (number of fish per 100 m) for streams with (open bars) and without (cross-hatched bars) hatchery steelhead trout between 1990 and 1995. Index sites were 100 m long and were sampled by electrofishing. Hatchery steelhead trout smolts were released in 1991, 1992, 1993, and 1994.

## DISCUSSION

Hatchery steelhead trout apparently adversely interact with wild salmonids under certain conditions. The ecological impacts from releases of hatchery steelhead trout smolts on wild salmonids were greatest when; (1) hatchery fish did not emigrate quickly; (2) water temperatures were above 8°C; (3) wild salmonids were the same species as the hatchery fish; (4) wild salmonids were smaller than hatchery fish; (5) habitat and/or food were limited (McMichael et al. 1997); and (6) numbers of fish released were at the high end of the range we investigated (McMichael 1994).

We fully appreciate that wild fish populations face a variety of risks besides those from interactions with hatchery fish (e.g., direct or incidental harvest, extreme environmental variation, habitat degradation and loss, genetic introgression, and hybridization). However, various measures could help reduce or minimize undesirable ecological effects of hatchery steelhead trout on wild fish. Those measures should reflect the information available about conditions under which interactions might be reduced. There are three general categories of actions culturists and managers can take to reduce ecological effects of hatchery steelhead trout on wild salmonids: (1) the hatchery product—*what* is released; (2) space—*where* the fish are released; and (3) timing—*when* the fish are released. Guidelines to reduce the impacts of released hatchery steelhead trout on wild salmonids are presented below.

### THE HATCHERY PRODUCT—WHAT IS RELEASED

Hatchery fish slated for release should be ready to migrate, resulting in few residuals. Tools are becoming available with potential for reducing the number of hatchery steelhead trout that residualize

Exhibit 7
9 of 16

after release. For example, Viola and Schuck (1995) successfully reduced the number of residual steelhead trout in the Tucannon River in southeastern Washington by periodically examining juveniles in an acclimation pond prior to release and closing the exit gate when most emigrants no longer exhibited smolt characteristics and were predominantly males; likely residuals were retained. Hatchery practices affecting rearing densities, size at release, and parentage may influence residualism in steelhead trout. In our studies, hatchery steelhead trout that were offspring of hatchery-origin parents and reared at low densities apparently residualized less and survived better than offspring of wild parents that were reared at higher densities (Table 23.1; McMichael 1994; Pearsons et al. 1996). We did not conduct paired tests of these factors and are therefore unable to discern the relative effects of parentage and rearing density on smolt survival.

Increased growth rates of fish reared in hatcheries have often been implicated in the production of residual anadromous salmonids (e.g., Rowe and Thorpe 1990; Mullan et al. 1992). In a study on the upper Salmon River, Idaho, Partridge (1986) found that hatchery steelhead trout released at a "large-size" (mean FL = 265 mm; number released = 40,322) constituted 92% of the residual steelhead trout catch by anglers, while the remainder were released at "normal-size" (mean FL = 202 mm; number released = 39,763).

It has been well established that a positive correlation exists between fish size and social dominance for salmonids (e.g., Abbott et al. 1985; Huntingford et al. 1990). Abbott et al. (1985) reported that a weight advantage of as little as 5% was sufficient to assure dominant status for larger steelhead trout juveniles. Behavioral data from our field studies indicated that in most contests (84%) socially dominant fish were larger than subordinates. To minimize the potential for hatchery fish to socially dominate wild fish, the size of hatchery steelhead trout released should be smaller than their wild counterparts. This smaller size may conflict with size criteria that maximize emigration, and should therefore be secondary to tactics that result in few or no residuals. In many, if not most, instances it may be difficult to meet competing objectives of smaller hatchery fish size, effective smoltification, and maximum long-term survival. For example, in our study area, where wild rainbow trout averaged 125 mm FL during the summer rearing period (McMichael et al. 1994), it would be difficult to produce steelhead trout juveniles in the hatchery that became smolts at a size smaller than 125 mm FL. Tipping et al. (1995) reported that hatchery-reared winter steelhead trout over 190 mm FL migrated at higher rates than smaller hatchery fish. It is conceivable that hatchery steelhead trout smolts much larger than their wild counterparts would occupy different habitats than smaller wild fish (Roper et al. 1994), thereby reducing interactions and their effects. There is a tradeoff in this approach, however, in that hatchery steelhead trout that are much larger than the wild fish may become predators of age-0 wild salmonids (Cannamela 1992; Martin et al. 1993). It is noteworthy that, even with the size disparity we observed between the hatchery fish and wild fish (a mean difference of about 50–70 mm), many hatchery and wild fish occupied the same habitats.

The number of hatchery fish released is a key influence on the level of ecological interactions experienced by wild fish. We suggest that only the minimum number of hatchery steelhead trout smolts necessary to meet management objectives should be released in any given situation. The likelihood of adverse ecological interactions resulting from hatchery steelhead trout releases is positively correlated with hatchery fish abundance. When factors affecting residualism rates are equal (e.g., parentage, size at release, precocity, rearing density), larger hatchery steelhead trout releases result in more residual steelhead trout in the freshwater rearing environment. In addition, hatchery managers are finding that fish reared at relatively low densities often produce the greatest percentage of returning adult hatchery fish (Banks 1994; Ewing and Ewing 1995).

Even when most hatchery smolts emigrate promptly, the combined effects of greater social interaction during even short spatiotemporal overlap increases the risk of adverse outcomes (McMichael et al. 1994). One such mechanism is the indirect effect of predation on wild fish through forced habitat shifts resulting from dominance of hatchery fish over wild fish (e.g., Abrahams and

Exhibit 7
10 of 16

Healey 1993; Walters and Juanes 1993). However, the greatest risk occurs when hatchery fish do not emigrate quickly and become residuals.

The number of residuals expected for any release group may vary considerably. We estimated that 26 to 39% of the fish we released (23,000–39,000) did not emigrate from the study area during the first month after release. Other researchers have reported nonmigrant portions of hatchery steelhead trout releases between 19.8% (Tipping et al. 1995) and 65.5% (Tipping and Byrne 1996). However, nonmigrant steelhead trout smolts do not always become residual steelhead trout; many are lost to predation or other sources of mortality and some may emigrate a year or more later as age-2 or -3 smolts (Pearsons et al. 1993). In our work, if we assume all nonmigrants became residuals, then an estimated 5,980–15,210 residual hatchery steelhead trout were in an area supporting an estimated 3,800 wild rainbow trout. Even applying a conservative residualism rate of 15% (derived from a nonmigrant rate of 30%, only half of which survived and remained as residuals) and our lowest release number, we would have expected nearly as many residual steelhead trout (3,450) as rainbow trout (3,800) in the 10-km reach of the North Fork of the Teanaway River below where the steelhead trout were released. Further, most steelhead trout releases involve larger numbers of smolts. For example, the average number of smolt-size steelhead trout released from State and tribal hatcheries in Washington watersheds in 1994 was 87,780 (range = 4,000 to 794,700) (WDFW 1995).

Some innovative fish culture strategies may help reduce undesirable behaviors expressed by many hatchery fish after release. These behaviors include agonistic tendencies with no perceptible benefit to either fish in the interaction (Ruzzante 1994). Maynard et al. (1995) reviewed the use of seminatural culture strategies for anadromous salmonids and concluded that some of these innovative techniques may improve behavior with respect to increasing survival of hatchery fish. These authors recommended such strategies be used in both enhancement and conservation hatcheries, even though the efficacy of the strategies remains to be tested at larger scales of production. While most refinements to standard hatchery protocols have focused on producing hatchery fish that survive better in the wild (e.g., Banks 1994; Olla et al. 1994; Jarvi and Uglem 1993; Wiley et al. 1993), little research has been conducted on means of producing hatchery fish that, following release, are ecologically compatible with wild fish. Cuenco et al. (1993) stated that, "There is a paucity of information on the potential competition between the supplemented salmon population and other fish populations inhabiting the target stream." Certainly, this is an area deserving further research.

## SPACE—WHERE THE FISH ARE RELEASED

Viability of wild stocks would be impacted least if hatchery smolts were only released where recipient wild salmonid populations were absent although, even in areas where wild salmonid stocks are not present, potential effects on other species (e.g., non-salmonid fishes, aquatic invertebrates, and amphibians) should be recognized. A variety of management objectives may dictate when hatchery fish are to be released into a particular area. In areas containing depressed or critical steelhead trout stocks, managers may use supplementation to restore populations, while in areas that are considered to have healthy populations, they may use hatchery fish solely to augment harvest. Hatchery releases in areas containing depressed or critical stocks are not advisable simply because they may add ecological stress to precarious stocks. In addition, any impacts on depleted wild populations will have greater per capita effects than for healthy populations.

In situations where a wild steelhead trout stock is abundant and healthy (e.g., reaching escapement goals), hatchery releases should be considered only on a case-by-case basis. Some might argue that hatchery fish should be excluded from systems with abundant or healthy wild salmonid populations to avoid any ecological risk to wild stocks (Huntington et al. 1996). The merits of this argument will increasingly deserve attention, especially when managers are faced with decisions

Exhibit 7
11 of 16

regarding new or proposed hatchery projects to augment fishery harvests where healthy wild stocks exist. For example, in areas that are known to have a density-dependent bottleneck after the smolt stage, it would not be advisable to release large numbers of hatchery steelhead trout smolts (Royal 1972, cited by Lichatowich and McIntyre 1987; Peterman 1984), because this would only exacerbate stresses on wild stocks, with negligible increase of returning adult hatchery fish. Therefore, we recommend that hatchery fish only be released in areas where there is minimal ecological risk to wild stocks.

Releases of hatchery steelhead trout smolts into areas that have complex habitat (e.g., a wide variety of depths, velocities, substrates, and cover) would be expected to have the least ecological impact on wild salmonids. Steelhead trout follow diverse and often intertwining life-history trajectories that require many types of stream habitat during their freshwater rearing phase. Therefore, areas with diverse and abundant habitat provide more opportunities for wild fish to segregate themselves from their hatchery counterparts. Partitioning the habitat enables fish to reduce the intensity of competition through differential resource use and/or visual isolation (Allee 1982; Hearn and Kynard 1986; Roper et al. 1994; Raddum and Fjellheim 1995). Conversely, an argument could be made that hatchery smolts should be released only in simple habitat (very little variation in habitat features). This approach might avoid wild salmonid "strongholds" and encourage hatchery fish to emigrate more rapidly. However, our field studies have shown that hatchery steelhead trout smolts and residuals dominated wild fish in all habitat types examined. Further study of this issue is necessary before establishing firm guidelines.

Martin et al. (1993) also recommended releasing hatchery steelhead smolts in locations that were easily accessible to anglers. Where hatchery fish residualize in streams, there may be ways of removing some of them without adversely impacting wild fish. Angling regulations could be adopted to encourage the harvest of hatchery steelhead residuals. A key consideration is that such activities should not inadvertently increase risks to wild fish. In our study, where hatchery steelhead were much larger than their wild salmonid counterparts, a minimum size limit of 18 cm (7 in) might have been an effective way to allow for the harvest of residual hatchery steelhead while protecting against harvest of the smaller wild fish. In areas where size ranges of wild and hatchery fish overlap, regulations could allow the retention of steelhead with clipped fins. In areas where minimum size limits might adversely impact larger wild salmonids, the fin clip regulation would be required. In any case, incidental mortality to wild fish is possible when undersized or unmarked fish are hooked and released (Ferguson and Tufts 1992). This factor should be seriously considered before angling is used to reduce the abundance of residual hatchery steelhead.

### TIMING—WHEN THE FISH ARE RELEASED

Release timing can have important effects on the extent to which adverse behavioral interactions occur between hatchery steelhead trout and wild salmonids. To minimize the chance for interactions, hatchery smolts should be released when they are naturally ready to migrate. To avoid release of nonmigrant individuals, access to streams should be precluded after a certain date, or when smolt characteristics decrease and sex ratios heavily favor males in volitional release facilities (e.g., >75% male). Dramatic reductions in the number of residual steelhead trout in streams may occur if nonmigrant hatchery steelhead trout are not forced from raceways and ponds into streams. The use of acclimation ponds or raceways with volitional exit capabilities can greatly enhance likelihood that released fish will tend to smolt rather than residualize (Viola and Schuck 1995). Most existing artificial propagation vessels may not be equipped for volitional releases. However, they can often be modified to include traps at the downstream ends for collection of actively emigrating smolts. These fish could then be released while other fish are retained until they move into the trap. This would help sort out nonmigrant from emigrant fish. Nonmigrant fish could be planted into lakes where ecological risks are not deemed unacceptable (Evenson and Ewing 1992), or the public could even be invited to fish in the acclimation pond itself (Viola and Schuck 1995).

Exhibit 7
12 of 16

Adverse interactions can be reduced by releasing hatchery steelhead trout smolts when water temperatures are relatively cold (less than 8°C) because we found most wild salmonids were on or in the substrate at low temperatures, while hatchery fish remained in the water column. Hillman et al. (1992) observed less than 20% of the known number of salmonids in Wenatchee River, Washington, sample sites when water temperatures were less than 9°C. Cooler water also reduces the possibility for transmission and outbreak of diseases (e.g., *Saprolegnia*). However, there is a possibility that releasing fish into cold water will adversely alter the smoltification process, and this should be examined.

Releasing hatchery fish at dusk, or shortly thereafter, can apparently reduce adverse interactions because over 90% of the hatchery steelhead trout emigration from treatment streams were captured in outmigrant traps during darkness (McMichael et al. 1992). Releasing fish in the dark should minimize competitive interactions with wild salmonids in the immediate release area because most hatchery fish should have moved downstream by morning, and should be less densely distributed than if released during the day.

## SUMMARY

As with any general guidelines, decisions must be made regarding the relative importance of each factor in the final management decisions for a particular waterbody. Furthermore, implementation of guidelines should be coordinated with a monitoring program that is designed to determine whether the guidelines are effective in minimizing impacts. The guidelines presented in this chapter were developed for our specific location and species groups, and while some may be useful in other basins with the same or other species, others may not. Although these guidelines do not represent official Washington Department of Fish and Wildlife policy or address other risk factors associated with hatchery steelhead trout releases (e.g., genetic concerns), we believe they will be of value to those attempting to reconcile ecological risks associated with integrating hatchery and wild stock management programs. It is important to note that these guidelines pertain only to ecological interactions resulting directly from hatchery fish released in the freshwater rearing environment and do not address interactions in the ocean, in harvests, or at return.

Conservation of wild fish resources is a fundamental goal shared by fisheries management entities charged with stewardship responsibilities. However, in contrast to other factors (e.g., genetics—Busack and Currens 1995; Waples and Do 1995), the risk of adverse ecological interactions arising from the use of hatchery fish has received little attention. In situations where conservation of wild salmonid stocks is a high priority, explicit decisions must be made and steps taken to reduce the deleterious ecological effects of hatchery fish in the context of the many other threats to wild stocks. For the specific conditions of our study, the guidelines offered here should help reduce the impact of hatchery programs on wild salmonid populations, but by themselves, will not guarantee the viability of the wild salmonids. Squarely addressing various types of costs and benefits in the context of often contradictory management goals and objectives is necessary in order to make responsible management decisions. In many cases, such decisions will likely translate into reductions in the number of returning hatchery adults to the target area, or harvest opportunities, but will increase protection for wild stocks and the chances of their sustainability.

## ACKNOWLEDGMENTS

Many individuals have contributed to the foundation of these ideas over the past 6 years. Discussions of hatchery/wild issues with WDFW staff in the Yakima Species Interactions Studies office, including Steven Martin, Eric Bartrand, Jim Olson, Marcia Fischer, Anthony Fritts, and others have helped shape some of these concepts. We sincerely appreciate the administrative support of Bill Hopley in facilitating the senior authors' attendance at the Sustainable Fisheries Conference. Funding for this work was provided to WDFW's Yakima Species Interactions Team by the Bonneville Power Administration.

Exhibit 7
13 of 16

# REFERENCES

Abbott, J. C., R. L. Dunbrack, and C. D. Orr. 1985. The inheritance of size and experience in dominance relationships of juvenile steelhead trout (*Salmo gairdneri*). Behaviour 92:241–253.

Abrahams, M. V., and M. C. Healey. 1993. A comparison of the willingness of four species of Pacific salmon to risk exposure to a predator. Oikos 66:439–446.

Allee, B. A. 1982. The role of interspecific competition in the distribution of salmonids in streams. Pages 111–121 *in* E. L. Brannon and E. O. Salo, editors. Proceedings of the salmon and trout migratory behavior symposium. University of Washington Press, Seattle.

Allendorf, F. W., and nine coauthors. 1997. Prioritizing Pacific salmon stocks for conservation. Conservation Biology 11:140–152.

Banks, J. L. 1994. Raceway density and water flow as factors affecting spring chinook salmon (*Oncorhynchus tshawytscha*) during rearing and after release. Aquaculture 119:201–217.

Busack, C. A., and K. P. Currens. 1995. Genetic risks and hazards in hatchery operations: fundamental issues and concepts. Pages 71–80 *in* H. L. Schramm and R. G. Piper, editors. Uses and effects of cultured fishes in aquatic ecosystems, American Fisheries Society Symposium 15. Bethesda, Maryland.

Cannamela, D. A. 1992. Potential impacts of releases of hatchery steelhead trout "smolts" on wild and natural juvenile chinook and sockeye salmon. Idaho Fish and Game, Boise.

Clune, T., and D. Dauble. 1991. The Yakima/Klickitat fisheries project: a strategy for supplementation of anadromous salmonids. Fisheries 16:28–34.

Cooper, S. D., S. J. Walde, and B. L. Peckarsky. 1990. Prey exchange rates and the impact of predators on the prey populations in streams. Ecology 71:1503–1514.

Cuenco, M. L., T. W. H. Backman, and P. R. Mundy. 1993. The use of supplementation to aid in natural stock restoration. Pages 269–293 *in* J. G. Cloud and G. H. Thorgaard, editors. Genetic conservation of salmonid fishes. Plenum Press, New York.

Evenson, M. D., and R. D. Ewing. 1992. Migration characteristics and hatchery returns of winter steelhead volitionally released from Cole Rivers Hatchery, Oregon. North American Journal of Fisheries Management 12:736–743.

Ewing, R. D., and S. K. Ewing. 1995. Review of the effects of rearing density on survival to adulthood for Pacific salmon. The Progressive Fish-Culturist 57:1–25.

Ferguson, R. A., and B. L. Tufts. 1992. Physiological effects of brief air exposure in exhaustively exercised rainbow trout (*Oncorhynchus mykiss*): implications for "catch and release" fisheries. Canadian Journal of Fisheries and Aquatic Sciences 49:1157–1162.

Hearn, W. E., and B. E. Kynard. 1986. Habitat utilization and behavioral interaction of juvenile Atlantic salmon (*Salmo salar*) and rainbow trout (*S. gairdneri*) in tributaries of the White River of Vermont. Canadian Journal of Fisheries and Aquatic Sciences 43:1988–1998.

Helfrich, L. A., J. R. Wolfe, Jr., and P. T. Bromley. 1982. Agonistic behavior, social dominance, and food consumption of brook trout and rainbow trout in a laboratory stream. Proceedings of the Annual Conference of the Southeast Association of Fish and Wildlife Agencies 36:340–350.

Hillman, T. W., and J. W. Mullan. 1989. Effect of hatchery releases on the abundance and behavior of wild salmonids. Pages 265–285 *in* Don Chapman Consultants, Inc. Summer and winter ecology of juvenile chinook salmon and steelhead trout in the Wenatchee River, Washington. Final report to Chelan County Public Utility District, Washington.

Hillman, T. W., J. W. Mullan, and J. S. Griffith. 1992. Accuracy of underwater counts of juvenile chinook salmon, coho salmon, and steelhead. North American Journal of Fisheries Management 12:598–603.

Holtby, L. B., D. P. Swain, and G. M. Allan. 1993. Mirror-elicited agonistic behavior and body morphology as predictors of dominance status in juvenile coho salmon (*Oncorhynchus kisutch*). Canadian Journal of Fisheries and Aquatic Sciences 50:676–684.

Huntingford, F. A., N. B. Metcalfe, J. E. Thorpe, W. D. Graham, and C. E. Adams. 1990. Social dominance and body size in Atlantic salmon parr, *Salmo salar* L. Journal of Fish Biology 36:877–881.

Huntington, C., W. Nehlsen, and J. Bowers. 1996. A survey of healthy native stocks of anadromous salmonids in the Pacific Northwest and California. Fisheries 21:6–14.

IHOT (Integrated Hatchery Operations Team). 1995. Policies and procedures for Columbia basin anadromous salmonid hatcheries. Annual Report 1994. Bonneville Power Administration, Portland, Oregon.

Exhibit 7
14 of 16

Jarvi, T., and I. Uglem. 1993. Predator training improves the anti-predator behavior of hatchery reared Atlantic salmon (*Salmo salar*) smolt. Nordic Journal of Freshwater Research 68:63–71.

Keenleyside, M. H. A., and F. T. Yamamoto. 1962. Territorial behavior of juvenile Atlantic salmon (*Salmo salar*, L.). Behaviour 19:139–169.

Krause, T. 1991. The Yakima. Fly Fisherman 22:40–43, 76–78.

Lichatowich, J. A., and J. D. McIntyre. 1987. Use of hatcheries in the management of Pacific anadromous salmonids. Pages 131–136 *in* M. J. Dadswell and five coeditors. Common strategies of anadromous and catadromous fishes, American Fisheries Society Symposium 1. Bethesda, Maryland.

Martin, S. W., A. E. Viola, and M. L. Schuck. 1993. Investigations of the interactions among hatchery reared summer steelhead, rainbow trout, and wild spring chinook salmon in southeast Washington. Washington Department of Wildlife, Olympia.

Maynard, D. J., T. A. Flagg, and C. V. W. Mahnken. 1995. A review of seminatural culture strategies for enhancing the postrelease survival of anadromous salmonids. Pages 307–314 *in* H. L. Schramm and R. G. Piper, editors. Uses and effects of cultured fishes in aquatic ecosystems, American Fisheries Society Symposium 15. Bethesda, Maryland.

McMichael, G. A. 1994. Effects of parentage, rearing density, and size at release of hatchery-reared steelhead smolts on smolt quality and post-release performance in natural streams. Pages 194–213 *in* Pearsons, T. N., and five coauthors. 1994. Yakima River species interactions studies annual report 1993. Bonneville Power Administration, Portland, Oregon.

McMichael, G. A., and five coauthors. 1992. Yakima River species interactions studies, annual report 1991. Bonneville Power Administration, Portland, Oregon.

McMichael, G. A., T. N. Pearsons, and S. A. Leider. 1994. The effects of releases of hatchery-reared steelhead on wild salmonids in natural streams. Pages 143–165 *in* Pearsons, T. N., and five coauthors. 1994. Yakima River species interactions studies annual report 1993. Bonneville Power Administration, Portland, Oregon.

McMichael, G. A., C. S. Sharpe, and T. N. Pearsons. 1997. Effects of residual hatchery steelhead on growth of wild rainbow trout and chinook salmon. Transactions of the American Fisheries Society 126:230–239.

Meffe, G. K. 1992. Techno-arrogance and halfway technologies: salmon hatcheries on the Pacific coast of North America. Conservation Biology 6:350–354.

Mullan, J. W., A. Rockhold, and C. R. Chrisman. 1992. Life histories and precocity of chinook salmon in the mid-Columbia River. The Progressive Fish Culturist 54:25–28.

NMFS (National Marine Fisheries Service). 1995. Draft Snake River chinook recovery plan. National Marine Fisheries Service, Seattle.

NRC (National Research Council). 1996. Upstream: salmon and society in the Pacific Northwest. Report on the protection and management of Pacific Northwest anadromous salmonids, National Research Council of the National Academy of Sciences, National Academy Press, Washington, D.C.

Nehlsen, W., J. E. Williams, and J. A. Lichatowich. 1991. Pacific salmon at the crossroads: stocks at risk from California, Oregon, Idaho, and Washington. Fisheries 16:4–21.

Olla, B. L., M. W. Davis, and C. H. Ryer. 1994. Behavioral deficits in hatchery-reared fish: potential for effects on survival following release. Aquaculture and Fisheries Management 25:19–34.

Partridge, F. E. 1986. Effect of steelhead smolt size on residualism and adult return rates. Idaho Fish and Game, Boise.

Pearsons, T. N., and five coauthors. 1993. Yakima species interactions study, annual report 1992. Bonneville Power Administration, Portland, Oregon.

Pearsons, T. N., and five coauthors. 1994. Yakima River species interactions studies annual report 1993. Bonneville Power Administration, Portland, Oregon.

Pearsons, T. N., and five coauthors. 1996. Yakima River species interactions studies annual report 1994. Bonneville Power Administration, Portland, Oregon.

Peterman, R. M. 1984. Density-dependent growth in early ocean life of sockeye salmon (*Oncorhynchus nerka*). Canadian Journal of Fisheries and Aquatic Sciences 41:1825–1829.

Probasco, S. 1994. River journal, Vol. 2: Yakima River. Frank Amato Publications, Inc. Portland, Oregon.

Raddum, G. G., and A. Fjellheim. 1995. Artificial deposition of eggs of Atlantic salmon (*Salmo salar* L.) in a regulated Norwegian river: hatching, dispersal and growth of the fry. Regulated Rivers 10:169–180.

Roper, B. B., D. L. Scarnecchia, and T. J. La Marr. 1994. Summer distribution of and habitat use by chinook salmon and steelhead within a major basin of the South Umpqua River, Oregon. Transactions of the American Fisheries Society 123:298–308.

Exhibit 7
15 of 16

Rowe, D. K., and J. E. Thorpe. 1990. Differences in growth between maturing and non-maturing male Atlantic salmon, *Salmo salar* L., parr. Journal of Fish Biology 36:643–658.

Ruzzante, D. E. 1994. Domestication effects on aggressive and schooling behavior in fish. Aquaculture 120:1–24.

Stringer, G. E., and W. S. Hoar. 1955. Aggressive behavior of underyearling kamloops trout. Canadian Journal of Zoology 33:148–160.

Taylor, E. B., and P. A. Larkin. 1986. Current response and agonistic behavior in newly emerged fry of chinook salmon, *Oncorhynchus tshawytscha*, from stream- and ocean-type populations. Canadian Journal of Fisheries and Aquatic Sciences 43:565–573.

Tipping, J. M., R. V. Cooper, J. B. Byrne, and T. H. Johnson. 1995. Length and condition factor of migrating and non-migrating hatchery-reared winter steelhead smolts. The Progressive Fish Culturist 57:120–123.

Tipping, J. M., and J. B. Byrne. 1996. Reducing feed levels during the last month of rearing enhances hatchery-reared steelhead smolt emigration rates. The Progressive Fish Culturist 58:128–130.

Viola, A. E., and M. L. Schuck. 1995. A method to reduce the abundance of residual hatchery steelhead in rivers. North American Journal of Fisheries Management 15:488–493.

Walters, C. J., and F. Juanes. 1993. Recruitment limitation as a consequence of natural selection for use of restricted feeding habitats and predation risk taking by juvenile fishes. Canadian Journal of Fisheries and Aquatic Sciences 50:2058–2070.

Waples, R. S., and C. Do. 1995. Genetic risk associated with supplementation of Pacific salmonids: captive broodstock programs. Canadian Journal of Fisheries and Aquatic Sciences 51:310–329.

Wiley, R. W., R. A. Whaley, J. B. Satake, and M. Fowden. 1993. An evaluation of the potential for training trout in hatcheries to increase poststocking survival in streams. North American Journal of Fisheries Management 13:171–177.

WDFW (Washington Department of Fish and Wildlife). 1995. 1994–95 steelhead harvest summary. Washington Department of Fish and Wildlife, Olympia.

WDFW (Washington Department of Fish and Wildlife). 1997. Wild salmonid policy, draft environmental impact statement. Washington Department of Fish and Wildlife, Olympia.

Exhibit 7
16 of 16