This article was downloaded by: [Northwest Fisheries Science Ctr - F-NWC]
On: 01 October 2012, At: 10:57
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House, 37-41 Mortimer Street, London W1T 3JH, UK



# North American Journal of Fisheries Management

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/ujfm20

## Residualization of Hatchery Steelhead: A Meta-Analysis of Hatchery Practices

Stephen J. Hausch [a] [b] & Michael C. Melnychuk [a] [c]

[a] Fisheries Centre and Department of Zoology, University of British Columbia, 2202 Main Mall, Vancouver, British Columbia, V6T 1Z4, Canada

[b] Department of Biological Sciences, University of Calgary, 2500 University Drive Northwest, Calgary, Alberta, T2L 1Z3, Canada

[c] School of Aquatic and Fishery Sciences, University of Washington, Box 355020, Seattle, Washington, 98195, USA

Version of record first published: 18 Sep 2012.

To cite this article: Stephen J. Hausch & Michael C. Melnychuk (2012): Residualization of Hatchery Steelhead: A Meta-Analysis of Hatchery Practices, North American Journal of Fisheries Management, 32:5, 905-921

To link to this article: http://dx.doi.org/10.1080/02755947.2012.711269

PLEASE SCROLL DOWN FOR ARTICLE

Full terms and conditions of use: http://www.tandfonline.com/page/terms-and-conditions

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden.

The publisher does not give any warranty express or implied or make any representation that the contents will be complete or accurate or up to date. The accuracy of any instructions, formulae, and drug doses should be independently verified with primary sources. The publisher shall not be liable for any loss, actions, claims, proceedings, demand, or costs or damages whatsoever or howsoever caused arising directly or indirectly in connection with or arising out of the use of this material.

Exhibit 12
1 of 18

North American Journal of Fisheries Management 32:905–921, 2012
© American Fisheries Society 2012
ISSN: 0275-5947 print / 1548-8675 online
DOI: 10.1080/02755947.2012.711269

# ARTICLE

# Residualization of Hatchery Steelhead: A Meta-Analysis of Hatchery Practices

## Stephen J. Hausch*[1] and Michael C. Melnychuk[2]
*Fisheries Centre and Department of Zoology, University of British Columbia, 2202 Main Mall, Vancouver, British Columbia V6T 1Z4, Canada*

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

## Abstract

Freshwater residualization, whereby anadromous juvenile salmonids fail to emigrate seawards within the primary migration period, causes considerable economic and ecological management concern. Previous studies have attempted to identify possible factors contributing to residualization, including both fish-related and release methodology–related attributes, in order to develop measures to reduce it. Here, we synthesize 48 previous estimates of the residualization rates of hatchery-reared steelhead *Oncorhynchus mykiss* from 16 studies and evaluate the cross-study effects of several factors that can be controlled by hatchery managers. The proportion of fish in hatchery release groups that residualized ranged from 0% to 17% (average, 5.6%). Characteristics of the release process were dominant in affecting residualization rates, while characteristics of individual steelhead primarily determined which, but not how many, individuals residualized. Releases of fewer fish and those located closer to the ocean or to a confluence with a major river produced fewer residuals than larger releases located further upstream. Acclimation ponds also appeared to reduce residualization, but there was no evidence of a release date effect across locations and years. Within a release year, individuals from endemic broodstock had higher residualization rates than those from hatchery-propagated broodstock while smaller individuals and larger males were more likely to residualize than individuals of intermediate size (~213 mm fork length). To meet management objectives of reducing steelhead residualization, we recommend releases closer to an ocean or large river, particularly for releases of relatively few fish, in conjunction with the use of acclimation ponds. Management effort should focus on selective harvesting of hatchery residuals, a process which may be supported by rearing and release strategies. These objectives may trade off with conservation objectives; straying risk and genetic effects should especially be taken into account.

A primary concern about the effectiveness of steelhead *Oncorhynchus mykiss* hatchery programs is the residualization of released fish (Viola and Schuck 1995; McMichael et al. 2000). Residualization is the process whereby juveniles (smolts) fail to emigrate seawards within the primary migration period (Viola and Schuck 1995). These individuals are termed residuals and represent a potential economic loss in terms of adult returns. They may also cause adverse ecological impacts, as steelhead residuals are believed to compete with (McMichael et al. 1997) and prey upon (Cannamela 1993; Martin et al. 1993) wild fish and may eventually mate with (Viola and Schuck 1995) them (Ostrand 2008). Though hatchery residuals are thought to suffer high mortality rates in the wild (Ostrand 2008), their larger size (Walters 2005) and aggressive behavior (McMichael et al. 2000) likely intensify their per-capita impact on wild populations (Viola and Schuck 1995). A majority of studies on hatchery steelhead residuals have therefore focused on methods to reduce the rate of residualization and on factors that can be directly controlled by hatcheries: the physical characteristics and the broodstock of released individuals, the release location, date, and number of fish released (Table 1).

*Corresponding author: sjhausch@ucalgary.ca
[1]Present address: Department of Biological Sciences, University of Calgary, 2500 University Drive Northwest, Calgary, Alberta T2L 1Z3, Canada.
[2]Present address: School of Aquatic and Fishery Sciences, University of Washington, Box 355020, Seattle, Washington 98195, USA.
Received September 22, 2011; accepted June 28, 2012

Exhibit 12
2 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

TABLE 1. Explanatory variables considered in regression analyses. Variables of interest are hatchery-controllable factors hypothesized to influence the residualization rate. Other variables accounted for are those which influence the estimated rate but not the actual rate. In the text, the short form of each explanatory variable is used. The number of values of the explanatory variables (out of a total of 48 possible values) that had to be imputed for the multiple-regression analysis are shown because some explanatory variables were not reported in some publications. The ranges of covariate values for each explanatory variable are shown.

| Explanatory variable | Short form | Imputed values | Range |
|---|---|---|---|
| **Variables of interest** | | | |
| Body length at release | Length | 11 | 164–265 mm |
| Condition factor at release | $K$ | 12 | 0.80–1.21 |
| Variation in length at release | $SD_{Length}$ | 13 | 11–41 |
| Variation in $K$ at release | $SD_K$ | 18 | 0.06–0.44 |
| Endemic (E) or hatchery-origin (H) broodstock | Broodstock | 1 | E (0) or H (1) |
| Release river km (distance upstream from ocean or confluence with major river) | Release km | 0 | 1–92 km |
| Forced (F) or volitional (V) release | Release type | 0 | F (0) or V (1) |
| Day of release (since Jan 1) | Release date | 6 | 88–144 |
| Number of hatchery steelhead released in the group | $N$ released | 0 | 17,600–744,000 |
| **Other variables accounted for** | | | |
| Sampling day (days after release) | Sampling day | 0 | 19–136 |
| Sampling method (mark–recapture or multiple pass) | Method | 0 | n.a. |

Body size (i.e., length at release) is hypothesized to be one of the major determinants of whether or not an individual hatchery steelhead will residualize after release (Partridge 1986; Sharpe et al. 2007). Specifically, individuals of extreme sizes may be more likely to residualize due to two co-occurring mechanisms. On one hand, steelhead have a variable age at smolting and emigration that is largely determined by their growth rate (Peven et al. 1994), such that smaller individuals may remain in freshwater to continue growing. On the other hand, the onset of sexual maturation is partially determined by the attainment of a threshold body size (Tipping et al. 2003), which is itself determined by the trade-off between survival and fecundity (Gross 1987). Fecundity of female salmonids is tightly correlated with body size, but smaller reproductive males can effectively employ a "sneaker" strategy (if such a strategy is rare in the population) in contrast to the larger, territorial anadromous males (Gross 1996). If freshwater survival is sufficiently high, a small proportion of residualizing precocious males may be selected for (Gross 1987). Unless it is counterbalanced by artificial selection against precocious residuals, the product of that natural selection will remain in hatchery stocks, leaving an inherited (genetic) behavioral tendency for precocious male smolts to residualize. From this, we would expect not only a size-related bias but also a male bias in the residual population. As this male bias is only predicted to occur through the latter mechanism (precocious males as opposed to insufficient maturation), the degree of male bias in the residual populations can suggest the relative influence of these two mechanisms on any given release group.

In addition to body size, the condition factor ($K$, a scaled ratio of body weight to length[3]) is used as an indicator of health or maturity (Froese 2006). Individual males with large values of $K$ are more likely to become precocious (Tipping et al. 2003), increasing the probability of residualizing. The influence of $K$ on residualization due to the inability to undergo smoltification (adapt to a saline environment) is less clear. The smolting process involves a decrease in $K$ as fish direct energy to increasing length and to other physiological demands (Fessler and Wagner 1969). Thus, low $K$ values can be due either to insufficient growth or redirection of resources to smoltification, suggesting eventual residualization or emigration, respectively. There is evidence, though, in support of an optimal release $K$ ($0.90 < K < 0.99$) to maximize the emigration rate (Tipping et al. 1995).

While extreme body sizes are expected to promote residualization, most studies only consider the mean body size of populations. Apparent relationships between the population residualization rate ($R$) and average body size may be deceiving. A release group with a mean body size at the "ideal" value for minimizing $R$ may produce an unexpectedly high $R$ if the range of body sizes is large. The standard deviations of the length and $K$ of release groups therefore provide two additional predictors of $R$.

The origin of hatchery fish from endemic or hatchery broodstock can also influence $R$. While a number of hatcheries use endemic broodstock annually to minimize the adverse genetic effects of hatchery steelhead mating with wild steelhead (Waples 1991), maintaining a stock in a hatchery over successive generations allows managers to select for both hatchery growing ability and anadromous life history (Flagg et al. 2000; Reisenbichler et al. 2004) and may also increase the genetic isolation between the wild and hatchery populations.

Exhibit 12
3 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

The method used to release hatchery steelhead into the river may also affect $R$. The release location encompasses both the distance upstream from an estuary or confluence with a large river (rarely studied) and whether the release is directly into the river or into a connected pond (an acclimation pond), from which emigration into the river is voluntary (more commonly studied). As hatchery steelhead are known to rarely migrate upstream after release (Partridge 1986; Brostrom 2006; Ostrand 2008; but see McMichael and Pearsons 2001), releasing them further downstream provides less river length over which to residualize, which may decrease residualization if it is a density-dependent process associated with the availability of freshwater niches. An acclimation pond serves two purposes: it allows immature steelhead additional time to grow and smolt before migrating while providing a contained habitat in which individuals that residualize can be retained (although this may also result in retaining individuals that would have eventually migrated; Viola and Schuck 1995; Sharpe et al. 2007).

Managers can also modify the date of release and the number of steelhead released, potentially maximizing the environmental cues that stimulate migration. Wagner et al. (1963) suggested that the optimal release date of hatchery steelhead is equal to the peak of the wild steelhead emigration in the same watershed. This could result from abiotic cues that equally influence the emigration of both hatchery and wild steelhead and/or from intraspecific signals or interactions (direct or indirect) that have the same effect. Intraspecific interactions may deter residualization, as would be predicted if residualization simply satisfies the filling of available freshwater niches or represents a frequency-dependent life history strategy (Gross 1987). If so, it is reasonable that releases of large numbers of hatchery steelhead should result in lower $R$ (although the absolute number of residuals may be greater).

In this study, we aggregated steelhead residualization data reported in published studies to quantify cross-study patterns. We collected values of $R$ as well as values for nine explanatory variables described above (Table 1), which described release methods and fish characteristics. Due to the large number of variables considered, we used a model comparison approach to make preliminary suggestions about which explanatory variables have the largest influence on residualization rate, how strong the effects are, and how they are characterized. Results are presented for all explanatory variables together as well as for each explanatory variable individually. Finally, the characteristics of residual populations are compared against those of release groups to identify which subsets of the released fish show a bias towards residualizing.

## METHODS

We reviewed the academic and government literature for papers presenting estimates of residualization rates for hatchery steelhead and/or descriptions of residual populations relative to their conditions at release. We completed our preliminary review using Google Scholar and the U.S. Fish and Wildlife Service database (primarily the Lower Snake River Compensation Plan reports database; USFWS 2011), locating additional papers through the references therein. Wild steelhead may also residualize, but we found no studies that presented estimates for wild steelhead. Of the 28 sources studied, most (25) were from the Snake and Columbia River basins. Other studies were from the Alsea River, Oregon (1), and British Columbia watersheds (2). The literature searches were thorough, but as publications containing $R$ estimates were sparse and dispersed, this list may not be exhaustive. Most sources were government reports, so a publication bias for this data set is unlikely. In summary, the "residualization rate" and "characteristics of residuals" meta-analyses respectively incorporated 14 and 24 publications from 10 and 13 studies resulting in 48 estimates of $R$ and 78 characterizations of residual populations (Table 2).

For each source presenting $R$ estimates, we extracted whichever values of release characteristics (Table 1) were presented. As inputs for the meta-analysis, we used published summary statistics because the majority of papers did not provide effect sizes ($\beta$) of the various explanatory variables on $R$. For two of the multireport studies (Lyons Ferry Complex and Lower Snake River Compensation Plan [letters L and M in Table 2]), information from multiple reports was combined to obtain the most complete record for each release. For releases for which release location but not river kilometer was reported, we calculated "release km" based on geographical data and mapping software. Hatchery releases from an endemic broodstock program (creating a new hatchery stock initiated with wild/endemic parents) were considered endemic broodstock releases. This was deemed reasonable due to the young age of endemic stocks relative to that of hatchery stocks, which had been propagated for several generations. In cases in which multiple release dates were given but contributed to a single estimate of $R$, a weighted average of release dates was used, the weights being the number of smolts released. In addition, the number of days between the mean release date and the mean sampling date ("sampling day") was considered. This allowed us to account for different biases: sampling shortly after release may result in slow migrants being classified as residuals (thereby overestimating $R$), while later sampling may result in residualized steelhead dying before the sampling period (underestimating $R$).

Different sampling methods were used to assess $R$ in different studies, and others have been concerned about related sampling biases (Peterson et al. 2004). Sampling method (primarily mark–recapture versus multiple-pass techniques) was not considered as an explanatory variable in the models because research programs used a consistent sampling method and we could not distinguish its effect from those of the other explanatory variables that were consistent within a study (e.g., release km). Instead, $R$ values were scaled using a previously-established conversion ratio (Bumgarner and Dedloff 2007) whereby multiple-pass estimates of wild age-1 and older summer steelhead (a proxy for residual steelhead) were 22% lower than mark–recapture

Exhibit 12
4 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

TABLE 2. Publications considered in the meta-analysis. The list includes 28 publications from 16 studies, for a total of 48 residualization estimates and 78 trait comparisons between release and residual populations. Publications with the same letter in the column headed "Study" are part of a multipublication series. The column headed "*N R*" shows the number of releases for which residualization was estimated, that headed "*N* RC" the number of releases for which the characteristics of the residual population were compared with those of the release group. The focus of the study indicates how it relates to steelhead residualization.

| Reference | Study | *N R* | *N* RC | Focus of study |
|---|---|---|---|---|
| **Coastal** | | | | |
| Wagner et al. (1963) | A | | 8 | Body size and release date |
| Walters (2005) | B | 1 | 1 | Characteristics and importance of residuals |
| Melnychuk et al. (2009) | C | 1 | | Emigration success of hatchery & wild smolts |
| **Interior** | | | | |
| Partridge (1986) | D | 3 | 3 | Effect of smolt size on residualization rates |
| Viola and Schuck (1991) | E | 6 | | Techniques to reduce steelhead residualization |
| Cannamela (1993) | F | 1 | | Predation on Chinook salmon fry |
| Martin et al. (1993) | G | 6 | 6 | Competition and predation on wild salmonids |
| Viola and Schuck (1995) | H | 2 | 2 | Techniques to reduce steelhead residualization |
| Jonasson et al. (1996) | I | | 2 | Competition and predation on wild salmonids |
| Rhine (1997) | J | | 1 | Physical characteristics of residuals |
| Martin et al. (2000) | K | 2 | 5 | Hatchery contribution to fisheries |
| Bumgarner et al. (2002) | K | 1 | 1 | Hatchery contribution to fisheries |
| Bumgarner et al. (2003) | L | 8 | 4 | Hatchery contribution to fisheries |
| Bumgarner et al. (2004) | L | 4 | 2 | Hatchery contribution to fisheries |
| Bumgarner et al. (2006) | L | 4 | 2 | Hatchery contribution to fisheries |
| Bumgarner and Dedloff (2007) | L | 4 | | Hatchery contribution to fisheries |
| Carmichael et al. (2005a) | M | | 4 | Hatchery contribution to fisheries |
| Carmichael et al. (2005b) | M | | 3 | Hatchery contribution to fisheries |
| Flesher et al. (2005) | M | | 4 | Hatchery contribution to fisheries |
| Gee et al. (2007) | M | | 2 | Hatchery contribution to fisheries |
| Gee et al. (2008) | M | | 2 | Hatchery contribution to fisheries |
| Flesher et al. (2009) | M | | 2 | Hatchery contribution to fisheries |
| Warren et al. (2009) | M | | 2 | Hatchery contribution to fisheries |
| Warren et al. (2010) | M | | 2 | Hatchery contribution to fisheries |
| Warren et al. (2011) | M | | 2 | Hatchery contribution to fisheries |
| Brostrom (2006) | N | | 12 | Hatchery contribution to fisheries |
| Sharpe et al. (2007) | O | | 5 | Techniques to reduce steelhead residualization |
| Ostrand (2008) | P | 5 | 1 | Competition and predation on wild salmonids |

estimates when using electrofishing sampling in blocked-off river sections. While the escape of marked individuals from the sampling section makes this conversion ratio uncertain, it provides an alternative to using only raw estimates of *R*, in which sampling bias is known to occur. All multiple-pass estimates of *R* were therefore multiplied by 1.28 (i.e., 1/[1−0.22]) prior to analysis to represent an equivalent mark–recapture estimate. A sensitivity analysis was performed to evaluate the use of this conversion coefficient by rerunning the analysis with values between 0.5 and 2.0, and no qualitative differences were found (no change in model ranks according to the corrected Akaike information criterion [$AIC_c$], no changes in the statistical significance of parameters at $\alpha = 0.05$, and no changes > |10%| in the effect sizes of significant parameters; results not shown).

*Individual actor eta-analysis.*—Using the compiled data set, *R* was regressed against each explanatory variable individually, using only the releases with data for that variable. Sampling day was included as a linear covariate in each of these regressions to account for methodological differences influencing the estimated, but not the true, residualization rate. We applied a priori transformations to six of the explanatory variables (all of the variables except for "broodstock" and "release type," which are binary, and release km, which was not transformed because a log transformation made the data highly heteroscedastic). "*N* released" was log transformed, as we predicted a reduction in per-capita effect on *R* with increasing release density. Explanatory variables that were hypothesized to show an optimal, nonzero value that minimizes *R* ("length," *K*, and "release date") were incorporated as quadratic effects on *R*. While such a model

Exhibit 12
5 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

does not bound $R$ below 1, hatchery release managers tend to adhere closely to predicted optima even during experiments, so best-fit $R$ values seemed reasonable. The standard deviations of length and $K$ ("$SD_{Length}$" and "$SD_K$") were converted to variances (squared) because $R$ is hypothesized to linearly increase with the variance around the mean (assuming a quadratic relationship between the mean and $R$). As there was substantial matching of endemic and hatchery broodstock within studies, or of forced and acclimated releases (all papers with variation in a given variable had 1:1 or 1:2 matching within a release location), these variables were analyzed using an additional blocked analysis. An additional fixed, additive effect of the river–year of release was included in the above model to account for differences across studies and allow for paired comparisons of release groups within river–years.

*Multiple-regression meta-analysis.*—Using multiple regression, $R$ estimates were regressed against the explanatory variables including sampling day. In order to consider the explanatory variables together without losing any data points, missing covariate values were imputed with the multiple imputation method (Little and Hyonggin 2003) using the R function aregImpute with 100 imputations (package Hmisc; Harrell 2010). Briefly, this process uses the relationships between a covariate with missing values and the other variables considered (both dependent and independent) to obtain an expected value, with error, for each missing covariate value. The function then produces multiple full data sets, replacing missing covariate values using random draws from their expected distribution. Each data set (imputation) can then be analyzed separately and the results can subsequently be combined across imputations (Rubin 1987; Allison 2000). Where available, the mean weight at releases was included in the imputation procedure to better predict correlated variables (such as length).

The nine explanatory variables were grouped into two broad umbrella hypotheses: (1) residualization is a product of the characteristics of individuals at the time of release and (2) residualization is a product of the release methodology and conditions of emigration. Ten a priori models were chosen to test these hypotheses. Five hypotheses were developed involving body size due to its predominance in the literature. Hypothesis 1 (H1) accounted for body size through both length and $SD_{Length}$, while H2–H4 additionally considered body shape ($K$ and $SD_K$) and/or broodstock. H5 tested the influence of acclimation ponds in mediating the effects of extreme body sizes through the addition to H1 of an additive effect of release type and its interaction with $SD_{Length}$. Four nested hypotheses involved release methodology. H6 consisted of the number of hatchery smolts released ($N$ released) and the amount of available habitat (release km) as well as their interaction. H7–H9 additionally considered release type and/or release date as additive factors. The full model was also considered (H10). A post hoc model (PH1) was considered separately, testing the individual and release methodology hypotheses together by

combining the best models from the two groups, specifically, H3 and H7.

The 10 models were each analyzed using all imputed data sets and were compared based on their $AIC_c$ values (Burnham and Anderson 2002). For each model, the mean and standard deviation of $\Delta AIC_c$ value (the difference between its $AIC_c$ value and that of the best model in the set) were calculated across imputations, to identify the best model(s). To average the estimated effect sizes of variables across imputations, we calculated the mean and standard error (SE; SE was squared, averaged, and square-root transformed to average correctly) of each parameter as well as the mean $R^2$ and $F$-statistic of the model. We then calculated the $t$-values and $P$-values of the effects from their SEs averaged across imputations.

*Characteristics of residuals.*—Several characteristics of residuals were compared with those of the entire release group to evaluate whether the subset of fish that residualized differed from the fish that migrated. These characteristics included average fork length and $K$, variation in length, and sex ratio. The variance in condition factor was not considered due to insufficient sample sizes. Unless specified by the publication, we assumed that release groups had a 1:1 sex ratio (which was also the mean of the sex ratios in publications that did report it). We used 2-tailed paired $t$-tests to identify whether these characteristics of residuals differed from those of the respective hatchery group. Additionally, since differences in body size are expected to change with the absolute body size at release, we plotted the change in these characteristics between release and residual populations (i.e., $C_{residual} - C_{release}$) against length or $K$ at release and fitted the relationship using a locally weighted scatterplot smoothing (LOWESS) curve. Finally, based on the results from the multiple-regression meta-analysis, we regressed the change in the sex ratio against each of length, release km, and $N$ released.

## RESULTS

Across studies, the average value of $R$ reported was 0.056 (5.6% of fish in the release group residualized), ranging from 0.001 to 0.171. When the values estimated with multiple-pass techniques were scaled to mark–recapture equivalents, the mean $R$ value increased slightly to 0.059 (Figure 1).

### Individual-factor Meta-analysis

The transformations applied improved or maintained homoscedasticity and normality in all of the regressions. Only the residuals of the release type (with sampling day) were significantly different from normal (Shapiro–Wilk normality test, $P = 0.037$). All of the transformed models had residuals that were not significantly heteroscedastic (Breusch-Pagan tests against heteroscedasticity, $P > 0.05$). Visually, though, a number of the models still suffered from unequal variance (e.g., Figure 2A) or leverage points (Figure 2I), so the results from these analyses should be interpreted with caution.

Regressing the 48 $R$ estimates against each factor separately (but with sampling day included as a covariate in all cases) led

Exhibit 12
6 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012



FIGURE 1. Distribution of residualization rates found in the literature ($n = 48$). The bars bordered by black lines show the raw $R$ estimates; the gray-shaded bars show the $R$ estimates corrected for sampling method.

km was also a relatively strong predictor of $R$, with $R$ increasing by approximately 1 percentage point for every 15 km of increased river distance (Figure 2F). In a regression with only sampling day as an explanatory variable, it was a significant predictor of $R$ ($F_{1, 46} = 6.6$, $P = 0.014$, $R^2 = 0.13$). As a covariate in the other nine regression models, sampling day was a significant factor, and its effect was consistent in direction, with lower estimated values of $R$ on later sampling days. No factors changed from nonsignificant to significant when sampling day was removed from the model.

The blocked analysis for the two binary variables, broodstock and release type, supported a strong effect on $R$ in the predicted direction despite only weak or no support, respectively, in the unblocked analysis. While the use of endemic broodstock was only suggested to increase residualization by 3 percentage points compared with hatchery broodstock in the unblocked analysis, the blocked design suggested that the actual difference is a 5 percentage point increase ($\beta_{Endemic} = 0.051$, df $= 27$, $t = 2.7$, $P = 0.013$). The use of acclimation ponds showed a similarly large impact when the model was blocked by year and location. Forced releases residualized at a rate of approximately 4.6 percentage points higher than their complementary acclimated releases ($\beta_{Forced} = 0.046$, df $= 28$, $t = 2.2$, $P = 0.039$).

## Multiple Regression Meta-analysis

Comparisons of a priori candidate models using $AIC_c$ scores strongly suggested that the characteristics of the release methodology were more important in determining $R$ than the characteristics of the steelhead smolts (Table 4). The best model overall was H7, which accounted for release km, $N$ released, and the interaction between them as well as release type. The hypotheses based on fish characteristics (H1–H5) were much less supported (the lowest $\Delta AIC_c$ was 11.3; Table 4). Among

to the identification of four variables with significant effect sizes (Table 3). Body length showed the most explanatory power (a reduced data set was used due to missing values), with an $R^2$ of 0.35 for both length and $SD_{Length}$. Both of these factors supported the hypothesis of an optimal intermediate body size at which steelhead are least likely to residualize (Figure 2A, B). A quadratic relationship between $R$ and length was supported, with $R$ being minimized at approximately 213 mm and increasing by approximately 2 percentage points for a deviation (smaller or larger) of 26 mm from this optimal size and 5 percentage points for a deviation of 41 mm. The linear relationship between $R$ and the variance in length ($SD_{Length}^2$) was also supported. Release

TABLE 3. Linear regressions of (transformed) explanatory variables against estimated residualization rates, corrected for sampling method. Transformations were based on a priori predictions (see text). The variables $SD_{Length}$ and $SD_K$ were squared to obtain variances. Values assigned to discreet explanatory variables were as follows: release type: into river $= 0$, into acclimation pond $= 1$; broodstock: endemic $= 0$, hatchery $= 1$. Mixed-release groups were given fractional values. Variables in bold italics had a significant effect at $\alpha = 0.05$ after accounting for sampling day.

| Explanatory variable | Effect size (SE) | | | $n$ | $F$ | $R^2$ |
|---|---|---|---|---|---|---|
| | Linear | Quadratic | Sampling day ($10^{-4}$) | | | |
| ***Length*** | $-1.3 \times 10^{-2}$ ($4.8 \times 10^{-3}$) | $3.0 \times 10^{-5}$ ($1.1 \times 10^{-5}$) | $-6.6$ (2.1) | 37 | $F_{3, 33} = 5.9$ | 0.35 |
| $K$ | $6.6 \times 10^{-1}$ ($1.3 \times 10^{0}$) | $-3.1 \times 10^{-1}$ ($0.7 \times 10^{-1}$) | $-8.1$ (2.5) | 36 | $F_{3, 32} = 3.8$ | 0.26 |
| ***$SD_{Length}^2$*** | $4.6 \times 10^{-5}$ ($1.8 \times 10^{-5}$) | | $-7.7$ (2.2) | 35 | $F_{2, 32} = 8.8$ | 0.35 |
| $SD_K^2$ | $-9.5 \times 10^{-2}$ ($2.2 \times 10^{-1}$) | | $-10.9$ (3.6) | 30 | $F_{2, 27} = 4.5$ | 0.25 |
| ***Broodstock*** | $-2.9 \times 10^{-2}$ ($1.4 \times 10^{-2}$) | | $-6.8$ (2.0) | 47 | $F_{2, 44} = 6.1$ | 0.22 |
| ***Release km*** | $6.7 \times 10^{-4}$ ($2.0 \times 10^{-4}$) | | $-6.2$ (1.8) | 48 | $F_{2, 45} = 10.1$ | 0.31 |
| Release date | $5.3 \times 10^{-3}$ ($7.1 \times 10^{-3}$) | $-2.4 \times 10^{-5}$ ($3.1 \times 10^{-5}$) | $-5.2$ (2.9) | 42 | $F_{3, 38} = 2.0$ | 0.14 |
| Release type | $1.1 \times 10^{-3}$ ($1.3 \times 10^{-2}$) | | $-4.9$ (2.0) | 48 | $F_{2, 45} = 3.2$ | 0.13 |
| $Log_{10}(N$ released$)$ | $-2.3 \times 10^{-2}$ ($2.0 \times 10^{-2}$) | | $-4.5$ (1.9) | 48 | $F_{2, 45} = 3.9$ | 0.15 |
| Sampling day | | | $-4.9$ (1.9) | 48 | $F_{1, 46} = 6.6$ | 0.13 |

Exhibit 12
7 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012



FIGURE 2.   (A)–(I) Relationships between residualization rate estimates and individual explanatory variables. The plots are component residual plots after removing the effect of sampling day on $R$. The fit considered for each explanatory variable (linear, squared, or quadratic) was chosen a priori to match biological predictions. The explanatory variables are described in Table 1; the statistics for each fit are presented in Table 3.

these five hypotheses, H3 had the most support, suggesting that body size and ancestry had a somewhat stronger influence on $R$ than condition factor, at least in agreement with the individual-factor meta-analysis. There was little support for the full hypothesis (H10; Table 4) or a post hoc model (PH1) that jointly considered fish characteristics and release methodology (df = 9, $\Delta AIC_c = 6.0$, $R^2 = 0.57$).

The estimated coefficients for the best model (H7; $F_{5, 42} = 8.6$, $R^2 = 0.51$) and the full model (H10; $F_{15, 32} = 3.4$, $R^2 = 0.61$) show that, after accounting for sampling day, few variables had significant effects on $R$ (Table 5). In model H7, the interaction between release km and $N$ released explained much of the variation in $R$. When $N$ released was small, $R$ increased strongly with release km but the effect diminished as the

Exhibit 12
8 of 18

HAUSCH AND MELNYCHUK

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

TABLE 4. Comparison of ten a priori models describing the factors affecting residualization rates. All models also included sampling day as a covariate to account for differences in the time between release and sampling across studies (see text); "×" signifies the inclusion of both fixed effects and their interaction; $N = 48$ for all models; $\Delta \text{AIC}_c \pm \sigma$ is the mean $\pm$ SD across 100 imputations of the difference between the AIC of each model and that of the best model within each imputation.

| Hypothesis | Model | df | $\Delta \text{AIC}_c \pm \sigma$ | $R^2$ |
|---|---|---|---|---|
| H1: Body size | Length + Length$^2$ + SD$_{\text{Length}}^2$ | 4 | 12.4 ± 2.2 | 0.33 |
| H2: Body size and shape | Length + Length$^2$ + SD$_{\text{Length}}^2$ + $K$ + $K^2$ + SD$_K^2$ | 7 | 17.5 ± 3.2 | 0.36 |
| H3: Body size and ancestry | Length + Length$^2$ + SD$_{\text{Length}}^2$ + Broodstock | 5 | 11.3 ± 1.8 | 0.38 |
| H4: All individual characteristics | Length + Length$^2$ + SD$_{\text{Length}}^2$ + $K$ + $K^2$ + SD$_K^2$ + Broodstock | 8 | 16.9 ± 2.7 | 0.41 |
| H5: Managed body size | Length + Length$^2$ + SD$_{\text{Length}}^2$ × Release type | 6 | 13.0 ± 3.2 | 0.39 |
| H6: Where and how many | Release km × log$_{10}$($N$ released) | 4 | 0.1 ± 0.0 | 0.48 |
| H7: Where, how, and how many | Release km × log$_{10}$($N$ released) + Release type | 5 | 0.0 ± 0.0 | 0.51 |
| H8: Where, when, and how many | Release km × log$_{10}$($N$ released) + Release date + Release date$^2$ | 6 | 2.8 ± 0.0 | 0.51 |
| H9: Where, when, how, and how many | Release km × log$_{10}$($N$ released) + Release type + Release date + Release date$^2$ | 7 | 3.0 ± 0.0 | 0.53 |
| H10: Full model | Length + Length$^2$ + SD$_{\text{Length}}^2$ × Release type + $K$ + $K^2$ + SD$_K^2$ + Broodstock + Release km × log$_{10}$($N$ released) + Release date + Release date$^2$ | 15 | 22.3 ± 3.0 | 0.61 |

TABLE 5. Estimated coefficients of the AIC$_c$-best multiple-regression model (H7) and the full model (H10). Variables in bold italics are statistically significant at $\alpha = 0.05$. Model statistics are as follows: H7: $F_{5, 42} = 8.6$, $R^2 = 0.51$; H10: $F_{15, 32} = 3.4$, $R^2 = 0.61$. See Table 3 for additional details.

| Variable | Effect | SE | $t$ | $P$ |
|---|---|---|---|---|
| | **H7** | | | |
| Intercept | $-1.17 \times 10^{-1}$ | $1.71 \times 10^{-1}$ | $-0.7$ | 0.497 |
| ***Release km*** | $7.79 \times 10^{-3}$ | $2.87 \times 10^{-3}$ | 2.7 | 0.010 |
| Release type | $-1.95 \times 10^{-2}$ | $1.28 \times 10^{-2}$ | $-1.5$ | 0.137 |
| log$_{10}$($N$ released) | $4.24 \times 10^{-2}$ | $3.80 \times 10^{-2}$ | 1.1 | 0.271 |
| ***Sampling day*** | $-7.85 \times 10^{-4}$ | $1.70 \times 10^{-4}$ | $-4.6$ | 0.000 |
| ***Release km × log$_{10}$($N$ released)*** | $-1.47 \times 10^{-3}$ | $6.23 \times 10^{-4}$ | $-2.4$ | 0.023 |
| | **H10** | | | |
| Intercept | $-4.15 \times 10^{-1}$ | $8.09 \times 10^{-1}$ | $-0.5$ | 0.611 |
| Length | $-3.79 \times 10^{-3}$ | $5.04 \times 10^{-3}$ | $-0.8$ | 0.458 |
| Length$^2$ | $9.21 \times 10^{-6}$ | $1.18 \times 10^{-5}$ | 0.8 | 0.442 |
| SD$_{\text{Length}}^2$ | $2.82 \times 10^{-5}$ | $2.43 \times 10^{-5}$ | 1.2 | 0.254 |
| $K$ | $7.74 \times 10^{-1}$ | $1.02 \times 10^{0}$ | 0.8 | 0.453 |
| $K^2$ | $-3.77 \times 10^{-1}$ | $5.16 \times 10^{-1}$ | $-0.7$ | 0.469 |
| SD$_K^2$ | $-1.57 \times 10^{-1}$ | $2.47 \times 10^{-1}$ | $-0.6$ | 0.529 |
| Broodstock | $-1.98 \times 10^{-2}$ | $2.63 \times 10^{-2}$ | $-0.8$ | 0.456 |
| ***Release km*** | $8.17 \times 10^{-3}$ | $3.50 \times 10^{-3}$ | 2.3 | 0.026 |
| Release date | $3.25 \times 10^{-3}$ | $6.55 \times 10^{-3}$ | 0.5 | 0.624 |
| Release date$^2$ | $-1.28 \times 10^{-5}$ | $3.02 \times 10^{-5}$ | $-0.4$ | 0.674 |
| Release type | $2.52 \times 10^{-2}$ | $3.01 \times 10^{-2}$ | 0.8 | 0.409 |
| log$_{10}$($N$ released) | $6.53 \times 10^{-2}$ | $4.57 \times 10^{-2}$ | 1.4 | 0.163 |
| ***Sampling day*** | $-8.02 \times 10^{-4}$ | $2.37 \times 10^{-4}$ | $-3.4$ | 0.002 |
| SD$_{\text{Length}}^2$ × Release type | $-3.28 \times 10^{-5}$ | $4.48 \times 10^{-5}$ | $-0.7$ | 0.470 |
| ***Release km × log$_{10}$($N$ released)*** | $-1.63 \times 10^{-3}$ | $7.46 \times 10^{-4}$ | $-2.2$ | 0.036 |

Exhibit 12
9 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

number of individuals released increased, such that with very large releases there was no further effect of release km (Table 5). Converting the predicted $R$ to the predicted number of individuals residualizing (residuals = $R \times N$ released) suggests that the interaction term for $R$ is fitting an additive model for number of residuals with both factors having an independent, positive effect on the absolute number of residuals (results not shown). The full model was used to obtain the most accurate parameter estimates at the cost of precision. To aid in interpreting the parameter estimates, the range of each covariate in the data set was used to calculate the maximum change in $R$ accounted for by each covariate. Sampling day accounted for 9.4 $R$ percentage points, while release km and $N$ released together accounted for 8.9 percentage points. Other covariates were much less influential, with $SD_{Length}$ and release type together accounting for 3.9 percentage points while the quadratic variable length accounted for 3.2 percentage points. The remaining covariates all accounted for less than 3 percentage points each.

Our analyses involved release sites as units of observation, but residualization effects may also occur at a larger, full-river spatial scale. As we found that release methodology factors had particularly strong effects on residualization rates, we considered whether the factors contained in model H7 were also good determinants of $R$ for rivers as a whole, i.e., across all releases in the same river in a given year. To construct a full-river data set, we summed the $N$ released and calculated weighted averages of $R$, release km, release type, and sampling day (weighted by $N$ released). Since the sample size for the full-river data set was smaller than the original data set, a similar regression for the full-river data set is more conservative. Yet we found that this model fit the full-river residualization rates even better ($F$ increased despite $n$ decreasing; $F_{5, 21} = 11$, $R^2 = 0.72$, $P < 0.001$) than those from the original data set, with coefficient estimates similar to those for H7 in the original data set (not shown). This suggests that release methodology predicts average residualization rates better at the full-river scale than at the individual release scale.

## Characteristics of Residuals

Comparisons of the characteristics of the residuals with those of the entire release group showed that the residual populations had smaller body sizes and larger variances of body size and contained a larger proportion of males than the release group (Table 6). The tendency of steelhead at the extremes of body size to residualize is supported by the larger variance in body length seen in the residual population (Table 6). The decrease in body size from the release group average is in agreement with the results from the individual-factor meta-analysis: the mean length at release of 200 mm is below the optimal length of 213 mm as predicted from the individual-factor regression (or 206 mm as predicted from the multiple regression), which suggests that in these releases the residual population would be composed primarily of individuals which are too small rather than too large for emigrating. The LOWESS curve suggested a quadratic-like relationship between length and the change in length (within this range of release lengths). At very low release lengths there was no change in body size, while the residuals from releases of intermediate and large fish were smaller and larger, respectively, than the release population. This effect was greater when only releases from hatchery broodstock were considered (Figure 3). Despite the limited sample size, residual populations also showed a strong tendency towards a $K$ of 1.0 regardless of the $K$ of the release population (Figure 3).

The comparison between residual and release populations suggested a strong bias towards residualizing by males. The average residual population was composed of 83% males, ranging from 57% to 100%, while the release populations averaged 50% males as expected (Table 6). We used the variation in the degree of this bias to discriminate between the two residualization mechanisms (1 = insufficient development for smolting, 2 = precocious males). The subset of the releases for which the residual sex ratio was estimated had a small range of length. Within this range, the degree of male residualization bias was consistently high, ranging from 80% to 85% males on average across lengths (Figure 4). The degree of male residualization bias was more sensitive to the (log-transformed) $N$ released, with the male bias increasing with the number of smolts released (linear regression; $F_{1, 24} = 23$, $R^2 = 0.49$, $P < 0.001$; Figure 4). There was no relationship between the male bias and release km (Figure 4).

## DISCUSSION

Residualization of hatchery steelhead is a primary management concern, both ecologically and economically. The published studies included in our meta-analysis of hatchery steelhead show that residualization rates can be fairly high, with substantial variation: 5.6% of the population failed to

TABLE 6.  Comparison of characteristics of residuals and their respective release groups (including fish that migrated). Two-tailed paired $t$-tests were used for these comparisons.

| Characteristic | df | $t$-value | $P$-value | Mean of differences ± SE | Release mean | Residual mean |
|---|---|---|---|---|---|---|
| Fork length (mm) | 69 | −2.95 | 0.004 | −8.5 ± 2.9 | 200 | 191 |
| SD of length (mm) | 46 | 7.17 | <0.001 | 11.1 ± 1.6 | 24 | 35 |
| $K$ | 7 | −1.0 | 0.346 | −0.05 ± 0.05 | 1.06 | 1.01 |
| Sex ratio (% male) | 29 | 13.8 | <0.001 | 33% ± 2% | 50% | 83% |

Exhibit 12
10 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012



FIGURE 3.   (A) Length and (B) condition factor of the residual populations relative to their respective release groups. Each point represents a hatchery release and its resulting residual population. Only data from hatchery broodstock releases were available for $\Delta K$. The curves are smoothed fits through the data using locally weighted scatterplot smoothing with a smoother span of 0.95 (R Development Core Team 2011). The solid curve accounts for all of the data, while the dotted curve only accounts for releases of hatchery broodstock. The dashed horizontal line represents no average change between the release and the residual population.







FIGURE 4.   Relationship between sex-biased residualization and (A) length, (B) $N$ released, and (C) release km. Each point represents a hatchery release and its resulting residual population. The filled and unfilled points represent releases of hatchery and endemic broodstock, respectively. The solid curves are linear best fits. The dashed horizontal lines represent no sex-biased residualization.

Exhibit 12
11 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

emigrate on average, and rates as high as 17.0% have been reported. Residualization rates result from the interaction between the proclivity of individual fish to residualize (rearing practices) and the residualization opportunities presented (release practices). Our results suggest that while the characteristics of individual steelhead have some effect, the characteristics of the release process are dominant in controlling residualization rates. This suggests that differences in release practices, both within and across the studies considered here, have had more influence than the variation in rearing practices on the resulting residualization rates.

In this paper we present two complementary analyses, the first comparing $R$ across studies and releases and the second comparing the characteristics of the release populations with those of the resulting residual populations. The use of $R$ estimates from the literature assumes that these estimates of the residual population size are accurate for any given river and/or that the biases are consistent across rivers. There are at least three issues with comparing $R$ estimates across rivers, however: how, where, and when the estimates were made. We accounted for different sampling methodologies (multipass versus mark–recapture) using a conversion factor (Bumgarner and Dedloff 2007). As residuals tend to aggregate near the release site (Brostrom 2006), the location of sampling sites is crucial for estimating $R$ for the entire river. The studies considered here typically addressed this concern by using stratified sampling along the length of the river (e.g., Martin et al. 2000; Bumgarner and Dedloff 2007). Additionally, the time between sampling and release will have a large impact on the estimated $R$, as suggested by our analysis, and we accounted for this using sampling day as a covariate in all regressions. This effect likely results from the relatively poor survival of hatchery-reared individuals in natural environments (Martin et al. 1993; Sharpe et al. 2007; Ostrand 2008) and should be accounted for in future sampling programs.

The comparison of the characteristics of the residual populations with those of their original release groups allows us to understand which individuals within a population are more prone to residualize, but this has its own limitations. It is possible that the characteristics of the residuals changed since their release (e.g., growth, loss of mass, or biased survival). Due to the territorial nature of steelhead, biased growth (with the large individuals getting larger relative to the small) is not unexpected and may confound some of our results. Biased residualization was likely stronger, however, than biased growth or survival (e.g., we detected no relationship between sampling day and the characteristics of the residuals relative to their characteristics at release; results not shown).

Together, these analyses allowed us to identify relationships between residualization rate and hatchery-controllable factors, which are difficult to detect within single studies as a result of limited ranges of the covariate values. They also allow for generalization across locations and studies. This is generally desirable but may obscure the uniqueness of particular study systems and hatchery groups. For management purposes, the broad-scale results outlined below should be investigated further at the local level of a hatchery program. Additionally, these results should be considered exploratory and not confirmatory. While we restricted the analysis to a set of biologically motivated a priori candidate models (Burnham and Anderson 2002), a number of these models considered a large number of explanatory variables (15 in the full model) relative to the number of $R$ estimates available (48), which may lead to overparameterization in some models.

## Characteristics of Released Fish

Previous work on residualization has focused on the individual traits which make fish more likely to residualize. Much of this work has been concerned with body size (Partridge 1986; Sharpe et al. 2007) and has generally found that residuals are either larger or smaller than the release group average. This discrepancy has been attributed to the presence of two size-dependent residualization mechanisms acting simultaneously on the release population. First, small individuals may postpone smolting to continue freshwater growth; second, large males may become precocious and bypass smolting altogether (Jonasson et al. 1996; Sharpe et al. 2007; Ostrand 2008). By combining the results from multiple studies to obtain a wide range of sizes at release, we provided strong support for the hypothesis of two simultaneously acting mechanisms. Based on the individual-factor meta-analysis, we found that $R$ estimates generally increased as average size became smaller or larger than 213 mm (or 206 mm based on H10; Table 3; Figure 2A); as the average size becomes more extreme, more individuals are prone to cross some threshold size for one mechanism or the other, increasing the probability of residualization. This same effect causes the variance in body size to affect $R$ and, as predicted, we found higher residualization rates in release groups with more variation in body size (Table 3; Figure 2C).

Further support for two body-size-based mechanisms comes from the comparison of residual and release populations. First, residual populations tended to show more variation in body size relative to their original release group (Table 6), suggesting that both mechanisms act simultaneously (though on different subsets of the release group). Second, comparisons of average body sizes suggest there is biased residualization of the smallest and largest individuals in releases of relatively small/intermediate and large fish, respectively (though our data appear to have insufficient range at large sizes; Figure 3). The tendency towards no size-biased residualization for the releases of very small fish suggests that in these cases most or all individuals were below some threshold size motivating residualization. We predict that the same lack of size bias would occur with releases of very large individuals. Lastly, the hypothesis that precocious males show increased residualization rates was supported by the male-biased sex ratios of residual populations compared with their release groups (Table 6). Contrary to our predictions, though, the male bias in the residual population did not increase with release length within the range of lengths considered (Figure 4).

Exhibit 12
12 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

Unlike with body size, the influence of condition factor on residualization is poorly studied. This is somewhat surprising as differences in $K$ are associated with maturation, precocious steelhead typically having larger values of $K$ than nonprecocious ones (Tipping et al. 2003). In contrast to our prediction of an optimal intermediate $K$ value at which residualization would be minimized, releases with an average $K$ of approximately 1.0 showed the highest $Rs$ within the range of $K$ values considered (Figure 2B). Similarly, residual populations tended towards an average $K$ of approximately 1.0. Previous studies have found qualitatively different results: one found a local minimum in $R$ at intermediate values of $K$ before release (Tipping et al. 2003), while others found linear (i.e., nonquadratic) results in either direction (Martin et al. 1993; Viola and Schuck 1995; Rhine et al. 1997). One explanation for this diversity of results is simply that $K$ does not have a strong effect and is confounded by other factors. Alternatively, Fulton's $K$ assumes an allometric growth exponent of 3.0, which may not be appropriate for all hatcheries or stocks, obscuring the true relationship between body condition and residualization.

Similar to body size, the ancestry of the stock significantly influenced $R$ when considered alone but not in the multiple-regression analysis. There was therefore some support for the notion that individuals bred from hatchery broodstock residualize at a lower rate than those with endemic parents. This suggests that artificial selection imposed by hatchery programs has a direct effect on residualization behavior (much of which was independent of length). Assuming a genetic component to residualization, this selection is likely the byproduct of hatcheries' only using anadromous individuals from previous releases as broodstock (e.g., Bumgarner et al. 2002; Bumgarner and Dedloff 2007), such that the fitness of the residuals is zero in the hatchery line (Sharpe et al. 2007). The selection pressures imposed by a hatchery program can be large, such that a single generation of hatchery rearing can influence emigration rates (McMichael 1994). Differential emigration success for endemic and hatchery broodstock have also been noted. Reisenbichler et al. (2004) found that a much smaller fraction of hatchery steelhead from wild broodstock migrated than did hatchery steelhead from hatchery broodstock, though they attributed most of this effect to differential growth rates in the hatchery arising from domestication.

## Characteristics of Release Methodology

While the physiological and ancestral characteristics of steelhead shape their tendency to residualize, the circumstances of their release from the hatchery appear to be more important in determining the population's residualization rate. We found that the primary determinants of $R$ were the distance from the release location to the estuary or a confluence with a major river and the number of fish released. Fish released upstream or at greater densities were more likely to residualize. These two factors interacted negatively such that release location had a large effect on small releases and no effect on large releases. The parameter estimate of the interaction term suggests that emigration distance and number released directly affect the number of residuals, more so than the residualization rate, with both factors having a positive, additive effect on the number of fish residualizing. Further, we found that male-biased residualization increases with release number but not emigration distance. Together, these results suggest that residualization is both space and frequency dependent, with the latter acting through selection for a proportion of the male population to employ a "sneaker" strategy, maturing in freshwater and attempting to mate with anadromous females (Gross 1987). As precocious maturation is likely initiated before release (Tipping et al. 2003), frequency dependence likely arises through within-cohort interactions (e.g., hierarchical dominance) during hatchery rearing.

Previous work has studied the influence of release location but not release number, likely because the latter does not appear to directly affect the rate of residualization. Ward and Slaney (1990) compared emigration and survival rates between (pen-reared) hatchery stocks released directly into the ocean and those released a few hundred meters above the estuary, and found that emigration rates were higher for releases closer to the ocean. The effect of release location is likely the product of two mechanisms: a strong tendency against upstream migration (Partridge 1986; Brostrom 2006; Ostrand 2008; but see McMichael and Pearsons 2001 for an exception) and a time- or density-dependent component to residualization. For a fixed number of fish released, the release location effectively sets how much available habitat and time there is between release and reaching the estuary or a major river over which to possibly residualize.

The use of voluntary releases was shown to substantially reduce $R$ (4.5 percentage points) when the analysis was blocked by river–year. This effect on $R$ was not as strong as predicted based on previous results (Viola and Schuck 1995), likely due to differences in how nonmigrants are managed. Voluntary release methods have been experimentally evaluated since at least the 1960s, with mixed results (Wagner 1968; Viola and Schuck 1995; Jonasson et al. 1996; Rhine et al. 2002; Sharpe et al. 2007). In 1995, Viola and Shuck published their influential work suggesting that the use of an acclimation pond reduced residualization rates from 14.0% to 3.1%. The main caveat of this finding is that individuals who did not voluntarily leave the pond ("nonmigrants") were detained and killed (Viola and Schuck 1995). As this represents a removal of fish that may eventually have migrated in addition to individuals destined to residualize (Rhine et al. 2002; Sharpe et al. 2007), many studies only use acclimation ponds to passively promote emigration (by providing a larger migration window), generally forcing nonmigrants into the river after a volitional emigration period (e.g., Martin et al. 1993; Bumgarner and Dedloff 2007; Sharpe et al. 2007).

We did not detect an effect of release date on residualization, likely because optimal release dates vary across hatcheries, years, and even release locations. Clearly, annual and geographic

Exhibit 12
13 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

variation in weather should affect the period when conditions promoting migration are maximized. To deal with this variation, Wagner et al. (1963) suggested that hatchery stocks be released to coincide with the peak of wild steelhead emigration for the particular watershed. Provided that this will not lead to strong negative interactions between wild and hatchery fish, this strategy allows managers to assume the timing of ideal abiotic and biotic conditions for release. If this assumption is accurate, then the explanatory variable of interest affecting residualization is more likely the difference between the actual and optimal release dates rather than the actual release date per se. Unfortunately, there were insufficient data presented on the run timing of wild steelhead to incorporate this possibility. Alternatively, work on hatchery Chinook salmon *Oncorhynchus tshawytscha* has suggested that the degree of smoltification, rather than riverine conditions, is of primary importance in determining migration rate and success (Zaugg 1989). If this is the case, managers should release stocks when fish conditions, rather than riverine conditions, are optimal (Zaugg 1989).

### Ecological Synthesis

Our results suggest that residualization is a result of both the proclivity at release of individual fish to residualize (the characteristics of the released fish) and the ecological opportunity for fish to residualize (the characteristics of the release methodology). Within the range of data analyzed, it appears that the number of residuals is primarily determined by the amount of available freshwater habitat and the number of fish released. As hatchery fish are released further upriver they have access to a greater number of freshwater territories while emigrating downstream, leading to a certain number of individuals residualizing. In addition to this environment-dependent number of residuals, a frequency-dependent mechanism leads to a baseline residualization rate. While the former mechanism does not appear to act through a subset of the population, the positive relationship between male-biased residualization and $N$ released (Figure 4) suggests that frequency-dependent residualization is strongly male-biased. This bias suggests selection for a portion of the males to adopt a sneaker strategy, maturing in freshwater whether or not they are larger than a threshold "emigration size."

The characteristics of the released fish, conversely, appear to primarily determine which, but not how many, fish residualize, a distinction which has been difficult to make in previous work due to a possible lack of independence between treatments in many studies. The majority of the studies considered here, particularly those with releases of variable length, $SD_{Length}$, and broodstock used different groups released into the same river in the same year as treatments. While this allows experimenters to control for spatial and temporal variation, these release groups may interact during emigration. Our finding that release methodology better predicts river-average than release-average residualization rates suggests that this is the case: for a given number of fish emigrating and a given emigration distance, there may be only so many "niche slots" for residual fish across all treatment

groups. Individuals of extreme size or endemic broodstock origin may be more prone to fill these niche slots, but their tendency may not create new slots. As such, studies detecting differences in $R$ between treatment groups may be detecting biased residualization rather than a true increase or decrease in the overall $R$.

### Beyond Residualization

The explanatory variables considered here may have large influences on processes other than residualization which need to be taken into account when developing management strategies. While a detailed review of these processes is beyond the scope of this paper, we highlight some of the primary economic and ecological/evolutionary hatchery issues which are also influenced by the explanatory variables considered here.

Body size is important for many aspects of steelhead life histories. It is a strong determinant of survival, both during freshwater emigration (Willette 2008) and in the marine environment, with larger individuals generally showing higher adult returns (Ward et al. 1989; Tipping 1997). There are costs to releasing larger individuals, though. In addition to being more prone to becoming precocious, large residuals can have a much greater negative impact on wild populations through competitive dominance (Abbott et al. 1985; McMichael et al. 2000; Weber and Fausch 2003). Larger fish are also more expensive per capita to rear.

The broodstock origin used for hatchery rearing presents similar trade-offs. While creating a hatchery line allows selection for traits adaptive to hatchery growth, this selection by definition reduces the natural standing genetic variation, an effect which is exacerbated as a hatchery line is maintained over generations (Naish et al. 2007). Additionally, the artificial selection imposed by maintaining a hatchery stock shapes a variety of traits (Reisenbichler and Rubin 1999; Walters 2005), some of which are potentially maladapted for wild rearing. This raises concerns about gene flow back to the wild population through hybridization, producing outbreeding depression (Naish et al. 2007). One response to this has been to use wild-reared broodstock in an attempt to maintain the genetic variation of the wild stock in the hatchery releases (Ward 2000; Sharpe et al. 2007).

While both the frequency and potential impact of residuals can be reduced by releasing fish further downstream, this can negatively impact adult returns as well as natural populations in downstream habitats. Releasing juveniles further downriver can diminish imprinting, reducing the homing ability of adults and leading to increased straying rates (Solazzi et al. 1991; Quinn 1993). Management practices can reduce the opportunity for hatchery returns to mate with wild stocks in their home river (e.g., through selection for run timing or modification of angling pressure), but this becomes more difficult (and potentially more important genetically; Quinn 1993) when hatchery adults stray to different rivers. The advantages of release locations further downstream (i.e., less time in rivers results in higher survival and reduced residualization) may compensate for the negative

Exhibit 12
14 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

918                                                HAUSCH AND MELNYCHUK

consequences from higher straying. Notably, Ward and Slaney
(1990) found higher adult returns from steelhead released closer
to, or even directly into, the ocean.

Release timing and number present a similar concern: a strategy which reduces the residualization rate may increase the net negative impact of a hatchery release on a wild stock. Timing hatchery releases to be concurrent with the peak of the wild emigration necessarily increases the intensity of interactions between hatchery and wild individuals simply due to temporal overlap. High numbers of releases may not entail a higher rate of residualization, but the absolute number of residuals may be greater, which is the more relevant metric for assessing the potential for competition with wild fish.

## Management Recommendations and Future Directions

Rearing and release strategies for hatchery steelhead will vary based on management objectives; residualism is generally an important concern, but only one of several. We showed that release methodology factors are dominant in determining how many fish residualize, while individual characteristics influence which individuals residualize. Managers should therefore control the residualization rate through changes in the release methodology, optimizing the individual characteristics to meet other objectives. To manage the impact of residuals in conjunction with other objectives, there are several steps that managers should take. First, the hatchery stock should be released as far downriver as possible while still managing for straying risk (Partridge 1986). The evidence available suggests that this will reduce residualization rates while decreasing the impact of residuals on wild steelhead (through spatial separation), and it may actually increase adult return rates (Ward and Slaney 1990). Second, managers should release the minimum number of hatchery individuals required to meet management objectives (McMichael et al. 2000). Third, if possible, releases should be into an acclimation pond rather than directly into the river.

Even under ideal conditions residualization appears to be an unavoidable characteristic of hatchery steelhead releases, and thus efforts should be made to reduce the impact of the resulting residual population on wild fish. We recommend that effort be put into selective harvesting to reduce the ability of hatchery adults to mate with wild individuals. As residuals tend to remain near the release location, releases can be placed such that they are in easily accessible and frequently angled locations (McMichael et al. 2000). If hatchery fish are substantially larger than their wild counterparts or have a clear distinguishing mark (e.g., clipping of the adipose fin), regulations can be modified to encourage complete harvesting of hatchery individuals after the migration period (McMichael et al. 2000). As our results suggest that fish characteristics primarily determine which, rather than how many, individuals residualize, it may also be possible to manage the characteristics of the release population to aid selective harvesting strategies.

There is no one universally optimal hatchery strategy; the management approach taken will depend on hatchery goals, primarily the emphasis on production versus conservation. For example, where the focus is on exploitation it appears that releasing larger numbers of larger individuals of hatchery broodstock would better meet objectives. While the residuals of such releases may have a much larger ecological impact, the release overall should have higher emigration and survival rates. Even if residualization is not a concern, these production-oriented hatcheries need to closely manage for straying risk to prevent harm to more sensitive ecosystems. For hatcheries where management objectives focus more on the conservation of wild fish or their ecosystem, greater emphasis should be placed on producing a residual population with a lower potential negative impact. Ecologically and evolutionarily this means smaller releases of smaller individuals of endemic broodstock, preferably into an acclimation pond with residuals withheld. This will likely lead to economic losses due to higher residualization rates, but those surviving hatchery residuals should have a much smaller negative impact than large, hatchery broodstock residuals.

Many factors other than those considered here are thought to affect the residualization rates of hatchery releases but are not commonly tested. These include water temperature and flow (Bjornn 1971), river substrate or gradient (Bjornn 1971; Cannamela 1993), the abundance of prey and wild conspecifics (Wagner et al. 1963; Slaney and Northcote 1974; Naman and Sharpe 2012), and the growth trajectory and age at release of hatchery stocks (independent of final body size; Larsen et al. 2004; Berejikian et al. 2012). While most of these are generally beyond management control, the latter two can be varied in hatchery stocks (though they rarely are in practice). Work on Chinook salmon and Atlantic salmon *Salmo salar* suggests that *when* fish grow can be as important as or more important than how much they grow in initiating precocious maturation, a major precursor of residualization (Larsen et al. 2004 and citations therein). Larsen et al. (2004) suggested that substantial growth in the summer and autumn, leading to high autumn energy stores, provides the physiological signal to initiate maturation which, once initiated, will be minimally impacted by future growth regulation. The limited work on steelhead supports this relationship (Tipping et al. 2003). Similarly, while wild steelhead typically spend two or more years in freshwater before emigrating, nearly all hatcheries release fish as yearlings and this compressed growth trajectory is predicted to promote a residual life history (Berejikian et al. 2012). Berejikian et al. (2012) found that rearing fish for 2 years reduced the number of fish residualizing due to insufficient size but potentially increased the number of precocious residuals; it is not clear how much of this effect was due to the growth trajectory independent of the size at release.

While some of the explanatory variables considered in this meta-analysis are well defined, others need further investigation. First, additional multiriver or multiyear studies are required to confirm the effects of release methodology and in-river interactions between treatments on residualization rates. Second, the

Exhibit 12
15 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

role of condition factor, if any, remains unclear; the reporting of stock-specific allometric exponents should be considered in addition to the traditional Fulton's $K$. We also recommend that in management reports, in addition to presenting data for the explanatory variables considered here for hatchery fish, managers present data for the emigration of wild individuals, such as run timing and body size. This would allow future analyses to consider the influence of migrating wild steelhead on the emigration rate of hatchery releases. Finally, further research is required to quantify the bias in estimated values of $R$ due to the time between release and sampling. We recommend that, at least within a hatchery program, managers target a standard time between release and sampling to facilitate comparisons across release groups and years.

## ACKNOWLEDGMENTS

This work was supported by a Natural Sciences and Engineering Research Council of Canada (NSERC) Undergraduate Student Research Award to S.J.H. and by the Canadian National Railway Company through the Cheakamus Ecosystem Restoration Technical Committee. Brian S. Cade provided a detailed statistical critique, motivating the current analysis. Joanne Hausch and four anonymous reviewers provided helpful comments on the manuscript.

## REFERENCES

Abbott, J., R. Dunbrack, and C. Orr. 1985. The interaction of size and experience in dominance relationships of juvenile steelhead trout (*Salmo gairdneri*). Behaviour 92:241–253.

Allison, P. 2000. Multiple imputation for missing data: a cautionary tale. Sociological Methods and Research 28:301–309.

Berejikian, B. A., D. A. Larsen, P. Swanson, M. E. Moore, C. P. Tatara, W. L. Gale, C. R. Pasley, and B. R. Beckman. 2012. Development of natural growth regimes for hatchery-reared steelhead to reduce residualism, fitness loss, and negative ecological interactions. Environmental Biology of Fishes 94:29–44.

Bjornn, T. 1971. Trout and salmon movements in two Idaho streams as related to temperature, food, stream flow, cover, and population density. Transactions of the American Fisheries Society 100:423–438.

Brostrom, J. K. 2006. Characterize and quantify residual steelhead in the Clearwater River, Idaho. Bonneville Power Administration, Project 199901800, Portland, Oregon.

Bumgarner, J., J. Dedloff, M. Herr, and M. P. Small. 2004. Lyons Ferry complex hatchery evaluation: summer steelhead annual report 2003 run year. U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Bumgarner, J., M. Schuck, S. Martin, J. Dedloff, and L. Ross. 2002. Lyons Ferry complex hatchery evaluation: summer steelhead and trout report 1998, 1999, and 2000 run years. U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Bumgarner, J., M. Small, L. Ross, and J. Dedloff. 2003. Lyons Ferry complex hatchery evaluation: summer steelhead and trout report 2001 and 2002 run years U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Bumgarner, J. D., and J. Dedloff. 2007. Lyons Ferry complex hatchery evaluation: summer steelhead annual report 2005 run year. U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Bumgarner, J. D., J. Dedloff, and M. Herr. 2006. Lyons Ferry complex hatchery evaluation: summer steelhead annual report 2004 Run Year. U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Burnham, K., and D. Anderson. 2002. Model selection and multimodel inference: a practical information-theoretic approach. Springer Verlag, New York.

Cannamela, D. A. 1993. Hatchery steelhead smolt predation of wild and natural juvenile Chinook salmon fry in the upper Salmon River, Idaho. Idaho Department of Fish and Game, Boise.

Carmichael, R. W., D. L. Eddy, M. W. Flesher, G. C. Grant, J. R. Ruzycki, and G. R. Vonderohe. 2005a. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 1997 and 1998 bi-annual progress report. Oregon Department of Fish and Wildlife, Salem.

Carmichael, R. W., D. L. Eddy, M. W. Flesher, G. C. Grant, J. R. Ruzycki, and G. R. Vonderohe. 2005b. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 1999 and 2000 bi-annual progress report. Oregon Department of Fish and Wildlife, Salem.

Fessler, J., and H. Wagner. 1969. Some morphological and biochemical changes in steelhead trout during the parr-smolt transformation. Journal of the Fisheries Research Board of Canada 26:2823–2841.

Flagg, T. A., B. A. Berejikian, J. E. Colt, W. W. Dickhoff, L. W. Harrell, D. J. Maynard, C. E. Nash, M. S. Strom, R. N. Iwamoto, and C. V. W. Mahnken. 2000. Ecological and behavioral impacts of artificial production strategies on the abundance of wild salmon populations: a review of practices in the Pacific Northwest. NOAA Technical Memorandum NMFS-NWFSC-41.

Flesher, M. W., G. R. Vonderohe, G. C. Grant, D. L. Eddy, and R. W. Carmichael. 2005. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2001 and 2002 bi-annual progress report. Oregon Department of Fish and Wildlife, Salem.

Flesher, M. W., S. M. Warren, D. L. Eddy, L. R. Clarke, and R. W. Carmichael. 2009. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2005 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Froese, R. 2006. Cube law, condition factor and weight–length relationships: history, meta analysis and recommendations. Journal of Applied Ichthyology 22:241–253.

Gee, S. A., M. W. Flesher, D. L. Eddy, L. R. Clarke, J. R. Ruzycki, and R. W. Carmichael. 2008. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2004 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Gee, S. A., G. R. Vonderohe, M. W. Flesher, D. L. Eddy, G. C. Grant, and R. W. Carmichael. 2007. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2003 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Gross, M. R. 1987. Evolution of diadromy in fishes. Pages 14–25 *in* M. J. Dadswell, R. J. Klauda, C. M. Moffitt, R. L. Saunders, R. A. Rulifson, and J. E. Cooper, editors. Common strategies of anadromous and catadromous fishes. American Fisheries Society, Symposium 1, Bethesda, Maryland.

Gross, M. R. 1996. Alternative reproductive strategies and tactics: diversity within sexes. Trends in Ecology and Evolution 11:92–98.

Harrell, F. E. Jr. 2010. Hmisc: Harrell miscellaneous. R package version 3.8–3. Available: http://CRAN.R-project.org/package=Hmisc. (November 2011).

Jonasson, B. C., R. W. Carmichael, and T. A. Whitesel. 1996. Residual hatchery steelhead characteristics and potential interactions with spring Chinook salmon in northeast Oregon. Oregon Department of Fish and Wildlife, Progress Report 1996, Salem.

Larsen, D. A., B. R. Bechman, K. A. Cooper, D. Barrett, M. Johnston, P. Swanson, and W. W. Dickhoff. 2004. Assessment of high rates of precocious male maturation in a spring Chinook salmon supplementation hatchery program. Transactions of the American Fisheries Society 133:98–120.

Little, R., and A. Hyongjin. 2003. Robust likelihood-based analysis of multivariate data with missing values. University of Michigan, Department of Biostatistics, working paper series 5, Ann Arbor.

Martin, S., M. Schuck, J. Bumgarner, J. Dedloff, and A. Viola. 2000. Lyons Ferry Hatchery evaluation trout report, 1997–98 annual report. U.S. Fish

Exhibit 12
16 of 18

Case 6:21-cv-00034-AA     Document 97-11     Filed 02/06/26     Page 17 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

and Wildlife Service, Lower Snake River Compensation Plan, Washington Department of Fish and Wildlife, Olympia, Washington.

Martin, S. W., A. E. Viola, and M. L. Schuck. 1993. Investigations of the interactions among hatchery reared summer steelhead, rainbow trout, and wild spring Chinook salmon in southeast Washington. Washington Department of Wildlife, Olympia.

McMichael, G. A. 1994. Effects of parentage, rearing density, and size at release of hatchery-reared steelhead smolts on smolt quality and post-release performance in natural streams. Washington Department of Fish and Wildlife, Olympia.

McMichael, G. A., and T. N. Pearsons. 2001. Upstream movement of residual hatchery steelhead into areas containing bull trout and cutthroat trout. North American Journal of Fisheries Management 21:943–946.

McMichael, G. A., T. N. Pearsons, and S. A. Leider. 2000. Minimizing ecological impacts of hatchery-reared juvenile steelhead trout on wild salmonids in a Yakima Basin watershed. Sustainable fisheries management: Pacific Salmon. CRC Press, Boca Raton, Florida.

McMichael, G. A., C. S. Sharpe, and T. N. Pearsons. 1997. Effects of residual hatchery-reared steelhead on growth of wild rainbow trout and spring Chinook salmon. Transactions of the American Fisheries Society 126: 230–239.

Melnychuk, M. C., S. Hausch, D. McCubbing, and D. Welch. 2009. Acoustic tracking of hatchery-reared and wild Cheakamus River steelhead smolts to address residualisation and early ocean survival. Canadian National Railway Company and Cheakamus Ecosystem Recovery Technical Committee, Monitor 2, Project F, Squamish, British Columbia.

Naish, K. A., J. E. Taylor III, P. S. Levin, T. P. Quinn, J. R. Winton, D. Huppert, and R. Hilborn. 2007. An evaluation of the effects of conservation and fishery enhancement hatcheries on wild populations of salmon. Advances in Marine Biology 53:61–194.

Naman, S. W., and C. S. Sharpe. 2012. Predation by hatchery yearling salmonids on wild subyearling salmonids in the freshwater environment: a review of studies, two case histories, and implications for management. Environmental Biology of Fishes 94:21–28.

Ostrand, K. G. 2008. Natural reproductive success and demographic effects of hatchery-origin steelhead in Abernathy Creek, Washington. Annual Report to the Bonneville Power Administration, Contract 016522, Portland, Oregon.

Partridge, F. E. 1986. Effect of steelhead smolt size on residualism and adult return rates. Idaho Department of Fish and Game, Boise.

Peterson, J. T., R. F. Thurow, and J. W. Guzevich. 2004. An evaluation of multipass electrofishing for estimating the abundance of stream-dwelling salmonids. Transactions of the American Fisheries Society 133: 462–475.

Peven, C., R. Whitney, and K. Williams. 1994. Age and length of steelhead smolts from the mid-Columbia River basin, Washington. North American Journal of Fisheries Management 14:77–86.

Quinn, T. 1993. A review of homing and straying of wild and hatchery-produced salmon. Fisheries Research 18:29–44.

R Development Core Team. 2011. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna.

Reisenbichler, R., and S. Rubin. 1999. Genetic changes from artificial propagation of Pacific salmon affect the productivity and viability of supplemented populations. ICES Journal of Marine Science 56:459–466.

Reisenbichler, R., S. Rubin, L. Wetzel, and S. Phelps. 2004. Natural selection after release from a hatchery leads to domestication in steelhead, Oncorhynchus mykiss. Pages 371–384 in K. M. Leber, S. Kitada, H. L. Blankenship, and T. Svåsand, editors. Stock enhancement and sea ranching: developments, pitfalls, and opportunities, 2nd edition. Blackwell Scientific Publishing, Oxford, UK.

Rhine, T. D., J. L. Anderson, R. S. Osborne, and P. F. Hassemer. 1997. Length of hatchery steelhead smolts released in Idaho with implications to residualism. Idaho Department of Fish and Game, Boise.

Rhine, T., J. Anderson, F. Technician, R. Osborne, and S. Technician. 2002. Sawtooth fish hatchery volitional release experiment: a stocking method

to reduce residual steelhead in the upper Salmon River, Idaho. U.S. Fish and Wildlife Service, Lower Snake River Compensation Plan Office, Boise, Idaho.

Rubin, D. B. 1987. Multiple imputation for nonresponse in surveys. Wiley, New York.

Sharpe, C. S., B. R. Beckman, K. A. Cooper, and P. L. Hulett. 2007. Growth modulation during juvenile rearing can reduce rates of residualism in the progeny of wild steelhead broodstock. North American Journal of Fisheries Management 27:1355–1368.

Slaney, P., and T. Northcote. 1974. Effects of prey abundance on density and territorial behavior of young rainbow trout (Salmo gairdneri) in laboratory stream channels. Journal of the Fisheries Research Board of Canada 31:1201–1209.

Solazzi, M., T. Nickelson, and S. Johnson. 1991. Survival, contribution, and return of hatchery coho salmon (Oncorhynchus kisutch) released into freshwater, estuarine, and marine environments. Canadian Journal of Fisheries and Aquatic Sciences 48:248–253.

Tipping, J. 1997. Effect of smolt length at release on adult returns of hatchery-reared winter steelhead. Progressive Fish-Culturist 59:310–311.

Tipping, J., R. Cooper, J. Byrne, and T. Johnson. 1995. Length and condition factor of migrating and nonmigrating hatchery-reared winter steelhead smolts. Progressive Fish-Culturist 57:120–123.

Tipping, J., A. Gannam, T. Hillson, and J. Poole. 2003. Use of size for early detection of juvenile hatchery steelhead destined to be precocious males. North American Journal of Aquaculture 65:318–323.

USFWS (U.S. Fish and Wildlife Service). 2011. Lower Snake River compensation plan: reports and publications. USFWS, Portland, Oregon. Available: http://www.fws.gov/lsnakecomplan/reports.html. (November 2011).

Viola, A. E., and M. L. Schuck. 1991. Estimates of residualism in southeast Washington. Washington Department of Wildlife, Olympia.

Viola, A. E., and M. L. Schuck. 1995. A method to reduce the abundance of residual hatchery steelhead in rivers. North American Journal of Fisheries Management 15:488–493.

Wagner, H. 1968. Effect of stocking time on survival of steelhead trout, Salmo gairdnerii, in Oregon. Transactions of the American Fisheries Society 97:374–379.

Wagner, H. H., R. L. Wallace, and H. J. Campbell. 1963. The seaward migration and return of hatchery-reared steelhead trout, Salmo gairdneri Richardson, in the Alsea River, Oregon. Transactions of the American Fisheries Society 92:202–210.

Walters, J. C. 2005. Conservation value of alternative life history tactics in steelhead trout (Oncorhynchus mykiss). Master's thesis. University of Toronto, Toronto.

Waples, R. 1991. Genetic interactions between hatchery and wild salmonids: lessons from the Pacific Northwest. Canadian Journal of Fisheries and Aquatic Sciences 48(Supplement 1):124–133.

Ward, B. 2000. Canadian supplementation and captive broodstock programs. Oregon Watershed Enhancement Board, Salem.

Ward, B., and P. Slaney. 1990. Returns of pen-reared steelhead from riverine, estuarine, and marine releases. Transactions of the American Fisheries Society 119:492–499.

Ward, B., P. Slaney, A. Facchin, and R. Land. 1989. Size-biased survival in steelhead trout (Oncorhynchus mykiss): back-calculated lengths from adults' scales compared to migrating smolts at the Keogh River, British Columbia. Canadian Journal of Fisheries and Aquatic Sciences 46: 1853–1858.

Warren, S. M., M. W. Flesher, D. L. Eddy, L. R. Clarke, and R. W. Carmichael. 2009. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2006 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Warren, S. M., M. W. Flesher, D. L. Eddy, L. R. Clarke, and R. W. Carmichael. 2010. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2007 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Exhibit 12
17 of 18

Downloaded by [Northwest Fisheries Science Ctr - F-NWC] at 10:57 01 October 2012

Warren, S. M., M. W. Flesher, D. L. Eddy, L. R. Clarke, and R. W. Carmichael. 2011. Lower Snake River compensation plan: Oregon summer steelhead evaluation studies 2008 annual progress report. Oregon Department of Fish and Wildlife, Salem.

Weber, E., and K. Fausch. 2003. Interactions between hatchery and wild salmonids in streams: differences in biology and evidence for competition. Canadian Journal of Fisheries and Aquatic Sciences 60:1018–1036.

Willette, T. 2008. Foraging behaviour of juvenile pink salmon (*Oncorhynchus gorbuscha*) and size-dependent predation risk. Fisheries Oceanography 10(Supplement 1):110–131.

Zaugg, W. 1989. Migratory behaviour of underyearling *Oncorhynchus tshawytscha* and survival to adulthood as related to prerelease gill (Na+—K+)-ATPase development. Aquaculture 82:339–353.

Exhibit 12
18 of 18