*The Progressive Fish-Culturist* 58:128–130, 1996
© Copyright by the American Fisheries Society 1996

# Reducing Feed Levels during the Last Month of Rearing Enhances Emigration Rates of Hatchery-Reared Steelhead Smolts

Jack M. Tipping and James B. Byrne

*Washington Department of Fish and Wildlife*
*600 Capitol Way North, Olympia, Washington 98501, USA*

*Abstract.*—Downstream migration of hatchery-raised smolts of steelhead *Oncorhynchus mykiss* maintained on a reduced-feed diet during the last month of rearing was compared with migration of fish fed to satiation (control diet) before release. Five releases were made in two streams over 3 years. Fish on the reduced diet averaged 7 mm shorter and 21 g lighter than control fish at release and had an average condition factor ($K = 10^5 \cdot [\text{weight,g}]/[\text{length,mm}]^3$) of 0.92, versus 1.03 for control fish. An average of 57.5% of reduced-diet fish were recaptured, compared with 49.4% recapture of control fish; recoveries favored the test group for each release, and the difference was significant for three releases. Fish on the reduced diet generally arrived at traps 1–2 d sooner than control fish. Savings in fish feed costs were also realized with the reduced diet strategy.

Recent work on the influence of condition factor ($K = 10^5 \cdot [\text{weight,g}]/[\text{length,mm}]^3$) on emigration rates of hatchery-reared smolts of winter steelhead *Oncorhynchus mykiss* in a stream generally showed that fish with higher $K$-values had lower emigration rates (Tipping et al. 1995). Further, Tipping et al. (1995) found that the last fish to emigrate had substantially reduced their $K$-value from that at release. Ewing et al. (1984) examined hatchery steelhead smolts allowed to migrate volitionally and found that migrant fish had lower $K$-values than nonmigrants. Viola and Shuck (1995) found that nonmigrant steelhead juveniles in a river had higher $K$-values than the population in the rearing pond before release. Fessler and Wagner (1969) and Folmar and Dickoff (1981) indicated fish with high $K$-values may not be physiologically ready to migrate.

In a hatchery setting, size of steelhead juveniles can be manipulated by changing the feeding levels. Before release, hatcheries starve fish for 1 or 2 d to reduce stress-induced handling mortality. In the 1960s at steelhead hatcheries in Washington, juveniles were sometimes starved to artificially create smolting characteristics in order to justify an early release; Royal (1972) criticized the practice, and it was stopped. However, based on the observations of Tipping et al. (1995), in which fish with lower $K$-values had generally higher emigration rates, we conducted a study to determine whether reducing feed levels would lower $K$-values and enhance emigration rates for hatchery-raised steelhead smolts.

## Methods

*Hatchery steelhead smolts.*—On about April 1 of 1993, 1994, and 1995, yearling steelhead juveniles (Van Winkle Creek fish, a coastal stock) in one raceway at Lake Aberdeen Hatchery, Washington, were arbitrarily split into two groups. One group continued to be fed to satiation from demand feeders; the other group received a 2-d ration once per week. The latter group was allocated 1% of body weight per day for each of the 2 d. The 2-d ration was placed in the demand feeder on one day and no feed was added until the following week.

On about April 21–27 of each year, 1,000 fish from each group were anesthetized in a solution of MS-222 (tricaine methanesulfonate), counted by hand, and a ventral fin (right or left) was excised. All fish used in this experiment were at least 180-mm fork length. Sexually mature males, distinguished by darkened skin color and presence of sperm, were excluded. One-hundred fish from each group were measured for length, and 50 were weighed (g) on an Ohaus C300-M electronic scale. Fish were starved for 24 h before being measured.

After several hours, all fish from both groups were loaded into an oxygenated 1,500-L tank, trucked 9.0–17.2 km above the fish traps on Bingham and Stevens creeks, and released. Transport time was about 1 h. The number of dead fish was noted and subtracted from the release number. Five releases were made, three in Bingham Creek and two in Stevens Creek. Recovery rates of the two groups were compared with a chi-square test ($P = 0.05$).

*Study streams.*—Bingham Creek, 22 km long, with a drainage of about 90 km², is a tributary of the East Fork Satsop River, which flows into Grays Harbor and the Pacific Ocean on the west coast of Washington. The fish trap on Bingham Creek is a permanent concrete facility in use since 1982 (Seiler 1989). Trapping efficiency is considered to be 100%, and the trap and stream characteristics

Case 6:21-cv-00034-AA    Document 97-13    Filed 02/06/26    Page 2 of 3

TABLE 1.—Lengths, weights, and condition factors ($K$) of hatchery-raised steelhead smolts fed reduced diets or fed to satiation in the last month of rearing. Initial samples were taken about April 1 and release samples were taken April 21–27 (NA is not available).

| Year | Diet strategy | Weight (g) | | Length (mm) | | $K$[a] | |
|---|---|---|---|---|---|---|---|
| | | Initial | Release | Initial | Release | Initial | Release |
| **Bingham Creek** | | | | | | | |
| 1993 | Reduced | 94.6 | 91.7 | NA | 214.4 | NA | 0.93 |
| | Satiated | 94.6 | 116.1 | NA | 222.1 | NA | 1.06 |
| 1994 | Reduced | 98.6 | 98.0 | 212.7 | 220.0 | 1.01 | 0.92 |
| | Satiated | 98.6 | 117.8 | 212.7 | 227.6 | 1.01 | 1.00 |
| 1995 | Reduced | 91.5 | 82.9 | 204.7 | 208.2 | 1.04 | 0.92 |
| | Satiated | 91.5 | 98.7 | 204.7 | 212.8 | 1.04 | 1.02 |
| **Stevens Creek** | | | | | | | |
| 1994 | Reduced | 98.6 | 98.0 | 212.7 | 220.0 | 1.01 | 0.92 |
| | Satiated | 98.6 | 117.8 | 212.7 | 227.6 | 1.01 | 1.00 |
| 1995 | Reduced | 91.5 | 88.3 | 204.7 | 213.0 | 1.04 | 0.91 |
| | Satiated | 91.5 | 113.8 | 204.7 | 221.1 | 1.04 | 1.05 |
| **Overall mean** | | | | | | | |
| All | Reduced | 95.0 | 91.8 | 208.7 | 215.1 | 1.03 | 0.92 |
| | Satiated | 95.0 | 112.8 | 208.7 | 222.2 | 1.03 | 1.03 |

[a] $K = 10^5 \cdot (\text{weight, g})/(\text{length, mm})^3$.

TABLE 2.—Travel times and recapture rates for hatchery-raised steelhead smolts fed reduced diets or fed to satiation. About 1,000 fish were released per diet group. An asterisk indicates a significant difference ($P < 0.05$) in recapture rates between starved and satiated fish.

| Year | Release site, km above trap | Diet strategy | Total recaptures (%) | Days to fish recaptures of: | | |
|---|---|---|---|---|---|---|
| | | | | 50% | 75% | 95% |
| **Bingham Creek** | | | | | | |
| 1993 | 17.2 | Reduced | 36.9 | 4 | 4 | 11 |
| | | Satiated | 34.5 | 4 | 5 | 7 |
| 1994 | 10.8 | Reduced | 58.6* | 2 | 3 | 6 |
| | | Satiated | 52.8 | 3 | 4 | 10 |
| 1995 | 17.2 | Reduced | 65.2 | 14 | 26 | 31 |
| | | Satiated | 62.0 | 18 | 26 | 31 |
| **Stevens Creek** | | | | | | |
| 1994 | 14.2 | Reduced | 72.7* | 3 | 5 | 9 |
| | | Satiated | 56.2 | 5 | 6 | 9 |
| 1995 | 9.0 | Reduced | 54.1* | 6 | 15 | 25 |
| | | Satiated | 41.3 | 11 | 20 | 36 |
| **Overall mean** | | | | | | |
| All | | Reduced | 57.5 | 6.0 | 10.6 | 16.4 |
| | | Satiated | 49.4 | 8.2 | 12.2 | 18.6 |

are detailed in Seiler et al. (1984). The trap was fished into mid-June each year, although few marked steelhead were caught after May. Fish captured in the trap were lightly anesthetized, examined for marks, counted, and released. Angling in the stream is closed from November through May. During each year of the study, about 17,200 wild coho salmon *O. kisutch* and 300 wild steelhead were also captured.

Stevens Creek, about 22 km long, with a drainage of about 72 km², is a tributary of the Humptulips River, which also flows into Grays Harbor and the Pacific Ocean. The fish trap used on Stevens Creek was a picket fence weir (Blankenship and Tivel 1980), installed each spring. Although undocumented, trapping efficiency was thought to be 100% during this study. The trap was fished through early June, several days after the last marked steelhead was observed. Fish captured in the trap were lightly anesthetized, examined for marks, counted, and released. Angling in the stream is closed from November through May. During each year of the study, about 13,100 wild coho salmon and 1,700 wild steelhead were also captured.

## Results

During the last month of rearing, satiated fish increased an average of 13.5 mm in length and 17.8 g in weight; restricted diet fish increased 6.4 mm in length but lost 3.2 g (Table 1). Condition factors, which initially averaged 1.03, decreased to 0.92 for starved fish and remained at 1.03 for satiated fish.

Recovery rates of marked steelhead ranged from 34.5 to 72.7% and averaged 53.4% (Table 2). For all groups combined, recovery averaged 57.5% for starved fish and 49.4% for satiated fish. Recoveries favored the starved group for each release, and the difference was significant for three of the five releases.

For each group of fish, we noted the number of days until 50, 75, and 95% of fish were recaptured. On average, satiated fish took 2.2, 1.6, and 2.2 d longer than starved fish for 50, 75, and 95% of fish to reach the trap. However, if the 1995 Stevens Creek data are excluded, the average time differences for 50, 75, and 95% of satiated fish to reach the trap were only 1.8, 0.8, and 0.0 d longer than for starved fish.

## Discussion

Restricting feed in the last month of steelhead rearing resulted in lower $K$-values and appeared to enhance smolt emigration numbers. Steelhead with lower $K$-values have been previously associated with higher emigration rates (Ewing et al. 1984; Tipping et al. 1995), but our results indicate that

Exhibit 14
2 of 3

manipulating feed levels can also influence emigration rates. Thorpe (1994) suggested that salmonids smolt and emigrate when freshwater conditions do not support maturation. Perhaps the reduction of feed in our experiment caused more fish to be physiologically ready to migrate. The feed-reduction strategy cannot claim to produce more adult steelhead, but if smolts fail to emigrate, they will certainly not return as adults. In addition, $K$ may not be important after smolts emigrate. For actively migrating hatchery sea-run cutthroat trout *O. clarki*, Tipping and Blankenship (1993) found that $K$ did not influence smolt-to-adult survival. Prior studies suggest few nonmigrants successfully overwinter and migrate the following year (Ward and Slaney 1990; Tipping et al. 1995).

The feed reduction strategy described here should probably not be used until steelhead juveniles average greater than 190 mm in length because of the importance of length-at-release on emigration rates (Tipping et al. 1995). Also, some hatcheries commonly produce lean smolts, and emigration may not be enhanced by feed reduction. Other strategies for reducing $K$-values before release may also be effective, such as starving fish for several days before release or programming fish growth over longer time periods.

Reducing feeding levels as described here will also save feed costs. Based on feeding 1% of body weight per day and feed costs of US$0.35/lb, about $1,200 would be saved for 100,000 fish if rations were reduced for a 26-d period.

Several questions are raised by the present study and warrant further investigation. Why would the reduced diet enhance emigration more in Stevens Creek (mean, 14.9%) than in Bingham Creek (mean, 3.9%)? Why did recovery rates vary so greatly from year to year (e.g., 35.7% and 63.6%, respectively, for the 1993 and 1995 Bingham Creek releases)? Assuming predation is distributed throughout a stream and is a major source of smolt loss, why was there no consistent relationship between survival and stream distance traveled?

The high loss rate of steelhead smolts that we observed is not unusual. Royal (1972) reported that 35–44% of hatchery steelhead smolts were lost 1.6 km above a trap, Ward and Slaney (1990) reported a 42.0–42.7% loss over 10 km of stream, McMichael et al. (1992) estimated a 36% loss over 11 km, and Tipping et al. (1995) reported 15.8–24.1% loss over 4.7 km. The causes of this substantial mortality should be investigated.

## Acknowledgments

We thank Pat Hanratty and his staff for operating the fish traps. We also thank Bob Paulsen, John Cougan, and Eric Roos for fish cultural activities involved with this experiment and Geraldine Vander Haegen, Frank Shrier, Ross Fuller, and three anonymous reviewers for helpful comments on the manuscript.

## References

Blankenship, L., and R. Tivel. 1980. Puget Sound wild stock coho trapping and tagging 1973–1979. Washington Department of Fisheries, Progress Report 111, Olympia.

Ewing, R. D., M. D. Evenson, E. K. Birks, and A. R. Hemmingsen. 1984. Indices of parr–smolt transformation in juvenile steelhead trout undergoing volitional release at Cole Rivers Hatchery, Oregon. Aquaculture 40:209–221.

Fessler, J. L., and H. H. Wagner. 1969. Some morphological and biochemical changes in steelhead trout during the parr–smolt transformation. Journal of the Fisheries Research Board Canada 26:2823–2841.

Folmar, L. C., and W. W. Dickoff. 1981. Evaluation of some physiological parameters as predictive indices of smoltification. Aquaculture 23:309–324.

McMichael, G. A., and five coauthors. 1992. Yakima River species interactions studies. Bonneville Power Administration, Annual Report for 1991, Portland, Oregon.

Royal, L. A. 1972. An examination of the anadromous trout program of the Washington State Game Department. Washington Department of Game, Olympia.

Seiler, D. 1989. Differential survival of Grays Harbor basin anadromous salmonids: water quality implications. Canadian Special Publication of Fisheries and Aquatic Sciences 105:123–135.

Seiler, D., S. Neuhauser, and M. Ackley. 1984. Upstream/downstream salmonid trapping project, 1980–1982. Washington Department of Fisheries, Progress Report 200, Olympia.

Thorpe, J. E. 1994. An alternative view of smolting in salmonids. Aquaculture 121:105–113.

Tipping, J. M., and H. L. Blankenship. 1993. Effect of condition factor at release on smolt-to-adult survival of hatchery sea-run cutthroat trout. Progressive Fish-Culturist 55:184–186.

Tipping, J. M., R. V. Cooper, J. B. Byrne, and T. H. Johnson. 1995. Length and condition factor of migrating and nonmigrating hatchery-reared winter steelhead smolts. Progressive Fish-Culturist 57:120–123.

Viola, A. E., and M. L. Shuck. 1995. A method to reduce the abundance of residual hatchery steelhead in rivers. North American Journal of Fisheries Management 15:488–493.

Ward, B. R., and P. A. Slaney. 1990. Returns of pen-reared steelhead from riverine, estuarine, and marine releases. Transactions of the American Fisheries Society 119:492–499.

Exhibit 14
3 of 3