# Effect of Stocking Density on the Survival, Growth, and Dispersal of Steelhead Trout Fry (*Salmo gairdneri*)

Jeremy M. B. Hume and Eric A. Parkinson

*Province of British Columbia, Ministry of Environment, Fisheries Branch, Research and Development Section,
2204 Main Mall, University of British Columbia, Vancouver, B.C. V6T 1W5*

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13
For personal use only.

Hume, J. M. B. and E. A. Parkinson. 1987. Effect of stocking density on the survival, growth, and dispersal of steelhead trout fry (*Salmo gairdneri*). Can. J. Fish. Aquat. Sci. 44: 271–281.

In a coastal British Columbia stream a stocking density of between 0.3 and 0.7 fry/m$^2$ maximized the production of steelhead trout (*Salmo gairdneri*) parr and smolts. A severe autumn flood doubled the mortality rates of fry stocked at densities of 0.7 fry/m$^2$ or higher but had little effect on fry stocked at lower densities (<0.15 fry/m$^2$). Overall survival to smolts appeared to be lower than measured elsewhere for wild fish (2 vs. 4.5–18%). The proportion (<10%) of surviving fry found below the stocked sections was considered to be an indicator of potential displacement mortality in streams with no vacant downstream areas. This downstream dispersal was not density dependent and was small in comparison with the mortality of nondispersing fish. Although initial fry and parr sizes were density dependent, there was no detectable density effect on older parr or smolt sizes.

Dans un cours d'eau côtier de la Colombie-Britannique, une densité de repeuplement variant de 0,3 à 0,7 alevin/m$^2$ a maximisé la production de tacons et de smolts de truites arc-en-ciel (*Salmo gairdneri*). Une grosse inondation à l'automne a doublé les taux de mortalité d'alevins lorsque la densité était de 0,7 alevin/m$^2$ ou plus, mais elle a eu peu d'effet sur les alevins lorsque la densité de repeuplement était plus faible (<0,15 alevin/m$^2$). La survie globale des smolts a semblé plus basse que celle mesurée ailleurs pour les poissons sauvages (2 % par rapport à un pourcentage de 4,5 à 18 %). La proportion (<10 %) des alevins qui ont survécu trouvés en aval des secteurs ensemencés a été considérée comme un indicateur de la mortalité potentielle liée aux déplacements dans les cours d'eau où il n'y avait aucun secteur inoccupé en aval. Cette dispersion en aval ne dépendait pas de la densité et était faible en comparaison de la mortalité des poissons qui ne se dispersent pas. Bien que la taille initiale des alevins et des tacons dépendait de la densité, il n'y a eu aucun effet décelable de la densité sur les tacons plus âgés ou sur la taille des smolts.

Received November 8, 1985
Accepted September 2, 1986
(J8562)

Reçu le 8 novembre 1985
Accepté le 2 septembre 1986

In this study, the effects of increased stocking density on subsequent growth, survival, and dispersal were investigated in juvenile hatchery-reared steelhead trout (*Salmo gairdneri*). Growth and survival in stream salmonids are apparently density dependent (Mills 1969; Wentworth and LaBar 1984). Previous studies of stocked unfed fry and planted eggs in related species have indicated that fry do not disperse well and most fry remain concentrated at high densities near the stocking point (Egglishaw and Shackley 1980; Mortensen 1977a). Lack of dispersal by stocked fry is therefore of interest, since both growth and survival of fry stocked at high densities should be reduced, even if unsaturated areas are available nearby. This connection between growth or survival and dispersal has not been examined in detail even though both dispersal and the density-dependent nature of growth and survival have both been the subject of various studies.

Lack of dispersal may have serious consequences for hatchery programs on streams, since point releases are often used for the enhancement of both anadromous and resident stream rainbow trout. For exmple, in British Columbia, 1.6 million 1- to 2-g steelhead fry are point stocked annually in 30 streams (B. Ludwig, B.C. Ministry of Environment, Victoria, B.C., pers. comm.). Average stocking densities, calculated using entire stream areas, are presumably low enough to ensure adequate growth and survival but it is important to determine whether dispersal from the individual point releases limits growth and survival.

## Methods

### Study Areas

The four streams selected for this study are located in the high rainfall area of the coastal mountains of southwestern British Columbia. The soils and their underlying rock are mostly granitic in origin, and as a consequence the nutrient content of the streams is generally low (Table 1). The climax forest cover is mainly western hemlock (*Tsuga heterophylla*) and Douglas fir (*Pseudotsuga menziesii*). All streams have barriers impassable to fish a short distance upstream from their mouths.

Lynn Creek is located in the District of North Vancouver (122°00'W, 49°20'N) and flows into Burrard Inlet. It was logged in the early 1900's but is now heavily forested. Lynn is the longest and widest of the study streams and the gradient within its study reach is the lowest (Table 1). Lynn had small resident populations of Dolly Varden (*Salvelinus malma*) (0.11/m$^2$) and cutthroat trout (*Salmo clarki*) (0.004/m$^2$) before the study began. Only historic daily flow records (1915–18)

Exhibit 20
1 of 11

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13
For personal use only.

TABLE 1. Morphology, water chemistry, and substrate composition of the four study streams.

| | Lynn | Hastings | Liumchen | Tamihi |
|---|---|---|---|---|
| Morphology, whole stream | | | | |
| Length (km) | 19.6 | 4.1 | 12.3 | 17.0 |
| Watershed area (km$^2$) | 58.6 | 6.9 | 62.7 | 86.8 |
| Maximum elevation (m) | 1100 | 250 | 1450 | 1500 |
| Morphology, study reach | | | | |
| Watershed area (km$^2$) | 39.7 | 5.9 | 58.8 | 78.7 |
| Maximum elevation (m) | 270 | 110 | 430 | 610 |
| Gradient (%) | 2.5 | 3.5 | 6.0 | 4.5 |
| Wetted width (m)[a] | 14 | 4 | 8 | 10 |
| Water chemistry[b] | | | | |
| pH | 6.6–7.2 | 7.6–7.7 | 8.0–8.1 | 7.8 |
| TDS (mg/L) | 26 | 108 | 116 | 64 |
| Soluble reactive phosphorous (mg/L) | <0.003–0.004 | 0.005–0.013 | 0.005–0.006 | 0.003 |
| NO$^2$ + NO$^3$ nitrogen (mg/L) | 0.10–0.27 | 0.33–0.55 | 0.07–0.09 | 0.05 |
| Maximum temperature (°C) | 18 | 16 | 18 | 13 |
| Substrate composition[a] | | | | |
| Fines 0–2 mm (%) | 4 | 13 | 17 | 15 |
| Gravel 3–64 mm (%) | 26 | 43 | 21 | 19 |
| Cobble 64–254 mm (%) | 38 | 33 | 20 | 26 |
| Boulders > 254 mm (%) | 32 | 10 | 34 | 38 |
| Bedrock (%) | 0 | 0 | 8 | 0 |
| D90 (m)[c] | 1.1 | 0.5 | 1.1 | 1.7 |

[a]Means of census sites.
[b]Range from samples taken at various times in the summers of 1979–81.
[c]90th percentile of substrate diameter visually estimated by volume, i.e. 10% of the substrate is larger than this size.

are available for Lynn Creek. The mean annual daily discharge at the downstream end of our study section was 6.0 m$^3$/s$^1$ during this period. Lowest flows were always between August and October (0.04–0.42 m$^3$/s$^1$) but highest flows occurred in autumn, winter, or spring (36.5–84.4 m$^3$/s$^1$).

Rainfall records are available for the duration of this study from a site adjacent to the study area on Lynn Creek. An unusually high rainfall event occurred on October 30–31, 1981, when 285 mm of rain fell in 48 h. This is the highest 48-h rainfall recorded at this site since 1960, when records started, and double that of any similar period during the study. The October 1981 storm caused extreme flooding and extensive substrate movement and channel shifts in Lynn Creek. At one release site, for example, a large boulder (>6 m in diameter) was buried to a depth of 1.2 m by cobble and boulders up to 60 cm in diameter.

Hastings Creek enters Lynn Creek below the Lynn Creek barrier to anadromous fish. Although it is heavily wooded along its banks, over half of the watershed is residential area. It supported a relatively dense population of cutthroat trout (0.75/m$^2$). Flow was measured at 0.03 m$^3$/s$^1$ in August 1978, during the low summer flow period.

Both Liumchen and Tamihi creeks flow into the Chilliwack River, a tributary of the Fraser River, near Chilliwack (121°50′W, 49°05′N). Liumchen has a comparatively high nutrient content (Table 1) and was fishless prior to our study. The watershed was heavily forested and has not been logged for many years. Tamihi Creek drains the heavily logged watershed adjacent to Liumchen. This stream is glacier fed and, as a result, has the lowest maximum summer temperature (13°C) of the study streams and is slightly turbid throughout the year. Tamihi supports brook trout (*Salvelinus fontinalis*) in the upper part of the study reach (0.04/m$^2$) and resident rainbow trout throughout (0.02/m$^2$).

No daily flow data were available for either Liumchen Creek or Tamihi Creek. An August 1979 flow measurement in Liumchen was 0.5 m$^3$/s$^1$, while two measurements in Tamihi of 1.2 and 2.3 m$^3$/s$^1$ indicate that the glacier melt maintains relatively high summer flows in this stream. Rainfall records are available from Cultus Lake approximately 10 km west of Liumchen. Lowest rainfall is in the summer but major rainfalls can occur at any time of the year. The same storm that devastated Lynn in October 1981 also occurred at Cultus Lake. It did not, however, have a noticeable effect on the substrate in Liumchen Creek.

Experimental Design

Fry were fed in a hatchery for 1–2 mo and then released into small coastal streams. Density profiles and dispersal distances were measured for large groups of fry released at a single point. In addition, survival, growth, and emigration were estimated for three densities using groups of fry scattered over 700-m sections of streams.

Mature males and females were mainly obtained by angling downstream of the fish passage barriers. Fry were raised to release size (~1 g) in hatchery troughs at 9.5°C. All fry used in the experiments were marked before release with either a pelvic fin clip or fluorescent grit (Pribble 1976). The experi-

Exhibit 20
2 of 11

TABLE 2. Stocking and subsequent census times of the point released fry.

| Stream | Release Date (d/mo/yr) | Site | Size (g) | Number | Census time since release Fry (mo) | 1+ parr (yr) | 2+ parr (yr) |
|---|---|---|---|---|---|---|---|
| Lynn | 17/8/78 | 4 | 0.7 | 3580 | 1.6 | 1.1 | 2.1 |
| Lynn | 17/8/78 | 5 | 0.7 | 3580 | 1.6 | 1.1 | 2.1 |
| Hastings | 17/8/78 | 1 | 1.0 | 400 | 1.1 | 0.8 | |
| Hastings | 17/8/78 | 2 | 1.0 | 400 | 1.1 | 0.8 | |
| Hastings | 8/8/79 | 3 | 1.0 | 2000 | 2.0 | | |
| Tamihi | 30/7/79 | | 0.2 | 7000 | 2.0 | | |
| Liumchen | 17/7/78 | 1 | 1.2 | 1750 | | 1.2 | 2.1 |
| Liumchen | 7/9/78 | 1 | 2.0 | 5140 | | 1.0 | |
| Liumchen | 27/7/79 | 1 | 1.0 | 3110 | 2.6 | 1.2 | 2.3 |
| Liumchen | 27/7/79 | 2 | 1.0 | 3110 | 2.6 | 1.2 | 2.3 |

mental fry were transported to the streams in aerated fry cans (40 × 40 × 100 cm) or by tanker truck and released manually. Fry were either dispersed evenly throughout the stocking section (scatter release) or in groups at separate sites (point release).

Fry were point released in each stream during July and August (1978 and 1979) and September (1978) (Table 2). Sites upstream and downstream of the point release site were censused 1–3 mo later and 1–2 yr later.

The effects of stocking density on growth and survival were examined in Lynn Creek. In July 1979 the whole study reach (3 km) was scatter stocked with 1.2 g fry at 0.3 fry/m². This is close to the average density of wild fry found in British Columbia coastal streams (P. Slaney, B.C. Ministry of Environment, Vancouver, B.C., pers. comm.). In 1980 and 1981, 1.5- and 1.2-g fry, respectively, were scatter stocked at three densities in 700-m sections of the reach separated by at least 300 m. The densities were chosen to bracket average wild densities and to ensure a strong density-dependent effect. Each density group was marked with a different fluorescent grit colour. The sections were stocked at the following dates and densities:

| Cohort | Density (fry/m²) Low | Medium | High |
|---|---|---|---|
| August 14, 1980 | 0.14 | 0.72 | ~1.9 |
| July 24, 1981 | 0.13 | 0.68 | 2.10 |

The release density for the high density section in 1980 was only an estimate because an oxygen stoppage in the tanker truck during the stocking operation necessitated point releasing two thirds of the fish at the top end of the section. The fry used in these experiments were approximately 50% from Lynn Creek and 50% from the Big Qualicum River on Vancouver Island. There were no consistent differences in growth and survival of the two stocks (distinquished by pelvic fin clips); therefore, they were treated as one stock in this report.

Population and Dispersal Estimates

Streams were sampled for population size and fish growth during September in Lynn Creek and July and August in the other streams. Sampling was done by replicated electrofishing "runs" in sites (12–25 m long) between a downstream stop-net and an upstream stop-net or natural obstruction. A "run" consisted of careful electrofishing upstream between the nets, followed by a quicker downstream sweep. In Lynn and Tamihi creeks, approximately 70% of the fish were captured in the downstream net. Three runs were done at each site.

In the dispersal studies, sites upstream and downstream of the release point were sampled starting near the release point. An attempt was made to sample at increasing distances from the release point both upstream and downstream until no more marked fish were captured. This was not always possible because of either time limitations or poor access to the streams. In the density study, three sites within each density section were censused and at least one site upstream and downstream of each section was also sampled.

Estimates of numbers at each site were made by the three-run DeLury declining catch method (Seber and LeCren 1967). The total population for each release group was determined by expanding the site densities using the following formula:

$$N_j = \sum_{i=1}^{n} D_i L_i P_{ij} M_j^{-1}$$

where $N_j$ = population estimate for group $j$, $D_i$ = S. gairdneri density (fish per linear metre) at site $i$, $L_i$ = length of stream (metres) represented by site $i$, $P_{ij}$ = proportion of site $i$ catch belonging to group $j$, $M_j$ = estimate of mark retention rate of group $j$ determined from the mean of clipped fish that also had a fluorescent mark (rates used were 0.95, 0.83, and 0.71 for 0+, 1+, and 2+ fish, respectively), and $n$ = number of sites.

An estimate of the standard error for $N_j$ ($S_{N_j}$) can be calculated from

$$S_{N_j}^2 = \sum_{i=1}^{n} S_{\bar{D}_{ij}}^2 L_i^2 P_{ij}^2 M_j^{-2}$$

if it is assumed that $M_j$, $P_{ij}$, and $L_i$ are known without error and a standard error for density ($S_{\bar{D}_{ij}}$) can be calculated.

The standard error in density within each 700-m section (stocked at a constant density) can be estimated as the variance among the three sites within the section. This standard error among sites within a section ($S_{\bar{D}_j}$) was releated to density ($r^2$ = 0.55, 0.92, and 0.96 for 0+, 1+, and 2+ fish, respectively) and therefore $S_{\bar{D}_{ij}}$ for sites outside the section were calculated from the regression between $S_{\bar{D}_j}$ and $\bar{D}_j$ for sites within the section stocked with group $j$ as suggested by J. Berkowitz (Pacific Datametrics Consultants, Vancouver B.C., pers. comm.).

The population estimates were used to calculate instantaneous mortality rates ($Z$) per 30-d month, the results of which are presented as monthly mortality rates ($A$) where

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13. For personal use only.

Exhibit 20
3 of 11



FIG. 1. Density profiles of fish from the site 4 release point in Lynn Creek on August 8, 1978. Fish were sampled on September 24–29, 1978 (0+); September 21–24, 1979 (1+); and September 15 – October 8, 1980 (2+). Distances are measured from the bottom end of the experimental section.



FIG. 2. Median (bars) and maximum (line) dispersal distances both upstream and downstream from the summer (July–mid-August) point release sites to the first (0+), second (1+), and third (2+) autumns after release. In some cases, upstream dispersal was not sampled (NS).

$$A = (1 - e^{-Z}) \, 100.$$

Average census density for each group was determined from the mean of the densities of the three sites within each section, ignoring the sites outside of the stocking section.

Dispersal distances were estimated by first plotting a "density profile" consisting of the density of marked fish plotted against the distance from the release point. From this the maximum upstream and downstream dispersal distance could be measured or estimated and the median dispersal distance determined. Median dispersal distance was calculated by determining the area under the curve between the release point and the farthest upstream or downstream distance and then determining the distance from the release point that splits this

274

*Can. J. Fish. Aquat. Sci., Vol. 44, 1987*

Exhibit 20
4 of 11



FIG. 3. Monthly mortality between census periods for the density experiments in Lynn Creek. Vertical lines indicate ±2 SE. Points are in order of increasing density and within each density by year.

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13
For personal use only.

area (= fish) into two equal parts. The median was arbitrarily chosen as a measure of the dispersal of the fish. A similar procedure was followed for dispersal from the ends of the scatter release sections (density experiments). In addition, the percentages of fish dispersing from the density sections were also calculated.

Migrating smolts in Lynn Creek were captured by a horizontal net trap suspended from overhead cables, approximately 3 km downstream of the bottom of the experimental section. It was in operation from April 24 to June 23, 1982. The trap fished the whole stream width, and fish collecting efficiency was determined by releasing marked steelhead smolts upstream of the net. This efficiency estimate (78.1%) was then used to expand the total catch for a smolt population estimate. Details of the net design, operation, and efficiency estimates are in Tsumura and Hume (1986).

## Results

Dispersal from Point Releases

Typically, fry density, 1−2.5 mo after a point release of fry, was highest just downstream of the release site and then decreased rapidly both upstream and down (e.g. Fig. 1). By their second autumn the 1+ parr dispersed a greater distance but the highest density was still close to the release site and rapidly declined in both directions. By their third autumn, many of the 2+ fish had smolted and emigrated from the stream. In Lynn Creek there was little difference in density of 2+ parr throughout the sampling section, but in Liumchen the 2+ parr densities still peaked just downstream of the release site and declined rapidly in both directions as did the 1+ parr densities.

"Early fry" released into Tamihi Creek soon after they started feeding (0.2 g) in July dispersed more evenly and farther by the autumn than the "1-g" fry in other streams (Fig. 2). Density was approximately the same for the first 300 m downstream from the release site before declining rapidly. The median dispersal distance was 410 m.

In Hastings Creek, the smallest of the study creeks, the "1-g" fry had only dispersed a median distance of 25−40 m by the time of their first autumn in 1978. Most fish were clumped near the release sites and maximum dispersal was estimated to be only ≤240 m. Increasing the stocking density fivefold in 1979 did not increase the dispersal distance.

Dispersal of "1-g" fry was considerably farther by the first autumn in Lynn Creek. Both release groups had median dispersal distances of 130 m and estimated maximum distances of 400−500 m. By their second autumn the 1+ fish had almost doubled their dispersal distance to 280 m (median) and 850 m (maximum). Measurements of dispersal in the 2+ fish were difficult because many fish had already smolted and the overlap from the two release sites was extensive. However, the median distance was at least 1100 m for the fish from section 4.

In Liumchen "1-g" fry released into a previously barren section of the stream (1979, site 2) and into a section stocked the previous year (1979, site 1) had a similar dispersal distance of 100−130 m in the autumn of their first year and a maximum distance of 450−500 m. In their second autumn the pre-barren group had dispersed a median distance of 550 m and a maximum of 1450 m, while the prestocked group had only dispersed 250 m (median) and a maximum of 525 m.

In July 1978, 1750 1.2-g fry were point released into the previously fishless Liumchen, and in September another 5140 2-g fry were released at the same site. Neither group was sampled until they were 1+ parr. At that time the parr from the earlier release had a median downstream dispersal distance of only 100 m, while the parr from the later release had a median

*Can. J. Fish. Aquat. Sci., Vol. 44, 1987*    275

Exhibit 20
5 of 11

Case 6:21-cv-00034-AA    Document 97-19    Filed 02/06/26    Page 6 of 11



FIG. 4. Percent of populations captured outside the stocking sections for the density experiments in Lynn Creek.

distance of 405 m. As 2+ parr, the first release more than doubled their median dispersal to 250 m, but the later release had only slightly increased their dispersal distance to 475 m. There was little upstream movement of 2+ parr in Liumchen but a 450-g mature 2+ female from the early release was captured 750 m upstream.

Density Effects in the Scatter Releases

*Mortality and dispersal*

Mortality from release to autumn fry in Lynn Creek increased with increased stocking density, ranging from about 28% per 30-d month for the low-density groups to over 50% for the 1981 medium- and high-density groups (Fig. 3). The autumn 1+ parr stage showed little variation among densities for the 1979 and 1980 cohorts, ranging from 5.1 to 9.6%/mo for all four estimates. For the 1981 cohort, however, mortality to 1+ parr was about 10%/mo for the low-density group but greater than 15%/mo for the medium- and high-density groups. The 2+ mortality estimates for the 1980 cohort included parr and the catch from the smolt trap on Lynn Creek in 1982. Again, mortality rates increased with increasing stocking density, ranging from 6.0 to over 13%/mo for all density groups.

The overall mean survival rate from release to autumn 0+ fry was 49%, 68% for the low-density groups, and 30−48% for the other groups. Survival from release to 1+ parr ranged from 17 to 26% for the 1979 and 1980 cohorts and for the 1981 low-density group. However, the 1981 medium- and high-density groups had very low survival rates of less than 5%. Survival estimates of the 2+ parr and smolts (1980 cohort) were 12, 5, and 4% for the low-, medium-, and high-density groups, respectively.

For the 1981 cohort, medium- and high-density overwinter mortality rates from fry to 1+ parr were approximately double that of the 1980 cohort. This was associated with an unusually large flood event in October 1981 which caused extensive changes to and shifting of the stream channel.

Survival to 2-yr smolts was measured only in the spring of 1982 following the October 1981 flood event and therefore may be unusually low. They were only 1.4, 0.9, and 0.4% for the low-, medium-, and high-density groups, respectively. The 1982 smolt trap also captured smolts from the 1979 cohort with an estimated 3-yr smolt survival of 0.8% from release. As the parr survival estimates for this group were similar to the low-

Exhibit 20
6 of 11

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13. For personal use only.



FIG. 5. Relationship between stocking density and subsequent census density on Lynn Creek with ±2 SE (vertical lines) for the density estimates.

TABLE 3. Comparison of fish weight among stocking densities within cohorts. Only fish stocked and captured within each density section are used in the comparison. Underlined means are not significantly different from each other (ANOVA and Duncan's multiple range test, $P < 0.05$).

| | | | |
|---|---|---|---|
| Autumn fry | | | |
| 1980 | High | Low | Medium |
| g | 2.49 | 3.63 | 3.80 |
| n | 80 | 59 | 92 |
| 1981 | High | Medium | Low |
| g | 2.84 | 3.44 | 3.47 |
| n | 109 | 73 | 51 |
| Autumn 1+ parr | | | |
| 1980 | High | Low | Medium |
| g | 11.2 | 12.7 | 14.1 |
| n | 74 | 17 | 47 |
| 1981 | Medium | Low | High |
| g | 15.3 | 15.4 | 15.6 |
| n | 7 | 7 | 35 |
| 2-yr smolts | | | |
| 1980 | High | Medium | Low |
| g | 37.8 | 33.3 | 28.1 |
| n | 28 | 21 | 6 |
| Autumn 2+ parr | | | |
| 1980 | High | Low | Medium |
| g | 28.2 | 30.7 | 37.9 |
| n | 16 | 6 | 9 |

density groups, we can tentatively combine the two smolt survival estimates to produce an overall smolt output of about 2% for the low-density group and lower for the other groups.

Fish captures below the stocking boundaries of the low- and medium-density sections were very low in 1980, less than 8% (Fig. 4). However, following the 1981 flood, 53 and 29% of the 1+ parr, from the 1981 low- and medium-density sections, respectively, were found downstream of their sections. Dispersal downstream from high-density sections was generally higher than in the other sections and highest for the 1981 1+ parr (4−61%). Upstream dispersal was generally higher but more variable than downstream, averaging 14.9, 11.7, and 17.5% for the 0+, 1+, and 2+ fish, respectively. There was no obvious pattern associated with density or age.

In general, dispersal distances were short. For example, no fry and few parr from the low-density release section were found more than 200 m downstream of the release section. Fry and parr from the high-density release group were found in small numbers up to 1 km downstream but no marked fish were found below that.

Higher census densities (fish per square metre) were correlated with higher stocking densities (Fig. 5) but the census density of autumn fry appeared to approach an asymptote at the higher stocking densities. In the 1+ and 2+ parr, the low-density release group had the lowest census density whereas there was little difference between the medium- and high-density groups within each cohort. The 1979 data fell between the low- and medium-density data for both fry and 1+ parr. The census densities of the medium- and high-density release groups were much lower in the 1981 cohort than in the 1980 cohort but only slightly lower in the low-density group.

*Growth*

Autumn fry were the same size in the low- and medium-density groups but they were significantly smaller in the high-density groups (Table 3). Few significant differencs were found within the groups of 1- and 2-yr-old fish, but this may be partly due to small sample sizes. The inverse correlation between stocking density and size noted in the fry seems to be reversed in the smolts. However, sample sizes are small and differences are not statistically significant.

Exhibit 20
7 of 11



FIG. 6. Relationship between density and mean weight for all census sites on Lynn Creek from 1979 to 1982.

We also examined the relationship between density and mean weight of each age class at each census site. Although the coefficients of determination were small, linear regression analysis showed a significant negative correlation between size and census density for both the autumn fry and for the 1+ parr but not for the 2+ parr ($P < 0.05$, Fig. 6).

## Discussion

Mortality of steelhead during their first summer increased at higher stocking densities. Similar results have been reported elsewhere for other stream salmonids (Table 4), but in most cases the density at which mortality increased was considerably higher than in this study. This was probably due to the higher productivity of those streams. Few fish were found further than 200 m downstream of stocking sections. Sampling was done for 4 km downstream, suggesting that very little of the loss could be attributed to emigration out of the study area.

Most of the parr mortality was density independent both in this study and in others (Table 4). However, mortality of parr between the autumns of 1981 and 1982 was higher and density dependent, probably caused by the major flood in late October 1981. There may have been differences in the amount of flood damage between sections, but we do not have the detailed habitat measurements necessary to document this. Floods can be a large source of mortality in stream salmonids (Allen 1951; Elwood and Waters 1969; Seegrist and Gard 1972; Hoopes 1975).

Assuming little movement between sites, there was a weak but significant relationship between site density and autumn fry or autumn 1+ parr size, indicating that growth was density dependent. This relationship was not evident for the autumn 2+ parr census, probably because of migrations of the larger smolt and increased parr movements between sites. Density-dependent growth responses have also been demonstrated in Atlantic salmon (*Salmo salar*) by Backiel and LeCren (1967) and Egglishaw and Shackley (1977, 1980), in brown trout (*Salmo trutta*) by Mortensen (1977b), and in coho salmon (*Oncorhynchus kisutch*) by Scrivener and Andersen (1984).

Survival and, to a lesser extent, growth of fry were reduced by high density because the fry did not move into adjacent vacant areas. For point released fry, median dispersal distances over the summer were typically <100 m and densities remained high near the stocking location. Migrations can be an important part of the freshwater life of many stream salmonids (Solomon and Templeton 1976; Bjornn 1971). Fry and parr from a number of stocks may move out of summer rearing areas and into winter habitats in the autumn (Chapman and Bjornn 1969; Bjornn 1971; Randall and Paim 1982). Downstream migration of fry immediately following emergence from the gravel is common (LeCren 1973; Mortensen 1977a; Mills 1969; Randall 1982) but there is also a tendency to remain in one location (Edmundson et al. 1968; Cargill 1980; Slaney et al. 1980). In our study the dispersal of point released unfed fry in one stream was three times greater than those of fry which were held for 1–2 mo in the hatchery before being released into another stream, indicating that a tendency to disperse may be present only in newly emerged fry.

The similar dispersal distances of both the large and the small point releases in Hastings Creek (Fig. 2) suggest that fry do not respond to even very high densities. The sharp peak in the density profiles also indicates a lack of response to high densities, since such a response should have produced a flatter peak.

The small number of fry which moved out of the stocked sections in their first summer were included in the population estimates for this study. If the adjacent vacant areas were not available, such fish could become nomads and then would continue moving downstream to die in the ocean (Chapman 1962; Slaney and Northcote 1974). Thus, we could use the

278

*Can. J. Fish. Aquat. Sci., Vol. 44, 1987*

Exhibit 20
8 of 11

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13. For personal use only.

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13
For personal use only.

TABLE 4. Mortalities of rainbow trout (Rb), Atlantic salmon (As), and brown trout (Bt) from early fry to later fry and to 1-yr-old parr. Means are in % mortality/mo with a range in parentheses (recalculated from the cited papers). Density dependence is indicated with the range of fish densities (fish/m$^2$) at the start of each period given in parentheses. na = only one stocking density was used.

| Species | Source | Release date | Fry — Spring–summer Mean | Fry — Spring–summer Density dependence | Fry — Spring–autumn Mean | Fry — Spring–autumn Density dependence | Fry — Summer–autumn Mean | Fry — Summer–autumn Density dependence | Fry to parr — To spring parr Mean | Fry to parr — To spring parr Density dependence | Fry to parr — To autumn parr Mean | Fry to parr — To autumn parr Density dependence | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rb | 0.2-g fry | May 16 | | | 31 (28–35) | Yes (0.8–1.8) | | | 16 (14–17) | No (0.15–0.19) | | | Wentworth and LaBar 1984 |
| As | Wild | July | | | | | 30 (12–42) | Yes (1.8–12.0) | | | 16 (13–24) | No (0.9–3.1) | Egglishaw and Shackley 1977 |
| As | 0.2-g fry | May | | | 27 (22–35) | Yes (3.8–29.3) | | | | | | | Egglishaw and Shackley 1980 |
| | Eggs | April | | | 27 (26–28) | Yes (0.3–1.2)[a] | | | | | 8[b] (1–12) | No (0.3–2.9) | Anonymous 1982 |
| As | 0.2-g fry | May | | | 29 (18–40) | Yes (2.0–6.2) | | | | | 8 (4–12) | No (0.1–0.8) | Mills 1969 |
| As | 0.2-g fry | May | | | 48 (24–67) | Yes (1.7–15.5) | | | | | | | Elson 1975 |
| As | 0.2-g fry | Spring | | | | | | | | | 14 (10–19) | No (0.2–2.5) | |
| Bt | Eggs | May 7 | 54 | na (9.0) | | | 12 | na (1.6) | 6 | na (1.2) | | | Mortensen 1977a |
| Bt | 0.2-g fry | May 6 | 29 | na (25.0) | | | 5 | na (1.3) | | | | | Mortensen 1977a |
| Bt | Wild | Apr 15 | 22 (9–41) | Yes (3.1–18.0) | | | | | | | | | Mortensen 1977b |
| Bt | Wild | Apr 15 | 9 (9–9) | No (2.1–3.1) | | | | | | | | | Mortensen 1977b |

[a]Egg plants, values used are densities at this end of the time period.
[b]Combined value for the 0.2-g fry and egg plant groups.

Exhibit 20
9 of 11

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13
For personal use only.

proportion of surviving fry that moved out of stocked sections as an index of "disperser mortality." This would only be an index because some dispersing fry may not be true nomads, since they only moved a few metres out of the section (thus inflating the estimate of disperser mortality) and some nomads died after dispersing into vacant areas (thus deflating disperser mortality).

Disperser mortality was low relative to both the total mortality and the number of nondispersing survivors. Disperser mortality was not density dependent. If only downstream dispersers were counted (coho nomads typically move downstream), less than 10% of the surviving fry moved out of the section and this proportion was not dependent on density (Fig. 4). In the low-density section (the least extreme case), total mortality was about 30% of the initial number stocked (Fig. 3) whereas the number of surviving downstream dispersers was only about 3% of the initial number stocked.

The results from Lynn Creek suggest that in similar streams, stocking densities for maximum smolt yield should be between 0.3 and 0.7 fry/m$^2$, since higher stocking densities did not result in much higher autumn fry or parr densities. Symons (1979), for comparison, recommended egg deposition densities of less than 2 eggs/m$^2$ for Atlantic salmon under most conditions. If egg to fry mortality is taken into account, then this represents at most only a slightly higher density than our recommendation. The low dispersal of fry suggests that stocking sites should be less than 500 m apart in order to fully utilize the capacity of the stream.

Data are not available for steelhead, but a number of studies on Atlantic salmon, which occupy a similar ecological niche, have demonstrated differences in aggression and feeding behavior of hatchery-raised and wild fish (Sosiak et al. 1979; Dickson and MacCrimmon 1982). Therefore, our results may only be applicable to hatchery fish, since fry which have been reared at high densities in a hatchery may have less of a tendency to disperse than wild fry. Greater dispersal of wild than hatchery fry has been reported for small groups of fish stocked at the same point (Symons 1969). However, some inferences concerning wild populations can still be made, since dispersal is often limited in natural situations (Cargill 1980; Edmundson et al. 1968), and more extensive movements are often associated with migration between spawning, rearing, and overwintering areas (Bjornn 1971; Solomon and Templeton 1976). In most other studies (Table 4), eggs or unfed fry were planted or observations were made on wild populations, but in our study the high mortality of emerging fry (LeCren 1973) is excluded. It should be noted that the mortality rates of our hatchery-experienced fish are similar to those in other studies using natural populations.

## Acknowledgments

Many members of the Research and Development Section assisted with the extensive field work involved in this project but special thanks go to Dianne Sanford, Kanji Tsumura, and Angelo Facchin. Bob Land, Morley Rempel, and Larry Mitchell collected the eggs and raised the fish to release size. Pat Slaney provided much valued advice and reviewed the manuscript.

## References

ALLEN, K. R. 1951. The Horokiwi Stream: a study of a trout population. Fish. Bull. N.Z. 10: 1–238.
ANONYMOUS. 1982. Ecology and production of juvenile salmon. Smolt enhancement in the Tummel Valley, p. 19–22. In Triennial review of research. Dep. Agric. Fish. Scotland, Freshwater Fish. Lab., Pittochry.
BACKIEL, T., AND E. D. LECREN. 1967. Some density relationships for fish population parameters, p. 261–293. In S. D. Gerking [ed.] The biological basis of freshwater fish production. Blackwell Scientific Publications, Oxford.
BJORNN, T. C. 1971. Trout and salmon movements in two Idaho streams as related to temperature, food, stream flow, cover, and population density. Trans. Am. Fish. Soc. 100: 423–438.
CARGILL II, A. S. 1980. Lack of rainbow trout movement in a small stream. Trans. Am. Fish. Soc. 109: 484–490.
CHAPMAN, D. W. 1962. Aggressive behaviour in juvenile coho salmon as a cause of emigration. J. Fish. Res. Board Can. 19: 1045–1080.
CHAPMAN, D. W., AND T. C. BJORNN. 1969. Distribution of salmonids in streams, with special reference to food and feedings, p. 153–146. In T. G. Northcote [ed.] Symposium on salmon and trout in streams. Inst. Fish., University of British Columbia, Vancouver, B.C.
DICKSON, T. A., AND H. R. MACCRIMMON. 1982. Influence of hatchery experience on growth and behaviour of juvenile Atlantic salmon (*Salmo salar*) within allopatric and sympatric stream populations. Can. J. Fish. Aquat. Sci. 39: 1453–1458.
EDMUNDSON, E., F. E. EVEREST, AND D. W. CHAPMAN. 1968. Permanence of station in juvenile chinook salmon and steelhead trout. J. Fish. Res. Board Can. 25: 1453–1464.
EGGLISHAW, H. J., AND P. E. SHACKLEY. 1977. Growth, survival and production of juvenile salmon and trout in a Scottish stream, 1966–75. J. Fish Biol. 11: 647–672.
        1980. Survival and growth of salmon, *Salmo salar* (L.), planted in a Scottish stream. J. Fish Biol. 16: 565–584.
ELSON, P. F. 1975. Atlantic salmon rivers, smolt production and optimal spawning: an overview of natural production. New Engl. Atl. Salmon Restor. Conf. Spec. Publ. Ser. No. 6: 96–119.
ELWOOD, J. W., AND T. F. WATERS. 1969. Effects of floods on food consumption and production rates of a stream brook trout population. Trans. Am. Fish. Soc. 98: 253–262.
HOOPES, R. L. 1975. Flooding as the result of hurricane Agnes, and its effect on a native brook trout population in an infertile hardwater stream in central Pennsylvania. Trans. Am. Fish. Soc. 104: 96–99.
LECREN, E. D. 1973. The population dynamics of young trout (*Salmo trutta*) in relation to density and territorial behaviour. Rapp. P.-V. Reun. Cons. Perm. Int. Explor. Mer 164: 241–246.
MILLS, D. H. 1969. The survival of hatchery reared salmon fry in some Scottish streams. Dep. Agric. Fish. Scot. Freshwater Salmon Fish. Res. Rep. No. 39: 12 p.
MORTENSEN, E. 1977a. The population dynamics of young trout (*Salmo trutta* L.) in a Danish brook. J. Fish Biol. 10: 23–33.
        1977b. Density dependent mortality of trout fry (*Salmo trutta* L.) and its relationship to the management of small streams. J. Fish Biol. 11: 613–617.
PRIBBLE, J. 1976. Pressure spray marking of fish with granular dyes. Dep. Fish Wildl. Oreg. Inf. Rep. Ser. Fish. No. 76-1.
RANDALL, R. G. 1982. Emergence, population densities, and growth of salmon and trout fry in two New Brunswick streams. Can. J. Zool. 60: 2239–2244.
RANDALL, R. G., AND U. PAIM. 1982. Growth biomass and production of juvenile Atlantic salmon (*Salmo salar* L.) in Miramichi River, New Brunswick, tributary streams. Can. J. Zool. 60: 1647–1659.
SCRIVENER, J. C., AND B. C. ANDERSEN. 1984. Logging impacts and some mechanisms that determine the size of spring and summer populations of coho salmon fry (*Oncorhynchus kisutch*) in Carnation Creek, British Columbia. Can. J. Fish. Aquat. Sci. 41: 1097–1105.
SEBER, G. A. F., AND E. P. LECREN. 1967. Estimating population parameters from catches large relative to the population. J. Anim. Ecol. 36: 631–643.
SEEGRIST, D. W., AND R. GARD. 1972. Effects of floods on trout in Sagehen Creek, California. Trans. Am. Fish. Soc. 101: 478–482.
SLANEY, P. A., S. J. BILLINGS, AND H. A. SMITH. 1980. Experimental stocking of steelhead fry above barriers in a high gradient tributary of the Keogh River: progress 1978 and 1979. Fish Wildl. Br. Fish. Tech. Circ. No. 41: 28 p.
SLANEY, P. A., AND T. G. NORTHCOTE. 1974. Effects of prey abundance on density and territorial behaviour of young rainbow trout (*Salmo gairdneri*) in laboratory stream channels. J. Fish. Res. Board Can. 31: 1201–1209.
SOLOMON, D. J., AND R. G. TEMPLETON. 1976. Movements of brown trout *Salmo trutta* L. in a chalk stream. J. Fish Biol. 9: 411–423.
SOSIAK, A. J., R. G. RANDALL, AND J. A. MCKENZIE. 1979. Feeding by hatchery-reared and wild Atlantic salmon (*Salmo salar*) parr in streams.

280

*Can. J. Fish. Aquat. Sci., Vol. 44, 1987*

Exhibit 20
10 of 11

J. Fish. Res. Board Can. 36: 1408–1412.

SYMONS, P. E. K. 1969. Greater dispersal of wild compared with hatchery-reared juvenile Atlantic salmon released in streams. J. Fish. Res. Board Can. 26: 1867–1876.

        1979. Estimated escapement of Atlantic salmon (*Salmo salar*) for maximum smolt production in rivers of different productivity. J. Fish. Res. Board Can. 36: 132–140.

TSUMURA, K., AND J. M. B. HUME. 1986. Two variations of a salmonid smolt trap for small rivers. N. Am. J. Fish. Manage. 6: 272–276.

WENTWORTH, R. S., AND G. W. LABAR. 1984. First year survival and growth of steelhead stocked as fry in Lewis Creek, Vermont. N. Am. J. Fish. Manage 4: 103–110.

Can. J. Fish. Aquat. Sci. Downloaded from www.nrcresearchpress.com by Renmin University of China on 06/06/13. For personal use only.

*Can. J. Fish. Aquat. Sci., Vol. 44, 1987*    281

Exhibit 20
11 of 11

View publication stats