

| YEAR | SPRING CHINOOK ADULTS | JACKS | MINIS | TOTAL | FALL CHINOOK ADULTS | JACKS | TOTAL | COHO ADULTS | JACKS | TOTAL | WINTER STEELHEAD[2] EARLY | LATE | TOTAL | SUMMER STEELHEAD | CHUM | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1971 | 43,936 | 633 | | 44,569 | 4,880 | 210 | 5,090 | 17,410 | 6,670 | 24,080 | 8,152 | 18,495 | 26,647 | 2,310 | | 1971 |
| 1972 | 25,339 | 815 | | 26,154 | 11,614 | 212 | 11,826 | 9,983 | 7,157 | 17,140 | 6,572 | 16,685 | 23,257 | 690 | | 1972 |
| 1973 | 40,495 | 1,465 | | 41,960 | 21,861 | 376 | 22,237 | 5,174 | 1,583 | 6,757 | 6,389 | 11,511 | 17,900 | 1,686 | | 1973 |
| 1974 | 44,090 | 440 | | 44,530 | 33,924 | 265 | 34,189 | 1,501 | 3,941 | 5,442 | 5,733 | 9,091 | 14,824 | 4,858 | | 1974 |
| 1975 | 17,844 | 1,235 | | 19,079 | 32,877 | 895 | 33,772 | 5,922 | 6,927 | 12,849 | 3,096 | 3,034 | 6,130 | 2,910 | | 1975 |
| 1976 | 21,031 | 1,123 | | 22,154 | 29,269 | 931 | 30,200 | 2,333 | 2,217 | 4,550 | 4,204 | 5,194 | 9,398 | 3,876 | | 1976 |
| 1977 | 38,509 | 1,503 | | 40,012 | 25,742 | 382 | 26,124 | 1,007 | 2,120 | 3,127 | 5,327 | 8,277 | 13,604 | 9,244 | | 1977 |
| 1978 | 45,711 | 1,801 | | 47,512 | 17,437 | 465 | 17,902 | 1,711 | 3,891 | 5,602 | 8,599 | 8,270 | 16,869 | 15,172 | | 1978 |
| 1979 | 25,492 | 1,131 | | 26,623 | 9,905 | 436 | 10,341 | 1,788 | 1,691 | 3,479 | 2,861 | 5,865 | 8,726 | 7,638 | | 1979 |
| 1980 | 26,364 | 609 | | 26,973 | 7,760 | 625 | 8,385 | 1,276 | 1,365 | 2,641 | 6,258 | 16,097 | 22,356 | 11,222 | | 1980 |
| 1981 | 28,640 | 1,417 | | 30,057 | 16,690 | 1,085 | 17,775 | 1,032 | 2,417 | 3,449 | 7,662 | 9,004 | 16,666 | 15,224 | | 1981 |
| 1982 | 45,107 | 1,088 | | 46,195 | 25,760 | 1,123 | 26,883 | 1,702 | 3,517 | 5,219 | 6,117 | 6,894 | 13,011 | 12,571 | | 1982 |
| 1983 | 28,692 | 1,897 | | 30,589 | 13,205 | 528 | 13,733 | 949 | 2,840 | 3,689 | 4,596 | 4,702 | 9,298 | 5,301 | | 1983 |
| 1984 | 42,363 | 1,089 | | 43,452 | 20,060 | 1,084 | 21,144 | 2,735 | 2,560 | 5,295 | 6,664 | 10,720 | 17,384 | 25,002 | | 1984 |
| 1985 | 33,095 | 1,438 | 26,133 | 34,533 | 29,089 | 1,114 | 30,203 | 2,788 | 2,278 | 5,066 | 4,549 | 16,043 | 20,592 | 22,223 | | 1985 |
| 1986 | 37,300 | 1,855 | 10,756 | 39,155 | 14,037 | 810 | 14,847 | 2,930 | 2,240 | 5,170 | 8,475 | 12,776 | 21,251 | 40,719 | | 1986 |
| 1987 | 52,797 | 2,035 | 26,486 | 54,832 | 8,766 | 183 | 8,949 | 1,589 | 3,224 | 4,813 | 8,543 | 8,222 | 16,765 | 23,742 | | 1987 |
| 1988 | 68,723 | 1,728 | 34,400 | 70,451 | 6,867 | 88 | 6,955 | 3,707 | 4,985 | 8,692 | 8,371 | 15,007 | 23,378 | 36,940 | | 1988 |
| 1989 | 65,866 | 3,314 | 13,154 | 69,180 | 6,472 | 513 | 6,985 | 1,946 | 1,741 | 3,687 | 4,211 | 5,361 | 9,572 | 6,841 | | 1989 |
| 1990 | 69,128 | 2,145 | 7,904 | 71,273 | 4,490 | 422 | 4,912 | 901 | 1,817 | 2,718 | 1,878 | 9,229 | 11,107 | 23,428 | | 1990 |
| 1991 | 48,696 | 3,820 | 5,448 | 52,516 | 6,488 | 2,949 | 9,437 | 921 | 815 | 1,736 | 2,221 | 2,722 | 4,943 | 6,360 | | 1991 |
| 1992 | 39,657 | 2,347 | 913 | 42,004 | 12,635 | 1,656 | 14,291 | 940 | 588 | 1,528 | 1,717 | 3,679 | 5,396 | 11,697 | | 1992 |
| 1993 | 29,721 | 2,245 | 2,917 | 31,966 | 7,148 | 136 | 7,284 | 427 | 236 | 663 | 843 | 2,725 | 3,568 | 12,920 | | 1993 |
| 1994 | 25,460 | 642 | 2,906 | 26,102 | 2,545 | 147 | 2,692 | 685 | 174 | 859 | 1,025 | 4,275 | 5,300 | 11,819 | | 1994 |
| 1995 | 19,343 | 1,249 | 4,395 | 20,592 | 988 | 69 | 1,057 | 582 | 600 | 1,179 | 1,991 | 2,702 | 4,693 | 12,704 | | 1995 |
| 1996 | 20,394 | 1,211 | 2,095 | 21,605 | 1,175 | 789 | 1,964 | 315 | 976 | 1,291 | 479 | 1,322 | 1,801 | 6,346 | | 1996 |
| 1997 | 26,248 | 637 | 2,413 | 26,885 | 4,448 | 44 | 4,492 | 1,407 | 428 | 1,835 | 619 | 3,925 | 4,544 | 14,907 | | 1997 |
| 1998 [1] | 33,073 | 1,388 | 1,096 | 34,461 | 2,657 | 65 | 2,722 | 373 | 386 | 759 | 757 | 2,921 | 3,678 | 12,931 | | 1998 |
| 1999 [1] | 38,948 | 1,462 | 1,352 | 40,410 | 289 | 63 | 352 | 635 | 623 | 1,258 | 1,207 | 5,697 | 6,904 | 10,935 | | 1999 |
| 2000 | 37,594 | 1,479 | 5,162 | 39,073 | 1,896 | 233 | 2,129 | 2,839 | 773 | 3,612 | 1,402 | 3,359 | 4,761 | 12,518 | | 2000 |
| 2001 | 52,685 | 1,288 | 3,507 | 53,973 | 1,711 | 39 | 1,750 | 1,736 | 402 | 2,138 | 1,773 | 10,752 | 12,525 | 26,418 | | 2001 |
| 2002 | 82,111 | 1,025 | 10,376 | 83,136 | 763 | 95 | 858 | 2,337 | 2,417 | 4,747 | 5,552 | 11,106 | 16,658 | 34,291 | | 2002 |
| 2003 | 85,898 | 1,851 | 1,659 | 87,749 | 390 | 34 | 424 | 7,908 | 1,869 | 9,717 | 2,430 | 6,662 | 9,092 | 15,834 | | 2003 |
| 2004 | 95,968 | 757 | 1,289 | 96,725 | 673 | 116 | 789 | 2,849 | 524 | 3,373 | 3,755 | 8,087 | 11,842 | 33,440 | | 2004 |
| 2005 | 35,453 | 1,180 | 125 | 36,633 | 964 | 73 | 1,037 | 1,322 | 271 | 1,593 | 1,340 | 4,623 | 5,963 | 14,063 | | 2005 |
| 2006 | 36,851 | 190 | 443 | 37,041 | 1,937 | 329 | 2,266 | 6,188 | 1,614 | 7,802 | 3,153 | 3,251 | 6,404 | 19,373 | | 2006 |
| 2007 | 23,279 | 360 | 2,990 | 23,639 | 548 | 113 | 661 | 6,678 | 924 | 7,602 | 2,106 | 3,368 | 5,474 | 14,915 | | 2007 |
| 2008 | 14,151 | 521 | 9,973 | 14,672 | 2,552 | 1,096 | 3,648 | 4,048 | 2,962 | 7,010 | 2,327 | 2,588 | 4,915 | 14,883 | | 2008 |
| 2009 | 25,795 | 2,719 | 7,487 | 28,514 | 1,336 | 231 | 1,567 | 25,298 | 2,094 | 27,392 | 703 | 2,110 | 2,813 | 15,062 | | 2009 |
| 2010 | 65,293 | 1,766 | 4,567 | 67,059 | 695 | 79 | 774 | 20,021 | 1,987 | 22,008 | 2,481 | 4,856 | 7,337 | 25,675 | | 2010 |
| 2011 | 43,748 | 1,399 | 3,586 | 45,147 | 1,856 | 339 | 2,195 | 3,393 | 1,969 | 5,362 | 2,771 | 4,670 | 7,441 | 21,477 | | 2011 |
| 2012 | 35,899 | 1,314 | 3,877 | 37,213 | 1,795 | 429 | 2,224 | 6,571 | 6,370 | 12,941 | 2,917 | 4,699 | 7,616 | 24,729 | | 2012 |
| 2013 | 27,897 | 1,664 | 12,748 | 29,561 | 1,590 | 409 | 1,999 | 18,627 | 4,111 | 22,738 | 1,322 | 3,622 | 4,944 | 13,549 | | 2013 |
| 2014 | 30,071 | 1,598 | 6,840 | 31,669 | 1,383 | 479 | 1,862 | 18,062 | 3,379 | 21,441 | 839 | 4,510 | 5,349 | 22,941 | | 2014 |
| 2015 | 51,046 | 2,042 | 5,678 | 53,088 | 2,931 | 1,022 | 3,953 | 2,650 | 923 | 3,573 | 1,905 | 2,603 | 4,508 | 3,894 | | 2015 |
| 2016 | 30,317 | 2,161 | 3,727 | 32,478 | 1,041 | 222 | 1,263 | 2,559 | 1,991 | 4,550 | 2,023 | 3,755 | 5,778 | 21,732 | | 2016 |
| 2017 | 34,186 | 2,442 | 1,624 | 36,628 | 2,886 | 576 | 3,462 | 3,041 | 2,680 | 5,721 | 279 | 543 | 822 | 2,182 | | 2017 |
| 2018 | 24,543 | 1,999 | 3,083 | 26,542 | 2,642 | 335 | 2,977 | 2,557 | 2,804 | 5,361 | 596 | 1,233 | 1,829 | 9,277 | | 2018 |
| 2019 | 18,882 | 1,735 | 4,331 | 20,617 | 1,471 | 295 | 1,766 | 7,454 | 1,389 | 8,843 | 495 | 2,707 | 3,202 | 5,367 | | 2019 |
| 2020 | 33,888 | 1,124 | 6,145 | 35,012 | 2,309 | 773 | 3,082 | 11,800 | 3,204 | 15,004 | 1,792 | 3,718 | 5,510 | 5,504 | 4 | 2020 |
| 2021 | 28,646 | 1,379 | 2,722 | 30,025 | 3,141 | 541 | 3,682 | 21,100 | 3,157 | 24,257 | 851 | 1,215 | 2,066 | 1,709 | | 2021 |
| 2022 | 37,057 | 1,572 | 3,414 | 38,629 | 2,714 | 307 | 3,021 | 11,260 | 6,630 | 17,890 | 1,228 | 1,574 | 2,802 | 5,996 | 4 | 2022 |
| 2023 | 23,422 | 667 | 2,721 | 24,089 | 1,372 | 140 | 1,512 | 29,654 | 11,285 | 40,939 | 527 | 1,512 | 2,039 | 1,157 | 2 | 2023 |
| 2024 | 21,989 | 603 | 5,620 | 22,592 | 1,639 | 245 | 1,884 | 53,423 | 7,215 | 60,638 | 2,722 | 6,186 | 8,908 | 18,941 | | 2024 |
| 5 yr Ave | 29,000 | 1,069 | 4,124 | 30,069 | 2,235 | 401 | 2,636 | 25,447 | 6,298 | 31,746 | 1,424 | 2,841 | 4,265 | 6,661 | – | |
| 10 yr Ave | 30,398 | 1,572 | 3,907 | 31,970 | 2,215 | 446 | 2,660 | 14,550 | 4,128 | 18,678 | 1,242 | 2,505 | 3,746 | 7,576 | – | |
| 20 yr Ave | 32,121 | 1,422 | 4,585 | 33,542 | 1,840 | 402 | 2,242 | 12,785 | 3,348 | 16,133 | 1,619 | 3,167 | 4,786 | 13,121 | – | |

[1] Due to reconstruction of the fishway, the 1998-99 winter steelhead counts are incomplete.  There was fish passage but fish counting was not resumed until Jan 26.

[2] Early run winter steelhead are November 1 through February 15 (includes carryover from previous year).  Late run steelhead are February 16 through May 31.

Exhibit 29
1 of 1