# Upper and Lower Bennett Dams Fish Counts

Upper and Lower Bennett Dams are located southeast of the town of Dayton on the North Santiam River. Upper Bennett Dam is at the south side of Dayton's Weld and Lower Bennett Dam is on the north side.

Fish passage increases and index stations are tabulated on each date. Review of the fish count data on an ODFW employee is a vote the number and species of fish making their way upstream.

Monitoring at Bennett Dam has been suspended. The Oregon Department of Fish and Wildlife is actively monitoring methods to collect the necessary data.

## 2024

## 2023

Each Lower Bennett Dam Fish Count
North Santiam River at Stayton, OR

## 2022

## 2021

## 2020

## 2019

## 2018