ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/348244558

# Genetic interactions among native and introduced stocks of Oncorhynchus mykiss in the upper Willamette River, Oregon

Article *in* Conservation Genetics · January 2021
DOI: 10.1007/s10592-020-01322-1

CITATIONS
2

READS
247

5 authors, including:

Marc A Johnson
NOAA Fisheries
43 PUBLICATIONS   347 CITATIONS
SEE PROFILE

Thomas A. Friesen
Oregon Department of Fish and Wildlife
30 PUBLICATIONS   372 CITATIONS
SEE PROFILE

Donald M. Van Doornik
National Oceanic and Atmospheric Administration
68 PUBLICATIONS   1,546 CITATIONS
SEE PROFILE

All content following this page was uploaded by Marc A Johnson on 06 January 2021.

The user has requested enhancement of the downloaded file.

Exhibit 33
1 of 15

Conservation Genetics
https://doi.org/10.1007/s10592-020-01322-1

**RESEARCH ARTICLE**



# Genetic interactions among native and introduced stocks of *Oncorhynchus mykiss* in the upper Willamette River, Oregon

Marc A. Johnson[1] · Thomas A. Friesen[1] · Donald M. VanDoornik[2] · David J. Teel[2] · James M. Myers[3]

Received: 22 July 2020 / Accepted: 24 November 2020
© Springer Nature B.V. 2020

## Abstract

First recognized as threatened with extinction in 1999, native winter steelhead *Oncorhynchus mykiss* from Oregon's Upper Willamette River (UWR) declined to a record-low 543 adult fish in 2017. This anadromous species has been seriously affected by habitat loss caused by impassable dams, intense predation from pinnipeds, and water pollution. Genetic and ecological risks posed by non-native hatchery steelhead may also limit recovery. Here we used 15 microsatellite markers to investigate the genetic composition of naturally-produced juvenile *O. mykiss*, collected from the most downstream UWR location and other sites throughout the upper basin. Our results, based on 1012 individuals, identified some natural production by summer steelhead released by ongoing hatchery programs, but even greater influence from discontinued non-native winter steelhead hatchery programs. Genetic influence from hatchery programs was nearly absent in above-dam habitats, but concentrated in below-dam habitats and rivers stocked with hatchery steelhead. Although informative, our microsatellite data lacked sufficient power to assign individual fish to hybrid classes, and we urge caution when interpreting similar results from few loci. Taken together, our findings suggest that fish sorting facilities can assist with the conservation of steelhead populations reintroduced above dams, and that hatchery programs can have a lasting genetic influence over naturally-spawning populations, even after stocking has ceased. To conserve the genetic integrity of native UWR steelhead, we recommend that managers consider the lineage of steelhead used for reintroductions, continue to implement policies that limit genetic risks from existing hatchery programs and explore ways to alleviate persistent risks from discontinued programs.

**Keywords** Steelhead · Microsatellite · Hybrid · Hatchery

**Supplementary Information** The online version of this article (https://doi.org/10.1007/s10592-020-01322-1) contains supplementary material, which is available to authorized users.

✉ Marc A. Johnson
Marc.Johnson@oregonstate.edu

[1] Oregon Department of Fish and Wildlife, Corvallis Research Laboratory, Corvallis, OR 97333, USA

[2] Manchester Research Station, Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, 7305 Beach Drive East, Port Orchard, WA 98366, USA

[3] Northwest Fisheries Science Center, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, 2725 Montlake Boulevard East, Seattle, WA 98112, USA

## Introduction

Hatcheries can improve the early survival of juvenile Pacific salmon (*Oncorhynchus* spp.) and steelhead (*O. mykiss*), beyond levels experienced by wild-born fish. This advantage underpins the utility of hatcheries to assist with recovery efforts and augment the abundance of stocks harvested in fisheries. Yet hatchery rearing also involves certain costs to the cultured species, among these being a reduction in fitness experienced by hatchery-origin fish that spawn in the wild. This cost poses risk to wild populations whenever hatchery-origin salmon or steelhead have opportunity to intermingle and breed with natural-origin counterparts, resulting in a fitness reduction to the latter (Araki et al. 2007, 2009; Christie et al. 2014; Evans et al. 2016; Sard et al. 2016; Willoughby and Christie 2019). Although the primary mechanism driving hatchery-related fitness decline has not been identified, inappropriate mate pairing during artificial breeding (Theriault et al. 2011; Auld et al. 2019;



Martin-Wintle et al. 2019) and domestication (Ford 2002; Christie et al. 2016) rank as top candidates. Interbreeding between distantly related hatchery and wild stocks could also disrupt co-adapted gene complexes, and further impact the fitness of wild fish through outbreeding depression (Fraser et al. 2010).

In the Willamette River of western Oregon, USA (Fig. 1), native steelhead return from the Pacific Ocean in the late winter and early spring to ascend a 12 m high waterfall known as Willamette Falls (Fig. 1). After passing this waterfall, which demarcates the downstream boundary of the Upper Willamette River (UWR), these fish continue their upstream migration toward natal spawning grounds that are primarily located in eastern tributaries of the basin, including and north of the Calapooia River (Myers et al. 2006). However, volitional fish passage is blocked in two prominent eastern tributaries, the North and South Santiam Rivers, by high-head dams that were constructed in the 1950s and 1960s to provide flood control and hydropower.

Near the time of dam construction, steelhead hatchery programs were established in the UWR to mitigate for the anticipated impacts from dams to local fisheries. To support these programs, non-native summer-run steelhead from the Skamania River (Washington, USA) were introduced, because they could be raised to release size in a shorter time, with less infrastructure, and were popular among anglers (Tinus and Friesen 2010). The Oregon Department of Fish and Wildlife (ODFW) also released early winter-run



**Fig. 1** STRUCTURE results for unmarked juvenile *O. mykiss* sampled in 2014 from tributaries of the Upper Willamette River Basin: Yamhill (**a**), Tualatin (**b**), Molalla (**c**), North Santiam below (**d**) and above (**e**) Big Cliff Dam, South Santiam below (**f**) and above (**g**) Foster Dam, Calapooia (**h**), McKenzie below (**i**) and above (**j**) Cougar, Blue River and Trail Bridge Dams; Middle Fork Willamette below (**k**) and above Lookout Point (LOP; **l**) and Fall Creek (**m**) dams. Each stacked bar represents an individual fish, and colors indicate the contributing genomic fraction ($q$) from EW (blue), RBT (green), WW (yellow) and SS (red) stocks of *O. mykiss*. The North Santiam, South Santiam, McKenzie, and Middle Fork Willamette Subbasins are identified by alternating shading and dashed outline. Sampling sites are identified with closed (*O. mykiss* detection) and open (no detection) circles

steelhead sourced from Big Creek Hatchery (Lower Columbia River) into various tributaries of the UWR. Beginning in the 1920s, these releases continued for several decades throughout the UWR, including into tributaries along the western slope of the basin, where native steelhead are naturally rare (Myers et al. 2006). Yet despite redirected angling pressure and a state-issued moratorium on harvest that preceded federal protections for UWR winter steelhead under the U.S. Endangered Species Act (National Marine Fisheries Service, NMFS 1999) the native stock has continued to decline from an average run size of over 10,000 fish during the 1970s and 1980s, to an annual average of less than 5000 in the last decade, with a record-low 543 adults returning in the 2016–2017 run year (Fig. 2).

Unfavorably warm ocean conditions, degraded freshwater habitats, increased predation from pinnipeds at Willamette Falls and unabated impacts from dams have all impacted UWR winter steelhead (Ford et al. 2011; Falcy 2017; Brown et al. 2020; NMFS 2008). But genetic interactions with hatchery stocks, originally introduced from other river basins to alleviate harvest pressure on native steelhead, could also pose significant risk (NMFS 2008). Molecular tools offer a means to quantify genetic structure and introgression among fish populations, and this information could be used by managers to evaluate current and legacy risks from hatchery programs.

Using genetic data from archived tissue samples, Van Doornik et al. (2015) first described the genetic structure of *O. mykiss* in the UWR, which includes native and introduced steelhead, as well as native resident rainbow trout. Their findings revealed substantial overlap between distributions of native winter and introduced summer steelhead in the UWR, underscoring the potential for hybridization and genetic introgression between stocks. But hybridization rates could not be estimated from their data, because samples had been collected asynchronously among sites and from fish of different age classes. Their analysis also did not consider a stock of hatchery rainbow trout that have been introduced to the UWR. More recently, Weigel et al. (2019) used data from two single nucleotide polymorphisms (SNPs) that associate with steelhead adult run timing (Hess et al. 2016; Prince et al. 2017; Micheletti et al. 2018) to identify summer- × winter-run hybrids, and reported that 26% of adult steelhead released above Foster Dam, on the South Santiam River, presented a signature of introgression from summer steelhead. However, their investigation was conducted at a site adjacent to a hatchery facility within a single UWR tributary, thereby restricting the study's scope of inference.

To gain a broader view of *O. mykiss* genetic diversity throughout the UWR Basin, we collected tissue samples from unmarked (presumed natural-origin) juvenile *O. mykiss* captured during the 2009–2011 spring emigrations at Willamette Falls and from many within-basin sites during the summer of 2014. Our multi-year collection included juvenile fish emigrating from or rearing in nearly all major UWR tributaries, including samples from above high-head dams constructed over 50 years ago. We collected microsatellite data from these samples, then asked the following questions to identify the magnitude and potential sources of genetic influence from hatchery stocks within the upper basin:

- Of the juvenile steelhead emigrating from the UWR, what proportion are descended from hatchery stocks?
- Is stock structure consistent among years?
- Is observed genetic influence from hatchery steelhead concentrated near areas of ongoing hatchery releases?
- Has induced triploidy effectively limited genetic influence from hatchery rainbow trout released into the UWR?
- Which *O. mykiss* genetic lineages are present above UWR high-head dams, where hatchery steelhead have been excluded?

Finally, because individuals with mixed ancestry might represent diverse hybrid classes, such as first filial (F1), second filial (F2) and hybrid backcrosses, we estimated statistical confidence to perform hybrid class assignments from our data, as would be necessary to determine whether hybrid signals arose from past or ongoing processes.

We focused our investigation on genetic interactions between native winter and non-native summer steelhead that continue to be released by UWR hatcheries, but also tested for evidence of introgression from steelhead resembling the Big Creek Hatchery stock that was released into the basin until the late 1990s. Our results offered novel insights about natural production by hatchery steelhead and interactions



**Fig. 2** The number of adult winter steelhead counted at Willamette Falls (1971–2019). Counts are parsed by early and late winter (before and after February 15), the date used by ODFW to demarcate returns for introduced (WW) and native (EW) stocks, though some overlap in timing may exist

🧷 Springer

| Journal : **Large 10592** | Article No : **1322** | Pages : **14** | MS Code : **1322** | Dispatch : 7-12-2020 |

Exhibit 33
4 of 15

with native fish, but also revealed limitations that microsatellite data pose for hybrid class assignments.

## Methods

### Study area and sampling

We conducted our work in the UWR of western Oregon, at and above Willamette Falls (Fig. 1). Historically, Willamette Falls was ascended by anadromous salmonids only during the moderate flows of late winter and early spring. The falls became an important site for early industrialization in the western United States, providing relatively inexpensive and reliable hydropower to fuel lumber, flour, wool and paper mills (Curulli 2018). Commercial fisheries also once operated at the base of the falls, and in 1885 the first fish ladder was constructed to allow fall- and early winter-migrating stocks access to the UWR Basin, addressing public interest to increase local salmon production (Taylor III 2009). The fish ladder at Willamette Falls has undergone multiple renovations and rebuilds since its initial construction, but remains in operation today, complemented by a juvenile bypass channel that shunts downstream-migrating salmon and steelhead smolts around hydropower turbines operated by Portland General Electric.

Juvenile steelhead migrating through the bypass can easily be directed to a holding tank and sampled, as we did during April and May of 2009, 2010 and 2011. Once captured, we briefly anaesthetized unmarked juvenile *O. mykiss* with $NaHCO_3$ buffered MS-222 (60 mg $L^{-1}$), then collected a small section of caudal fin from each fish, which we stored in individually labeled vials containing 95% EtOH. All juvenile steelhead produced by hatcheries in the UWR are marked with a clipped adipose fin, and we excluded marked fish from our collection, thereby focusing our analyses on the genetic composition of naturally-produced *O. mykiss*. Our spring sampling period at the falls coincided with the seasonal outmigration of ocean-bound steelhead smolts, such that we expected our collection to include anadromous *O. mykiss* from all UWR tributaries that produce steelhead, but perhaps not resident (i.e. non-migratory) rainbow trout that are native to southern UWR tributaries (Van Doornik et al. 2015).

To capture and sample both native life history variants (anadromous and resident), as well as any introduced *O. mykiss* stocks that might be naturally reproducing in the UWR, we conducted electrofishing surveys in major tributaries during the summer of 2014. This approach also aimed to identify steelhead hybridization zones within the basin, should they exist. We selected survey sites by using ArcMap10 (ESRI 2011) to plot points every 3.22 km (2 mi) along all 2nd to 5th order streams in the Yamhill, Tualatin, Molalla, Pudding, Calapooia, Middle Fork Willamette, McKenzie, North and South Santiam Rivers (Fig. 1). We filtered these points to include only sites that occurred on public or major industrial timber lands, and that could be readily accessed (< 100 m from a road). We then randomly selected 10% and 5% of the remaining points, above and below major dams, respectively, as our collection sites. This sampling design identified 198 sites, with greater sampling intensity directed below dams, where genetic interactions between native winter and introduced summer steelhead would be more likely to occur.

Sample collection was conducted in 2014 from early June until early October. We waded sites for up to 30 min while operating a LR24 backpack electrofisher (Smith-Root, Vancouver, WA) to briefly immobilize and capture unmarked juvenile *O. mykiss*. We used the electrofisher's auto-tuning feature to establish settings (typically between 150 and 300 V DC, 30 Hz, and 12% pulse rate) and recorded the total time spent actively shocking at each site, which allowed us to calculate the catch per unit effort (CPUE). Similar to our procedure at Willamette Falls, we briefly anaesthetized juvenile *O. mykiss*, recorded the fork length, capture date and location, and then stored a sample of caudal fin tissue in 95% EtOH. We restricted our sampling to fish measuring 80 to 160 mm fork length, and collected tissue from no more than 10 individuals per site, to target a single cohort while avoiding over-representation of closely-related individuals that might be expected to co-occur at sites.

### Data collection and analysis

#### Genotyping

We extracted whole genomic DNA and analyzed microsatellite genotypes from tissues collected in 2009–2011 (Willamette Falls) at the National Marine Fisheries Service (NMFS) Manchester Research Station. Tissues collected in 2014 (upper basin sites) were processed and genotyped at Oregon State University's (OSU) Marine Fisheries Genetics Laboratory. We used Promega Wizard DNA Purification Kits at the NMFS Laboratory and the methods of Ivanova et al. (2006) at OSU to isolate DNA. We amplified the same 15 microsatellite markers previously used by Van Doornik et al. (2015) to describe UWR steelhead: *Ocl1* (Condrey and Bentzen 1998), *Ogo4* (Olsen et al. 1998), *Oke4* (Buchholz et al. 1999), *Oki23* (Smith et al. 1998), *Omy1001*, *Omy1011* (Spies et al. 2005), *Omy7* (Stephenson et al. 2009), *Omy77* (Morris et al. 1996), *One14* (Scribner et al. 1996), *Ots3*, *Ots4* (Banks et al. 1999), *Ots100* (Nelson and Beacham 1999), *Ssa289* (McConnell et al. 1995), *Ssa407*, *Ssa408* (Cairney et al. 2000). All of the loci used in our study, except *Ocl1* and *Omy77*, had previously been used to develop the Steven Phelps Allele Nomenclature (SPAN) baseline

(Stephenson et al. 2009), which includes 25 *O. mykiss* population groups from Oregon and Washington, including data for Lower Columbia River winter steelhead, similar to those introduced to western UWR tributaries through now discontinued hatchery stocking (Van Doornik et al. 2015). We obtained a copy of the SPAN baseline, then supplemented it with the UWR *O. mykiss* baseline previously used by Van Doornik et al. (2015) and genotypes for "Cape Cod" rainbow trout ($n = 50$; ODFW stock 72), a hatchery stock that is regularly released in the UWR to support local trout fisheries. For over a decade, Cape Cod rainbow trout have been sterilized through induced triploidy prior to release, to minimize genetic interactions with native conspecifics, and we did not expect to detect meaningful numbers of this stock in our collection. We separated polymerase chain reaction products by gel electrophoresis on either an ABI 3100 or 3730XL genetic analyzer, and scored alleles by size with GeneScan, Genotyper or GeneMapper software (Applied Biosystems, Inc.). We genotyped a subset of tissues ($n = 69$) at both laboratories to calibrate and standardize allele size bins. We estimated pairwise genetic differentiation, $F_{ST}$ (Weir and Cockerham 1984), among baseline populations with the program GENETIX (Belkhir et al. 2001) to inform threshold values for hybrid classifications (see Vähä and Primmer 2006).

### Stock and hybrid identification

We followed an iterative approach to filter and analyze our genotypic data. First, we identified and excluded samples of cutthroat trout (*Oncorhynchus clarkii*) that had been misidentified and included in our collection. Juvenile cutthroat trout can be difficult to distinguish from *O. mykiss* in the field, but are readily identifiable in the lab through characteristic banding patterns at several loci used in our study (Stephenson et al. 2009). This step also removed hybrids of cutthroat and rainbow trout, which are known to occur in some areas. After removing these hybrids and cutthroat trout from our data, we used ONCOR software (Kalinowski et al. 2007) and our supplemented SPAN baseline to identify and exclude individuals that assigned with high confidence ($P > 0.70$) to any population other than those previously recognized from the UWR by Van Doornik et al. (2015): native eastern Willamette winter steelhead (EW), early winter steelhead introduced from the lower Columbia to western Willamette tributaries (WW), introduced summer steelhead (SS) and native rainbow trout (RBT). This important step aimed to remove presumably rare offspring of hatchery rainbow trout (Cape Cod stock) and out-of-basin strays, which might otherwise be erroneously classified as hybrids of prominent UWR groups during subsequent analyses.

We then used the Bayesian clustering algorithm implemented in the program STRUCTURE to estimate the genetic composition of individual fish. STRUCTURE analyses were performed with genotypic data from all juvenile *O. mykiss* sampled in 2009–2011 and 2014, as well as baseline samples representing EW ($n = 512$), WW ($n = 161$), SS ($n = 264$), and RBT ($n = 71$) groups. We used the LOCPRIOR option in STRUCTURE to identify groups of baseline samples, and ran 20 replicate analyses with $K = 4$, burnin = 100,000 and reps = 200,000. We based the value for $K$ on the findings of Van Doornik et al. (2015) and our preliminary ONCOR results, both of which identified four principal genetic groups for UWR *O. mykiss*. We used the "Greedy" algorithm in the program CLUMPP (Jakobsson and Rosenberg 2007) to conduct permutations with our STRUCTURE output that randomized the input orders of group membership coefficients ($q$) and resolved group label switching that typically occurs during replicate STRUCTURE runs.

STRUCTURE can be used to identify hybrids by evaluating individual results against a $q$-value threshold that predictably achieves acceptable assignment accuracy in context of the number of loci used and observed differentiation ($F_{ST}$) among baseline groups (Vähä and Primmer 2006). Informed by $F_{ST}$ estimates among baseline groups (pairwise $F_{ST}$ = 0.04–0.13, overall 0.06), we used summary $q$ results from CLUMPP to classify each juvenile fish as "pure" or "hybrid" according to the following rules:

(1) *Pure* $q > 0.50$ for one group, and $q < 0.20$ for all other groups.
(2) *Hybrid* $0.20 < q < 0.80$ for exactly two groups.
(3) *Three-way hybrid* $0.20 < q < 0.80$ for three groups.

Given the parameters of our study and simulation results from Vähä and Primmer (2006), these $q$-value thresholds can be expected to generate accurate hybrid fraction estimates for sample collections. We therefore compiled individual classifications to describe the genetic composition of *O. mykiss* sampled at Willamette Falls and at sites above and below dams of major UWR tributaries. We then used chi square tests to compare the number of EW × SS hybrids found in above- and below-dam collections from the North and South Santiam Rivers, two major tributaries within the historical freshwater distribution of the native steelhead stock (NMFS 2016).

### Hybrid class assignments

Because microsatellite markers are typically neutral, selection cannot be reasonably expected to purge signals of introgression at these loci, such that evidence of mixed ancestry within individual fish from our collection could arise through past or ongoing hybridization (Allendorf et al. 2001). Yet, if fish could be confidently assigned to hybrid classes, presence of first filial (F1) hybrids within our sample



would provide compelling evidence of recent hybridization and offer a valuable metric for evaluating contemporary genetic risk from the summer steelhead hatchery program.

NEWHYBRIDS is a software package that uses a Bayesian model-based clustering approach to assign individuals to one of several pure (P1, P2) or hybrid classes (F1, F2, backcrosses) that can arise through interbreeding of two genetically distinct populations (Anderson and Thompson 2002; Anderson 2008). For the purposes of our study, we performed NEWHYBRIDS analyses with a focus on naturally produced offspring of native winter (EW) and introduced summer steelhead (SS). We included baseline data for the purest samples ($q > 0.90$) from the EW ($n = 156$) and SS ($n = 191$) groups, and assigned hybrid classes to the subset of juveniles that presented $q > 0.80$ for either SS or EW, or $q > 0.20$ for both groups during STRUCTURE analyses.

We then used the R software package HYBRIDDETECTIVE (Wringe et al. 2017) to estimate the statistical confidence of class assignments made with NEWHYBRIDS. HYBRIDDETECTIVE simulates interbreeding between two "baseline" populations and their in silico descendants for a successive number of generations, then implements and tracks the performance of NEWHYBRIDS to accurately assign simulated offspring to their correct hybrid class under a range of posterior probabilities. Here we used the same baseline data as for NEWHYBRIDS analyses, with 1,000,000 burnin and 50,000 replicate sweeps. We present the hybrid class assignments for juvenile *O. mykiss* sampled through our study, then qualify these results through confidence estimates from HYBRIDDETECTIVE analyses.

## Results

### Sample collection and CPUE

Sampling at Willamette Falls provided tissues from unmarked juvenile salmonids during 2009 ($n = 250$), 2010 ($n = 299$), and 2011 ($n = 57$). Of these samples, 23 were excluded from analyses because they either failed to amplify during PCR ($n = 5$) or were identified as offspring of cutthroat trout ($n = 18$). In 2014 we visited 196 sites, electrofished at 156 of these, and ultimately collected 477 tissue samples from 69 sites (Fig. 1). Some sites could not be electrofished due to low water conditions caused by drought in 2014. Of the tissues collected in that year, 14 failed to amplify during PCR, 31 were identified as cutthroat trout (or cutthroat hybrids) and 3 assigned to the Oregon coast steelhead group through ONCOR analyses. Data for the remaining 429 fish were included in subsequent genetic analyses. We found no evidence of Cape Cod rainbow trout within our collections from any year, suggesting that induced triploidy, used for over a decade to sterilize and genetically contain this stock, has been effective.

Our survey detected no *O. mykiss* at four sites of the Pudding River. Excluding this river, CPUE of *O. mykiss* in other UWR tributaries ranged from 0.08 fish/min (North Santiam River) to 0.41 fish/min (Molalla River), with an estimated mean 0.23 (± SE 0.04) fish/min across all sampled tributaries (Table 1).

### Genetic composition of *O. mykiss* descending Willamette Falls

STRUCTURE analyses of samples collected at Willamette Falls in 2009, 2010 and 2011 revealed that, in each year, native winter steelhead (EW) accounted for 43% of juvenile *O. mykiss* outmigrating from the upper basin (Table 2), outnumbering all other groups but not comprising a majority of our collection. Western winter steelhead (WW) were the second most common stock detected at the falls, ranging from 19 to 32% among years. Hybrids of these two winter steelhead stocks represented 7–13% of our annual collection from the falls.

Summer steelhead (SS) were the third most common stock among unmarked *O. mykiss* descending Willamette Falls (5–14% of annual totals), indicating continued natural production of this hatchery stock. Hybrids of SS with EW or WW were also present among fish sampled at the falls, but collectively accounted for less than 5% of our sample across all 3 years (Table 2).

As expected, native rainbow trout (RBT) were nearly absent from our Willamette Falls collection, likely reflecting their headwater distribution and resident life history. A relatively small percentage (5%) of fish from Willamette Falls classified as hybrids of RBT and EW, raising the possibility that some RBT interbreed with the native EW steelhead.

**Table 1** Catch per unit effort (CPUE) of *O. mykiss* captured from major tributaries of the Upper Willamette River in 2014 using a backpack electrofisher

| UWR tributary | N sites | Catch | CPUE (fish/min) |
|---|---|---|---|
| Yamhill | 7 | 20 | 0.285 |
| Tualatin | 10 | 10 | 0.313 |
| Molalla | 13 | 77 | 0.411 |
| Pudding | 4 | 0 | 0.000 |
| North Santiam | 26 | 32 | 0.082 |
| South Santiam | 29 | 124 | 0.324 |
| Calapooia | 16 | 23 | 0.183 |
| McKenzie | 43 | 54 | 0.099 |
| Middle Fork Willamette | 48 | 89 | 0.139 |
| Total | 196 | 429 | 0.177 |

**Table 2** For each year of sampling unmarked juvenile *O. mykiss* at Willamette Falls, the sample size (*n*) and proportion that classified through STRUCTURE analyses as western winter steelhead (WW), rainbow trout (RBT), eastern winter steelhead (EW), summer steelhead (SS) and hybrids of these groups (e.g. WW.EW = hybrid of western and eastern winter steelhead; 3X = three-way hybrid)

| Year | n | WW | RBT | EW | SS | WW.RBT | WW.EW | WW.SS | RBT.EW | RBT.SS | EW.SS | 3X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 240 | 0.22 | 0.00 | 0.43 | 0.09 | 0.02 | 0.10 | 0.00 | 0.06 | 0.03 | 0.02 | 0.02 |
| 2010 | 287 | 0.19 | 0.01 | 0.43 | 0.14 | 0.01 | 0.07 | 0.02 | 0.05 | 0.01 | 0.04 | 0.02 |
| 2011 | 56 | 0.32 | 0.00 | 0.43 | 0.05 | 0.00 | 0.13 | 0.00 | 0.04 | 0.02 | 0.02 | 0.00 |

See text for classification rules and other details. RBT and EW are native to the upper Willamette River

Hybrids of RBT with other groups accounted for only a small fraction of our sample from any year (Table 2).

### Genetic stock composition among areas

The absence of pure RBT at Willamette Falls (2009–2011) contrasted with results from the upper basin in 2014, particularly in above-dam areas of the McKenzie and Middle Fork Willamette Rivers, where up to 90% of juvenile *O. mykiss* assigned to this group (Table 3). However, fish sampled above Fall Creek Dam on the Middle Fork Willamette River presented a strikingly different pattern, characterized by relatively high proportions of EW steelhead (35%), RBT × EW hybrids (42%), and relatively fewer RBT (8%). This area lies outside of the historical freshwater distribution for EW steelhead (Myers et al. 2006), but current management at Fall Creek Dam provides assisted upstream passage for adult winter steelhead, facilitating access to headwater reaches of the Middle Fork that are typically occupied by RBT.

We found no evidence of pure RBT above dams in the North and South Santiam Rivers. Instead, these above-dam reaches were occupied by native EW steelhead and fish of mixed EW × RBT ancestry (Table 3; Fig. 1). Accordingly, and with respect to hatchery influence, the proportion of SS × EW hybrids found above Foster Dam (1 of 66) was significantly less ($\chi^2 = 5.70$; P = 0.017) than among below-dam samples from the South Santiam River (7 of 58). We similarly found no SS × EW hybrids in above dam reaches of the North Santiam, but unexpectedly found that > 50% of fish sampled below North Santiam River dams assigned to the non-native winter (WW) steelhead group (Table 3). Only 8% of below-dam samples (2 of 26) from the North Santiam assigned as pure native winter (EW) steelhead. Pure SS were

**Table 3** The number (*n*) of unmarked juvenile *O. mykiss* sampled from major UWR tributaries during the summer of 2014. For each tributary collection, the proportion that classified through STRUCTURE analyses as western winter steelhead (WW), rainbow trout (RBT), eastern winter steelhead (EW), summer steelhead (SS) and hybrids of these groups (e.g. WW.EW = hybrid of western and eastern winter steelhead; 3X = three-way hybrid)

|  | n | WW | RBT | EW | SS | WW.RBT | WW.EW | WW.SS | RBT.EW | RBT.SS | EW.SS | 3X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yamhill | 20 | 0.55 | 0.00 | 0.10 | 0.00 | 0.00 | 0.20 | 0.05 | 0.00 | 0.00 | 0.00 | 0.10 |
| Tualatin | 10 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Molalla | 77 | 0.17 | 0.01 | 0.40 | 0.03 | 0.00 | 0.18 | 0.05 | 0.01 | 0.00 | 0.12 | 0.03 |
| North Santiam |  |  |  |  |  |  |  |  |  |  |  |  |
| Above dams | 6 | 0.17 | 0.00 | 0.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| Below dams | 26 | 0.54 | 0.00 | 0.08 | 0.08 | 0.00 | 0.08 | 0.04 | 0.00 | 0.08 | 0.04 | 0.08 |
| South Santiam |  |  |  |  |  |  |  |  |  |  |  |  |
| Above dams | 66 | 0.02 | 0.00 | 0.82 | 0.00 | 0.00 | 0.03 | 0.00 | 0.12 | 0.00 | 0.02 | 0.00 |
| Below dams | 58 | 0.05 | 0.00 | 0.50 | 0.03 | 0.00 | 0.14 | 0.02 | 0.09 | 0.00 | 0.12 | 0.05 |
| Calapooia | 23 | 0.00 | 0.00 | 0.87 | 0.00 | 0.00 | 0.04 | 0.00 | 0.04 | 0.00 | 0.04 | 0.00 |
| McKenzie |  |  |  |  |  |  |  |  |  |  |  |  |
| Above dams | 19 | 0.00 | 0.89 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Below dams | 35 | 0.03 | 0.46 | 0.03 | 0.26 | 0.00 | 0.00 | 0.00 | 0.09 | 0.09 | 0.00 | 0.06 |
| MF Willamette |  |  |  |  |  |  |  |  |  |  |  |  |
| Above Fall Cr Dam | 26 | 0.00 | 0.08 | 0.35 | 0.00 | 0.00 | 0.12 | 0.00 | 0.42 | 0.00 | 0.00 | 0.04 |
| Above Dex-LOP Dams | 40 | 0.03 | 0.90 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Below dams | 23 | 0.09 | 0.00 | 0.17 | 0.57 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.13 | 0.00 |

See text for classification rules and other details. Only RBT and EW are native to the Upper Willamette River

🖄 Springer

Journal: **Large 10592** | Article No: **1322** | Pages: **14** | MS Code: **1322** | Dispatch: 7-12-2020



absent from all above-dam areas, but were present below North and South Santiam River Dams, and appeared most concentrated in lower reaches of the McKenzie and Middle Fork Willamette Rivers (Table 3), outside the historical distribution of native EW steelhead.

Steelhead from the Molalla and Calapooia Rivers, both eastern tributaries unobstructed by dams, appeared different in several ways. Most notably, the Calapooia River included a high percentage (87%) of pure EW steelhead, whereas only 40% of fish sampled in the Molalla River assigned to this group. As previously mentioned, the Molalla River boasted the highest mean CPUE of our study, over twice that of the Calapooia River (Table 1), but also produced more SS×EW samples than any other UWR tributary. Hybrids produced from SS spawning with EW and WW steelhead were relatively common in our collection from the Molalla River, representing 12% and 5%, respectively. Yet, hybrids of the two winter-run (EW and WW) stocks were even more common, accounting for 18% of our Molalla River collection.

Nearly all steelhead occupying the western UWR, here represented by the Yamhill and Tualatin Rivers, resembled the WW hatchery stock once released in these tributaries. Whereas all 10 samples collected from the Tualatin River assigned to this group, the Yamhill also included a small number of samples from the EW and various mixed-ancestry groups (Table 3; Fig. 1). Collection locations and genotypes for individual fish are provided in Supplementary Material 1 and 2.

### Hybrid class assignments

Having determined that fish of mixed ancestry (hybrids) were present in our collection, we next explored whether we could confidently assign fish to hybrid classes (e.g. pure, F1s, backcrosses, etc.), as would be necessary to disentangle genetic effects from past and ongoing interbreeding among lineages. From our multiyear collection of unmarked juvenile *O. mykiss*, we identified 496 individuals that assigned through STRUCTURE analyses as either SS, EW, or SS×EW hybrids. NEWHYBRIDS analysis indicated that over 35% of these were pure EW steelhead at a probability threshold of $P > 0.90$ (Fig. 3). But by relaxing the posterior probability threshold to $P > 0.80$, an additional 11% of the collection assigned to this class (56 of 496 individuals). Less than 5% of the collection (24 of 496) assigned as pure SS at $P > 0.90$, though 18 more assigned at a threshold of $P > 0.80$ (Fig. 3).

Nearly all fish in our collection presented very low posterior probabilities of assignment ($P < 0.10$) to the F1 or F2 hybrid classes. No fish assigned to the F1 hybrid class at $P > 0.70$, and only a single fish assigned to this class at $P > 0.10$, offering no evidence for F1 hybrids in our sample. Similarly, no fish assigned to the F2 hybrid class at $P > 0.80$ (Fig. 3).

Although we found no F1 or F2 hybrids in our collection, NEWHYBRIDS analysis provided some evidence of assignment to at least one hybrid class. Under an assignment probability threshold of $P > 0.80$, 10 individuals (2% of collection) assigned as F1×EW backcrosses. Although no fish assigned to the other backcross class at $P > 0.80$, relaxation of assignment threshold to $P > 0.70$ identified 5 fish (1% of collection) as possible F1×SS backcrosses. Only a single fish assigned to either backcross class at $P > 0.90$.

### Confidence of hybrid class assignments

To assign the majority of fish included in our NEWHYBRIDS analysis to any pure or hybrid class required relaxation of the posterior probability threshold to less than $P > 0.70$. While a less stringent assignment threshold would likely result in some additional correct assignments, it would also likely increase the number of incorrect assignments. The number of individuals correctly assigned to a class, divided by the total number of individuals assigned to that class (correctly and incorrectly) provides a metric of accuracy (Wringe et al. 2017). We explored relationships between the probability thresholds and assignment accuracy through simulations carried out with HYBRIDDETECTIVE software, using the same baseline samples included in our NEWHYBRIDS analysis (Supplementary Material 3).

Briefly, assignment accuracy varied according to both hybrid classes and posterior probability thresholds (Fig. 4). Whereas accuracy of assignments to the pure SS and EW classes appeared high (>80%) for all threshold values of $P > 0.50$, similar mean accuracy for F1 assignments required $P > 0.65$. Assignment accuracy of 80% to the F2 and F1×SS backcross classes required threshold stringency of $P > 0.80$. Assignment accuracy to the F1×EW backcross class failed to meet 80% at any value of $P$. These simulation results provide important context for interpretation of our NEWHYBRIDS assignments. Taken together, our results provided compelling evidence (>80% accuracy) that pure EW and SS steelhead comprised at least 46% and 8% of our collection, after excluding WW and RBT. However, class assignments for the remaining samples lacked adequate statistical confidence (<80% accuracy), and provided no convincing evidence of F1s, F2s or backcrosses, though we cannot discount the possibility of type II errors for at least some of the samples that failed to assign.

## Discussion

Recovery of native UWR steelhead (EW) will require informed actions by state, federal and other fisheries managers to address the principal factors affecting this threatened



**Fig. 3** The percent of juvenile *O. mykiss* samples (y axis) that probabilistically assigned to pure EW, pure SS, F1, F2, and (bottom) backcross hybrid classes. Posterior probabilities for class assignment are binned by 0.10 intervals along the x axis

species. While obstructed passage and impacts to habitat from dams are likely the most influential drivers of the species' decline, genetic risks from hatchery programs have long been suspected to limit recovery (ODFW and NMFS 2011; NMFS 2008). Our findings indicate that, indeed, both ongoing and discontinued hatchery programs have compromised the genetic integrity of native (EW) steelhead in the UWR. In simple terms of stock composition, we found that the majority (57%) of naturally produced juvenile *O. mykiss* descending Willamette Falls consistently assigned as non-native (WW or SS) steelhead or hybrid forms. This result alone should raise concern among fisheries managers and further motivate conservation efforts to restore and safeguard the genetic integrity of the native stock.

Within the UWR Basin, we found that the greatest concentrations of hybrid EW × SS steelhead occurred in the Molalla River, and below dams of the Middle Fork Willamette and South Santiam Rivers. We also found that pure SS steelhead were most common in the lower McKenzie and Middle Fork Willamette Rivers, in areas lying outside the historical range of native EW steelhead (Myers et al. 2006; McElhany et al. 2007).

Although we expected to find concentrated natural production and introgression from SS steelhead below dams, where juvenile hatchery fish are typically stocked and return as adults, the high fraction of hybrids in the Molalla was somewhat surprising, because hatchery SS steelhead have not been released into this river since 1997 (Myers et al. 2006). The Molalla's relatively strong hybrid signal could be maintained by hatchery fish that fail to return to their natal tributaries, but instead stray and spawn in the Molalla, or it is possible that summer-run steelhead have naturalized





**Fig. 4** Accuracy of assignment to pure and hybrid classes of summer- and winter-run UWR steelhead, estimated across a range of posterior probability thresholds. P1 and P2 respectively represent pure EW and SS classes. F1 and F2 are the first and second filial generations. BC1 represents the F1×EW backcross group, and BC2 indicates the F1×SS backcross group

in the Molalla and now persist as a self-sustaining population. Our data clearly demonstrate that early winter-run steelhead (WW), which have not been stocked in the UWR for over two decades, have naturalized in the Molalla and continue to exert greater genetic influence on this system than do SS steelhead from ongoing hatchery programs (Table 3). The Molalla's high CPUE (Table 1) and genetically diverse stock, albeit influenced by hatchery-based introductions, raise the possibility that habitat conditions in this river favor productivity by a wider range of steelhead genotypes than in other UWR tributaries. If so, this river may prove to be an important source of steelhead production for the UWR, despite elevated levels of genetic admixture and introgression.

In contrast to the mixed-stock nature of Molalla, we found other areas of the UWR to be relatively free of hatchery influence. Pure native EW steelhead were most frequently captured in the Calapooia River, and in the South Santiam River above Foster Dam. Much of the Calapooia watershed is owned by private timber companies that offer little or no access to anglers that might benefit from fisheries augmentation, and this river has never been stocked with SS

steelhead (McElhany et al. 2007). Yet despite the genetically pure nature of Calapooia EW steelhead, the small size of this population leaves it particularly vulnerable to extinction. Falcy (2017) estimated that even with relief from intense pinniped predation at Willamette Falls, the Calapooia population presented > 99% probability of quasi-extinction during this century. Extinction of the Calapooia population would represent a significant loss to the genetic legacy of native EW steelhead, such that efforts to safeguard the future of this population could offer conservation benefits not attainable elsewhere.

The purity of native EW steelhead in the upper South Santiam River has been actively promoted through the establishment of a "wild fish sanctuary" above Foster Dam (NMFS 2008). Steelhead collected at the base of the dam are sorted according to origin (all hatchery-origin steelhead are marked by adipose fin clip), and wild fish are selectively transported for release above the dam. Our findings demonstrate that these actions have effectively protected the genetic integrity of EW steelhead in the South Santiam River, which runs through the core of the native stock's spawning distribution. Most fish sampled above Foster Dam classified as pure EW steelhead (82%) and an additional 12% classified as hybrids of rainbow trout (RBT) and EW steelhead. Whether these putative hybrids are the product of recent interbreeding between RBT and EW steelhead, or if this signal is an artifact of common ancestry remains somewhat unresolved. However, the high proportion of EW × RBT hybrids above Fall Creek Dam on the Middle Fork Willamette River (42% of collection from that area), where EW steelhead have recently been introduced beyond their native range (and into native RBT habitat), suggests that EW and RBT do hybridize within the UWR where distributions overlap. This hypothesis is further supported by results from fish collected above Lookout Point Dam (Middle Fork Willamette River), where RBT occur in absence of any EW or EW × RBT hybrid signal (Fig. 1).

Regardless of possible interactions between native *O. mykiss* forms, the genetic influence from introduced SS steelhead among fish captured above Foster Dam was significantly less than found below this South Santiam Dam. Weigel et al. (2019) similarly found that most (67 to 78.5%) adult steelhead transported and released above Foster Dam during a 5-year study (2012–2016) assigned as winter-run steelhead. Relying on data from two markers that associate with adult run timing in steelhead (see Hess et al. 2016; Prince et al. 2017; Micheletti et al. 2018), Weigel et al. (2019) also reported that in some years up to a third of transported adults appeared to be EW steelhead backcrossed with EW × SS hybrids. The much lower percentage of hybrids detected among juveniles sampled above Foster Dam in our study (2% of above-dam collection), relative to adults classified as hybrids in their study (26% of adults released), might be explained by lower reproductive success of backcross adults (i.e. hybrids producing fewer juveniles), dilution of the hybrid signal following an additional round of interbreeding with pure EW steelhead, or possibly methodological differences. Although the disparity between hybrid fractions for juveniles examined by our study and adults examined by Weigel et al. (2019) is not likely an artifact of marker choice, per se, results could be influenced by the small number of markers used.

We found that data from 15 microsatellite markers provided inadequate statistical power to confidently assign juvenile steelhead to hybrid classes (Fig. 4). Weigel et al. (2019) genotyped steelhead at 268 SNPs to inform pedigree analyses, but only 2 of these loci were used to assign steelhead to hybrid classes and the authors did not report statistical confidence of assignments. Although hybrid class assignments could provide valuable information to fisheries managers, potentially disentangling the residual effects of past hatchery practices from the footprint of contemporary processes, conservation actions should be based on statistically sound genetic approaches. Low assignment accuracy, as would be reasonably expected from only two SNPs, might be improved simply through inclusion of additional markers. For example, Pritchard et al. (2016) used simulations to demonstrate that as few as 120 SNPs could be used to accurately assign Atlantic salmon (*Salmo salar*) to diverse hybrid classes produced through interbreeding of wild and domesticated stocks, but that accuracy quickly eroded with fewer than 80 loci.

In some cases, the recovery of native steelhead in the UWR will require particularly creative solutions to complex problems. The successful reintroduction of steelhead to Upper South Santiam River spawning grounds may be attributed, in part, to the relatively low height of Foster Dam (38.4 m) that promotes safe juvenile passage over its spillways. Unfortunately, reintroduction of EW steelhead to the Upper North Santiam River is complicated by the relatively high Detroit Dam (141 m). Upstream migration of adult steelhead has been blocked by this dam since its construction in 1953, and seaward migration of juveniles would involve either a perilous plunge over the tall spillway or lethal passage through hydroelectric turbines (Duncan and Carlson 2011; Fu et al. 2016). It is therefore understandable that EW steelhead have not been released above Detroit Dam, with the rare exceptions of early hatchery attempts to propagate the stock and a recent experimental group of tagged juveniles that were released in November of 2014, after our field collections. Interestingly, genetic assignments of the six juvenile fish we sampled above Detroit Dam suggest that *O. mykiss* in the upper North Santiam are primarily descended from EW steelhead, a relic of the anadromous population that once spawned there. But because selection against anadromy can occur rapidly and with lasting

consequences (Pearse et al. 2009; but also see Apgar et al. 2017), this residualized population might not meaningfully contribute to native steelhead recovery even with improved dam passage. Further complicating matters, the North Santiam's below-dam population appears to contain a high proportion of non-native WW steelhead, which would not serve as appropriate founders for reintroduction efforts. Therefore, if fish passage at Detroit Dam is improved, we recommend that managers consider using genetic tools to positively identify EW steelhead for reintroduction purposes.

In recent years, managers have considered various conservation measures that might lessen genetic risks from UWR hatchery programs to native *O. mykiss* stocks. Pressure-induced triploidy is now used to sterilize and genetically contain rainbow trout released from hatcheries into western Oregon streams, and the complete absence of the cultured stock (ODFW stock 072) in our collection suggests that this approach has effectively controlled natural reproduction by hatchery rainbow trout. Johnson et al. (2019) investigated the feasibility of using this technique to manage genetic risk from hatchery SS steelhead, but reported unacceptably high mortality shortly after juvenile transition to saltwater. Other conservation measures, such as reductions to the number of juvenile hatchery steelhead released, selection for greater reproductive isolation from wild stocks through earlier spawning of hatchery steelhead, cessation of "recycling" (i.e. downstream releases of adult hatchery steelhead), and sanctioned harvest of unmarked steelhead during summer months (ODFW 2018) have been adopted and should limit potentially negative interactions between hatchery and wild stocks. Recently implemented controls on pinnipeds that depredate winter steelhead as they prepare to ascend Willamette Falls should also provide some respite for threatened EW steelhead (Falcy 2017).

However, broad sense recovery for this species will likely require substantially improved dam passage, habitat access and water quality (ODFW and NMFS 2011). Results from our study further suggest that to meet the intents of the U.S. Endangered Species Act and ODFW's Native Fish Conservation Policy (ODFW 2003), managers should not only continue to implement actions to limit risks from existing hatchery programs, but also address the genetic legacy of discontinued programs. Early-winter fisheries restricted to western UWR tributaries, where non-native WW steelhead have naturalized, might lessen the genetic influence from this introduced stock with little or no significant impact to EW steelhead. Finally, regular genetic monitoring with tools capable of discriminating amongst hybrid classes should be used to evaluate the effectiveness of management actions intended to protect native steelhead in the UWR.

**Acknowledgements** We thank Portland General Electric for permission to capture and sample juvenile steelhead at their Sullivan Power Plant (Willamette Falls). This work was made possible through the tremendous field efforts of Oregon State University's Stream Team, led by Stan Gregory, as well as ODFW staff Eric Bailey, Kersten Schnurle, Luke Whitman, Greg Grenbemer, Brett Boyd, Dan Peck, Kurt Kremers, Mike Hogansen, and many more. We thank Jon Bowers (ODFW) for assistance with ArcGIS and map development, and Matt Falcy (ODFW) for R support and HYBRIDDECTIVE analyses. We thank Bill Marshall (Cascade Timber Consulting), Mark Giustina (Giustina Land and Timber Co.), David Sweeney (Stimson Lumber Co.), Scott Marlega and Denise Lindly (both Weyerhaeuser Company) for providing permits to access streams on private timberlands. Maureen Hess (Columbia River Inter-Tribal Fish Commission) collected data for several baseline populations included in our study. Funding for collection and analysis of samples was provided, in part, by the U.S. Army Corps of Engineers, Portland District (Task Order W9127N-10-02-0008-0015) and the ODFW Restoration and Enhancement Board (Project 13-055). Field work performed by ODFW biologists was conducted with animal handling authorization provided by Oregon Administrative Rule 635-011-0066.

**Author contributions** All authors contributed to study concept, data collection and writing. MAJ prepared the first draft of the manuscript. All authors contributed to and approved the final draft.

**Funding** Financial support for this work was provided by the Oregon Department of Fish and Wildlife (ODFW), the U.S. Army Corps of Engineers, Portland District (Task Order W9127N-10-02-0008-0015) and the ODFW Restoration and Enhancement Board (Project 13-055).

**Data availability** Data and Supplementary Materials are available at https://doi.org/10.17632/hnp7dsrtdk.2.

### Compliance with ethical standards

**Conflict of interest** The authors have no conflicts of interest to report.

**Consent for publication** All authors have approved the publication of this manuscript.

**Ethical approval** Ethical animal handling and care was performed by Oregon Department of Fish and Wildlife, as authorized by Oregon Administrative Rule 635-011-0066.

**Informed consent** Not applicable.

### References

Allendorf FW, Leary RF, Spruell P, Wenburg JK (2001) The problems with hybrids: setting conservation guidelines. Trends Ecol Evol 16:613–622

Anderson EC (2008) Bayesian inference of species hybrids using multilocus dominant genetic markers. Philos Trans R Soc Lond B 363:2841–2850

Anderson EC, Thompson EA (2002) A model-based method for identifying species hybrids using multilocus genetic data. Genetics 160:1217–1229

Apgar TM, Pearse DE, Palkovacs EP (2017) Evolutionary restoration potential evaluated through the use of a trait-linked genetic marker. Evol Appl 10:485–497

Araki H, Cooper B, Blouin MS (2007) Genetic effects of captive breeding cause a rapid, cumulative fitness decline in the wild. Science 318:100–103



Araki H, Cooper B, Blouin MS (2009) Carry-over effect of captive breeding reduces reproductive fitness of wild-born descendants in the wild. Biol Lett 5:621–624

Auld HL, Noakes DLG, Banks MA (2019) Advancing mate choice studies in salmonids. Rev Fish Biol Fish 29:249–276

Banks MA, Blouin MS, Baldwin BA et al (1999) Isolation and inheritance of novel microsatellites in chinook salmon (*Oncorhynchus tschawytscha*). J Hered 90:281–288

Belkhir K, Borsa P, Chikhi L et al (2001) GENETIX, software under WindowsTM for the genetic analysis of populations. Fr Lab Genome, Popul Interact CNRS UMR 5000, Montpellier

Brown RF, Wright BE, Tennis MJ, Jeffries S (2020) California sea lion (*Zalophus californianus*) monitoring in the Lower Columbia River, 1997–2018. Northwest Nat 101:92–103

Buchholz W, Miller SJ, Spearman WJ (1999) Summary of PCR primers for salmonid genetic studies. Fish Genetics Laboratory, US Fish and Wildlife Service

Cairney M, Taggart JB, Høyheim B (2000) Characterization of microsatellite and minisatellite loci in Atlantic salmon (*Salmo salar* L.) and cross-species amplification in other salmonids. Mol Ecol 9:2175–2178

Christie MR, Ford MJ, Blouin MS (2014) On the reproductive success of early-generation hatchery fish in the wild. Evol Appl 7:883–896

Christie MR, Marine ML, Fox SE et al (2016) A single generation of domestication heritably alters the expression of hundreds of genes. Nat Commun 7:1–6

Condrey MJ, Bentzen P (1998) Characterization of coastal cutthroat trout (*Oncorhynchus clarki* clarki) microsatellites and their conservation in other salmonids. Mol Ecol 7:787–789

Curulli I (2018) Ghost industries: industrial water landscapes on the Willamette River in Oregon. Altralinea Edizioni, Firenze

Duncan JP, Carlson TJ (2011) Characterization of fish passage conditions through a Francis turbine, spillway, and regulating outlet at Detroit Dam, Oregon, using sensor fish, 2009. Pacific Northwest National Lab. (PNNL), Richland. https://www.osti.gov/biblio/1013934. Accessed 2 Nov 2020

Evans ML, Johnson MA, Jacobson D et al (2016) Evaluating a multi-generational reintroduction program for threatened salmon using genetic parentage analysis. Can J Fish Aquat Sci 73:844–852

Falcy M (2017) The Population Viability of Willamette River winter steelhead. ODFW Technical Report. http://people.oregonstate.edu/~falcym/Report.pdf. Accessed 2 Nov 2020

Ford MJ (2002) Selection in captivity during supportive breeding may reduce fitness in the wild. Conserv Biol 16:815–825

Ford MJ, Albaugh A, Barnas K et al (2011) Status review update for Pacific salmon and steelhead listed under the Endangered Species Act: Pacific Northwest. NOAA Technical Memorandum. https://repository.library.noaa.gov/view/noaa/4018. Accessed 2 Nov 2020

Fraser DJ, Houde ALS, Debes PV et al (2010) Consequences of farmed–wild hybridization across divergent wild populations and multiple traits in salmon. Ecol Appl 20:935–953

Fu T, Deng ZD, Duncan JP et al (2016) Assessing hydraulic conditions through Francis turbines using an autonomous sensor device. Renew Energy 99:1244–1252

Hess JE, Zendt JS, Matala AR, Narum SR (2016) Genetic basis of adult migration timing in anadromous steelhead discovered through multivariate association testing. Proc R Soc B 283:20153064

Ivanova NV, Dewaard JR, Hebert PDN (2006) An inexpensive, automation-friendly protocol for recovering high-quality DNA. Mol Ecol Resour 6:998–1002

Jakobsson M, Rosenberg NA (2007) CLUMPP: a cluster matching and permutation program for dealing with label switching and multimodality in analysis of population structure. Bioinformatics 23:1801–1806

Johnson MA, Noakes DLG, Friesen TA et al (2019) Growth, survivorship, and juvenile physiology of triploid steelhead (*Oncorhynchus mykiss*). Fish Res 220:105350

Kalinowski ST, Manlove KR, Taper ML (2007) ONCOR a computer program for genetic stock identification. Montana State University, Department of Ecology, Bozeman

Martin-Wintle MS, Wintle NJP, Díez-León M et al (2019) Improving the sustainability of ex situ populations with mate choice. Zoo Biol 38:119–132

McConnell S, Hamilton L, Morris D et al (1995) Isolation of salmonid microsatellite loci and their application to the population genetics of Canadian east coast stocks of Atlantic salmon. Aquaculture 137:19–30

McElhany P, Chilcote M, Myers J, Beamesderfer R (2007) Viability status of Oregon salmon and steelhead populations in the Willamette and Lower Columbia Basins. Technical Report prepared for ODFW and NMFS

Micheletti SJ, Hess JE, Zendt JS, Narum SR (2018) Selection at a genomic region of major effect is responsible for evolution of complex life histories in anadromous steelhead. BMC Evol Biol 18:140

Morris DB, Richard KR, Wright JM (1996) Microsatellites from rainbow trout (*Oncorhynchus mykiss*) and their use for genetic study of salmonids. Can J Fish Aquat Sci 53:120–126

Myers JM, Busack CA, Rawding D et al (2006) Historical population structure of Pacific salmonids in the Willamette River and the Lower Columbia River Basins. NOAA Technical Memorandum. https://repository.library.noaa.gov/view/noaa/3461/noaa_3461_DS1.pdf. Accessed 2 Nov 2020

Nelson RJ, Beacham TD (1999) Isolation and cross species amplification of microsatellite loci useful for study of Pacific salmon. Anim Genet 30:228–229

NMFS (National Marine Fisheries Service) (1999) Endangered and threatened species: threatened status for two ESUs of steelhead in Washington and Oregon. Fed Regist 64:14517–14528

ODFW and NMFS (2011) Upper Willamette River conservation and recovery plan for Chinook salmon and steelhead. https://www.dfw.state.or.us/fish/crp/conservation_recovery_plans.asp. Accessed 2 Nov 2020

Olsen JB, Bentzen P, Seeb JE (1998) Characterization of seven microsatellite loci derived from pink salmon. Mol Ecol 7:1087–1090

Pearse DE, Hayes SA, Bond MH et al (2009) Over the falls? Rapid evolution of ecotypic differentiation in steelhead/rainbow trout (*Oncorhynchus mykiss*). J Hered 100:515–525

Prince DJ, O'Rourke SM, Thompson TQ et al (2017) The evolutionary basis of premature migration in Pacific salmon highlights the utility of genomics for informing conservation. Sci Adv 3:e1603198

Pritchard VL, Erkinaro J, Kent MP et al (2016) Single nucleotide polymorphisms to discriminate different classes of hybrid between wild Atlantic salmon and aquaculture escapees. Evol Appl 9:1017–1031

Sard NM, Johnson MA, Jacobson DP et al (2016) Genetic monitoring guides adaptive management of a migratory fish reintroduction program. Anim Conserv 19:570–577

Scribner KT, Gust JR, Fields RL (1996) Isolation and characterization of novel salmon microsatellite loci: cross-species amplification and population genetic applications. Can J Fish Aquat Sci 53:833–841

Smith CT, Koop BF, Nelson RJ (1998) Isolation and characterization of coho salmon (*Oncorhynchus kisutch*) microsatellites and their use in other salmonids. Mol Ecol 7:1614–1616

Spies IB, Brasier DJ, O'Reilly PTL et al (2005) Development and characterization of novel tetra-, tri-, and dinucleotide microsatellite markers in rainbow trout (*Oncorhynchus mykiss*). Mol Ecol Resour 5:278–281

Springer

Stephenson JJ, Campbell MR, Hess JE et al (2009) A centralized model for creating shared, standardized, microsatellite data that simplifies inter-laboratory collaboration. Conserv Genet 10:1145–1149

Taylor JE III (2009) Making salmon: an environmental history of the Northwest fisheries crisis. University of Washington Press, Seattle, p 421

Theriault V, Moyer GR, Jackson LS et al (2011) Reduced reproductive success of hatchery coho salmon in the wild: insights into most likely mechanisms. Mol Ecol 20:1860–1869

Vähä J, Primmer CR (2006) Efficiency of model-based Bayesian methods for detecting hybrid individuals under different hybridization scenarios and with different numbers of loci. Mol Ecol 15:63–72

Van Doornik DM, Hess MA, Johnson MA et al (2015) Genetic population structure of Willamette River steelhead and the influence of introduced stocks. Trans Am Fish Soc 144:150–162

Weigel D, Koch I, Monzyk F et al (2019) Evaluation of a trap-and-transport program for a threatened population of steelhead (*Oncorhynchus mykiss*). Conserv Genet 20:1195–1199

Weir BS, Cockerham CC (1984) Estimating F-statistics for the analysis of population structure. Evolution 38:1358–1370

Willoughby JR, Christie MR (2019) Long-term demographic and genetic effects of releasing captive-born individuals into the wild. Conserv Biol 33:377–388

Wringe BF, Stanley RRE, Jeffery NW et al (2017) HYBRIDDETECTIVE: a workflow and package to facilitate the detection of hybridization using genomic data in R. Mol Ecol Resour 17:e275–e284

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

