## Oregon Department of Fish and Wildlife
## 2020 Sport Fishing Catch - Steelhead
Expanded numbers by month, Last revised February 24, 2024

| Year | Species | Location | Waterbody Code | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oc | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | (Coastal Port) Astoria - 1 | 1 | 18 | 13 | 16 | 5 | 8 | 54 | 15 | 3 | 0 | 0 | 0 | 21 | 153 |
| 2020 | Steelhead | (Coastal Port) Nehalem Bay - 2 | 2 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 5 |
| 2020 | Steelhead | (Coastal Port) Garibaldi - 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 3 | 8 |
| 2020 | Steelhead | (Coastal Port) Netarts Bay - 4 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | (Coastal Port) Cp. Kiwanda & Pac. City - 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | (Coastal Port) Salmon River - 6 | 6 | 24 | 21 | 8 | 3 | 3 | 0 | 0 | 5 | 0 | 0 | 0 | 3 | 65 |
| 2020 | Steelhead | (Coastal Port) Siletz Bay - 7 | 7 | 3 | 19 | 5 | 10 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 39 |
| 2020 | Steelhead | (Coastal Port) Depoe Bay - 8 | 8 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2020 | Steelhead | (Coastal Port) Newport - 9 | 9 | 0 | 0 | 0 | 0 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2020 | Steelhead | (Coastal Port) Waldport - 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | (Coastal Port) Florence - 11 | 11 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2020 | Steelhead | (Coastal Port) Winchester Bay - 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | (Coastal Port) Charleston - 13 | 13 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | (Coastal Port) Bandon - 14 | 14 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | (Coastal Port) Port Orford - 15 | 15 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | (Coastal Port) Gold Beach - 16 | 16 | 24 | 24 | 8 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 62 |
| 2020 | Steelhead | (Coastal Port) Brookings - 17 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 5 |
| 2020 | Steelhead | (Coastal Port) Gearhart Beach N. to Astoria - 18 | 18 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | (Coastal Port) Cannon Beach - 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | (Coastal Port) Sunset Bay - 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | (Coastal Port) Alsea R & Bay - 21 | 21 | 97 | 496 | 66 | 12 | 0 | 0 | 0 | 0 | 3 | 3 | 5 | 29 | 710 |
| 2020 | Steelhead | Alsea R; North Fk - 22 | 22 | 845 | 720 | 264 | 131 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 163 | 2124 |
| 2020 | Steelhead | Alsea R; South Fk - 23 | 23 | 3 | 3 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2020 | Steelhead | Applegate R - 24 | 24 | 0 | 13 | 57 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78 |
| 2020 | Steelhead | Beaver Cr (Tillamook Co) - 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Big Cr (Lane Co) - 27 | 27 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 29 |
| 2020 | Steelhead | Big Elk Cr (Yaquina R) - 26 | 28 | 5 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 2020 | Steelhead | Chetco R & Bay - 31 | 31 | 155 | 465 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 752 |
| 2020 | Steelhead | Cook Cr (Nehalem R) - 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Coos R & Bay - 33 | 33 | 10 | 8 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 5 | 26 |

Exhibit 36
1 of 6

| Year | Species | Location | Code | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | Coos R; South Fk - 34 | 34 | 102 | 79 | 12 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 214 |
| 2020 | Steelhead | Coquille R & Bay - 35 | 35 | 3 | 23 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 |
| 2020 | Steelhead | Coquille R; North Fk - 36 | 36 | 229 | 161 | 31 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 442 |
| 2020 | Steelhead | Coquille R; East Fk - 37 | 37 | 3 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 31 |
| 2020 | Steelhead | Coquille R; South Fk - 38 | 38 | 241 | 809 | 216 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1310 |
| 2020 | Steelhead | Coquille R; Middle Fk - 39 | 39 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Drift Cr (Alsea R) - 43 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Drift Cr (Siletz R) - 44 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Eel Cr & Lake - 45 | 45 | 16 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47 |
| 2020 | Steelhead | Elk Cr (Clatsop Co) - 46 | 46 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Elk R - 47 | 47 | 8 | 5 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 24 |
| 2020 | Steelhead | Fall Cr (Alsea R) - 49 | 49 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Five Rivers (Alsea R) - 50 | 50 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Floras Cr & New R - 51 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Cow Cr - 52 | 52 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Hunter Cr - 54 | 54 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| 2020 | Steelhead | Illinois R - 55 | 55 | 0 | 5 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 2020 | Steelhead | Indian Cr (Siuslaw R) - 56 | 56 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Kilchis R - 57 | 57 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Lake Cr (Siuslaw R) - 58 | 58 | 8 | 39 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| 2020 | Steelhead | Miami R - 60 | 60 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Millicoma R - 61 | 62 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2020 | Steelhead | Millicoma R; East Fk - 63 | 63 | 112 | 57 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 193 |
| 2020 | Steelhead | Millicoma R; West Fk - 64 | 64 | 99 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 119 |
| 2020 | Steelhead | Necanicum R - 65 | 65 | 142 | 94 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 50 | 303 |
| 2020 | Steelhead | Nehalem R & Bay-below Hwy 26/Elsie - 66 | 66 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2020 | Steelhead | Nehalem R; North Fk - 67 | 67 | 239 | 68 | 10 | 0 | 0 | 0 | 0 | 3 | 0 | 5 | 12 | 101 | 439 |
| 2020 | Steelhead | Nestucca R & Bay - 69 | 69 | 161 | 981 | 512 | 194 | 7 | 22 | 80 | 67 | 5 | 18 | 0 | 24 | 2071 |
| 2020 | Steelhead | Little Nestucca R - 70 | 70 | 3 | 3 | 0 | 5 | 3 | 0 | 3 | 5 | 0 | 3 | 0 | 0 | 23 |
| 2020 | Steelhead | Rock Cr (Lane Co) - 72 | 72 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Soapstone Cr - 75 | 75 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Salmon R (Coast) - 77 | 77 | 8 | 44 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 65 |
| 2020 | Steelhead | Schooner Cr (Siletz R) - 80 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Siletz R & Bay - 81 | 81 | 142 | 670 | 275 | 184 | 21 | 10 | 37 | 8 | 10 | 0 | 3 | 34 | 1393 |
| 2020 | Steelhead | Siltcoos R & Lk - 84 | 84 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Siuslaw R & Bay - 85 | 85 | 55 | 254 | 94 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 8 | 417 |
| 2020 | Steelhead | Siuslaw R; North Fk - 86 | 86 | 5 | 42 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 55 |
| 2020 | Steelhead | Sixes R - 87 | 87 | 3 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| 2020 | Steelhead | Smith R - 89 | 89 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

Exhibit 36
2 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | Smith R; North Fk - 90 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Sweet Cr (Siuslaw R) - 92 | 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Tahkenitch Cr & Lk - 93 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Tenmile Cr & Lk (Coos Co) - 94 | 94 | 168 | 43 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 255 |
| 2020 | Steelhead | Tenmile Cr (Lane Co) - 95 | 95 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| 2020 | Steelhead | Three Rivers - 96 | 96 | 153 | 151 | 60 | 69 | 6 | 13 | 21 | 0 | 0 | 31 | 5 | 35 | 545 |
| 2020 | Steelhead | Tillamook Bay - 97 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Tillamook R - 98 | 98 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Trask R - 99 | 99 | 115 | 246 | 80 | 30 | 5 | 0 | 8 | 3 | 3 | 3 | 0 | 17 | 509 |
| 2020 | Steelhead | Trask R; North Fk - 100 | 100 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 10 |
| 2020 | Steelhead | Trask R; South Fk - 101 | 101 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 5 |
| 2020 | Steelhead | Umpqua R & Bay - 102 | 102 | 20 | 501 | 166 | 5 | 8 | 13 | 21 | 0 | 3 | 3 | 0 | 13 | 752 |
| 2020 | Steelhead | Umpqua R; North Fk-below Winch. Dam - 103 | 103 | 13 | 59 | 37 | 0 | 12 | 58 | 3 | 5 | 3 | 0 | 0 | 3 | 192 |
| 2020 | Steelhead | Umpqua R; South Fk - 104 | 104 | 108 | 530 | 476 | 53 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 10 | 1182 |
| 2020 | Steelhead | Wilson R - 105 | 105 | 491 | 1799 | 740 | 272 | 13 | 10 | 106 | 84 | 41 | 10 | 5 | 59 | 3630 |
| 2020 | Steelhead | Wilson R; South Fk - 106 | 106 | 8 | 15 | 5 | 5 | 0 | 0 | 18 | 3 | 0 | 0 | 0 | 3 | 57 |
| 2020 | Steelhead | Wilson R, Little North Fk - 107 | 107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Winchuck R - 108 | 108 | 0 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| 2020 | Steelhead | Yachats R - 110 | 110 | 0 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 2020 | Steelhead | Yaquina R & Bay - 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Beaver Cr (Columbia Co) - 115 | 115 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Big Cr (Clatsop Co) - 116 | 116 | 89 | 18 | 3 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 11 | 129 | 258 |
| 2020 | Steelhead | Clackamas R - below Carver Br- 122 | 122 | 42 | 174 | 124 | 18 | 10 | 16 | 8 | 8 | 5 | 0 | 5 | 13 | 423 |
| 2020 | Steelhead | Clatskanie R - 123 | 123 | 3 | 3 | 0 | 0 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| 2020 | Steelhead | Deschutes R - below Sherars Falls - 131 | 131 | 3 | 3 | 0 | 0 | 0 | 0 | 99 | 434 | 599 | 153 | 16 | 8 | 1315 |
| 2020 | Steelhead | Eagle Cr (Clackamas R) - 132 | 132 | 5 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 8 | 26 |
| 2020 | Steelhead | Eagle Cr (Columbia R) - 133 | 133 | 3 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2020 | Steelhead | Fall Cr (Willamette R) - 134 | 134 | 0 | 3 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 3 | 3 | 3 | 16 |
| 2020 | Steelhead | Gnat Cr - 138 | 138 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 114 |
| 2020 | Steelhead | Herman Cr (Columbia R) - 140 | 140 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Lost Cr (Will. R Middle Fk) - 141 | 141 | 10 | 16 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| 2020 | Steelhead | Imnaha R - 144 | 144 | 3 | 16 | 21 | 10 | 0 | 0 | 0 | 0 | 0 | 38 | 0 | 0 | 87 |
| 2020 | Steelhead | Johnson Cr (Willamette R) - 148 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Blind/Knappa Slough - 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Klaskanine R - 151 | 151 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 21 |

Exhibit 36
3 of 6

| Year | Species | Location | # | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | Klaskanine R; North Fk - 152 | 152 | 8 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 61 |
| 2020 | Steelhead | Lewis & Clark R - 154 | 154 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | McKenzie R - below Leaburg Dam - 155 | 155 | 0 | 0 | 0 | 3 | 17 | 16 | 45 | 43 | 5 | 16 | 23 | 5 | 171 |
| 2020 | Steelhead | Little Luckiamute R - 156 | 156 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | McKenzie R - above Leaburg Dam - 158 | 158 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 8 | 8 | 0 | 0 | 3 | 23 |
| 2020 | Steelhead | Molalla R - 164 | 164 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Salmon R (Sandy R) - 167 | 167 | 0 | 5 | 0 | 0 | 3 | 3 | 10 | 10 | 8 | 0 | 0 | 0 | 39 |
| 2020 | Steelhead | Sandy R -mouth to Revenue Br. - 168 | 168 | 114 | 313 | 194 | 45 | 78 | 117 | 267 | 58 | 41 | 31 | 4 | 44 | 1306 |
| 2020 | Steelhead | Santiam R - 169 | 169 | 0 | 0 | 0 | 2 | 4 | 10 | 3 | 0 | 3 | 0 | 5 | 0 | 27 |
| 2020 | Steelhead | Santiam R; North Fk - 170 | 170 | 0 | 0 | 3 | 3 | 4 | 13 | 23 | 0 | 0 | 0 | 0 | 0 | 46 |
| 2020 | Steelhead | Santiam R; Little North Fk - 171 | 171 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 |
| 2020 | Steelhead | Santiam R; South Fk - 172 | 172 | 0 | 3 | 0 | 7 | 34 | 24 | 96 | 31 | 16 | 4 | 5 | 0 | 219 |
| 2020 | Steelhead | Snake R - 176 | 176 | 6 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 33 | 37 | 102 |
| 2020 | Steelhead | Tanner Cr - 178 | 178 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2020 | Steelhead | Tualatin R - 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Springfield Mill Race - 183 | 183 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 5 |
| 2020 | Steelhead | Wenaha R - 184 | 184 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Willamette R & Slough - below Ore. City Falls - 185 | 185 | 8 | 26 | 7 | 20 | 34 | 42 | 16 | 3 | 3 | 0 | 3 | 3 | 162 |
| 2020 | Steelhead | Willamette R - above Ore. City Falls - 186 | 186 | 0 | 0 | 4 | 15 | 21 | 21 | 35 | 21 | 37 | 23 | 8 | 0 | 185 |
| 2020 | Steelhead | Alton Baker Canoe Canal (Willamette R) - 187 | 187 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2020 | Steelhead | Willamette R; Middle Fk - 188 | 188 | 3 | 3 | 10 | 0 | 46 | 84 | 104 | 91 | 58 | 220 | 112 | 38 | 769 |
| 2020 | Steelhead | Yamhill R - 190 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Youngs R & Bay - 193 | 193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Plympton Cr - 196 | 196 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Umpqua R - North Fk Winch. Dam to Rock Cr - 201 | 201 | 0 | 18 | 33 | 0 | 5 | 23 | 70 | 34 | 18 | 7 | 11 | 5 | 223 |
| 2020 | Steelhead | Clackamas R - above N Fk Dam - 202 | 202 | 5 | 10 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 2020 | Steelhead | Deschutes R - above Sherars Falls &White R - 203 | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 23 | 31 | 70 | 37 | 18 | 193 |
| 2020 | Steelhead | Nehalem R - above Hwy 26/Elsie - 204 | 204 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Sandy R- Revenue Br. to Salmon R - 205 | 205 | 5 | 15 | 10 | 10 | 8 | 8 | 13 | 13 | 18 | 3 | 0 | 5 | 109 |

Exhibit 36
4 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | John Day Arm - 208 | 208 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 40 | 6 | 54 |
| 2020 | Steelhead | Little Fall Cr (Willamette R) - 209 | 209 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Willamette R; Coast Fk - 210 | 210 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 3 | 0 | 5 | 0 | 3 | 13 |
| 2020 | Steelhead | Col. R (mainstem) Buoy 10 to Tongue Pt - 211 | 211 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 3 |
| 2020 | Steelhead | Col. R (mainstem) Tongue Pt to Longview Br. - 212 | 212 | 0 | 3 | 3 | 0 | 201 | 545 | 197 | 2 | 0 | 0 | 0 | 5 | 955 |
| 2020 | Steelhead | Col. R (mainstem) Longview Br to I-5 Br - 213 | 213 | 3 | 0 | 5 | 0 | 34 | 81 | 62 | 3 | 3 | 0 | 0 | 0 | 189 |
| 2020 | Steelhead | Col. R (mainstem) I-5 Br. to Bon. Dam - 214 | 214 | 8 | 0 | 5 | 0 | 0 | 3 | 134 | 3 | 0 | 0 | 0 | 3 | 155 |
| 2020 | Steelhead | Col. R (mainstem) Bon. Dam to The Dalles Dam - 215 | 215 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 3 | 0 | 8 |
| 2020 | Steelhead | Col. R (mainstem) The Dalles Dam to John Day Dam - 216 | 216 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 13 | 12 | 44 |
| 2020 | Steelhead | Col. R (mainstem) John Day Dam to McNary Dam - 217 | 217 | 8 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 5 | 50 |
| 2020 | Steelhead | Col. R (mainstem) McNary Dam to Stateline - 218 | 218 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 55 | 23 | 81 |
| 2020 | Steelhead | Umpqua R; North Fk - Rock Cr to Soda Springs (Fly Area) - 219 | 219 | 0 | 0 | 0 | 0 | 3 | 0 | 10 | 5 | 0 | 31 | 13 | 3 | 65 |
| 2020 | Steelhead | Row R - 221 | 221 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 |
| 2020 | Steelhead | Blue R (McKenzie R) - 223 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Rogue R - Bay up to Elephant Rock - 225 | 225 | 10 | 16 | 0 | 3 | 0 | 0 | 0 | 3 | 3 | 11 | 0 | 0 | 45 |
| 2020 | Steelhead | Rogue R - Elephant Rock to Grave Cr - 226 | 226 | 83 | 124 | 26 | 23 | 0 | 0 | 0 | 0 | 16 | 32 | 5 | 3 | 313 |
| 2020 | Steelhead | Rogue R - Grave Cr to Fishers Ferry Boat Ramp - 227 | 227 | 13 | 124 | 239 | 74 | 10 | 0 | 16 | 49 | 40 | 102 | 34 | 5 | 706 |
| 2020 | Steelhead | Rogue R -above Fishers Ferry Boat Ramp - 228 | 228 | 257 | 141 | 100 | 86 | 38 | 10 | 100 | 168 | 127 | 120 | 135 | 95 | 1377 |
| 2020 | Steelhead | Hood R - 229 | 229 | 18 | 53 | 142 | 206 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 8 | 439 |
| 2020 | Steelhead | Grande Ronde R - Stateline to Wildcat Br. - 231 | 231 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 55 | 53 | 16 | 131 |
| 2020 | Steelhead | Grande Ronde R - Wildcat Br. to Island City Br. - 232 | 232 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 14 | 5 | 3 | 30 |
| 2020 | Steelhead | Grande Ronde R - above Island City Br. - 233 | 233 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |

Exhibit 36
5 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Steelhead | Wallowa R - mouth to Minam State Park - 234 | 234 | 5 | 21 | 29 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 76 |
| 2020 | Steelhead | Wallowa R - above Minam State Park - 235 | 235 | 10 | 18 | 34 | 15 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 81 |
| 2020 | Steelhead | Umatilla R -below Three-Mile Dam - 236 | 236 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 16 | 5 | 5 | 34 |
| 2020 | Steelhead | Umatilla R - above Nolin - 237 | 237 | 0 | 0 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 3 | 18 |
| 2020 | Steelhead | John Day R - below Cottonwood Br. - 238 | 238 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 3 | 36 |
| 2020 | Steelhead | John Day R - above Cottonwood Br. - 239 | 239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| 2020 | Steelhead | Isthmus Slough (Coos Bay) - 240 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Lookingglass Cr - 241 | 241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Steelhead | Umatilla R - Three-Mile Dam to Nolin - 243 | 243 | 8 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 15 |
| 2020 | Steelhead | Sandy R - above Salmon R - 244 | 244 | 0 | 8 | 8 | 0 | 3 | 0 | 3 | 3 | 5 | 0 | 8 | 5 | 42 |
| 2020 | Steelhead | Clackamas R - Carver Br. to Bakers Ferry Rd - 245 | 245 | 28 | 111 | 63 | 13 | 13 | 3 | 16 | 5 | 12 | 10 | 5 | 26 | 305 |
| 2020 | Steelhead | Clackamas R - Bakers Ferry Rd to River Mill Dam - 246 | 246 | 18 | 118 | 159 | 13 | 2 | 43 | 32 | 8 | 10 | 16 | 3 | 26 | 448 |
| 2020 | Steelhead | Clackamas R - River Mill Dam to Cazadero Dam - 247 | 247 | 0 | 13 | 10 | 0 | 39 | 52 | 65 | 5 | 3 | 5 | 11 | 17 | 220 |
| 2020 | Steelhead | John Day R (Clatsop Co) - 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 11 |

Exhibit 36
6 of 6