Oregon Department of Fish and Wildlife
2021 Sport Fishing Catch - Steelhead
Expanded numbers by month, Last revised February 24, 2024

| Year | Species | Location | Waterbody Code | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oc | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | (Coastal Port) Astoria - 1 | 1 | 2 | 2 | 5 | 0 | 2 | 0 | 2 | 5 | 7 | 6 | 0 | 13 | 44 |
| 2021 | Steelhead | (Coastal Port) Nehalem Bay - 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 5 | 13 |
| 2021 | Steelhead | (Coastal Port) Garibaldi - 3 | 3 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2021 | Steelhead | (Coastal Port) Netarts Bay - 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Cp. Kiwanda & Pac. City - 5 | 5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | (Coastal Port) Salmon River - 6 | 6 | 2 | 13 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 2021 | Steelhead | (Coastal Port) Siletz Bay - 7 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 5 |
| 2021 | Steelhead | (Coastal Port) Depoe Bay - 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Newport - 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | (Coastal Port) Waldport - 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021 | Steelhead | (Coastal Port) Florence - 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 5 |
| 2021 | Steelhead | (Coastal Port) Winchester Bay - 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 |
| 2021 | Steelhead | (Coastal Port) Charleston - 13 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Bandon - 14 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021 | Steelhead | (Coastal Port) Port Orford - 15 | 15 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2021 | Steelhead | (Coastal Port) Gold Beach - 16 | 16 | 11 | 20 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 36 |
| 2021 | Steelhead | (Coastal Port) Brookings - 17 | 17 | 11 | 7 | 5 | 0 | 0 | 2 | 0 | 0 | 2 | 4 | 0 | 12 | 43 |
| 2021 | Steelhead | (Coastal Port) Gearhart Beach N. to Astoria - 18 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Cannon Beach - 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Sunset Bay - 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | (Coastal Port) Alsea R & Bay - 21 | 21 | 144 | 128 | 50 | 5 | 0 | 2 | 0 | 5 | 0 | 0 | 2 | 245 | 581 |
| 2021 | Steelhead | Alsea R; North Fk - 22 | 22 | 355 | 338 | 79 | 7 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 481 | 1262 |
| 2021 | Steelhead | Alsea R; South Fk - 23 | 23 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 |
| 2021 | Steelhead | Applegate R - 24 | 24 | 2 | 13 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| 2021 | Steelhead | Beaver Cr (Lincoln Co) - 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021 | Steelhead | Beaver Cr (Tillamook Co) - 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Big Cr (Lane Co) - 27 | 27 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 |
| 2021 | Steelhead | Big Elk Cr (Yaquina R) - 28 | 28 | 11 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |

Exhibit 37
1 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | Cape Cr - 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Chetco R & Bay - 31 | 31 | 133 | 74 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129 | 377 |
| 2021 | Steelhead | Cook Cr (Nehalem R) - 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Coos R & Bay - 33 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 23 | 25 |
| 2021 | Steelhead | Coos R; South Fk - 34 | 34 | 49 | 20 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 256 | 331 |
| 2021 | Steelhead | Coquille R & Bay - 35 | 35 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2021 | Steelhead | Coquille R; North Fk - 36 | 36 | 87 | 60 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 | 252 |
| 2021 | Steelhead | Coquille R; East Fk - 37 | 37 | 9 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| 2021 | Steelhead | Coquille R; South Fk - 38 | 38 | 172 | 209 | 72 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 | 540 |
| 2021 | Steelhead | Coquille R; Middle Fk - 39 | 39 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Deadwood Cr (Siuslaw R) - 42 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Drift Cr (Alsea R) - 43 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Drift Cr (Siletz R) - 44 | 44 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Eel Cr & Lake - 45 | 45 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2021 | Steelhead | Elk Cr (Clatsop Co) - 46 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Elk R - 47 | 47 | 7 | 24 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 43 |
| 2021 | Steelhead | Fall Cr (Alsea R) - 49 | 49 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Floras Cr & New R - 51 | 51 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Hunter Cr - 54 | 54 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
| 2021 | Steelhead | Illinois R - 55 | 55 | 4 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 2021 | Steelhead | Indian Cr (Siuslaw R) - 56 | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Kilchis R - 57 | 57 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2021 | Steelhead | Lake Cr (Siuslaw R) - 58 | 58 | 4 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 27 |
| 2021 | Steelhead | Miami R - 60 | 60 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2021 | Steelhead | Millicoma R - 62 | 62 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Millicoma R; East Fk - 63 | 63 | 48 | 8 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 305 | 371 |
| 2021 | Steelhead | Millicoma R; West Fk - 64 | 64 | 27 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | 175 |
| 2021 | Steelhead | Necanicum R - 65 | 65 | 87 | 13 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 294 | 400 |
| 2021 | Steelhead | Nehalem R & Bay-below Hwy 26/Elsie - 66 | 66 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2021 | Steelhead | Nehalem R; North Fk - 67 | 67 | 128 | 34 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 546 | 739 |
| 2021 | Steelhead | Nestucca R & Bay - 69 | 69 | 230 | 369 | 360 | 21 | 2 | 12 | 17 | 7 | 5 | 9 | 0 | 55 | 1086 |
| 2021 | Steelhead | Little Nestucca R - 70 | 70 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 5 | 9 |
| 2021 | Steelhead | Pistol R - 71 | 71 | 7 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 20 |
| 2021 | Steelhead | Salmon R (Coast) - 77 | 77 | 15 | 42 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 69 |
| 2021 | Steelhead | Schooner Cr (Siletz R) - 80 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Siletz R & Bay - 81 | 81 | 137 | 185 | 238 | 31 | 2 | 7 | 2 | 0 | 4 | 0 | 2 | 129 | 739 |
| 2021 | Steelhead | Siltcoos R & Lk - 84 | 84 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 5 |
| 2021 | Steelhead | Siuslaw R & Bay - 85 | 85 | 80 | 52 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 275 |
| 2021 | Steelhead | Siuslaw R; North Fk - 86 | 86 | 9 | 4 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 27 |

Exhibit 37
2 of 6

| Year | Species | Location | ID | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | Sixes R - 87 | 87 | 4 | 29 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| 2021 | Steelhead | Smith R - 89 | 89 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Smith R; North Fk - 90 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Tahkenitch Cr & Lk - 93 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Tenmile Cr & Lk (Coos Co) - 94 | 94 | 58 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 | 159 |
| 2021 | Steelhead | Tenmile Cr (Lane Co) - 95 | 95 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2021 | Steelhead | Three Rivers - 96 | 96 | 67 | 77 | 58 | 6 | 2 | 19 | 7 | 0 | 0 | 3 | 7 | 63 | 309 |
| 2021 | Steelhead | Tillamook Bay - 97 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021 | Steelhead | Tillamook R - 98 | 98 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Trask R - 99 | 99 | 63 | 42 | 51 | 5 | 0 | 2 | 5 | 0 | 2 | 2 | 0 | 18 | 191 |
| 2021 | Steelhead | Trask R; North Fk - 100 | 100 | 2 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2021 | Steelhead | Trask R; South Fk - 101 | 101 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Umpqua R & Bay - 102 | 102 | 73 | 27 | 9 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 | 193 |
| 2021 | Steelhead | Umpqua R; North Fk-below Winch. Dam - 103 | 103 | 6 | 17 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 37 |
| 2021 | Steelhead | Umpqua R; South Fk - 104 | 104 | 122 | 141 | 101 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57 | 441 |
| 2021 | Steelhead | Wilson R - 105 | 105 | 468 | 794 | 630 | 87 | 2 | 16 | 30 | 34 | 18 | 12 | 0 | 172 | 2263 |
| 2021 | Steelhead | Wilson R; South Fk - 106 | 106 | 17 | 20 | 7 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 5 | 2 | 61 |
| 2021 | Steelhead | Wilson R, Little North Fk - 107 | 107 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2021 | Steelhead | Winchuck R - 108 | 108 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2021 | Steelhead | Yachats R - 110 | 110 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2021 | Steelhead | Yaquina R & Bay - 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Bear Cr (Clatsop Co) - 114 | 114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2021 | Steelhead | Beaver Cr (Columbia Co) - 115 | 115 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Big Cr (Clatsop Co) - 116 | 116 | 20 | 2 | 2 | 0 | 2 | 5 | 0 | 0 | 0 | 0 | 26 | 272 | 329 |
| 2021 | Steelhead | Bull Run R - 117 | 117 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Catherine Cr - 120 | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Clackamas R - below Carver Br- 122 | 122 | 17 | 19 | 11 | 5 | 5 | 2 | 0 | 0 | 2 | 2 | 0 | 25 | 88 |
| 2021 | Steelhead | Clatskanie R - 123 | 123 | 2 | 0 | 2 | 0 | 0 | 7 | 0 | 2 | 0 | 0 | 0 | 6 | 20 |
| 2021 | Steelhead | Deschutes R - below Sherars Falls - 131 | 131 | 2 | 0 | 0 | 0 | 9 | 5 | 22 | 142 | 0 | 0 | 0 | 0 | 180 |
| 2021 | Steelhead | Eagle Cr (Clackamas R) - 132 | 132 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 8 |
| 2021 | Steelhead | Eagle Cr (Columbia R) - 133 | 133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 7 | 12 |
| 2021 | Steelhead | Fall Cr (Willamette R) - 134 | 134 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Gales Cr (Tualitin R) - 137 | 137 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Gnat Cr - 138 | 138 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 73 | 102 |
| 2021 | Steelhead | Mosby Cr (Will R. Coast Fk) - 139 | 139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Herman Cr (Columbia R) - 140 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |

Exhibit 37
3 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | Imnaha R - 144 | 144 | 0 | 0 | 38 | 9 | 0 | 0 | 0 | 0 | 0 | 8 | 13 | 2 | 71 |
| 2021 | Steelhead | Johnson Cr (Willamette R) - 148 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Blind/Knappa Slough - 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Klaskanine R - 151 | 151 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 25 |
| 2021 | Steelhead | Klaskanine R; North Fk - 152 | 152 | 16 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 146 | 171 |
| 2021 | Steelhead | Klaskanine R; South Fk - 153 | 153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Lewis & Clark R - 154 | 154 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | McKenzie R - below Leaburg Dam - 155 | 155 | 0 | 0 | 0 | 2 | 16 | 11 | 2 | 2 | 2 | 2 | 2 | 0 | 41 |
| 2021 | Steelhead | McKenzie R - above Leaburg Dam - 158 | 158 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Molalla R - 164 | 164 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Rickreal Cr - 165 | 165 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Salmon R (Sandy R) - 167 | 167 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Sandy R -mouth to Revenue Br. - 168 | 168 | 110 | 66 | 22 | 11 | 23 | 40 | 26 | 26 | 27 | 16 | 2 | 124 | 493 |
| 2021 | Steelhead | Santiam R - 169 | 169 | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2021 | Steelhead | Santiam R; North Fk - 170 | 170 | 0 | 0 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2021 | Steelhead | Santiam R; Little North Fk - 171 | 171 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Santiam R; South Fk - 172 | 172 | 0 | 0 | 0 | 0 | 9 | 2 | 2 | 2 | 3 | 2 | 0 | 0 | 20 |
| 2021 | Steelhead | Snake R - 176 | 176 | 16 | 9 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 15 | 12 | 85 |
| 2021 | Steelhead | Tanner Cr - 178 | 178 | 0 | 0 | 0 | 5 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| 2021 | Steelhead | Tualatin R - 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Walla Walla R - 182 | 182 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Willamette R & Slough - below Ore. City Falls - 185 | 185 | 8 | 14 | 16 | 16 | 9 | 7 | 0 | 0 | 0 | 0 | 0 | 11 | 82 |
| 2021 | Steelhead | Willamette R - above Ore. City Falls - 186 | 186 | 0 | 0 | 0 | 5 | 2 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 14 |
| 2021 | Steelhead | Alton Baker Canoe Canal (Willamette R) - 187 | 187 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Willamette R; Middle Fk - 188 | 188 | 11 | 9 | 5 | 32 | 42 | 19 | 28 | 19 | 21 | 57 | 15 | 0 | 256 |
| 2021 | Steelhead | Yamhill R - 190 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Youngs R & Bay - 193 | 193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Plympton Cr - 196 | 196 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Umpqua R - North Fk Winch. Dam to Rock Cr - 201 | 201 | 7 | 9 | 14 | 10 | 5 | 9 | 0 | 0 | 0 | 0 | 0 | 2 | 54 |
| 2021 | Steelhead | Clackamas R - above N Fk Dam - 202 | 202 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 5 | 7 |

Exhibit 37
4 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | Deschutes R - above Sherars Falls &White R - 203 | 203 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 7 | 11 | 2 | 0 | 0 | 29 |
| 2021 | Steelhead | Nehalem R - above Hwy 26/Elsie - 204 | 204 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Sandy R- Revenue Br. to Salmon R - 205 | 205 | 9 | 2 | 0 | 2 | 0 | 0 | 5 | 0 | 2 | 2 | 0 | 2 | 25 |
| 2021 | Steelhead | John Day Arm - 208 | 208 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 2021 | Steelhead | Willamette R; Coast Fk - 210 | 210 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2021 | Steelhead | Col. R (mainstem) Buoy 10 to Tongue Pt - 211 | 211 | 0 | 2 | 2 | 0 | 0 | 26 | 2 | 0 | 0 | 0 | 0 | 0 | 32 |
| 2021 | Steelhead | Col. R (mainstem) Tongue Pt to Longview Br. - 212 | 212 | 0 | 4 | 7 | 2 | 39 | 140 | 112 | 0 | 2 | 0 | 0 | 0 | 305 |
| 2021 | Steelhead | Col. R (mainstem) Longview Br to I-5 Br - 213 | 213 | 0 | 4 | 5 | 5 | 14 | 47 | 47 | 5 | 0 | 0 | 0 | 0 | 125 |
| 2021 | Steelhead | Col. R (mainstem) I-5 Br. to Bon. Dam - 214 | 214 | 0 | 0 | 0 | 0 | 0 | 2 | 55 | 0 | 0 | 0 | 0 | 0 | 58 |
| 2021 | Steelhead | Col. R (mainstem) Bon. Dam to The Dalles Dam - 215 | 215 | 2 | 0 | 0 | 2 | 0 | 0 | 21 | 2 | 2 | 0 | 0 | 0 | 30 |
| 2021 | Steelhead | Col. R (mainstem) The Dalles Dam to John Day Dam - 216 | 216 | 11 | 9 | 6 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 29 |
| 2021 | Steelhead | Col. R (mainstem) John Day Dam to McNary Dam - 217 | 217 | 0 | 0 | 6 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2021 | Steelhead | Col. R (mainstem) McNary Dam to Stateline - 218 | 218 | 13 | 4 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| 2021 | Steelhead | Umpqua R; North Fk - Rock Cr to Soda Springs (Fly Area) - 219 | 219 | 0 | 9 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 16 |
| 2021 | Steelhead | Row R - 221 | 221 | 4 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 7 | 2 | 5 | 23 |
| 2021 | Steelhead | Blue R (McKenzie R) - 223 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Neskowin Cr - 224 | 224 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 6 |
| 2021 | Steelhead | Rogue R - Bay up to Elephant Rock - 225 | 225 | 4 | 28 | 2 | 0 | 2 | 2 | 7 | 0 | 3 | 7 | 0 | 0 | 57 |
| 2021 | Steelhead | Rogue R - Elephant Rock to Grave Cr - 226 | 226 | 125 | 91 | 78 | 7 | 0 | 14 | 2 | 0 | 28 | 40 | 2 | 5 | 392 |
| 2021 | Steelhead | Rogue R - Grave Cr to Fishers Ferry Boat Ramp - 227 | 227 | 16 | 86 | 275 | 47 | 0 | 2 | 2 | 28 | 64 | 121 | 63 | 21 | 726 |
| 2021 | Steelhead | Rogue R -above Fishers Ferry Boat Ramp - 228 | 228 | 79 | 73 | 167 | 144 | 13 | 24 | 63 | 328 | 195 | 410 | 295 | 120 | 1912 |
| 2021 | Steelhead | Hood R - 229 | 229 | 15 | 13 | 33 | 55 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 133 |
| 2021 | Steelhead | Grande Ronde R - Stateline to Wildcat Br. - 231 | 231 | 33 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 46 | 31 | 158 |

Exhibit 37
5 of 6

| Year | Species | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Steelhead | Grande Ronde R - Wildcat Br. to Island City Br. - 232 | 232 | 16 | 13 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 9 | 2 | 52 |
| 2021 | Steelhead | Grande Ronde R - above Island City Br. - 233 | 233 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2021 | Steelhead | Wallowa R - mouth to Minam State Park - 234 | 234 | 62 | 78 | 142 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 298 |
| 2021 | Steelhead | Wallowa R - above Minam State Park - 235 | 235 | 11 | 24 | 119 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 5 | 200 |
| 2021 | Steelhead | Umatilla R -below Three-Mile Dam - 236 | 236 | 0 | 0 | 0 | 2 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2021 | Steelhead | Umatilla R - above Nolin - 237 | 237 | 7 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| 2021 | Steelhead | John Day R - below Cottonwood Br. - 238 | 238 | 11 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 20 |
| 2021 | Steelhead | Isthmus Slough (Coos Bay) - 240 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2021 | Steelhead | Umatilla R - Three-Mile Dam to Nolin - 243 | 243 | 2 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 14 |
| 2021 | Steelhead | Sandy R - above Salmon R - 244 | 244 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2021 | Steelhead | Clackamas R - Carver Br. to Bakers Ferry Rd - 245 | 245 | 28 | 52 | 72 | 5 | 12 | 7 | 0 | 5 | 5 | 5 | 7 | 35 | 232 |
| 2021 | Steelhead | Clackamas R - Bakers Ferry Rd to River Mill Dam - 246 | 246 | 27 | 24 | 84 | 30 | 16 | 28 | 5 | 2 | 9 | 7 | 9 | 55 | 295 |
| 2021 | Steelhead | Clackamas R - River Mill Dam to Cazadero Dam - 247 | 247 | 33 | 8 | 39 | 5 | 23 | 9 | 7 | 7 | 5 | 7 | 12 | 30 | 185 |
| 2021 | Steelhead | John Day R (Clatsop Co) - 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 37
6 of 6