Oregon Department of Fish and Wildlife
2022 Sport Fishing Catch - Steelhead
Expanded numbers by month, Last revised February 24, 2024

| Species | Year | Waterbody | Waterbody Code | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | (Coastal Port) Astoria - 1 | 1 | 15 | 4 | 2 | 0 | 4 | 2 | 5 | 12 | 2 | 2 | 0 | 2 | 51 |
| Steelhead | 2022 | (Coastal Port) Nehalem - 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| Steelhead | 2022 | (Coastal Port) Garibaldi - 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | (Coastal Port) Netarts Bay - 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Cp. Kiwanda & Pac. City - 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Salmon River - 6 | 6 | 4 | 6 | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 17 |
| Steelhead | 2022 | (Coastal Port) Siletz - 7 | 7 | 21 | 2 | 6 | 0 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 38 |
| Steelhead | 2022 | (Coastal Port) Depoe Bay - 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Newport - 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Waldport - 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Florence - 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Steelhead | 2022 | (Coastal Port) Winchester Bay - 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Charleston - 13 | 13 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | (Coastal Port) Bandon - 14 | 14 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 |
| Steelhead | 2022 | (Coastal Port) Port Orford - 15 | 15 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | (Coastal Port) Gold Beach - 16 | 16 | 8 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| Steelhead | 2022 | (Coastal Port) Brookings - 17 | 17 | 10 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Steelhead | 2022 | (Coastal Port) Gearhart Beach N. to Astoria - 18 | 18 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | (Coastal Port) Cannon Beach - 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Sunset Bay - 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | (Coastal Port) Alsea R & Bay - 21 | 21 | 617 | 127 | 189 | 9 | 0 | 0 | 2 | 4 | 2 | 0 | 2 | 26 | 979 |
| Steelhead | 2022 | Alsea R; North Fk - 22 | 22 | 570 | 187 | 466 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 1270 |
| Steelhead | 2022 | Alsea R; South Fk - 23 | 23 | 4 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 13 |
| Steelhead | 2022 | Applegate R - 24 | 24 | 2 | 4 | 41 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Steelhead | 2022 | Beaver Cr (Lincoln Co) - 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Beaver Cr (Tillamook Co) - 26 | 26 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Big Cr (Lane Co) - 27 | 27 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 |
| Steelhead | 2022 | Big Elk Cr (Yaquina R) - 28 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Cape Cr - 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | INACTIVE Chetco River and Bay - 31 | 31 | 245 | 22 | 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 351 |
| Steelhead | 2022 | Cook Cr (Nehalem R) - 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Coos R & Bay - 33 | 33 | 34 | 4 | 2 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 2 | 45 |
| Steelhead | 2022 | Coos R; South Fk - 34 | 34 | 387 | 72 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 593 |

1

Exhibit 38
1 of 6

| Species | Year | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | Coquille R & Bay - 35 | 35 | 12 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 16 |
| Steelhead | 2022 | Coquille R; North Fk - 36 | 36 | 145 | 34 | 107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 319 |
| Steelhead | 2022 | Coquille R; East Fk - 37 | 37 | 14 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 21 |
| Steelhead | 2022 | Coquille R; South Fk - 38 | 38 | 529 | 215 | 189 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 954 |
| Steelhead | 2022 | Coquille R; Middle Fk - 39 | 39 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Deadwood Cr (Siuslaw R) - 42 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Drift Cr (Alsea R) - 43 | 43 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Drift Cr (Siletz R) - 44 | 44 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Eel Cr & Lake - 45 | 45 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| Steelhead | 2022 | Elk Cr (Clatsop Co) - 46 | 46 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Elk R - 47 | 47 | 13 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Steelhead | 2022 | Fall Cr (Alsea R) - 49 | 49 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Five Rivers (Alsea R) - 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Floras Cr & New R - 51 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Cow Cr - 52 | 52 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Hunter Cr - 54 | 54 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Illinois R - 55 | 55 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Steelhead | 2022 | Kilchis R - 57 | 57 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Lake Cr (Siuslaw R) - 58 | 58 | 37 | 14 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73 |
| Steelhead | 2022 | Miami R - 60 | 60 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 7 |
| Steelhead | 2022 | Millicoma R - 62 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Millicoma R; East Fk - 63 | 63 | 202 | 35 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 257 |
| Steelhead | 2022 | Millicoma R; West Fk - 64 | 64 | 103 | 9 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 150 |
| Steelhead | 2022 | Necanicum R - 65 | 65 | 245 | 106 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 90 | 489 |
| Steelhead | 2022 | Nehalem R & Bay-below Hwy 26/Elsie - 66 | 66 | 6 | 0 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 17 |
| Steelhead | 2022 | Nehalem R; North Fk - 67 | 67 | 403 | 56 | 21 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 99 | 593 |
| Steelhead | 2022 | Nestucca R & Bay - 69 | 69 | 354 | 307 | 582 | 63 | 15 | 96 | 104 | 49 | 8 | 17 | 20 | 24 | 1640 |
| Steelhead | 2022 | Little Nestucca R - 70 | 70 | 2 | 8 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 16 |
| Steelhead | 2022 | Pistol R - 71 | 71 | 15 | 4 | 6 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 27 |
| Steelhead | 2022 | Rock Cr (Lane Co) - 72 | 72 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 3 | 0 | 4 | 0 | 10 |
| Steelhead | 2022 | Salmon R (Coast) - 77 | 77 | 16 | 8 | 43 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 72 |
| Steelhead | 2022 | Schooner Cr (Siletz R) - 80 | 80 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Siletz R & Bay - 81 | 81 | 510 | 190 | 373 | 65 | 18 | 28 | 133 | 20 | 15 | 0 | 7 | 21 | 1379 |
| Steelhead | 2022 | Siltcoos R & Lk - 84 | 84 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Siuslaw R & Bay - 85 | 85 | 370 | 195 | 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 665 |
| Steelhead | 2022 | Siuslaw R; North Fk - 86 | 86 | 19 | 16 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 |
| Steelhead | 2022 | Sixes R - 87 | 87 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
| Steelhead | 2022 | Smith R - 89 | 89 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Smith R; North Fk - 90 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Species | Year | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | Tahkenitch Cr & Lk - 93 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Tenmile Cr & Lk (Coos Co) - 94 | 94 | 67 | 15 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 99 |
| Steelhead | 2022 | Tenmile Cr (Lane Co) - 95 | 95 | 4 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| Steelhead | 2022 | Three Rivers - 96 | 96 | 86 | 45 | 132 | 35 | 42 | 42 | 25 | 0 | 0 | 11 | 18 | 16 | 451 |
| Steelhead | 2022 | Tillamook Bay - 97 | 97 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Tillamook R - 98 | 98 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Trask R - 99 | 99 | 66 | 94 | 95 | 20 | 11 | 2 | 4 | 0 | 7 | 4 | 6 | 4 | 314 |
| Steelhead | 2022 | Trask R; North Fk - 100 | 100 | 6 | 2 | 4 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 14 |
| Steelhead | 2022 | Trask R; South Fk - 101 | 101 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Umpqua R & Bay - 102 | 102 | 515 | 420 | 61 | 7 | 46 | 4 | 4 | 0 | 0 | 0 | 4 | 28 | 1090 |
| Steelhead | 2022 | Umpqua R; North Fk-below Winch. Dam - 103 | 103 | 27 | 29 | 13 | 2 | 50 | 127 | 0 | 0 | 0 | 6 | 7 | 2 | 262 |
| Steelhead | 2022 | Umpqua R; South Fk - 104 | 104 | 592 | 267 | 641 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 1526 |
| Steelhead | 2022 | Wilson R - 105 | 105 | 821 | 528 | 1336 | 300 | 29 | 93 | 170 | 86 | 49 | 17 | 26 | 56 | 3510 |
| Steelhead | 2022 | Wilson R; South Fk - 106 | 106 | 4 | 4 | 9 | 2 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 2 | 28 |
| Steelhead | 2022 | Wilson R, Little North Fk - 107 | 107 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Winchuck R - 108 | 108 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 13 |
| Steelhead | 2022 | Yachats R - 110 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Yaquina R & Bay - 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Bear Cr (Clatsop Co) - 114 | 114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Beaver Cr (Columbia Co) - 115 | 115 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Big Cr (Clatsop Co) - 116 | 116 | 139 | 17 | 6 | 0 | 0 | 12 | 20 | 4 | 0 | 6 | 6 | 69 | 279 |
| Steelhead | 2022 | Bull Run R - 117 | 117 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Catherine Cr - 120 | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Clackamas R - below Carver Br- 122 | 122 | 126 | 226 | 81 | 18 | 11 | 6 | 4 | 0 | 7 | 8 | 4 | 8 | 499 |
| Steelhead | 2022 | Clatskanie R - 123 | 123 | 6 | 0 | 4 | 2 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 19 |
| Steelhead | 2022 | Deschutes R - below Sherars Falls - 131 | 131 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 150 | 506 | 162 | 8 | 2 | 831 |
| Steelhead | 2022 | Eagle Cr (Clackamas R) - 132 | 132 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 4 | 0 | 0 | 11 |
| Steelhead | 2022 | Eagle Cr (Columbia R) - 133 | 133 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 2 | 8 |
| Steelhead | 2022 | Fall Cr (Willamette R) - 134 | 134 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4 | 2 | 12 |
| Steelhead | 2022 | Gnat Cr - 138 | 138 | 66 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 114 |
| Steelhead | 2022 | Herman Cr (Columbia R) - 140 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Lost Cr (Will. R Middle Fk) - 141 | 141 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Imnaha R - 144 | 144 | 0 | 8 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 23 | 0 | 84 |
| Steelhead | 2022 | Johnson Cr (Willamette R) - 148 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Blind/Knappa Slough - 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Klaskanine R - 151 | 151 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| Steelhead | 2022 | Klaskanine R; North Fk - 152 | 152 | 75 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 137 |
| Steelhead | 2022 | Klaskanine R; South Fk - 153 | 153 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Species | Year | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | Lewis & Clark R - 154 | 154 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | McKenzie R - below Leaburg Dam - 155 | 155 | 0 | 2 | 0 | 0 | 14 | 48 | 70 | 39 | 39 | 31 | 8 | 4 | 256 |
| Steelhead | 2022 | McKenzie R - above Leaburg Dam - 158 | 158 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 8 |
| Steelhead | 2022 | Molalla R - 164 | 164 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Salmon R (Sandy R) - 167 | 167 | 0 | 0 | 4 | 0 | 0 | 2 | 7 | 0 | 0 | 0 | 2 | 0 | 15 |
| Steelhead | 2022 | Sandy R -mouth to Revenue Br. - 168 | 168 | 286 | 209 | 83 | 42 | 137 | 223 | 309 | 73 | 50 | 53 | 15 | 56 | 1536 |
| Steelhead | 2022 | Santiam R - 169 | 169 | 0 | 0 | 0 | 0 | 4 | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 15 |
| Steelhead | 2022 | Santiam R; North Fk - 170 | 170 | 0 | 0 | 2 | 0 | 2 | 6 | 15 | 20 | 0 | 0 | 0 | 0 | 46 |
| Steelhead | 2022 | Santiam R; Little North Fk - 171 | 171 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Santiam R; South Fk - 172 | 172 | 0 | 0 | 0 | 6 | 37 | 176 | 169 | 7 | 0 | 5 | 0 | 0 | 399 |
| Steelhead | 2022 | Snake R - 176 | 176 | 18 | 15 | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 9 | 29 | 18 | 100 |
| Steelhead | 2022 | Tanner Cr - 178 | 178 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 4 | 0 | 0 | 0 | 0 | 21 |
| Steelhead | 2022 | Wenaha R - 184 | 184 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Willamette R & Slough - below Ore. City Falls - 185 | 185 | 8 | 6 | 12 | 51 | 67 | 34 | 14 | 4 | 0 | 0 | 4 | 2 | 202 |
| Steelhead | 2022 | Willamette R - above Ore. City Falls - 186 | 186 | 2 | 4 | 0 | 6 | 22 | 34 | 38 | 26 | 49 | 36 | 2 | 0 | 221 |
| Steelhead | 2022 | Alton Baker Canoe Canal (Willamette R) - 187 | 187 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 11 | 4 | 0 | 22 |
| Steelhead | 2022 | Willamette R; Middle Fk - 188 | 188 | 0 | 6 | 0 | 17 | 62 | 38 | 158 | 116 | 110 | 153 | 66 | 23 | 750 |
| Steelhead | 2022 | Yamhill R - 190 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Youngs R & Bay - 193 | 193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Plympton Cr - 196 | 196 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | North Umpqua R. from Winchester Dam to Rock Cr. - 201 | 201 | 73 | 20 | 23 | 6 | 21 | 80 | 78 | 50 | 52 | 63 | 35 | 8 | 511 |
| Steelhead | 2022 | Clackamas R - above N Fk Dam - 202 | 202 | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Deschutes R - above Sherars Falls &White R - 203 | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 8 | 24 | 38 | 31 | 7 | 110 |
| Steelhead | 2022 | Nehalem R - above Hwy 26/Elsie - 204 | 204 | 2 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Sandy R- Revenue Br. to Salmon R - 205 | 205 | 17 | 6 | 4 | 0 | 0 | 6 | 11 | 4 | 0 | 2 | 2 | 4 | 58 |
| Steelhead | 2022 | Little Fall Cr (Willamette R) - 209 | 209 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Willamette R; Coast Fk - 210 | 210 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 4 |
| Steelhead | 2022 | Col. R (mainstem) Buoy 10 to Tongue Pt - 211 | 211 | 0 | 0 | 4 | 4 | 11 | 22 | 18 | 10 | 0 | 0 | 0 | 0 | 68 |
| Steelhead | 2022 | Col. R (mainstem) Tongue Pt to Longview Br. - 212 | 212 | 0 | 4 | 43 | 6 | 267 | 582 | 477 | 0 | 9 | 0 | 2 | 0 | 1390 |

| Species | Year | Location | Code | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | Col. R (mainstem) Longview Br to I-5 Br - 213 | 213 | 6 | 0 | 17 | 0 | 55 | 151 | 169 | 7 | 0 | 0 | 0 | 0 | 404 |
| Steelhead | 2022 | Col. R (mainstem) I-5 Br. to Bon. Dam - 214 | 214 | 0 | 0 | 0 | 0 | 11 | 6 | 206 | 2 | 0 | 0 | 0 | 0 | 225 |
| Steelhead | 2022 | Col. R (mainstem) Bon. Dam to The Dalles Dam - 215 | 215 | 0 | 0 | 2 | 0 | 2 | 12 | 64 | 0 | 9 | 0 | 0 | 0 | 89 |
| Steelhead | 2022 | Col. R (mainstem) The Dalles Dam to John Day Dam - 216 | 216 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 10 | 0 | 0 | 0 | 12 |
| Steelhead | 2022 | Col. R (mainstem) John Day Dam to McNary Dam - 217 | 217 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 0 | 6 |
| Steelhead | 2022 | Col. R (mainstem) McNary Dam to Stateline - 218 | 218 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 2 | 4 | 3 | 0 | 14 |
| Steelhead | 2022 | North Umpqua R. from Rock Cr. to Soda Springs (Fly Area) - 219 | 219 | 10 | 8 | 12 | 0 | 0 | 19 | 28 | 11 | 44 | 15 | 25 | 0 | 173 |
| Steelhead | 2022 | Row R - 221 | 221 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 0 | 7 |
| Steelhead | 2022 | Blue R (McKenzie R) - 223 | 223 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Neskowin Cr - 224 | 224 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Steelhead | 2022 | Rogue R - Bay up to Elephant Rock - 225 | 225 | 4 | 0 | 2 | 0 | 0 | 2 | 0 | 6 | 13 | 9 | 0 | 0 | 36 |
| Steelhead | 2022 | Rogue R - Elephant Rock to Grave Cr - 226 | 226 | 105 | 75 | 38 | 4 | 0 | 8 | 0 | 2 | 30 | 31 | 4 | 9 | 308 |
| Steelhead | 2022 | Rogue R - Grave Cr to Fishers Ferry Boat Ramp - 227 | 227 | 37 | 74 | 422 | 30 | 2 | 2 | 15 | 23 | 50 | 104 | 58 | 11 | 828 |
| Steelhead | 2022 | Rogue R -above Fishers Ferry Boat Ramp - 228 | 228 | 100 | 46 | 111 | 108 | 30 | 36 | 281 | 252 | 205 | 188 | 336 | 102 | 1795 |
| Steelhead | 2022 | Hood R - 229 | 229 | 16 | 8 | 111 | 32 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 182 |
| Steelhead | 2022 | Grande Ronde R - Stateline to Wildcat Br. - 231 | 231 | 6 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 58 | 27 | 15 | 142 |
| Steelhead | 2022 | Grande Ronde R - Wildcat Br. to Island City Br. - 232 | 232 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 6 | 0 | 25 |
| Steelhead | 2022 | Grande Ronde R - above Island City Br. - 233 | 233 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 9 |
| Steelhead | 2022 | Wallowa R - mouth to Minam State Park - 234 | 234 | 35 | 55 | 109 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 7 | 214 |
| Steelhead | 2022 | Wallowa R - above Minam State Park - 235 | 235 | 15 | 2 | 99 | 28 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 4 | 154 |
| Steelhead | 2022 | Umatilla R -below Three-Mile Dam - 236 | 236 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 9 |
| Steelhead | 2022 | Umatilla R - above Nolin - 237 | 237 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| Steelhead | 2022 | Isthmus Slough (Coos Bay) - 240 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Steelhead | 2022 | Lookingglass Cr - 241 | 241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steelhead | 2022 | Umatilla R - Three-Mile Dam to Nolin - 243 | 243 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 9 |
| Steelhead | 2022 | Sandy R - above Salmon R - 244 | 244 | 18 | 8 | 6 | 2 | 2 | 0 | 0 | 6 | 4 | 4 | 0 | 2 | 54 |
| Steelhead | 2022 | Clackamas R - Carver Br. to Bakers Ferry Rd - 245 | 245 | 101 | 47 | 95 | 17 | 33 | 23 | 33 | 2 | 7 | 2 | 8 | 4 | 370 |
| Steelhead | 2022 | Clackamas R - Bakers Ferry Rd to River Mill Dam - 246 | 246 | 133 | 124 | 161 | 21 | 73 | 99 | 147 | 4 | 19 | 17 | 15 | 8 | 821 |
| Steelhead | 2023 | Clackamas R - River Mill Dam to Cazadero Dam - 247 | 247 | 63 | 39 | 106 | 30 | 30 | 38 | 45 | 7 | 2 | 9 | 2 | 2 | 374 |