Oregon Department of Fish and Wildlife
2023 Sport Fishing Catch - Steelhead
Expanded numbers by month, Last revised February 24, 2024

| Year | Species | Location | Waterbody Code | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | (Coastal Port) Astoria - 1 | 1 | 2 | 0 | 0 | 0 | 2 | 0 | 3 | 5 | 4 | 2 | 0 | 0 | 17 |
| 2023 | Steelhead | (Coastal Port) Nehalem - 2 | 2 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2023 | Steelhead | (Coastal Port) Garibaldi - 3 | 3 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | (Coastal Port) Netarts Bay - 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Cp. Kiwanda & Pac. City - 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Salmon River - 6 | 6 | 0 | 2 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| 2023 | Steelhead | (Coastal Port) Siletz - 7 | 7 | 21 | 21 | 15 | 10 | 0 | 0 | 2 | 2 | 2 | 0 | 2 | 0 | 75 |
| 2023 | Steelhead | (Coastal Port) Depoe Bay - 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Newport - 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | (Coastal Port) Waldport - 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Florence - 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Winchester Bay - 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 2023 | Steelhead | (Coastal Port) Charleston - 13 | 13 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | (Coastal Port) Bandon - 14 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Port Orford - 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Gold Beach - 16 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Brookings - 17 | 17 | 0 | 0 | 5 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2023 | Steelhead | (Coastal Port) Gearhart Beach N. to Astoria - 18 | 18 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | (Coastal Port) Cannon Beach - 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | (Coastal Port) Sunset Bay - 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Alsea R & Bay - 21 | 21 | 216 | 164 | 115 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 68 | 569 |
| 2023 | Steelhead | Alsea R; North Fk - 22 | 22 | 383 | 114 | 266 | 26 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 199 | 990 |
| 2023 | Steelhead | Alsea R; South Fk - 23 | 23 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2023 | Steelhead | Applegate R - 24 | 24 | 0 | 0 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 81 |
| 2023 | Steelhead | Beaver Cr (Lincoln Co) - 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Beaver Cr (Tillamook Co) - 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Big Cr (Lane Co) - 27 | 27 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 8 | 10 |
| 2023 | Steelhead | Big Elk Cr (Yaquina R) - 28 | 28 | 8 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| 2023 | Steelhead | Brush Cr (Curry Co) - 29 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | INACTIVE Chetco River and Bay - 31 | 31 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |

Exhibit 39
1 of 6

| Year | Species | Location | # | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | Cook Cr (Nehalem R) - 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Coos R & Bay - 33 | 33 | 9 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 20 |
| 2023 | Steelhead | Coos R; South Fk - 34 | 34 | 217 | 93 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125 | 460 |
| 2023 | Steelhead | Coquille R & Bay - 35 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Coquille R; North Fk - 36 | 36 | 119 | 71 | 100 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 313 |
| 2023 | Steelhead | Coquille R; East Fk - 37 | 37 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Coquille R; South Fk - 38 | 38 | 239 | 300 | 197 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 15 | 756 |
| 2023 | Steelhead | Coquille R; Middle Fk - 39 | 39 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Deadwood Cr (Siuslaw R) - 42 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 2023 | Steelhead | Drift Cr (Alsea R) - 43 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Drift Cr (Siletz R) - 44 | 44 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 8 |
| 2023 | Steelhead | Eel Cr & Lake - 45 | 45 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2023 | Steelhead | Elk Cr (Clatsop Co) - 46 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Elk R - 47 | 47 | 32 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| 2023 | Steelhead | Euchre Cr - 48 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Five Rivers (Alsea R) - 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Floras Cr & New R - 51 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Cow Cr - 52 | 52 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Hunter Cr - 54 | 54 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2023 | Steelhead | Illinois R - 55 | 55 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 15 |
| 2023 | Steelhead | Kilchis R - 57 | 57 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 7 |
| 2023 | Steelhead | Lake Cr (Siuslaw R) - 58 | 58 | 12 | 23 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47 |
| 2023 | Steelhead | Miami R - 60 | 60 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 10 |
| 2023 | Steelhead | Millicoma R - 62 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Millicoma R; East Fk - 63 | 63 | 50 | 8 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 119 |
| 2023 | Steelhead | Millicoma R; West Fk - 64 | 64 | 100 | 37 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 208 |
| 2023 | Steelhead | Necanicum R - 65 | 65 | 122 | 81 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 67 | 319 |
| 2023 | Steelhead | Nehalem R & Bay-below Hwy 26/Elsie - 66 | 66 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 7 |
| 2023 | Steelhead | Nehalem R; North Fk - 67 | 67 | 92 | 33 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 238 |
| 2023 | Steelhead | Nestucca R & Bay - 69 | 69 | 256 | 475 | 475 | 12 | 11 | 32 | 40 | 13 | 4 | 8 | 2 | 13 | 1342 |
| 2023 | Steelhead | Little Nestucca R - 70 | 70 | 2 | 6 | 6 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 19 |
| 2023 | Steelhead | Pistol R - 71 | 71 | 16 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 |
| 2023 | Steelhead | Rock Cr (Lane Co) - 72 | 72 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Salmon R (Coast) - 77 | 77 | 21 | 4 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 58 |
| 2023 | Steelhead | Salmonberry R - 78 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Schooner Cr (Siletz R) - 80 | 80 | 4 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 2023 | Steelhead | Siletz R & Bay - 81 | 81 | 260 | 217 | 270 | 33 | 4 | 4 | 4 | 11 | 0 | 2 | 0 | 22 | 826 |
| 2023 | Steelhead | Siltcoos R & Lk - 84 | 84 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2023 | Steelhead | Siuslaw R & Bay - 85 | 85 | 77 | 81 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 214 |

Exhibit 39
2 of 6

| Year | Species | Location | ID | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | Siuslaw R; North Fk - 86 | 86 | 8 | 12 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 45 |
| 2023 | Steelhead | Sixes R - 87 | 87 | 5 | 16 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 2023 | Steelhead | Smith R - 89 | 89 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2023 | Steelhead | Smith R; North Fk - 90 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Sweet Cr (Siuslaw R) - 92 | 92 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Tahkenitch Cr & Lk - 93 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Tenmile Cr & Lk (Coos Co) - 94 | 94 | 32 | 6 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 | 96 |
| 2023 | Steelhead | Tenmile Cr (Lane Co) - 95 | 95 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| 2023 | Steelhead | Three Rivers - 96 | 96 | 70 | 73 | 109 | 26 | 2 | 23 | 28 | 0 | 0 | 32 | 8 | 28 | 399 |
| 2023 | Steelhead | Tillamook Bay - 97 | 97 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 5 | 0 | 0 | 0 | 7 |
| 2023 | Steelhead | Tillamook R - 98 | 98 | 0 | 4 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2023 | Steelhead | Trask R - 99 | 99 | 61 | 133 | 147 | 15 | 2 | 10 | 2 | 0 | 0 | 2 | 2 | 4 | 378 |
| 2023 | Steelhead | Trask R; North Fk - 100 | 100 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 2 | 14 |
| 2023 | Steelhead | Trask R; South Fk - 101 | 101 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2023 | Steelhead | Umpqua R & Bay - 102 | 102 | 49 | 49 | 4 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 53 | 162 |
| 2023 | Steelhead | Umpqua R; North Fk-below Winch. Dam - 103 | 103 | 11 | 11 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| 2023 | Steelhead | Umpqua R; South Fk - 104 | 104 | 134 | 65 | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 26 | 292 |
| 2023 | Steelhead | Wilson R - 105 | 105 | 700 | 999 | 996 | 228 | 12 | 30 | 50 | 18 | 27 | 13 | 0 | 27 | 3099 |
| 2023 | Steelhead | Wilson R; South Fk - 106 | 106 | 8 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 2023 | Steelhead | Wilson R, Little North Fk - 107 | 107 | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 10 |
| 2023 | Steelhead | Winchuck R - 108 | 108 | 3 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 2023 | Steelhead | Yachats R - 110 | 110 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Yaquina R & Bay - 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Bear Cr (Clatsop Co) - 114 | 114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Beaver Cr (Columbia Co) - 115 | 115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Big Cr (Clatsop Co) - 116 | 116 | 47 | 17 | 6 | 2 | 0 | 7 | 0 | 0 | 0 | 2 | 2 | 197 | 279 |
| 2023 | Steelhead | Clackamas R - below Carver Br- 122 | 122 | 43 | 110 | 185 | 13 | 4 | 8 | 4 | 0 | 2 | 4 | 0 | 16 | 389 |
| 2023 | Steelhead | Clatskanie R - 123 | 123 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Deschutes R - below Sherars Falls - 131 | 131 | 0 | 0 | 0 | 0 | 0 | 2 | 23 | 276 | 562 | 94 | 2 | 9 | 968 |
| 2023 | Steelhead | Eagle Cr (Clackamas R) - 132 | 132 | 6 | 2 | 4 | 0 | 2 | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 21 |
| 2023 | Steelhead | Eagle Cr (Columbia R) - 133 | 133 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 4 | 12 |
| 2023 | Steelhead | Fall Cr (Willamette R) - 134 | 134 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Gnat Cr - 138 | 138 | 19 | 2 | 0 | 0 | 15 | 0 | 2 | 0 | 0 | 0 | 4 | 47 | 89 |
| 2023 | Steelhead | Herman Cr (Columbia R) - 140 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Lost Cr (Will. R Middle Fk) - 141 | 141 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 2 | 0 | 2 | 0 | 10 |
| 2023 | Steelhead | Imnaha R - 144 | 144 | 12 | 6 | 85 | 34 | 0 | 0 | 0 | 0 | 0 | 80 | 8 | 17 | 244 |

Exhibit 39
3 of 6

| Year | Species | Location | ID | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | Johnson Cr (Willamette R) - 148 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Big Sheep Cr - from mouth to Little Sheep Cr - 149 | 149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Blind/Knappa Slough - 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Klaskanine R - 151 | 151 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 34 |
| 2023 | Steelhead | Klaskanine R; North Fk - 152 | 152 | 56 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | 95 |
| 2023 | Steelhead | Klaskanine R; South Fk - 153 | 153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Lewis & Clark R - 154 | 154 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 2023 | Steelhead | McKenzie R - below Leaburg Dam - 155 | 155 | 2 | 2 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2023 | Steelhead | McKenzie R - above Leaburg Dam - 158 | 158 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Molalla R - 164 | 164 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Salmon R (Sandy R) - 167 | 167 | 14 | 14 | 15 | 0 | 0 | 2 | 2 | 6 | 0 | 0 | 0 | 6 | 60 |
| 2023 | Steelhead | Sandy R -mouth to Revenue Br. - 168 | 168 | 362 | 238 | 129 | 31 | 77 | 79 | 35 | 11 | 34 | 17 | 0 | 51 | 1064 |
| 2023 | Steelhead | Santiam R - 169 | 169 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Santiam R; North Fk - 170 | 170 | 0 | 0 | 0 | 2 | 2 | 0 | 4 | 0 | 0 | 6 | 2 | 0 | 17 |
| 2023 | Steelhead | Santiam R; Little North Fk - 171 | 171 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Santiam R; South Fk - 172 | 172 | 0 | 2 | 0 | 0 | 4 | 29 | 22 | 8 | 6 | 6 | 0 | 0 | 78 |
| 2023 | Steelhead | Snake R - 176 | 176 | 37 | 14 | 29 | 6 | 0 | 2 | 0 | 0 | 0 | 2 | 13 | 73 | 177 |
| 2023 | Steelhead | Tanner Cr - 178 | 178 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 5 | 0 | 0 | 0 | 0 | 13 |
| 2023 | Steelhead | Tualatin R - 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Walla Walla R - 182 | 182 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Wenaha R - 184 | 184 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Willamette R & Slough - below Ore. City Falls - 185 | 185 | 14 | 12 | 10 | 27 | 21 | 4 | 10 | 13 | 0 | 0 | 0 | 4 | 115 |
| 2023 | Steelhead | Willamette R - above Ore. City Falls - 186 | 186 | 2 | 0 | 0 | 0 | 6 | 8 | 2 | 0 | 0 | 0 | 0 | 2 | 21 |
| 2023 | Steelhead | Alton Baker Canoe Canal (Willamette R) - 187 | 187 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Willamette R; Middle Fk - 188 | 188 | 2 | 6 | 2 | 0 | 10 | 8 | 11 | 0 | 0 | 21 | 8 | 30 | 100 |
| 2023 | Steelhead | Yamhill R - 190 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 2023 | Steelhead | Yamhill R; North Fk - 191 | 191 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Yamhill R; South Fk - 192 | 192 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Youngs R & Bay - 193 | 193 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Tioga Cr - 194 | 194 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2023 | Steelhead | Plympton Cr - 196 | 196 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 39
4 of 6

| Year | Species | Location | Code | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | North Umpqua R. from Winchester Dam to Rock Cr. - 201 | 201 | 24 | 17 | 16 | 2 | 2 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 70 |
| 2023 | Steelhead | Clackamas R - above N Fk Dam - 202 | 202 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 4 |
| 2023 | Steelhead | Deschutes R - above Sherars Falls &White R - 203 | 203 | 2 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 6 | 25 | 21 | 17 | 76 |
| 2023 | Steelhead | Nehalem R - above Hwy 26/Elsie - 204 | 204 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Sandy R- Revenue Br. to Salmon R - 205 | 205 | 17 | 10 | 8 | 2 | 0 | 4 | 6 | 0 | 4 | 4 | 0 | 0 | 57 |
| 2023 | Steelhead | John Day Arm - 208 | 208 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 |
| 2023 | Steelhead | Willamette R;  Coast Fk - 210 | 210 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2023 | Steelhead | Col. R (mainstem) Buoy 10 to Tongue Pt - 211 | 211 | 0 | 0 | 0 | 0 | 2 | 2 | 4 | 6 | 0 | 0 | 0 | 0 | 14 |
| 2023 | Steelhead | Col. R (mainstem) Tongue Pt to Longview Br. - 212 | 212 | 2 | 4 | 15 | 4 | 72 | 158 | 278 | 15 | 2 | 0 | 0 | 4 | 554 |
| 2023 | Steelhead | Col. R (mainstem) Longview Br to I-5 Br - 213 | 213 | 4 | 4 | 4 | 2 | 24 | 26 | 142 | 11 | 0 | 0 | 0 | 2 | 221 |
| 2023 | Steelhead | Col. R (mainstem) I-5 Br. to Bon. Dam - 214 | 214 | 2 | 2 | 0 | 2 | 4 | 22 | 131 | 11 | 0 | 0 | 0 | 2 | 175 |
| 2023 | Steelhead | Col. R (mainstem) Bon. Dam to The Dalles Dam - 215 | 215 | 0 | 0 | 0 | 2 | 2 | 4 | 34 | 2 | 0 | 0 | 5 | 2 | 52 |
| 2023 | Steelhead | Col. R (mainstem) The Dalles Dam to John Day Dam - 216 | 216 | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 13 |
| 2023 | Steelhead | Col. R (mainstem) John Day Dam to McNary Dam - 217 | 217 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 13 |
| 2023 | Steelhead | Col. R (mainstem) McNary Dam to Stateline - 218 | 218 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 6 |
| 2023 | Steelhead | North Umpqua R. from Rock Cr. to Soda Springs (Fly Area) - 219 | 219 | 4 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2023 | Steelhead | Row R - 221 | 221 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 2 | 6 |
| 2023 | Steelhead | Blue R (McKenzie R) - 223 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Neskowin Cr - 224 | 224 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2023 | Steelhead | Rogue R - Bay up to Elephant Rock -  225 | 225 | 8 | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 9 | 0 | 0 | 2 | 25 |
| 2023 | Steelhead | Rogue R - Elephant Rock to Grave Cr - 226 | 226 | 89 | 30 | 27 | 17 | 0 | 4 | 4 | 2 | 6 | 2 | 4 | 4 | 191 |
| 2023 | Steelhead | Rogue R - Grave Cr to Fishers Ferry Boat Ramp - 227 | 227 | 48 | 139 | 334 | 123 | 3 | 6 | 30 | 28 | 61 | 118 | 53 | 15 | 958 |

Exhibit 39
5 of 6

| Year | Species | Location | Code | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Steelhead | Rogue R -above Fishers Ferry Boat Ramp - 228 | 228 | 135 | 88 | 201 | 272 | 6 | 25 | 241 | 260 | 331 | 246 | 399 | 260 | 2464 |
| 2023 | Steelhead | Hood R - 229 | 229 | 12 | 6 | 118 | 97 | 2 | 4 | 0 | 0 | 2 | 0 | 0 | 6 | 248 |
| 2023 | Steelhead | Grande Ronde R - Stateline to Wildcat Br. - 231 | 231 | 100 | 62 | 57 | 0 | 0 | 0 | 0 | 0 | 2 | 67 | 71 | 30 | 388 |
| 2023 | Steelhead | Grande Ronde R - Wildcat Br. to Island City Br. - 232 | 232 | 10 | 39 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 49 | 11 | 171 |
| 2023 | Steelhead | Grande Ronde R - above Island City Br. - 233 | 233 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 4 | 0 | 15 |
| 2023 | Steelhead | Wallowa R - mouth to Minam State Park - 234 | 234 | 99 | 140 | 263 | 15 | 0 | 0 | 0 | 0 | 0 | 4 | 34 | 36 | 590 |
| 2023 | Steelhead | Wallowa R - above Minam State Park - 235 | 235 | 72 | 76 | 285 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 31 | 527 |
| 2023 | Steelhead | Umatilla R -below Three-Mile Dam - 236 | 236 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 15 | 50 | 11 | 91 |
| 2023 | Steelhead | Umatilla R - above Nolin - 237 | 237 | 0 | 2 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 11 | 8 | 42 |
| 2023 | Steelhead | John Day R - below Cottonwood Br. - 238 | 238 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 13 | 0 | 19 |
| 2023 | Steelhead | Isthmus Slough (Coos Bay) - 240 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Lookingglass Cr - 241 | 241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2023 | Steelhead | Umatilla R - Three-Mile Dam to Nolin - 243 | 243 | 4 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 53 | 43 | 113 |
| 2023 | Steelhead | Sandy R - above Salmon R - 244 | 244 | 3 | 6 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 15 |
| 2023 | Steelhead | Clackamas R - Carver Br. to Bakers Ferry Rd - 245 | 245 | 48 | 49 | 119 | 34 | 10 | 8 | 0 | 0 | 2 | 0 | 2 | 13 | 285 |
| 2023 | Steelhead | Clackamas R - Bakers Ferry Rd to River Mill Dam - 246 | 246 | 76 | 51 | 186 | 55 | 89 | 107 | 36 | 6 | 15 | 2 | 4 | 19 | 647 |
| 2023 | Steelhead | Clackamas R - River Mill Dam to Cazadero Dam - 247 | 247 | 9 | 10 | 48 | 10 | 19 | 8 | 4 | 2 | 0 | 0 | 0 | 0 | 112 |
| 2023 | Steelhead | Chetco R. & Bay up to Nook Creek - 248 | 248 | 111 | 68 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 188 |
| 2023 | Steelhead | Chetco R. & Bay above Nook Creek - 249 | 249 | 11 | 10 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| 2023 | Steelhead | John Day R (Clatsop Co) - 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 39
6 of 6