Oregon Department of Fish and Wildlife

2024 Sport Fishing Harvest – Steelhead

Expanded numbers by month, Last revised March 5, 2025

| Year | Species | Location | Waterbody code | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | (Coastal Port) Astoria - 1 | 1 | 0 | 0 | 0 | 0 | 4 | 4 | 0 | 10 | 0 | 0 | 0 | 0 | 18 |
| 2024 | Steelhead | (Coastal Port) Nehalem - 2 | 2 | 8 | 4 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 2 | 0 | 19 |
| 2024 | Steelhead | (Coastal Port) Garibaldi - 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Netarts Bay - 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Cp. Kiwanda & Pac. City - 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Salmon River - 6 | 6 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 2024 | Steelhead | (Coastal Port) Siletz - 7 | 7 | 6 | 48 | 24 | 4 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 86 |
| 2024 | Steelhead | (Coastal Port) Depoe Bay - 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Newport - 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Waldport - 10 | 10 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| 2024 | Steelhead | (Coastal Port) Florence - 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 0 | 0 | 0 | 6 |
| 2024 | Steelhead | (Coastal Port) Winchester Bay - 12 | 12 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | (Coastal Port) Charleston - 13 | 13 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | (Coastal Port) Bandon - 14 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Port Orford - 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Gold Beach - 16 | 16 | 0 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 2024 | Steelhead | (Coastal Port) Brookings - 17 | 17 | 0 | 6 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2024 | Steelhead | (Coastal Port) Gearhart Beach N. to Astoria - 18 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | (Coastal Port) Cannon Beach - 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Alsea R & Bay - 21 | 21 | 117 | 166 | 36 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 12 | 337 |
| 2024 | Steelhead | Alsea R; North Fk - 22 | 22 | 1239 | 893 | 409 | 23 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 116 | 2682 |
| 2024 | Steelhead | Alsea R; South Fk - 23 | 23 | 6 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 19 |
| 2024 | Steelhead | Applegate R - 24 | 24 | 0 | 14 | 84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 |
| 2024 | Steelhead | Beaver Cr (Lincoln Co) - 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| 2024 | Steelhead | Beaver Cr (Tillamook Co) - 26 | 26 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2024 | Steelhead | Big Cr (Lane Co) - 27 | 27 | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 14 |
| 2024 | Steelhead | Big Elk Cr (Yaquina R) - 28 | 28 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 18 |
| 2024 | Steelhead | Brush Cr (Curry Co) - 29 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | INACTIVE Chetco River and Bay - 31 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Cook Cr (Nehalem R) - 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Coos R & Bay - 33 | 33 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 29 |
| 2024 | Steelhead | Coos R; South Fk - 34 | 34 | 216 | 128 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 393 |
| 2024 | Steelhead | Coquille R & Bay - 35 | 35 | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| 2024 | Steelhead | Coquille R; North Fk - 36 | 36 | 321 | 192 | 46 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 14 | 577 |
| 2024 | Steelhead | Coquille R; East Fk - 37 | 37 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 2024 | Steelhead | Coquille R; South Fk - 38 | 38 | 172 | 570 | 154 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 902 |
| 2024 | Steelhead | Coquille R; Middle Fk - 39 | 39 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | Cummins Cr - 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Deadwood Cr (Siuslaw R) - 42 | 42 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Drift Cr (Alsea R) - 43 | 43 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Drift Cr (Siletz R) - 44 | 44 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | Eel Cr & Lake - 45 | 45 | 2 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2024 | Steelhead | Elk Cr (Clatsop Co) - 46 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 2024 | Steelhead | Elk R - 47 | 47 | 12 | 29 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 52 |
| 2024 | Steelhead | Euchre Cr - 48 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Fall Cr (Alsea R) - 49 | 49 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | Floras Cr & New R - 51 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Cow Cr - 52 | 52 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Hunter Cr - 54 | 54 | 0 | 4 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 2024 | Steelhead | Illinois R - 55 | 55 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2024 | Steelhead | Indian Cr (Siuslaw R) - 56 | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Kilchis R - 57 | 57 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Lake Cr (Siuslaw R) - 58 | 58 | 2 | 48 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 |
| 2024 | Steelhead | Miami R - 60 | 60 | 2 | 10 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 5 | 4 | 0 | 25 |
| 2024 | Steelhead | Middle Cr (Coquille R) - 61 | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Millicoma R - 62 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Millicoma R; East Fk - 63 | 63 | 108 | 44 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 180 |
| 2024 | Steelhead | Millicoma R; West Fk - 64 | 64 | 92 | 30 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 144 |
| 2024 | Steelhead | Necanicum R - 65 | 65 | 164 | 116 | 18 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 49 | 349 |
| 2024 | Steelhead | Nehalem R & Bay-below Hwy 26/Elsie - 66 | 66 | 0 | 8 | 0 | 4 | 0 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 20 |
| 2024 | Steelhead | Nehalem R; North Fk - 67 | 67 | 189 | 96 | 44 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 144 | 499 |
| 2024 | Steelhead | Nestucca R & Bay - 69 | 69 | 30 | 517 | 356 | 61 | 10 | 64 | 142 | 75 | 16 | 17 | 4 | 12 | 1303 |
| 2024 | Steelhead | Little Nestucca R - 70 | 70 | 0 | 10 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 16 |
| 2024 | Steelhead | Pistol R - 71 | 71 | 0 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 2024 | Steelhead | Rock Cr (Siletz R) -74 | 74 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 6 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Salmon R (Coast) - 77 | 77 | 12 | 42 | 42 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 101 |
| 2024 | Steelhead | Salmonberry R - 78 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Sand Lk - 79 | 79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Schooner Cr (Siletz R) - 80 | 80 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 6 |
| 2024 | Steelhead | Siletz R & Bay - 81 | 81 | 130 | 454 | 367 | 62 | 7 | 74 | 91 | 48 | 21 | 4 | 14 | 11 | 1285 |
| 2024 | Steelhead | Siltcoos R & Lk - 84 | 84 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2024 | Steelhead | Siuslaw R & Bay - 85 | 85 | 41 | 320 | 49 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 4 | 417 |
| 2024 | Steelhead | Siuslaw R; North Fk - 86 | 86 | 10 | 39 | 20 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 73 |
| 2024 | Steelhead | Sixes R - 87 | 87 | 0 | 26 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| 2024 | Steelhead | Smith R - 89 | 89 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Smith R; North Fk - 90 | 90 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Tahkenitch Cr & Lk - 93 | 93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Tenmile Cr & Lk (Coos Co) - 94 | 94 | 87 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 11 | 122 |
| 2024 | Steelhead | Tenmile Cr (Lane Co) - 95 | 95 | 11 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
| 2024 | Steelhead | Three Rivers - 96 | 96 | 72 | 169 | 103 | 8 | 4 | 20 | 34 | 2 | 0 | 82 | 35 | 16 | 545 |
| 2024 | Steelhead | Tillamook Bay - 97 | 97 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Tillamook R - 98 | 98 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 6 |
| 2024 | Steelhead | Trask R - 99 | 99 | 35 | 171 | 248 | 21 | 2 | 2 | 16 | 0 | 0 | 4 | 2 | 10 | 510 |
| 2024 | Steelhead | Trask R; North Fk - 100 | 100 | 0 | 4 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 10 |
| 2024 | Steelhead | Trask R; South Fk - 101 | 101 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Umpqua R & Bay - 102 | 102 | 41 | 44 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 21 | 107 |
| 2024 | Steelhead | Umpqua R; North Fk-below Winch. Dam - 103 | 103 | 4 | 2 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 13 |
| 2024 | Steelhead | Umpqua R; South Fk - 104 | 104 | 312 | 849 | 74 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 38 | 1275 |
| 2024 | Steelhead | Wilson R - 105 | 105 | 192 | 667 | 881 | 166 | 4 | 66 | 156 | 76 | 37 | 43 | 4 | 14 | 2305 |
| 2024 | Steelhead | Wilson R; South Fk - 106 | 106 | 0 | 8 | 9 | 0 | 0 | 0 | 14 | 10 | 0 | 0 | 0 | 0 | 40 |
| 2024 | Steelhead | Wilson R, Little North Fk - 107 | 107 | 4 | 4 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| 2024 | Steelhead | Winchuck R - 108 | 108 | 2 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| 2024 | Steelhead | Yachats R - 110 | 110 | 2 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 10 |
| 2024 | Steelhead | Yaquina R & Bay - 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Bear Cr (Clatsop Co) - 114 | 114 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| 2024 | Steelhead | Beaver Cr (Columbia Co) - 115 | 115 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Big Cr (Clatsop Co) - 116 | 116 | 176 | 18 | 0 | 3 | 7 | 4 | 4 | 0 | 0 | 0 | 36 | 115 | 362 |
| 2024 | Steelhead | Bull Run R - 117 | 117 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | Clackamas R - below Carver Br- 122 | 122 | 41 | 138 | 81 | 59 | 51 | 59 | 45 | 18 | 10 | 2 | 8 | 26 | 537 |
| 2024 | Steelhead | Clatskanie R - 123 | 123 | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 6 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Deschutes R - below Sherars Falls - 131 | 131 | 0 | 0 | 0 | 0 | 0 | 2 | 106 | 333 | 896 | 385 | 34 | 0 | 1757 |
| 2024 | Steelhead | Eagle Cr (Clackamas R) - 132 | 132 | 4 | 4 | 4 | 2 | 0 | 2 | 0 | 6 | 6 | 2 | 2 | 0 | 32 |
| 2024 | Steelhead | Eagle Cr (Columbia R) - 133 | 133 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 8 | 12 |
| 2024 | Steelhead | Fall Cr (Willamette R) - 134 | 134 | 0 | 0 | 4 | 0 | 2 | 2 | 2 | 2 | 6 | 4 | 2 | 0 | 25 |
| 2024 | Steelhead | Fifteenmile Cr - 135 | 135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Gales Cr (Tualitin R) - 137 | 137 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Gnat Cr - 138 | 138 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 76 | 104 |
| 2024 | Steelhead | Herman Cr (Columbia R) - 140 | 140 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | Lost Cr (Will. R Middle Fk) - 141 | 141 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 0 | 6 |
| 2024 | Steelhead | Imnaha R - 144 | 144 | 16 | 28 | 94 | 12 | 0 | 0 | 0 | 0 | 0 | 71 | 21 | 6 | 248 |
| 2024 | Steelhead | John Day R; Middle Fk - 146 | 146 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Johnson Cr (Willamette R) - 148 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Big Sheep Cr - from mouth to Little Sheep Cr - 149 | 149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Blind/Knappa Slough - 150 | 150 | 0 | 0 | 0 | 0 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 4 | 14 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Klaskanine R - 151 | 151 | 35 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 36 | 77 |
| 2024 | Steelhead | Klaskanine R; North Fk - 152 | 152 | 64 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 55 | 129 |
| 2024 | Steelhead | Klaskanine R; South Fk - 153 | 153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 |
| 2024 | Steelhead | Lewis & Clark R - 154 | 154 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 2024 | Steelhead | McKenzie R - below Leaburg Dam - 155 | 155 | 0 | 0 | 2 | 73 | 283 | 402 | 116 | 88 | 45 | 54 | 73 | 12 | 1150 |
| 2024 | Steelhead | McKenzie R - above Leaburg Dam - 158 | 158 | 0 | 0 | 0 | 2 | 2 | 31 | 142 | 190 | 196 | 83 | 7 | 0 | 653 |
| 2024 | Steelhead | Molalla R - 164 | 164 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| 2024 | Steelhead | Salmon R (Sandy R) - 167 | 167 | 8 | 8 | 6 | 4 | 16 | 4 | 8 | 17 | 10 | 12 | 2 | 4 | 100 |
| 2024 | Steelhead | Sandy R -mouth to Revenue Br. - 168 | 168 | 101 | 390 | 296 | 153 | 381 | 532 | 404 | 54 | 81 | 32 | 10 | 50 | 2484 |
| 2024 | Steelhead | Santiam R - 169 | 169 | 0 | 4 | 10 | 36 | 186 | 39 | 23 | 0 | 2 | 0 | 0 | 0 | 299 |
| 2024 | Steelhead | Santiam R; North Fk - 170 | 170 | 0 | 0 | 0 | 23 | 189 | 187 | 35 | 7 | 10 | 2 | 0 | 2 | 455 |
| 2024 | Steelhead | Santiam R; Little North Fk - 171 | 171 | 0 | 0 | 0 | 0 | 4 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 2024 | Steelhead | Santiam R; South Fk - 172 | 172 | 0 | 4 | 2 | 24 | 200 | 449 | 588 | 80 | 32 | 8 | 0 | 0 | 1388 |
| 2024 | Steelhead | Snake R - 176 | 176 | 31 | 4 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 8 | 51 | 68 | 175 |
| 2024 | Steelhead | Tanner Cr - 178 | 178 | 0 | 0 | 0 | 0 | 0 | 2 | 28 | 2 | 2 | 0 | 0 | 6 | 40 |
| 2024 | Steelhead | Tualatin R - 180 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Walla Walla R - 182 | 182 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 |
| 2024 | Steelhead | Wenaha R - 184 | 184 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Willamette R & Slough - below Ore. City Falls - 185 | 185 | 16 | 16 | 32 | 253 | 312 | 101 | 76 | 4 | 0 | 2 | 0 | 0 | 812 |
| 2024 | Steelhead | Willamette R - above Ore. City Falls - 186 | 186 | 2 | 0 | 11 | 71 | 209 | 159 | 50 | 43 | 47 | 32 | 2 | 4 | 630 |
| 2024 | Steelhead | Alton Baker Canoe Canal (Willamette R) - 187 | 187 | 0 | 2 | 2 | 2 | 2 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 14 |
| 2024 | Steelhead | Willamette R; Middle Fk - 188 | 188 | 12 | 10 | 0 | 47 | 156 | 260 | 113 | 70 | 245 | 108 | 54 | 24 | 1100 |
| 2024 | Steelhead | Yamhill R - 190 | 190 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 2024 | Steelhead | Yamhill R; South Fk - 192 | 192 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Youngs R & Bay - 193 | 193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Tioga Cr - 194 | 194 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Plympton Cr - 196 | 196 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Skipanon River - 197 | 197 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | North Umpqua R. from Winchester Da m to Rock Cr. - 201 | 201 | 2 | 10 | 0 | 2 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 22 |
| 2024 | Steelhead | Clackamas R - above N Fk Dam - 202 | 202 | 0 | 4 | 2 | 0 | 0 | 4 | 0 | 2 | 0 | 3 | 0 | 0 | 15 |
| 2024 | Steelhead | Deschutes R - above Sherars | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 37 | 63 | 61 | 22 | 194 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Falls &White R - 203 | | | | | | | | | | | | | | |
| 2024 | Steelhead | Nehalem R - above Hwy 26/Elsie - 204 | 204 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2024 | Steelhead | Sandy R- Revenue Br. to Salmon R - 205 | 205 | 10 | 10 | 20 | 8 | 12 | 10 | 27 | 4 | 4 | 4 | 4 | 2 | 116 |
| 2024 | Steelhead | John Day Arm - 208 | 208 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 8 | 0 | 10 |
| 2024 | Steelhead | Little Fall Cr (Willamette R) - 209 | 209 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Willamette R; Coast Fk - 210 | 210 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 8 | 0 | 0 | 10 |
| 2024 | Steelhead | Col. R (mainstem) Buoy 10 to Tongue Pt - 211 | 211 | 0 | 0 | 10 | 0 | 2 | 42 | 12 | 9 | 4 | 0 | 0 | 0 | 79 |
| 2024 | Steelhead | Col. R (mainstem) Tongue Pt to Longview Br. - 212 | 212 | 2 | 8 | 90 | 63 | 464 | 1228 | 373 | 6 | 0 | 0 | 0 | 2 | 2236 |
| 2024 | Steelhead | Col. R (mainstem) Longview Br to I-5 Br - 213 | 213 | 4 | 10 | 28 | 20 | 128 | 348 | 270 | 14 | 4 | 0 | 0 | 4 | 830 |
| 2024 | Steelhead | Col. R (mainstem) I-5 Br. to Bon. Dam - 214 | 214 | 1 | 4 | 6 | 0 | 10 | 74 | 352 | 4 | 4 | 0 | 0 | 6 | 460 |
| 2024 | Steelhead | Col. R (mainstem) | 215 | 0 | 0 | 0 | 0 | 0 | 2 | 41 | 2 | 4 | 2 | 0 | 3 | 54 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bon. Dam to The Dalles Dam - 215 | | | | | | | | | | | | | | |
| 2024 | Steelhead | Col. R (mainstem) The Dalles Dam to John Day Dam - 216 | 216 | 2 | 8 | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 5 | 2 | 4 | 27 |
| 2024 | Steelhead | Col. R (mainstem) John Day Dam to McNary Dam - 217 | 217 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 2 | 2 | 0 | 76 | 18 | 104 |
| 2024 | Steelhead | Col. R (mainstem) McNary Dam to Stateline - 218 | 218 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 57 | 14 | 83 |
| 2024 | Steelhead | North Umpqua R. from Rock Cr. to Soda Springs (Fly Area) - 219 | 219 | 0 | 5 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 2024 | Steelhead | Row R - 221 | 221 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| 2024 | Steelhead | Blue R (McKenzie R) - 223 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 6 | 0 | 2 | 0 | 18 |
| 2024 | Steelhead | Neskowin Cr - 224 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| 2024 | Steelhead | Rogue R - Bay up to Elephant Rock - 225 | 225 | 0 | 3 | 6 | 0 | 0 | 0 | 2 | 6 | 0 | 0 | 0 | 0 | 17 |
| 2024 | Steelhead | Rogue R - Elephant Rock to Grave Cr - 226 | 226 | 129 | 130 | 58 | 26 | 0 | 7 | 0 | 18 | 18 | 14 | 7 | 2 | 410 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Rogue R - Grave Cr to Fishers Ferry Boat Ramp - 227 | 227 | 7 | 223 | 111 | 104 | 0 | 0 | 0 | 2 | 23 | 23 | 16 | 2 | 511 |
| 2024 | Steelhead | Rogue R -above Fishers Ferry Boat Ramp - 228 | 228 | 64 | 65 | 102 | 68 | 6 | 7 | 27 | 81 | 36 | 35 | 113 | 89 | 693 |
| 2024 | Steelhead | Hood R - 229 | 229 | 0 | 4 | 18 | 10 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 36 |
| 2024 | Steelhead | Grande Ronde R - Stateline to Wildcat Br. - 231 | 231 | 19 | 14 | 9 | 0 | 0 | 0 | 0 | 0 | 12 | 115 | 52 | 52 | 272 |
| 2024 | Steelhead | Grande Ronde R - Wildcat Br. to Island City Br. - 232 | 232 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 4 | 26 |
| 2024 | Steelhead | Grande Ronde R - above Island City Br. - 233 | 233 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 9 |
| 2024 | Steelhead | Wallowa R - mouth to Minam State Park - 234 | 234 | 61 | 165 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 37 | 350 |
| 2024 | Steelhead | Wallowa R - above Minam State Park - 235 | 235 | 64 | 303 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 450 |
| 2024 | Steelhead | Umatilla R - below Three-Mile Dam - 236 | 236 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 39 | 74 | 10 | 129 |
| 2024 | Steelhead | Umatilla R - above Nolin - 237 | 237 | 4 | 32 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2 | 48 |
| 2024 | Steelhead | John Day R - below Cottonwood Br. - 238 | 238 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 12 | 0 | 19 |

| 2024 | Steelhead | Isthmus Slough (Coos Bay) - 240 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | Steelhead | Lookingglass Cr - 241 | 241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2024 | Steelhead | Umatilla R - Three-Mile Dam to Nolin - 243 | 243 | 6 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 29 | 19 | 78 |
| 2024 | Steelhead | Sandy R - above Salmon R - 244 | 244 | 0 | 10 | 4 | 2 | 2 | 6 | 8 | 2 | 2 | 0 | 0 | 0 | 37 |
| 2024 | Steelhead | Clackamas R - Carver Br. to Bakers Ferry Rd - 245 | 245 | 44 | 157 | 119 | 32 | 53 | 42 | 12 | 8 | 16 | 12 | 2 | 24 | 522 |
| 2024 | Steelhead | Clackamas R - Bakers Ferry Rd to River Mill Dam - 246 | 246 | 43 | 173 | 216 | 101 | 299 | 560 | 136 | 27 | 65 | 56 | 62 | 64 | 1802 |
| 2024 | Steelhead | Clackamas R - River Mill Dam to Cazadero Dam - 247 | 247 | 0 | 10 | 18 | 45 | 95 | 99 | 19 | 8 | 23 | 21 | 6 | 2 | 346 |
| 2024 | Steelhead | Chetco R. & Bay up to Nook Creek - 248 | 248 | 33 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 6 | 122 |
| 2024 | Steelhead | Chetco R. & Bay above Nook Creek - 249 | 249 | 0 | 18 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 2024 | Steelhead | John Day R (Clatsop Co) - 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |