ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER, *et al.*, | Case No. 6:21-cv-00034-AA |
| *Plaintiffs*, | |
| v. | **DECLARATION OF NANCY MUNN IN SUPPORT OF FEDERAL DEFENDANTS' RESPONSE IN OPPOSITION** |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| *Federal Defendants*, | |
| and | |
| OREGON DEPARTMENT OF FISH AND WILDLIFE, | |
| *Defendant-Intervenor.* | |

DECLARATION OF NANCY MUNN                    1

1. My name is Nancy Munn. I am over the age of 18 years. I am competent to testify to these matters and am testifying based on my personal knowledge and knowledge gained through my employment with the National Oceanic and Atmospheric Administration ("NOAA"). I declare under the penalty of perjury that the following is true and correct:

2. I have been employed with NOAA's National Marine Fisheries Service ("NMFS") since 2000. I have served in a variety of roles for the NMFS West Coast Region. My current position is Assistant Regional Administrator for the Interior Columbia River Branch Office, a role I assumed in December, 2024.

3. In my capacity as Assistant Regional Administrator for the Interior Columbia River Branch Office of NMFS West Coast Region, I supervise the Anadromous Production & Inland Fisheries South Branch ("Branch") which, among other duties, processes applications for salmonid hatchery programs pursuant to the Endangered Species Act ("ESA") § 4(d) and accompanying regulations at 50 C.F.R. § 223.203(b).

4. The Branch produced the ESA § 7 Biological Opinion for the Willamette Basin issued May 17, 2019, entitled *Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat (EFH) Consultation, Evaluation of Hatchery Programs for Spring Chinook Salmon, Summer Steelhead, and Rainbow Trout in the Upper Willamette River Basin*, NMFS Consultation Number: WCR-2018-978 (NMFS 2019).

5. The Court's ruling on the merits, issued January 21, 2025, identified certain flaws with this Biological Opinion, as described in the Court's Opinion and Order. The Branch has read the Opinion and Order carefully to understand the Court's concerns.

6. I have been made aware by the Branch that it was awaiting further developments in this case for much of the past year. Nonetheless, even while remedy negotiations between Plaintiffs

DECLARATION OF NANCY MUNN    2

and hatchery managers at the Oregon Department of Fish & Wildlife ("ODFW") were occurring, the Branch proactively began discussing how to address the Court's concerns with staff from our General Counsel, taking into account relevant new information from ODFW.

7.  Attached hereto as Exhibit 1 is a true and correct copy of an August 14, 2025 email scheduling an August 15, 2025 meeting to address the Biological Opinion. Attached hereto as Exhibit 2 is a true and correct copy of a September 10, 2025 email new information received from ODFW relevant to the Branch's plans to address the Biological Opinion. These documents are not in the administrative record for this case, and I am attaching copies for the convenience of the Court and parties.

8.  With remedy negotiations between Plaintiffs and ODFW now concluded, we are not anticipating any operational changes to the hatchery programs reviewed in the Biological Opinion. Therefore, at this time, the Branch may execute the necessary revisions to the Biological Opinion.

9.  I anticipate the Branch completing its work so that NMFS can issue a revised Biological Opinion by August 28, 2026. I caution that the NMFS West Coast Region has undergone a significant rebalancing of staff across the Region's divisions and branches to better align with workload and administration priorities. If circumstances change and completion of the revised Biological Opinion by this date becomes infeasible, we will apprise the parties of the situation as necessary. However, at this time, I anticipate NMFS will be able to issue the Biological Opinion by this date.

[Intentionally left blank]

DECLARATION OF NANCY MUNN                3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of March, 2026.

*Nancy L Munn*
_____
Nancy Munn
Assistant Regional Administrator
Interior Columbia Basin Office
West Coast Region
National Marine Fisheries Service

DECLARATION OF NANCY MUNN                4