# EXHIBIT 1



Chris Fontecchio - NOAA Federal <chris.fontecchio@noaa.gov>

# Invitation: Chris / Courtney: Willamette hatcheries biop @ Fri Aug 15, 2025 11am - 12pm (PDT) (Chris Fontecchio - NOAA Federal)

**Courtney Hann - NOAA Federal** <courtney.hann@noaa.gov>  Thu, Aug 14, 2025 at 6:04 AM
Reply-To: Courtney Hann - NOAA Federal <courtney.hann@noaa.gov>
To: Chris Fontecchio - NOAA Federal <chris.fontecchio@noaa.gov>

**Join with Google Meet**

**Meeting link**
meet.google.com/hzf-ouqm-jcf

**Join by phone**
(US) +1 302-751-6008
PIN: 442166992

More phone numbers

**When**
Friday Aug 15, 2025 ⋅ 11am – 12pm (Pacific Time - Los Angeles)

**Guests**
Courtney Hann - NOAA Federal - organizer
Chris Fontecchio - NOAA Federal

View all guest info

**Reply** for chris.fontecchio@noaa.gov

Yes    No    Maybe    More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

📄 **invite.ics**
2K