# EXHIBIT 2



Chris Fontecchio - NOAA Federal <chris.fontecchio@noaa.gov>

# Fwd: ODFW analysis and report - Willamette River steelhead: juvenile competition & displacement

**Courtney Hann - NOAA Federal** <courtney.hann@noaa.gov>  Wed, Sep 10, 2025 at 11:07 AM
To: Chris Fontecchio - NOAA Federal <chris.fontecchio@noaa.gov>

Here is the ODFW report.

---------- Forwarded message ---------
From: **REIS Kelly E * ODFW** <Kelly.E.REIS@odfw.oregon.gov>
Date: Wed, Sep 10, 2025 at 9:35 AM
Subject: ODFW analysis and report - Willamette River steelhead: juvenile competition & displacement
To: Courtney Hann - NOAA Federal <courtney.hann@noaa.gov>
Cc: STAHL Tom * ODFW <Tom.Stahl@odfw.oregon.gov>, KELLEY Elise X * ODFW <Elise.X.KELLEY@odfw.oregon.gov>, REIS Kelly E * ODFW <Kelly.E.REIS@odfw.oregon.gov>


Courtney,


Please find attached a report titled *Willamette River steelhead: juvenile competition & displacement*. This report summarizes an ODFW analysis to examine whether competition and/or displacement between juvenile hatchery summer steelhead and UWR winter steelhead negatively impacts UWR winter steelhead populations in the North and South Santiam rivers.


ODFW is providing this analysis and summary report to NMFS in response to the recent Court finding that NMFS' 2019 Biological Opinion was "…arbitrary and capricious to conclude that the effects of competition from hatchery steelhead on winter steelhead is "low"".


ODFW's analysis suggests that competition between juvenile hatchery summer steelhead and UWR winter steelhead likely has little impact on UWR adult winter steelhead returns.


Let me know if you would like to discuss this analysis and its conclusions.


Kelly


_____

Kelly Reis (she/her)


Willamette Fish and Wildlife Policy and Program Manager

Oregon Department of Fish & Wildlife

3/9/26, 3:39 PM											National Oceanic and Atmospheric Administration Mail - Fwd: ODFW analysis and report - Willamette river steelhead: juvenile comp…

Case 6:21-cv-00024-AA					Document 102-2				Filed 03/13/26					Page 3 of 3

3150 Main Street | Springfield, OR | 97478

C: 541-517-2228

[kelly.e.reis@odfw.oregon.gov](kelly.e.reis@odfw.oregon.gov)

--
**Courtney Hann**
*Natural Resource Specialist, Anadromous Hatchery South Branch, Sustainable Fisheries Division*
NOAA Fisheries | U.S. Department of Commerce
Phone: (206) 526-4053, (707) 531-0699 work cell

---

**Will River steelhead juv competition and displacement_2025_ODFW.pdf**
587K