DAN RAYFIELD
Attorney General
DEANNA CHANG  #192202
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Deanna.J.Chang@doj.oregon.gov

Attorneys for Intervenor Oregon Department of Fish and Wildlife


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLAMETTE RIVERKEEPER; THE CONSERVATION ANGLER,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator, Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; MICHAEL HELTON, District Engineer, U.S. Army Corps of Engineers; U.S. FISH AND WILDLIFE SERVICE; ROBYN THORSON, Regional Director, U.S. Fish and Wildlife Service,<br><br>         Defendants,<br><br>OREGON DEPARTMENT OF FISH AND WILDLIFE,<br><br>         Defendant-Intervenor. | Case No.  6:21-cv-00034-AA<br><br>DECLARATION OF ELISE KELLEY |

Page 1 -   DECLARATION OF ELISE KELLEY
DC4/rn1/1015193829

I, Elise Kelley, declare:

1. I am the Mid-Willamette District Fish Biologist for the Oregon Department of Fish and Wildlife (ODFW). I make this declaration based on personal knowledge, published data and documents, information and data of ODFW, and my professional opinion.

2. I earned a Ph.D. in Ecology from the University of California at Davis in 2003. My post-doctoral research at University of California at Santa Barbara identified and prioritized strategies for steelhead trout restoration on the Santa Clara River in southern California and included working with other researchers to establish minimum flow requirements for steelhead passage. I was a member of the South-Central/Southern California Steelhead Technical Recovery Team for the National Marine Fisheries Service from 2003 to 2007. During this time, I collaborated with other researchers on a steelhead feeding study and population assessment in a major tributary of the Santa Clara River. As a co-principal investigator and lead scientist of a 2-year research project at UC Santa Barbara, I evaluated steelhead smolt survival in the Santa Clara and Santa Ynez river basins which have runs of endangered steelhead trout (a part of the Southern California Steelhead Distinct Population Segment).

3. I have been ODFW's District Fish Biologist for the Mid-Willamette section of the South Willamette Watershed District since March of 2013. In my capacity as ODFW's Mid-Willamette District Fish Biologist, I am responsible for State fish management activities for the middle portion of the Willamette River Basin from the mouth of the McKenzie River to just north of the City of Salem. My management area includes the Santiam river basin (including the North and South sub-basins), Calapooia, Rickreall, Luckiamute, Marys and Long Tom river basins

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

and covers portions of Polk, Marion, Linn, Benton and Lane counties. I represent the District at hearings and meetings and conduct state and federal permit reviews.

4. In addition, I plan, direct, and coordinate management of fisheries resources in the mid-Willamette area. It is my responsibility to ensure harvest opportunities while protecting fish habitat and promoting conservation of native fish species. I assess and implement actions to achieve conservation and recovery goals. I am the primary contact for the Mid-Willamette District to provide input to the National Marine Fisheries Service (NMFS).

5. ODFW fish management is guided foremost on the data and information we have available for the basin we are managing. This is because environmental conditions and complexity vary across watersheds. We are interested in science that occurs outside our management area (like that frequently cited by the plaintiffs) in case it can help inform directions for investigation, but we cannot solely rely on conclusions drawn in other basins to make our management decisions. This is why analyses like those conducted by Sabal and the genetic monitoring work we do, are key to decision-making.

6. I am familiar with the 2015 Harnish et al. study that the Plaintiffs discuss and have concerns about the reliability of its conclusions. The 2015 Harnish et al. study contains a number of flaws that exaggerate the likelihood of impacts from competition, displacement, and residualization and therefore limit its applicability.

7. Harnish *et. al.* failed to account for sublethal effects on tagged fish (e.g. impaired movement, impaired growth, delayed mortality, weight loss, heightened vulnerability to predation, etc.) that did leave the hatchery, thereby violating a basic assumption of biotelemetry (i.e. that tagged fish are unaffected by the tagging process or burden of carrying the tag and behave like untagged fish) Coulter et al 2022 pg 1503; Heim et al. 2023 (attached hereto as Exhibits 3 and 4). Given the relatively high percentage of

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

tagged fish that failed to leave the hatchery (17.6%) compared to the untagged population (~1%), the potential for sublethal tagging effects was high, and should have been addressed. If a study does not address that type of bias, then broad conclusions about the studied population are unfounded. In that instance, a researcher can only draw conclusions about the fish they tagged, not about a population as a whole.

8. Harnish et al. selected their snorkel sampling sites on "what appeared to be quality rearing habitat". NOAASUP1586. This approach to site selection introduces researcher bias into the study results. Normally, sampling sites are selected randomly and in sufficient numbers specifically to *avoid* bias and allow broader application of findings.

9. Harnish et al. assumed that when they weren't able to detect radio-tagged fish, it meant that the fish had residualized, rather than removing those fish from the study: "We assumed the 50 fish last detected by the SSF station and the 14 fish that were never detected residualized in the South Santiam River downstream of Waterloo County Park or perished within the South Santiam River and were carried away from the river (by birds, humans, etc.) because they were not detected by the fixed stations located at or downstream of the South Santiam River mouth, or during mobile tracking surveys." While Harnish et al. did not include these 64 fish in their calculation of residualization, they use them to claim that their 12.8% residualization rate was a minimum, an unsubstantiated claim that is not scientifically justified.

10. Harnish et al. determined whether fish bearing tags were still alive by agitating the water to see if the tag (fish) moved which is not a scientifically accepted approach to determine if the fish are alive.

11. The plaintiffs compound these failures of Harnish et. al. by not only relying heavily on those findings, but by trying to directly apply them to the North Santiam. It isn't

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

possible to expand Harnish et al.'s "residual fish" findings in any credible way.

Assuming the tagged fish in this study represented untagged fish behavior is contrary

to assumptions that are foundational to telemetry and scientific studies.

12. Harnish et al. recognized that their results contained "issues with the

representativeness of the radio-tagged fish," noting the significant discrepancy

between the radio-tagged fish and general hatchery population's migration from the

hatchery:

> Finally, we recognize there may have been issues with the
> representativeness of the radio-tagged fish to the general hatchery
> population. A much larger percentage (17.6%) of radio-tagged fish
> did not volitionally migrate from the South Santiam Hatchery
> compared to the general population of hatchery steelhead (~1%).
> Therefore, it is possible the radio-tagged fish also residualized in
> the river at a higher rate than the general hatchery population.

NOAASUP1607.

13. The plaintiffs cite a residualization range from Hausch & Melnychuck (2012) that

found residualization rates ranging from 0% to 17%, and claim that Harnish et al.'s

12.8% is representative and accurate because it falls within that range.  McMillan at ¶

13.  This conclusion is not scientifically defensible.

14. The carrying capacity of the South Santiam and North Santiam Rivers is not known.

Harnish et al. acknowledge this.

> Additional work is needed to better quantify the true carrying capacity of the
> South Santiam River to determine whether or not density dependent effects are of
> concern.

NOAASUP1604.

> However, an evaluation should be conducted to estimate the carrying capacity of
> the South Santiam River before release numbers are reduced.

NOAASUP1609.

15. McMillan 34 includes a graph from Harnish et al. purportedly showing the proportion

of winter steelhead increasing and summer steelhead decreasing the further one

moves downstream from the South Santiam hatchery. NOAASUP1600.  It does not

Page 5 -   DECLARATION OF ELISE KELLEY
DC4/rn1/1015193829

show that winter steelhead hatch in good habitat and leave it for worse habitat

because of summer steelhead, as McMillan claims. Harnish et al. acknowledge:

> The evaluation of longitudinal trends in relative abundance included in this report
> was an opportunistic observation made while conducting snorkel surveys to
> evaluate behavioral interactions. Therefore, a more detailed investigation is
> needed to determine whether residual hatchery summer steelhead juveniles are in
> fact displacing naturally produced O. mykiss from the highest quality rearing
> habitat into suboptimal habitats and whether this displacement confers any
> reduction in the survival of naturally produced O. mykiss.

NOAASUP1605.

16.  Note that "opportunistic observation" in this context means "unstudied." Harnish et

al. can only say they saw it, not that their observations accurately reflect what is

occurring, or infer causality. Harnish et al. also recognize the need for studies on

displacement of wild fish by hatchery fish, stating a need for:

> A detailed investigation of the distribution, abundance, and
> movements of naturally produced *O. mykiss* before and after
> hatchery releases to determine whether hatchery summer steelhead
> juveniles are displacing naturally produced *O. mykiss* from the
> highest quality rearing habitat into suboptimal habitats.

NOAASUP1609.

17. ODFW continues to adaptively manage the summer steelhead program.  We have

changed multiple hatchery practices to reduce risks of harm to wild steelhead; we

continue to monitor potential impacts of the hatchery program with regular genetic

sampling, and we have models that can help us evaluate whether juvenile summer

steelhead are having negative impacts on the winter steelhead population.  ODFW

continues to manage our programs with science and data as it becomes available to

protect native winter steelhead.

18. The summer steelhead program provides benefits not only to anglers who enjoy

fishing for them, but also businesses that support angling activities and tourism such

as marinas, gas stations, sports stores, restaurants, etc.  While the plaintiffs' only

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

mention catch of summer steelhead in the North Santiam, they don't mention that these steelhead can contribute to recreation and economic benefits for up to 200 river miles from the North Santiam River downstream to the mouth of the Columbia River. Catch statistics also don't reflect the number of anglers that are out fishing and supporting local economies, only anglers that successfully catch a fish.

19.  ODFW has regular discussions with angling groups such as the Northwest Steelheaders and the North Santiam Guides Association that are interested in and supportive of the summer steelhead fishery.  Summer steelhead provide a unique and exciting sport fishing opportunity even when other salmonids like spring Chinook may be present.

20.  Additionally, adult hatchery summer steelhead are donated for food and other beneficial purposes.  From 2021 to 2025, 7,127 adult summer steelhead were collected at Minto Fish Facility (North Santiam River).  Of those, 5,921 were donated to the Oregon Food Bank, local Gleaners, and Tribes (for food fish), totaling more than 30,000 lbs. of fish (meat/flesh) donated for human consumption.  The balance of the fish were used for broodstock (back-up for South Santiam), educational purposes, and stream enrichment.


**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March __13__, 2026.


s/ *Elise Kelley*
ELISE KELLEY


Page 7 -   DECLARATION OF ELISE KELLEY
DC4/rn1/1015193829

Received: 3 August 2023 | Revised: 1 December 2023 | Accepted: 5 December 2023

DOI: 10.1002/nafm.10986

FEATURE ARTICLE

# Tagger effects in aquatic telemetry: Short-term and delayed effects of surgery in Atlantic Salmon smolts

Kurt C. Heim[1] 🟢 | Jonah Withers[1] | Theodore Castro-Santos[2]

[1]U.S. Fish and Wildlife Service, Lake Champlain Fish and Wildlife Conservation Office, Essex Junction, Vermont, USA

[2]U.S. Geological Survey, Eastern Ecological Science Center, S. O. Conte Research Laboratory, Turners Falls, Massachusetts, USA

**Correspondence**
Kurt C. Heim
Email: kurt_heim@fws.gov

**Present address**
Jonah Withers, U.S. Fish and Wildlife Service, Conservation Genetics Laboratory, Anchorage, Alaska, USA

**Funding information**
Great Lakes Fishery Commission

## Abstract

**Objective:** An assumption of biotelemetry is that animal performance is unaffected by the tagging process and tag burden, yet this assumption is often untested or not thoroughly explored. Our objective was to explore how transmitter implantation procedures influenced Atlantic Salmon *Salmo salar* smolt survival and migratory performance.

**Methods:** We monitored radio-tagged smolts, first in the hatchery and then in a river with a receiver array. We assessed survival and in-river performance in relation to surgeon, surgery duration, processing order, and fish size.

**Result:** Mortality was 13.3% during an 8-day hatchery-observation period but was higher for fish that were processed by one of two experienced surgeons (25% vs. 2%). Mortality peaked 3 days postsurgery and was higher for smaller fish and fish that were tagged during morning tagging sessions (versus afternoons). The size effect changed over time, being greatest during the first 2 days postsurgery and continuing thereafter at a diminished level. Fish performance once released into a river also differed between surgeons (migration initiation 66% vs. 82%; to-lake migration success 22% vs. 43%) and, consistent with hatchery observations fish that were tagged in the morning by one surgeon, performed poorly once released.

**Conclusion:** We highlight the immediate and lingering effects of surgical procedures on smolt survival that, if not accounted for, could bias inferences about the study population. Researchers should anticipate tagger effects during study design to ensure potential tagger effects (i.e., surgeon, order tagged, conditions during tagging) are balanced across study groups of interest. Testing for a fixed tagger effect in analyses may not always be adequate because a tagger effect may covary with processing order and fish size and may change over time.

**KEYWORDS**
surgical implantation, tag burden, tagger effects, telemetry

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

Published 2023. This article is a U.S. Government work and is in the public domain in the USA. *North American Journal of Fisheries Management* published by Wiley Periodicals LLC on behalf of American Fisheries Society.

*North American Journal of Fisheries Management.* 2024;44:262–275.

Exhibit 3 to Declaration of Elise Kelley
Page 1 of 14

## INTRODUCTION

As telemetry techniques advance rapidly, it is essential to remember a fundamental assumption of telemetry—that tagged animals behave in ways that are representative of the population that is being studied (Rogers and White 2007; Thiem et al. 2011; Hussey et al. 2015). The physical burden of the tag itself (hereafter, "tag effects") as well as the adverse effects of the implantation procedures by a particular tagger (hereafter, "tagger effects") can fundamentally alter the performance of tagged animals. Thus, it is important to minimize tag and tagger effects, quantify them, and incorporate this information to inferences drawn about study populations (Brownscombe et al. 2019; Daniels et al. 2021).

Studies to address tag and tagger effects can be broadly categorized as laboratory or field studies (Wargo Rub et al. 2014). Laboratory studies have proven to be highly useful to optimize tagging procedures by testing several techniques and observing fish to assess the effects of tagging on end points such as growth, survival, swimming performance, physiology, and health. These studies emphasize using appropriately sized transmitters (Jepsen et al. 2002; Zale et al. 2005; Brown et al. 2006), optimizing suturing materials and tagging procedures (Gries and Letcher 2002; Deters et al. 2010, 2012), improving anesthetic techniques (Anderson et al. 1997; Wargo Rub et al. 2014), and ensuring appropriate training and feedback for surgeons (Cooke and Wagner 2004; Deters et al. 2010; Robinson et al. 2021). Far fewer studies extend to field observations, where effects are quantified in the wild (Wargo Rub et al. 2014; Daniels et al. 2021).

Tag and tagger effect studies in the wild are crucial to complement the inferences that are drawn from laboratory-based studies. Although direct observation in a laboratory can provide advantages over field-based studies (control over conditions, fish densities, ease of monitoring outcomes), it is not always clear how these results translate to fish performance in the wild (Peake et al. 1997). The adverse effects of tagging procedures or tag burdens can be exacerbated by predators, challenging environmental conditions, stressful sampling methods, or stochastic events that are not present in the laboratory (Chapman et al. 2020; Davies et al. 2023). Some laboratory studies report little disruption to the survival, growth, or swimming performance of salmonids when appropriately sized transmitters are used (Brown et al. 1999; Ammann et al. 2013); however, it is unclear whether the results would be similar had fish performance been assessed in the wild under challenging conditions. Furthermore, when adverse effects are identified in laboratory studies, it is possible that these effects would have been even stronger (or simply different) had the fish been studied in the wild due to

### Impact statement

We describe a case study where fish survival and in-river performance differed markedly between fish that were tagged by two surgeons who followed the same surgical procedure. Moreover, the tagger effect was more pronounced for small fish and fish that were tagged during the morning (relative to the afternoon). Our results remind researchers and managers using telemetry to always consider how handling procedures might influence results and inferences about the study population.

variation in these dramatically different environments. Therefore, there is a continued need to examine tag and tagger effects in a hatchery setting and to compare these results with what is observed once the fish are released.

Here we present the results from a landlocked Atlantic Salmon *Salmo salar* smolt telemetry study with a specific focus on effects of surgeon, surgery time, and processing order—in both a controlled environment and the wild. Our original objective in this study was to compare the performance of smolts from two broodstocks that were released at two stocking locations; however, unexpectedly high tagging-related mortality necessitated a deeper exploration into the tagger effects. Thus, our objectives were to (1) examine factors that influence mortality during an 8-day hatchery-observation period, (2) examine tagger effects on the performance of fish in the wild, and (3) examine the degree to which these effects could influence conclusions regarding our original study objectives (genetic broodstock and release location).

## METHODS

### Study background

The data that are presented here were collected in 2021 and 2022 during a study to assess different stocking options for landlocked Atlantic Salmon in the Winooski River, a tributary to Lake Champlain, Vermont. The two factors that were assessed were release location (upstream or downstream) and genetic broodstock (LowTT or MAX). The LowTT broodstock were produced using selective breeding for tolerance to thiamine deficiency complex, whereas the MAX broodstock were produced using more founding parents (i.e., maximizing genetic diversity; Harder et al. 2018, 2020). Batch-marked individuals were released from four study groups annually (11,000 smolts per group, MAX–Upstream, LowTT–Upstream, MAX–downstream,

Downloaded from https://academic.oup.com/nafjm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 2 of 14

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

LowTT–downstream), and group-specific smolt survival was evaluated by implanting a subset of fish with radio transmitters. Adult returns from each release group will be assessed in future studies. The present assessment focused on group-specific survival as assessed with radio telemetry.

## Tagging procedures

Two surgeons (A, B) participated in smolt surgeries in 2021. Prior to the present study, surgeon A had surgically implanted radio transmitters in approximately 200 adult salmonids (300–500 mm); surgeon B had done approximately 100 surgeries (300–700 mm). The two surgeons practiced on dead fish on several occasions and live fish on March 6, 2021 (Figure 1A–C). Surgeon A performed 13 surgeries, and surgeon B performed 10 using dummy transmitters during the live-fish practice session. The surgical procedures (described below) were consistent between surgeons. The practice surgeries were supervised by a senior researcher with 35 years of experience in fish telemetry (>5000 fish surgeries). The senior researcher confirmed the appropriateness of the surgery platform and methods and observed no noteworthy differences in skill or technique between surgeons. No mortalities occurred during an 8-day observation period, and wound healing looked normal and as expected (Figure 1B).

Live study fish were implanted with radio transmitters at Dwight D. Eisenhower National Fish Hatchery (North Chittenden, Vermont) on April 5 and 6, 2021. To balance potential tagger effects, each surgeon performed surgeries on half of the fish for each experimental group. Additionally, anticipating a potential bias related to surgical improvement with more practice (Cooke et al. 2003), the surgeons processed experimental groups in reverse order (Table 1). In 2022, only surgeon A performed surgeries (March 28–30).

We followed a standard operating procedure for surgeries that incorporates extensive personal experience and a large body of literature focusing on juvenile salmonids (Liedtke et al. 2012). These authors report <1% tagging-related mortalities and <0.01% tag-loss rate in the 24–36 h following surgery when using this method. The fish were anesthetized one at a time in a 5-gal (≈19 L) bucket containing 10 L of hatchery raceway water (3.6–4.2°C in 2021, 0–0.5°C in 2022) with a 70 mg/L concentration of AQUI-S 20E. The use of AQUI-S 20E was authorized under the U.S. Fish and Wildlife Service's Investigational New Animal Drug program (https://www.fws.gov/inad/aqui-sr20e-11-741).



**FIGURE 1**    Study timeline and photographs of (A) surgery table setup, (B) wound healing of a fish tagged with a dummy transmitter 17 days postsurgery, (C) dummy transmitters constructed from trout fishing beads, and (D) loading smolts into stocking trucks. Photos by K. C. Heim. *An additional year of study was conducted in 2022, where only surgeon A participated, and these data are only included in the analysis presented in Supplementary Materials (available in the online version of this article).

Exhibit 3 to Declaration of Elise Kelley
Page 3 of 14

Downloaded from https://academic.oup.com/nafjm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

**TABLE 1**   Experimental group, day tagged, order of tagging session, number of fish (*N*), number of mortalities (Mort), total length (TL) followed by standard deviation, and weight (W) followed by standard deviation for fish surgically implanted with radio transmitters by two surgeons (A and B). In the Group column, US means upstream release, DS means downstream release, LowTT is a broodstock developed for putative tolerance to low thiamine, and MAX is a broodstock developed to maintain high genetic diversity.

| Group | Surgeon A | | | | | | Surgeon B | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Day | Order | *N* | Mort | TL | W | Day | Order | *N* | Mort | TL | W |
| US-LowTT | 1 | 1 | 25 | 0 | $167 \pm 9$ | $46 \pm 7$ | 2 | 4 | 24 | 3 | $176 \pm 15$ | $52 \pm 14$ |
| US-MAX | 1 | 2 | 24 | 1 | $168 \pm 12$ | $48 \pm 11$ | 2 | 3 | 24 | 7 | $171 \pm 11$ | $51 \pm 10$ |
| DS-LowTT | 2 | 3 | 25 | 1 | $175 \pm 12$ | $53 \pm 11$ | 1 | 2 | 24 | 3 | $182 \pm 13$ | $59 \pm 13$ |
| DS-MAX | 2 | 4 | 24 | 0 | $165 \pm 11$ | $46 \pm 8$ | 1 | 1 | 25 | 11 | $167 \pm 9$ | $47 \pm 9$ |

Approximately 10 mL of a 25% solution of Stress Coat (Aquarium Pharmaceuticals, Inc., Chalfont, Pennsylvania) and water was also added to the anesthetic bath. The use of Stress Coat is recommended in Liedtke et al. (2012) because of purported stress reduction and slime replenishment (but see Vanderzwalmen et al. 2019, which notes largely unstudied effects of this product). The fish were visually monitored until a deep sedation was achieved, and then they were removed (2–4.5 min). The fish were measured to the nearest millimeter in total length and weighed to the nearest 0.1 g. Fish were only tagged if they weighed more than 30 g and were greater than or equal to 140 mm to avoid excessive tag burdens (Brown et al. 1999). The transmitters weighed 1.5 g, so this cutoff was at a 5% tag to body-weight ratio.

During the surgeries, the fish were placed on a V-shaped platform that was lined with a dampened chamois cloth. The chamois cloth, along with all surfaces with which the fish came into contact, was regularly sprayed with the Stress Coat solution. A roughly 1-cm incision was made using a #12 curved blade scalpel. We note that Liedtke et al. (2012) suggest using a microscalpel with a 3–5 mm blade, but we chose to use a standard scalpel blade based on practice with both scalpel types and prior experience. A transmitter (Sigma Eight, Newmarket, Ontario; TX-PSC-I-27-D, 1.5 g, 16.5 × 8.0 × 6.5 mm) was implanted using the shielded needle technique (Marvin and Kleiner 1982) using a 20GA disposable IV catheter to position the whip antenna exit-hole slightly posterior to the incision. The incisions were closed with two veterinary-use Polyglycolic Acid (PGA) sutures (Oasis brand, 4–0 thread, NSF-2 19-mm 3/8 Circle Reverse Cutting needle [SKU: MV-J397-V]). A flow-through system was used to irrigate the gills with either a 30 mg/L maintenance dose of AQUI-S 20E or fresh water depending on the sedation status of the fish. The surgery duration was recorded with a stopwatch that began as soon as the fish was removed from the anesthetic bath and ended when it went into the recovery bath. After surgery, the fish were monitored in 5-gal (≈19 L) buckets until equilibrium was regained (typically 3–6 min) before being placed in isolated sections of covered hatchery raceways. All the water containers were monitored regularly and changed if temperatures increased by ~2°C relative to the raceway temperature (Kelsh and Shields 1996), typically every 12–15 fish. Both teams replaced the water baths during each session at least once, barring the first session of surgeon B, where 25 surgeries were performed without a water bath change (however, the water did not increase by 2°C during this session).

Hatchery staff monitored the raceways daily and recorded mortalities. Staff members noted if the mortalities had evidence of American mink *Neogale vision* predation, indicated by bite marks on the head. Mink that enter raceway enclosures at night through any small opening are a nuisance at Dwight D. Eisenhower National Fish Hatchery. Once within a raceway, mink typically capture smolts and eat only their heads, and then they leave the carcasses piled up on the edges of the concrete raceways. By April 12, 1 day prior to the release of the study fish, 21 fish died and 19 were attributable to surgeon B. Therefore, to balance the final numbers of fish that were released across groups and surgeons, surgeon B implanted the 21 transmitters that were recovered from the mortalities into new fish on April 12. On the morning of April 13, the when study fish were released (Figure 1D), an additional five mortalities were found. These transmitters were not reimplanted into new fish due to time constraints.

## Prerelease analysis

We fit a Kaplan–Meier curve to the hatchery survival data using the 'survival' package (version 3.3.1; Therneau 2023) in R version 4.2.1 (R Core Team 2022) and tested for differences between surgeons using a log-rank test and the $\chi^2$ test for significance (Harrington and Fleming 1982). Log-rank tests were also done for the ordering and session-level variables. These variables were generated based on different hypotheses representing how experience and

Exhibit 3 to Declaration of Elise Kelley
Page 4 of 14

practice during the 2-day tagging period may affect survival outcomes. The ordering variables included two continuous predictors, overall order tagged by each surgeon (1–97 or 98, order-overall) and order tagged during a day (1–48 or 49, order-day), and two predictors representing session-level categorical variables. These included session (1–4) for each surgeon and the order of a session within a day (i.e., morning session or afternoon session, order-session). A two-level factor was also tested representing tagging day (i.e., first day or second day). Only fish that were processed on the first 2 days (April 5 and 6) were included in the prerelease analysis; the 21 fish that were tagged on April 12 were only monitored for 1 day at the hatchery prior to release, and none died. For this analysis, $t$-tests were used to examine differences in surgery duration between surgeons and to evaluate differences in surgery duration, weight, and total length among the fish that survived and died.

We ran a series of candidate linear models to explore the factors influencing surgery duration. We tested all combinations of candidate models, including fish total length or weight, order-day, order-overall, session, order-session, and plausible interactions and selected the top models using the Akaikie information criterion (AIC; Burnham and Anderson 2002). The models were run separately for each surgeon.

We used Cox regression to model survival during the 8-day hatchery-holding period. The candidate models included surgeon, total length, weight, surgery duration, order-day, order-overall, session, and order-session, and plausible interactions among these covariates. Weight and length were not included in the same model, and only one metric of order or session was included per model to avoid collinearity. Furthermore, because broodstock (MAX or LowTT) confounded with the order variables, we did not include it in this analysis. We tested the assumption of proportional hazards by conducting a visual review of the Schoenfeld residuals that were plotted for each covariate in the final models. Where significant departures from the proportional-hazards assumption were evident, time-varying covariates were introduced to establish proportionality (Therneau and Grambsch 2000). Model selection was conducted using AIC, and the top models were evaluated and reported. Due to a lack of available resources for plotting the time-varying effects of continuous variables in Cox regression, it was necessary to omit the time-varying covariates for visualizing the effects of interest and simplify the model. We thus removed the outlier fish ($n = 3$) that were causing the violation of proportional hazards, reran the models including only surgeon B's data, and checked for proportionality. The effects plots for this model were created using the R package 'contsurvplot' (Denz and Timmesfeld 2023).

## Postrelease performance monitoring

The fish with radio transmitters that survived the holding period in 2021 ($n = 191$) were released along with ~44,000 production smolts on April 13. The radio-tagged fish were loaded onto trucks, with smolts from each of the four experimental release groups that they were meant to represent (MAX–Upstream, LowTT–Upstream, MAX–downstream, LowTT–downstream) and treated in the exact manner as were production-stocked fish after leaving the hatchery (Figure 1D). In 2022, no hatchery mortalities occurred and all the study fish were released on April 5 and 6. Fixed telemetry stations were set up along the river ($n = 9$) to continuously scan for passing transmitters. These used Sigma Eight Orion receivers that were connected to three-element Yagi antennas and were downloaded 2–3 times a week via remote connections. Following the completion of the study, we removed false positives from the data using the hit-ratio metric from the BIOTAS software (Nebiolo and Castro-Santos 2022).

We used the telemetry records to establish two binary metrics of postrelease performance: (1) initiation of migration and (2) to-lake survival. A fish was classified as having initiated migration if it was detected downstream of the release site. The fish that were released at the upstream location had to travel 9 km to reach the first downstream antenna, whereas the fish that were released at the downstream location had to travel 1 km to reach the first downstream antenna. A fish was classified as having successfully migrated to Lake Champlain if it was detected at one of two telemetry stations at the river mouth.

## Comparison of hatchery survival with postrelease performance

We reviewed the survival metrics at the hatchery and postrelease (i.e., migration initiation and success) at the surgeon and experimental-group level (i.e., tagging session) and reviewed exploratory data visualizations (Hilborn and Mangel 1997; Edward 2001). Chi-square tests of proportions were used to test for differences between the surgeons. We also sought to determine whether there were lingering negative effects of tagging that were expressed later once the fish were released. For example, if a surgeon had a particularly high mortality rate during a specific tagging session (assessed at the hatchery for 8-days postsurgery), then that might reflect something occurring at the session level that we did not quantify (e.g., deep incisions, lacerated viscera, inadequate depth of anesthesia) that would continue to negatively affect the fish's performance once it was released. The fish that survived from that session were then studied in the wild via telemetry, and our

Downloaded from https://academic.oup.com/nafjm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 5 of 14

general question was whether the poor performance of these fish was also reflected in the wild. Pearson's correlation was used for this analysis to compare hatchery survival with performance once released.

## Tagger effects on model selection and original study hypotheses

We conducted a supplementary analysis to assess how tagger effects might influence our original study questions, which were to understand survival differences related to broodstock and release location. We performed logistic regression on migration initiation and to-lake migration success, independently, on three versions of the data sets from 2021 and 2022 (full data set, one with the outlier tagging sessions removed, and one with just surgeon A). See Supplementary Materials for further description of methods.

## RESULTS

## Prerelease hatchery survival—Kaplan–Meir analysis

In 2021, 13.3% of the smolts died during the hatchery-observation period (26/195). Most mortalities were attributable to surgeon B (24/26, 92%), resulting in significantly different surgeon-specific mortality curves ($\chi^2 = 21.7$, $p < 0.005$; Figure 2; Table S1 available in the Supplementary Materials in the online version of this article) and mortality percentages of 25% (24/97) and 2% (2/98). In 2022, only surgeon A performed surgeries ($n = 162$), and no smolts died during the hatchery-observation period. Therefore, the remainder of the analysis presented here (excluding the supplementary analysis) includes only data from 2021.

Seven mortalities during hatchery observation (7/26, 27%) showed evidence of mink bites, reflective of scavenging or predation. Although mink had equal access to the fish that were tagged by both surgeons, mink bites were found on 6 of 97 fish that were processed by surgeon B (6%) and 1 of 98 (1%) that were processed by surgeon A. Excluding the fish with mink bites, mortality was 20% (18/91) for surgeon B and 1% (1/97) for surgeon A and the survival curves remained significantly different between the surgeons ($\chi^2 = 18.1$, $p < 0.005$).

The smolts that were tagged by surgeon B during morning sessions had greater mortality (18 of 49 or 36.7%) than those tagged during afternoon sessions (6 of 48 or 12.5%; $\chi^2 = 7.5$, $p = 0.006$). Accounting for order-session (i.e., morning or afternoon), there was no difference in the survival curves between the two tagging days for surgeon B ($\chi^2 = 0.7$, $p = 0.4$). The fish that died were smaller (length and mass) and had longer surgery times than those that survived the hatchery-observation period (t-tests, $p < 0.05$; Figure 3).

## Prerelease hatchery survival—Cox regression

The model selection suggested that fish weight, order-session, and surgeon were the top predictors of survival (Table 2). The assumption of proportional hazards was violated for the fish weight covariate, with a disproportional effect of weight occurring within the first 2 days because the first fish to die were among the smallest fish that were tagged (31.5, 30.6, and 35.0 g, compared with 50.2 g average weight). Thus, we reran the models with weight during the first interval as an additional time-varying covariate. Following this, the top model remained the same except for the additional effect of weight during the first 2 days (Table 2). The weight effect indicated a 7%/g increase in survival over the full hatchery-observation period, with an additional 44%/g during the first 2 days (Table 3). That is, the influence of fish weight on survival was very strong during the first 2 days and continued to be an important predictor of survival through the full 8-day period but to a lesser degree (Figure 4). The model indicated a 19.1 times higher (95% confidence interval [CI] = 4.48–81.43) risk of mortality for the fish that were handled by surgeon B and a 57% increase in the survival of fish that were tagged in afternoons relative to those that were tagged during morning sessions (Table 3). Note that to produce an effects plot (Figure 4), a simplified model without time-varying effects and with only data from surgeon B was used (Table S2).



**FIGURE 2**  Kaplan–Meir survival curve for Atlantic Salmon smolts observed for 8 days following surgical implantation of radio transmitters by two surgeons. The shaded regions represent 95% confidence intervals.

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 6 of 14



Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

**FIGURE 3**    Comparisons between Atlantic Salmon smolts that survived or died during the 8-day monitoring period postsurgery with (A) body length and weight, (B) surgery time, (C) weight, and (D) total length. Panel A included fish that were tagged by both surgeons, and the gray dots indicate fish that lived. The red dots represent fish that died. Panels C–D include only data for surgeon B. The box plots depict median (bold horizontal line), interquartile range (shaded box), and minimum and maximum (horizontal lines).

**TABLE 2**    Model selection results for Cox regression of hatchery survival data following radio transmitter implantation. Weight1 is the effect of weight on survival during the first 2 days postsurgery, Weight2 is the effect of weight during the remaining days postsurgery. Order-Session is whether the fish were tagged in the morning session or afternoon session. Surgery Time is the time it took to surgically implant transmitter. The log likelihood (logLik) value of the null model was −133.9. The degrees of freedom (df), Akaike information criterion value (AIC), delta AIC (ΔAIC), and AIC weight (Weight) are also shown.

| Model | df | logLik | AIC | ΔAIC | Weight |
|---|---|---|---|---|---|
| Surgeon + Weight1 + Weight2 + Order-Session | 4 | −104.045 | 216.1 | 0 | 0.12 |
| Surgeon + Weight1 + Weight2 + Order-Session + Surgery Time | 5 | −103.636 | 217.3 | 1.18 | 0.067 |
| Surgeon*Order-Session + Weight1 + Weight2 | 5 | −103.739 | 217.5 | 1.39 | 0.06 |
| Surgeon*Weight1 + Weight2 + Order-Session | 5 | −103.809 | 217.6 | 1.53 | 0.056 |

**TABLE 3**    Model coefficient estimates and hazard ratios (HR; followed by 95% confidence interval) for Cox regression of hatchery survival data following radio tag implantation. Weight1 is the effect of weight on survival during the first 2 days postsurgery, Weight2 is the effect of weight during the remaining days postsurgery. Session-Order is whether the fish were tagged in the morning session or afternoon session.

| Term | Estimate | HR | $p$ |
|---|---|---|---|
| Surgeon (B) | 2.96 | 19.24 (4.51–82.19) | <0.001 |
| Weight1 | −0.56 | 0.57 (0.36–0.90) | 0.015 |
| Session-Order (afternoon) | −0.86 | 0.43 (0.18–1.02) | 0.054 |
| Weight2 | 0.07 | 0.93 (0.89–0.98) | 0.004 |

Exhibit 3 to Declaration of Elise Kelley
Page 7 of 14



**FIGURE 4** Effects of fish weight (grams) and order of tagging session (AM vs. PM) on survival probabilities of radio-tagged Atlantic Salmon smolts during an 8-day hatchery-observation period. The model that is depicted includes data from surgeon B only and omits three early mortalities that caused a violation of the proportionality assumption (Table S2).



**FIGURE 5** Surgery times of (A) surgeon A and (B) surgeon B over the course of a 2-day tagging period using top models that include only one term (order tagged during a day). The triangles represent fish that were processed on day 1, and the circles are fish that were processed on day 2. Mortalities during the observation period are in red, and different tagging sessions are delineated with vertical dashed lines.

## Surgery duration analysis

Surgery duration averaged 181 s but differed between surgeons (Figure 5). Surgeon A was 32 s faster than surgeon B (95% CI for difference = 25–38 s, A = 165 ± 20 [mean ± SD], B = 197 ± 24, $p < 0.05$). The top model for surgery duration for surgeon A was one that included only order tagged during a day (order-day); durations got shorter as more fish were tagged each day (Figure 5; Tables S3 and S4). The model suggested that surgeon A began at 176 s but ended at 155 s (21 s improvement during a day). A lack of support for a day term suggested that the speed

improvements that were gained during day one were not maintained when starting again on the second day. There was nearly equal support for two top models for surgeon B, one with only order-day (top model, same top model as surgeon A) and one with an interaction between order-day and fish weight (ΔAIC = 0.01; Tables S3 and S4). The top model suggested a speed improvement during each day but not across days. Surgeon B started at 205 s and ended around 189 s (16 s improvement during a day; Figure 5). The second ranked model (order-day × fish weight) suggested that (1) lighter fish took longer than heavier fish and (2) speed improvements (i.e., model

Downloaded from https://academic.oup.com/nafm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 8 of 14

slopes) were greater for light-weight fish than for heavy fish (Figure S1 available in the Supplementary Materials in the online version of this article).

## Postrelease performance

Which surgeon processed the fish (A or B) continued to influence fish performance once the fish were released during the 2021 field study (Figure 6A,B). More fish that were tagged by surgeon A initiated migration than those that were tagged by surgeon B (82% vs. 66%, $\chi^2 = 5.22$, $p = 0.02$), and more fish that were tagged by surgeon A successfully migrated to Lake Champlain (43% vs. 22%, $\chi^2 = 7.11$, $p = 0.007$). When reviewing the data at the experimental-group level, surgeon A's percentages were higher in 7 of 8 comparisons (Figure 6C,D).

Release groups that had high mortality during the hatchery-observation period also performed poorly once they were released, especially for the metric of migration initiation (Figure 6C,D; Table S5). Despite the low sample size for this test ($n = 4$), the hatchery survival of surgeon B's groups was almost perfectly correlated with the proportion of fish that initiated migration after release

(Pearson's correlation = 0.99, $p < 0.006$; Figure 5C). To-lake survival for each group was also correlated with the observed mortality estimates from the hatchery, but the test was nonsignificant (Pearson's correlation = 0.53, $p = 0.47$; Figure 6D).

## Effects of outlier tagging sessions on model selection and inferences

These results are presented in detail in the Supplementary Materials. The main points are (1) several tagging sessions by surgeon B were extreme outliers with respect to the mortality that was observed at the hatchery and warranted removal from further analysis of the fish once they were released, (2) tagger effects influenced model selection when a full analysis of migration was performed using logistic regression, and (3) inconsistent tagger effects (across sessions and fish of different sizes) drove spurious results that related to our main hypotheses (i.e., coefficients for broodstock, release location, and fish weight), even if a fixed effect of surgeon was included. Importantly, the size-biased effects of surgeon B (Figure 4) magnified the effect of fish size on postrelease performance.



**FIGURE 6** Comparison of performance measures of landlocked Atlantic Salmon smolts processed by two surgeons (A and B) for four experimental groups (see Table 1). Panel A depicts migration initiation (i.e., proportion that migrated after release into the river), and panel B depicts to-lake survival (i.e., proportion of those released reaching Lake Champlain). Panels C and D include only surgeon B's data and show the measured survival at the hatchery during the 8-day observation period relative to migration initiation (Panel C) and migration success (panel D) once the fish were released into the river. The fitted line in C and D is from a linear regression.

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 9 of 14

Downloaded from https://academic.oup.com/nafjm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

# DISCUSSION

When multiple surgeons are used or fish are tagged across multiple tagging sessions, potential nuisance effects can arise (i.e., those affecting fish performance but not of interest to the study; Cooke et al. 2003; Sandstrom et al. 2013). We documented a high rate of tagging mortality during hatchery observation for one surgeon (25%) that also varied by session (morning vs. afternoon) and fish size. Surgeon, tagging session, and fish weight continued to play a dominant role in the models that explained the survival of the fish once they were released in the wild. Thus, some fish were predisposed to have poor performance at the start of our field study, even though they survived the 8-day holding period. Lingering adverse effects of surgery persisted and demonstrably biased inferences regarding our main study questions in the field study. Common practices in fish telemetry, including short holding periods (often <1 h), and the use of multiple surgeons, should be carefully considered when making inferences about fish behavior and survival in the wild.

## High mortality and tagger effects during holding period

The overall mortality rates of 13% (inclusive of both surgeons) and 25% (for surgeon B) were exceptionally high relative to those from similar assessments. For example, Larocque et al. (2020) held 62 tagged fish (tag weight burden < 2%) for 3–14 days and observed no mortalities, Berland et al. (2004) held 10 fish (tag burden < 6%) for 14 days and observed no mortalities, and Daniels et al. (2021) held 30 fish (tag burden 4–11%) for 72 days and observed one mortality (3.3%). The rates that are documented in our study are among the highest that we can find in the literature, even if the fish that were potentially killed by mink are excluded. We do not know whether mink scavenged the already deceased fish or were the immediate cause of death for the seven fish with bite marks on their heads. Despite the best efforts of hatchery staff to keep them out, mink regularly enter the raceway enclosures and have no problem capturing fish under normal conditions (i.e., fish that are not radio tagged). Mink therefore would likely have had an easy time capturing individuals that were recovering from surgery. Whether predated or scavenged, the fact that mink preferentially bit surgeon B's fish (6/7) suggests that differences in fish recovery or injury between taggers lead to higher predation susceptibility (e.g., lethargy, reduced swimming ability).

We posit that overall surgical skill, not surgery duration alone, is the most likely explanation for observed differences in outcomes between surgeons. Importantly, we highlight that both surgeons followed the same surgical procedures. By surgical "skill," we specifically refer to the ability to perform a procedure successfully, with minimum injury to the fish. Although surgeon A was slightly faster, the surgery durations for both surgeons were similar to those reported elsewhere (e.g., $3.3 \pm 0.6$ min in Berland et al. 2004) and the range of surgery durations overlapped between surgeon A and B in our study. If surgical speed alone was a primary factor, then surgery duration would have been favored in the models explaining hatchery survival—long surgeries would be linked to high mortality regardless of the surgeon. In contrast, our top survival model included surgeon, tagging-session order (morning/afternoon), and fish weight—not surgery time. Other studies have noted differences in surgery durations among personnel but, similarly, did not find a correlation with fish performance that was independent of a tagger effect (Cooke et al. 2003; Daniels et al. 2021; Robinson et al. 2021). Minimizing air exposure is indeed an important component of fish welfare (Cook et al. 2015) but was likely ancillary to surgical skill in our study.

Consistent with Cooke et al. (2003), we did note that both surgeons improved in speed as more surgeries were completed; however, an important finding was that surgeon B's speed improvements were most notable for smaller fish. This suggests that surgeon B initially had difficulty performing the surgical procedure on smaller fish but improved with practice during a tagging session. Surgeon B's survival outcomes were also far better during afternoon sessions, suggesting that not only speed, but also overall surgical skill improved after a full morning of practicing.

The differences in fish survival between surgeons was surprising given the lack of notable differences during the practice surgeries. Given the limited data that were collected during the surgeries (i.e., surgery duration and no necropsies), we can only speculate as to the underlying causes. First, surgeon A had performed more surgeries in prior studies than surgeon B (~200 vs. ~100), and perhaps having slightly more experience contributed to our observed outcomes. Second, it was noted by a surgical assistant that was helping both surgeons that surgeon B appeared to make slightly longer and deeper incisions, resulting in more bleeding; thus, another possibility is that surgeon B more frequently lacerated viscera during the initial incision. In Cooke et al. (2003), necropsies were performed on mortalities and 100% could be attributable to visceral lacerations (nicks to stomach, pyloric caecae, or intestines), suggesting that this is a common and important error when implanting transmitters. These results suggest that surgeons should be cognizant of incision depth and consider using microscalpels that limit the achievable incision depth to 3 or 5 mm (Liedtke

Exhibit 3 to Declaration of Elise Kelley
Page 10 of 14

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

et al. 2012). We used #12 curved scalpel blades based on preference from previous work despite the recommendations in Liedtke et al. (2012) to use microscalpels. Perhaps use of this scalpel would have improved survival for surgeon B's fish. Visceral lacerations could have also occurred with improper shielding of the IV catheter as it was navigated through the incision toward the interior body cavity (Marvin and Kleiner 1982). In Cooke et al. (2003), most mortalities for a novice surgeon resulted from intestinal perforations caused by the needle. Finally, other possibilities include differences between surgical teams with respect to anesthesia times, instrument sanitation and pathogen exposure, fish handling by the surgeon or staff transporting fish to and from raceways, or differences in how often the water baths were changed (i.e., recovery or anesthesia baths).

The importance of fish size to posttagging survival during the hatchery-observation period is a notable result with important implications for a variety of telemetry studies. Studies using tagged fish often find fish size to be an important predictor of migration speed, survival, and timing (Heim et al. 2014; Armstrong et al. 2018), yet the potentially disproportionate tagger effects on small fish could influence these conclusions. Small fish may be harder to perform surgeries on, even if they appear to be able to handle the tag burden (Newton et al. 2016). This may be especially important in short-duration telemetry studies in the wild (e.g., several days), considering our Cox-regression-modeling results. We found that the risk of death was strongly influenced by size initially (2 days) and then continued to be influential, albeit to a lesser degree, through the rest of the observation period. This result was further supported by our supplementary analysis using logistic regression—as fish tagged by surgeon B were removed from the analysis, support for the weight effect on fish migratory performance diminished. Overall, these results suggest that tagger effects may be size biased and potentially time varying, and this likely exacerbates the documented links between fish size and performance metrics that are studied with telemetry.

## Consistency of fish performance in the hatchery and in the wild

Our study provides a powerful demonstration of the lingering nonlethal effects of surgery by pairing hatchery observations with a field study, which is rare in the telemetry literature (Wargo Rub et al. 2014). By measuring surgeon- and session-level survival at the hatchery, we were able to determine whether these factors continued to affect performance in the wild. Despite surviving the 8-day holding period, fish that were processed

by surgeon B and those that were tagged during two outlier sessions began our field study at a performance disadvantage. The performance metrics at the hatchery and in the wild differed by about 20% between surgeons (hatchery survival = 23% difference, migration initiation difference = 16%, to-lake survival difference = 21%), and two outlier tagging sessions resulted in markedly low survival after release. Although these fish appeared to be in good condition at the hatchery and were thus released, the challenging conditions that they experienced in the wild (i.e., predators, dam passage, acclimation to the wild) likely exacerbated the lingering wounds or residual stress. Moreover, the Kaplan–Meir curve for surgeon B was still trending downward, suggesting that more mortalities would have been observed had we used a longer hatchery-observation period.

Although few studies have paired laboratory observations of tagger effects with field evaluations, a growing body of work continues to reveal lingering effects of tagging procedures in the wild. For example, Davies et al. (2023) found that Twaite Shad *Alosa fallax* that were tagged a year prior had better weir passage performance than those that were tagged in the year of the performance trial. Similarly, Daniels et al. (2021) documented improved performance (survival and migration speed) for fish that were tagged 75 days prior to release relative to those that were tagged 24 h prior to release. These studies suggest that despite surviving a tagging procedure, performance in the wild may still be reduced.

## Bias generated by surgical study design

Our study demonstrates how nuisance effects can strongly bias inferences if they are not adequately accounted for during study design and data analysis. A design flaw of our tagging process was that each surgeon processed the experimental groups in a single session, and thus some variables of interest (broodstock and release location) were aliased with tagging session. If a tagger effect was present but consistent across tagging sessions, then this would not have been problematic. However, a careful data review and exploration revealed that two outlier sessions (both including the MAX broodstock group that was released at the downstream location) were strongly influencing the perception of a broodstock effect and masked the otherwise above-average performance of the downstream release groups in 2021. Other studies have documented tagger effects on growth, tag retention, and performance but typically treat surgeon as a fixed effect (Cooke et al. 2003; Deters et al. 2012; Robinson et al. 2021). In our study, we highlight that a tagger effect can be variable across sessions

Exhibit 3 to Declaration of Elise Kelley
Page 11 of 14

and that surgical speed and technique can improve with more fish tagged. Additionally, we show that a tagger effect may covary with fish size such that a tagger effect is only detectable (or more pronounced) for smaller fish. In addition to testing for fixed tagger effects during analysis, it may be informative to test for interactions of tagger with other measured variables that are recorded during tagging sessions.

## Implications

Although potentially uncomfortable among staff members, it is important to report negative experiences in tagging studies and thoroughly describe the surgical procedures that are used (Thiem et al. 2011; Brownscombe et al. 2019). Brownscombe et al. (2019) proposed that adverse outcomes are rarely reported, which can lead to bias and unrealistic expectations (Jepsen et al. 2002). Our results help emphasize that practice, on both dead and living fish, is extremely important to minimizing unintentional tagger effects (Cooke et al. 2003; Brownscombe et al. 2019). Furthermore, surgical performance should also be objectively assessed to determine appropriate staffing for research studies. Although it may be appealing to let multiple field staff or students perform surgeries to gain experience, training and objective assessment of performance should always be a prerequisite.

Our intention with this article was to describe and attempt to understand an unexpected outcome in a telemetry study such that others can learn from this case study. Our study showed that biological conclusions can be strongly influenced by surgeon and tagging procedure variation (e.g., morning vs. afternoon). Moreover, if different experimental groups are being tested (i.e., release locations, species, genetic strains of fish), all efforts should be made to balance the tagging procedures across study groups. In addition to balancing surgeons across study groups, things that are not intuitively influential (i.e., order tagged during a session, time of day, water temperature during tagging) should also be considered. For example, rather than tagging fish in batches corresponding to release groups, it would have been better to cycle through release groups during tagging sessions (i.e., tag group 1, 2, 3, and 4 and then go back to group 1). This would have balanced the tagger- and session-level effects equally across the study groups. Furthermore, it would have been beneficial to collect additional data during the tagging sessions. For example, categorical blood loss indices, duration of anesthesia and recovery, and more thorough comments during the surgeries could have helped us to better understand and disentangle nuisance effects from the applied management objectives that we sought to address.

## ACKNOWLEDGMENTS

We gratefully acknowledge Zachery Eisenhauer, Shelby Scarfo, and Bryan Ross for fieldwork assistance. We thank the staff at Dwight D. Eisenhower National Fish Hatchery for monitoring the study fish for mortalities. Bill Ardren and Laurie Earley are recognized for funding acquisition and program management. We thank Amy Teffer and Laurie Earley for feedback on early drafts of this manuscript. Funding for this work was provided by the Great Lakes Fishery Commission. Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the U.S. Government. The findings and conclusions in the article are those of the authors and do not necessarily represent the views of the U.S. Fish and Wildlife Service.

## CONFLICT OF INTEREST STATEMENT
The authors have declared no conflict of interest.

## DATA AVAILABILITY STATEMENT
Hatchery observation and field study data are available in Supplementary Materials.

## ETHICS STATEMENT
This research was conducted following guidelines for fisheries research provided by the American Fisheries Society.

## ORCID
*Kurt C. Heim* https://orcid.org/0000-0002-6257-8284

## REFERENCES

Ammann, A. J., Michel, C. J., & MacFarlane, R. B. (2013). The effects of surgically implanted acoustic transmitters on laboratory growth, survival and tag retention in hatchery yearling Chinook Salmon. *Environmental Biology of Fishes*, *96*(2–3), 135–143. https://doi.org/10.1007/s10641-011-9941-9

Anderson, W. G., McKinley, R. S., & Colavecchia, M. (1997). The use of clove oil as an anesthetic for Rainbow Trout and its effects on swimming performance. *North American Journal of Fisheries Management*, *17*, 301–307. https://doi.org/10.1577/1548-8675(1997)017<0301:TUOCOA>2.3.CO;2

Armstrong, J. D., McKelvey, S., Smith, G. W., Rycroft, P., & Fryer, R. J. (2018). Effects of individual variation in length, condition and run-time on return rates of wild-reared Atlantic Salmon *Salmo salar* smolts. *Journal of Fish Biology*, *92*(3), 569–578. https://doi.org/10.1111/jfb.13548

Berland, G., Nickelsen, T., Heggenes, J., Økland, F., Thorstad, E. B., & Halleraker, J. (2004). Movements of wild Atlantic Salmon parr in relation to peaking flows below a hydropower station. *River Research and Applications*, *20*(8), 957–966. https://doi.org/10.1002/rra.802

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 12 of 14

Downloaded from https://academic.oup.com/najfm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Brown, R. S., Cooke, S. J., Anderson, W. G., & McKinley, R. S. (1999). Evidence to challenge the "2% rule" for biotelemetry. *North American Journal of Fisheries Management*, *19*(12), 867–871. https://doi.org/10.1577/1548-8675(1999)019<0867:ETCTRF>2.0.CO;2

Brown, R. S., Geist, D. R., Deters, K. A., & Grassell, A. (2006). Effects of surgically implanted acoustic transmitters >2% of body mass on the swimming performance, survival and growth of juvenile Sockeye and Chinook salmon. *Journal of Fish Biology*, *69*(6), 1626–1638. https://doi.org/10.1111/j.1095-8649.2006.01227.x

Brownscombe, J. W., Lédée, E. J. I., Raby, G. D., Struthers, D. P., Gutowsky, L. F. G., Nguyen, V. M., Young, N., Stokesbury, M. J. W., Holbrook, C. M., Brenden, T. O., Vandergoot, C. S., Murchie, K. J., Whoriskey, K., Mills Flemming, J., Kessel, S. T., Krueger, C. C., & Cooke, S. J. (2019). Conducting and interpreting fish telemetry studies: Considerations for researchers and resource managers. *Reviews in Fish Biology and Fisheries*, *29*, 369–400. https://doi.org/10.1007/s11160-019-09560-4

Burnham, K. P., & Anderson, D. R. (2002). *Model selection and multimodel inference: A practical information-theoretic approach* (2nd ed.). Springer. https://doi.org/10.1111/j.1365-294X.2009.04493.x

Chapman, J. M., Teffer, A. K., Bass, A. L., Hinch, S. G., Patterson, D. A., Miller, K. M., & Cooke, S. J. (2020). Handling, infectious agents and physiological condition influence survival and post-release behaviour in migratory adult Coho Salmon after experimental displacement. *Conservation Physiology*, *8*(1), Article coaa033. https://doi.org/10.1093/conphys/coaa033

Cook, K. V., Lennox, R. J., Hinch, S. G., & Cooke, S. J. (2015). Fish out of water: How much air is too much? *Fisheries*, *40*(9), 452–461. https://doi.org/10.1080/03632415.2015.1074570

Cooke, S. J., Graeb, B. D. S., Suski, C. D., & Ostrand, K. G. (2003). Effects of suture material on incision healing, growth and survival of juvenile Largemouth Bass implanted with miniature radio transmitters: Case study of a novice and experienced fish surgeon. *Journal of Fish Biology*, *62*(6), 1366–1380. https://doi.org/10.1046/j.1095-8649.2003.00119.x

Cooke, S. J., & Wagner, G. N. (2004). Training, experience, and opinions of researchers who use surgical techniques to implant telemetry devices into fish. *Fisheries Research*, *29*(12), 10–18. https://doi.org/10.1577/1548-8446(2004)29[10:TEAOOR]2.0.CO;2

Daniels, J., Brunsdon, E. B., Chaput, G., Dixon, H. J., Labadie, H., & Carr, J. W. (2021). Quantifying the effects of post-surgery recovery time on the migration dynamics and survival rates in the wild of acoustically tagged Atlantic Salmon *Salmo salar* smolts. *Animal Biotelemetry*, *9*(1), Article 6. https://doi.org/10.1186/s40317-020-00228-6

Davies, J., Britton, J. R., Castro-Santos, T., Crundwell, C., Dodd, J. R., Nunn, A. D., Velterop, R., & Bolland, J. D. (2023). Tracking anadromous fish over successive freshwater migrations reveals the influence of tagging effect, previous success and abiotic factors on upstream passage over barriers. *Canadian Journal of Fisheries and Aquatic Sciences*, *16*, 1110–1125. https://doi.org/10.1139/cjfas-2022-0196

Denz, R., & Timmesfeld, N. (2023). Visualizing the (causal) effect of a continuous variable on a time-to-event outcome. *Epidemiology*, *34*(5), 652–660. https://doi.org/10.1097/EDE.0000000000001630

Deters, K. A., Brown, R. S., Boyd, J. W., Eppard, M. B., & Seaburg, A. G. (2012). Optimal suturing technique and number of sutures for surgical implantation of acoustic transmitters in juvenile salmonids. *Transactions of the American Fisheries Society*, *141*(1), 1–10. https://doi.org/10.1080/00028487.2011.638594

Deters, K. A., Brown, R. S., Carter, K. M., Boyd, J. W., Eppard, M. B., & Seaburg, A. G. (2010). Performance assessment of suture type, water temperature, and surgeon skill in juvenile Chinook Salmon surgically implanted with acoustic transmitters. *Transactions of the American Fisheries Society*, *139*(3), 888–899. https://doi.org/10.1577/t09-043.1

Edward, T. R. (2001). *The visual display of quantitative information*. Graphics Press.

Gries, G., & Letcher, B. H. (2002). Tag retention and survival of Age-0 Atlantic Salmon following surgical implantation with passive integrated transponder tags. *North American Journal of Fisheries Management*, *22*(1), 219–222. https://doi.org/10.1577/1548-8675(2002)022<0219:TRASOA>2.0.CO;2

Harder, A. M., Ardren, W. R., Evans, A. N., Futia, M. H., Kraft, C. E., Marsden, J. E., Richter, C. A., Rinchard, J., Tillitt, D. E., & Christie, M. R. (2018). Thiamine deficiency in fishes: Causes, consequences, and potential solutions. *Reviews in Fish Biology and Fishes*, *28*, 865–886. https://doi.org/10.1007/s11160-018-9538-x

Harder, A. M., Willoughby, J. R., Ardren, W. R., & Christie, M. R. (2020). Among-family variation in survival and gene expression uncovers adaptive genetic variation in a threatened fish. *Molecular Ecology*, *29*(6), 1035–1049. https://doi.org/10.1111/mec.15334

Harrington, D. P., & Fleming, T. R. (1982). A class of rank test procedures for censored survival data. *Biometrika*, *69*(3), 553–566. https://doi.org/10.1093/biomet/69.3.553

Heim, K. C., Wipfli, M. S., Whitman, M. S., & Seitz, A. C. (2014). Body size and condition influence migration timing of juvenile Arctic Grayling. *Ecology of Freshwater Fish*, *25*, 156–166. https://doi.org/10.1111/eff.12199

Hilborn, R., & Mangel, M. (1997). The ecological detective: Confronting models with data. *Monographs in Population Biology*, *36*, 842–843. https://doi.org/10.1046/j.1365-2664.1999.04462.x

Hussey, N. E., Kessel, S. T., Aarestrup, K., Cooke, S. J., Cowley, P. D., Fisk, A. T., Harcourt, R. G., Holland, K. N., Iverson, S. J., Kocik, J. F., Flemming, J. E. M., & Whoriskey, F. G. (2015). Aquatic animal telemetry: A panoramic window into the underwater world. *Science*, *348*(6240), Article 1255642. https://doi.org/10.1126/science.1255642

Jepsen, N., Koed, A., Thorstad, E. B., & Baras, E. (2002). Surgical implantation of telemetry transmitters in fish: How much have we learned? *Hydrobiologia*, *483*, 239–248. https://doi.org/10.1023/A:1021356302311

Kelsh, S. W., & Shields, B. (1996). Care and handling of sampled organisms. In B. R. Murphy & D. W. Willis (Eds.), *Fisheries techniques* (2nd ed., pp. 121–155). American Fisheries Society.

Larocque, S. M., Johnson, T. B., & Fisk, A. T. (2020). Survival and migration patterns of naturally and hatchery-reared Atlantic Salmon (*Salmo salar*) smolts in a Lake Ontario tributary using acoustic telemetry. *Freshwater Biology*, *65*(5), 835–848. https://doi.org/10.1111/fwb.13467

Liedtke, T. L., Beeman, J. W., & Gee, L. P. (2012). *A standard operating procedure for the surgical implantation of transmitters*

Exhibit 3 to Declaration of Elise Kelley
Page 13 of 14

*in juvenile salmonids* (Open-File Report 58). U.S. Geological Survey. https://pubs.usgs.gov/of/2012/1267/pdf/ofr20121267.pdf

Marvin, R. J., & Kleiner, C. F. (1982). Shielded-needle technique for surgically implanting radio-frequency transmitters in fish. *The Progressive Fish-Culturist*, *44*(4), 187–189. https://doi.org/10.1577/1548-8659(1982)44[41:STFSIR]2.0.CO;2

Nebiolo, K., & Castro-Santos, T. (2022). BIOTAS: BIOTelemetry analysis Software, for the semi-automated removal of false positives from radio telemetry data. *Animal Biotelemetry*, *10*(1), Article 2. https://doi.org/10.1186/s40317-022-00273-3

Newton, M., Barry, J., Dodd, J. A., Lucas, M. C., Boylan, P., & Adams, C. E. (2016). Does size matter? A test of size-specific mortality in Atlantic Salmon *Salmo salar* smolts tagged with acoustic transmitters. *Journal of Fish Biology*, *89*(3), 1641–1650. https://doi.org/10.1111/jfb.13066

Peake, S., McKinley, R. S., Scruton, D. A., & Moccia, R. (1997). Influence of transmitter attachment procedures on swimming performance of wild and hatchery-reared Atlantic Salmon smolts. *Transactions of the American Fisheries Society*, *126*(4), 707–714. https://doi.org/10.1577/1548-8659(1997)126<0707:iotapo>2.3.co;2

R Core Team. (2022). *R: A language and environment for statistical computing*. R Foundation for Statistical Computing. https://www.R-project.org/

Robinson, R. R., Notch, J., McHuron, A., Logston, R., Pham, T., & Ammann, A. J. (2021). The effects of water temperature, acoustic tag type, size at tagging, and surgeon experience on juvenile Chinook Salmon (*Oncorhynchus tshawytscha*) tag retention and growth. *Animal Biotelemetry*, *9*(1), Article 22. https://doi.org/10.1186/s40317-021-00246-y

Rogers, K. B., & White, G. C. (2007). Analysis of movement and habitat use from telemetry data. In C. S. Guy & M. L. Brown (Eds.), *Analysis and interpretation of freshwater fisheries data* (pp. 625–676). American Fisheries Society.

Sandstrom, P. T., Ammann, A. J., Michel, C., Singer, G., Chapman, E. D., Lindley, S., MacFarlane, R. B., & Klimley, A. P. (2013).

Growth, survival, and tag retention of steelhead trout (*Oncorhynchus mykiss*) and its application to survival estimates. *Environmental Biology of Fishes*, *96*(2–3), 145–164. https://doi.org/10.1007/s10641-012-0051-0

Therneau, T. (2023). *survival: Survival Analysis* (R package version 3.5-5). https://CRAN.R-Project.org/package=survival

Therneau, T. M., & Grambsch, P. M. (2000). Testing proportional hazards. In T. M. Therneau & P. M. Grambsch (Eds.), *Modeling survival data: Extending the Cox model* (pp. 127–152). Springer. https://doi.org/10.1007/978-1-4757-3294-8_6

Thiem, J. D., Taylor, M. K., McConnachie, S. H., Binder, T. R., & Cooke, S. J. (2011). Trends in the reporting of tagging procedures for fish telemetry studies that have used surgical implantation of transmitters: A call for more complete reporting. *Reviews in Fish Biology and Fisheries*, *21*(1), 117–126. https://doi.org/10.1007/s11160-010-9194-2

Vanderzwalmen, M., Eaton, L., Mullen, C., Henriquez, F., Carey, P., Snellgrove, D., & Sloman, K. A. (2019). The use of feed and water additives for live fish transport. *Reviews in Aquaculture*, *11*(1), 263–278. https://doi.org/10.1111/raq.12239

Wargo Rub, A. M., Jepsen, N., Liedtke, T. L., Moser, M. L., & Weber, E. P. S. (2014). Surgical insertion of transmitters and telemetry methods in fisheries research. *American Journal of Veterinary Research*, *75*(4), 402–416. https://doi.org/10.2460/ajvr.75.4.402

Zale, A. V., Brooke, C., & Fraser, W. C. (2005). Effects of surgically implanted transmitter weights on growth and swimming stamina of small adult Westslope Cutthroat Trout. *Transactions of the American Fisheries Society*, *134*(3), 653–660. https://doi.org/10.1577/T04-050.1

## SUPPORTING INFORMATION

Additional supporting information can be found online in the Supporting Information section at the end of this article.

Downloaded from https://academic.oup.com/nafjm/article/44/2/262/7811729 by State of Oregon Law Library user on 06 March 2026

Exhibit 3 to Declaration of Elise Kelley
Page 14 of 14

Case 6:21-cv-00034-AA          Document 104          Filed 03/13/26          Page 22 of 32

*North American Journal of Fisheries Management* 42:1502–1512, 2022
© 2022 American Fisheries Society.
ISSN: 0275-5947 print / 1548-8675 online
DOI: 10.1002/nafm.10836

ARTICLE

# Sublethal Effects of Acoustic Dummy Tag Implantation and External Tags in Silver Carp

**Alison A. Coulter*** 
*Department of Natural Resource Management, South Dakota State University, Brookings, South Dakota 57006, USA*

**David P. Coulter**
*Department of Natural Resource Management, South Dakota State University, Brookings, South Dakota 57006, USA; and Center for Fisheries, Aquaculture, and Aquatic Sciences, Southern Illinois University, Carbondale, Illinois 62901, USA*

**Ellen Lark**
*U.S. Fish and Wildlife Service, La Crosse Fish Health Center, Onalaska, Wisconsin 54650, USA*

**Mark W. Fritts**
*U.S. Fish and Wildlife Service, La Crosse Fish and Wildlife Conservation Office, Onalaska, Wisconsin 54650, USA*

**Cameron Davis**
*Center for Fisheries, Aquaculture, and Aquatic Sciences, Southern Illinois University, Carbondale, Illinois 62901, USA*

**David Glover**
*Illinois Department of Natural Resources, Havana, Illinois 62644, USA*

**Reuben Goforth**
*Department of Natural Resources, Purdue University, West Lafayette, Indiana 47906, USA*

*Abstract*
Telemetry data collected via internally implanted transmitters are commonly used to monitor and manage invasive Silver Carp *Hypophthalmichthys molitrix*. However, the extent to which posttagging effects may influence fish behavior is generally overlooked in telemetry studies. Moreover, internal telemetry tags are often combined with an external tag that can also affect fish growth and survival. This study used two pond experiments to (1) evaluate the temporal effects of internal telemetry tags, external jaw tags, and the combination of the two tags on survival, relative weight, growth, and inflammation; and (2) compare the effects of two external tag types (jaw and loop tags) on Silver Carp. Response variables were evaluated at three time points: 1, 2, and 5 months posttagging. Growth and relative weight were lower in fish that received jaw tags than in the control group or in fish that received internal tags only; however, growth was different at 1 month posttagging but not at 2 months posttagging, indicating potential compensatory growth. Shedding rate of internal tags was 14%; after 5 months, inflammation was absent and tags were encapsulated in tissue. Survival was similar between loop- and jaw-tagged fish (73%), although growth was lower in jaw-tagged fish.

*Corresponding author: alison.coulter@sdstate.edu
Received May 5, 2022; accepted September 3, 2022

1502

Downloaded from https://academic.oup.com/najfm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 1 of 11

Downloaded from https://academic.oup.com/nafjm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

**Results indicate that survival effects and sublethal effects of telemetry tagging may be temporary, and researchers should examine detection data from within 1–2 months of tagging for possible postsurgery effects. Jaw tags reduced growth, and loop tags had reduced retention; therefore, further evaluation of alternative external tags is needed to optimize telemetry studies focused on Silver Carp. Additionally, researchers need to carefully evaluate which external tag to use to facilitate the returns of more expensive acoustic telemetry tags and whether external tags are necessary in a particular case.**

Telemetry studies generally assume that the movement behaviors of tagged fish are not affected by internally implanted tags or that effects are short term or negligible as individuals recover and heal. Thus, in many studies, initial data after tagging are excluded from analyses based on arbitrary time points (e.g., 2 weeks posttagging; Lubejko et al. 2017), but these studies do not explicitly quantify whether or when behavior changes. Studies that have evaluated the temporal effects of tagging on movement have had varying results that, in some cases, recommend the exclusion of up to 1 year of data (e.g., Frank et al. 2009; Wilson et al. 2017). However, many telemetry studies are too short to sacrifice months or years of data. Although mortality can often be discerned in telemetry studies through a combination of active tracking and the absence of movement, the sublethal effects that may alter behavior and lead to future mortality may be more difficult to recognize. Elucidating the temporal extent of the sublethal effects of fish tagging can provide insight into whether and when posttagging data should be removed from analyses.

Numerous studies have evaluated the effects of internally implanted telemetry tags on mortality, tag shedding, behavior, and growth (weight, length, and condition), but only a subset of these has evaluated the temporal extent of tagging effects (e.g., Luo et al. 2015). Variation in mortality and tag shedding most often relates to size of the tagged fish in comparison with the size of the telemetry tag used (Winter 1996; Jepsen et al. 2002; Smirich and Kelly 2014). Growth effects show less consistency, with tagged individuals exhibiting a wide range of effects from no change in growth (Jepsen and Aarestrup 1999; Cooke et al. 2003; Byrd et al. 2019) to decreased growth that is apparent weeks (Paukert et al. 2001; Luo et al. 2015) or months (Jepsen et al. 2008) after tagging. Behavior, often evaluated with either swimming trials or measures of activity level, also ranges from no effect of tagging (Moore et al. 1990; Miller et al. 2014; Byrd et al. 2019) to effects lasting from months (e.g., 77 d of decreased activity; Winter et al. 2003) to years (e.g., migration difference of 1–2 years; Wilson et al. 2017) posttagging. Likewise, healing rates can have a broad temporal range between when the incision site closes and when the inflammation disappears (from 56 d to >1 year; Caputo et al. 2009; Luo et al. 2015). Variation in tagging effects is high among species and with varying techniques (Wagner et al. 2011);

therefore, researchers should evaluate their specific species and surgical methodologies.

Due to the cost of acoustic telemetry tags, researchers often add external tags to acoustically tagged fish to facilitate recovery of internal tags in the event that the individuals are harvested. Such recovery also provides information on when harvested fish were removed from the study. However, external tags can also cause changes in survival and growth (e.g., Zerrenner et al. 1997), although these effects vary widely depending on the external tag type and the species. It is currently unknown whether the addition of an external tag compounds any effects of internal telemetry tags, the duration for which external tags affect fish responses, or whether effects vary based on the type of external tag used.

We conducted a pair of experiments to better identify the health consequences of applying internal telemetry tags and external tags to invasive Silver Carp *Hypophthalmichthys molitrix*, an abundant species that has been the subject of multiple telemetry studies to inform management and removal practices (DeGrandchamp et al. 2008; Tripp et al. 2014; Coulter et al. 2015, 2017, 2018; Luo et al. 2015; Lubejko et al. 2017). Despite widespread use in telemetry studies, the consequences of tagging for Silver Carp have not been fully evaluated, especially in regard to identifying the time interval when fish health may no longer be affected by the tagging procedure. To this end, our first experiment sought to evaluate Silver Carp survival, sublethal effects, and surgical site healing related to internal tag implantation at three time points over 5 months. This experiment also investigated the use of internal tag implantation and external tagging (jaw tag) to identify the individual and combined effects of these tags. The second experiment sought to determine the consequences of external tag type by comparing survival and sublethal effects between jaw tags and loop tags. This information will help to standardize data analysis procedures across researchers when deciding the extent of telemetry data to scrutinize after initial tagging and will inform managers on the health consequences of external tag selection.

## METHODS

Silver Carp were collected via boat electrofishing (following the methods of Bouska et al. 2017) and short-set

Exhibit 4 to Declaration of Elise Kelley
Page 2 of 11

COULTER ET AL.

Downloaded from https://academic.oup.com/nafm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

gill nets (8.89-cm bar mesh) from the Big Muddy River and Horseshoe Lake, Illinois, during the week of April 15, 2019. After capture, fish were transported in an aerated fish hauler to Southern Illinois University's Touch of Nature pond facility. The fish hauler was filled with river water that was amended with sodium chloride to reduce stress and sodium bicarbonate to maintain pH during transport. Upon arrival at the pond facility, fish were acclimated by pumping pond water into the hauler to adjust the temperature, limiting the rate of change to 0.5°C per 60 min. Ponds were never more than 2°C warmer than river water. Fish were temporarily stocked into four 0.04-ha ponds at a rate of 40–70 fish/pond to allow for recovery from collection and hauling. After 29–32 d, one holding pond per day was drained, fish were exposed to their respective treatments, and the fish were then introduced into their experimental treatment ponds (0.04 ha). Ponds were filled with water from a reservoir 60 d prior to experiments to develop plankton communities, which served as food for Silver Carp during the study.

*Experiment 1: internal tag implantation and external tagging study.*— Fish were randomly assigned and stocked into 0.04-ha experimental ponds after exposure to one of four randomly assigned treatments that were designed to evaluate individual and combined tagging effects: no jaw or telemetry tag (experimental control), jaw tag (jaw tag treatment), internal dummy acoustic tag (internal tag treatment), and internal tag plus jaw tag (internal tag with jaw tag treatment). Three or four fish per treatment were stocked into each pond, resulting in 12 (three ponds) or 16 (six ponds) individuals/pond, with nine total experimental ponds. Water temperature was monitored in two randomly selected ponds using temperature loggers (Onset HOBO pendant temperature logger; Onset, Bourne, Massachusetts; mean temperatures over the study = 25.6°C [first month], 28.1°C [2 months], 24.7°C [entire study]). Pond temperature at the time of surgery was 23°C. Ponds were a uniform size and shape such that temperatures in one pond closely reflected those in the other ponds.

Fish from all treatments (including control) were sedated using carbon dioxide bubbled into a 455-L holding tank filled with pond water, which was buffered with sodium bicarbonate to maintain pH. Fish were considered sedated when they lost orientation and opercular movement slowed (stage IV sedation). Carbon dioxide is a common anesthetic used in Silver Carp telemetry studies (DeGrandchamp et al. 2008; Tripp et al. 2014; Coulter et al. 2017, 2018; Lubejko et al. 2017), although electroanesthesia (Coulter et al. 2015) has also been used. After sedation, each fish was measured for total length (mm) and weight (g), and all fish were individually tagged with a PIT tag (8.4 mm long; Biomark, Boise, Idaho) that was injected into muscle just to the left of the dorsal fin. Fish were then placed on a surgery board, and aerated pond

water was pumped into the mouth and over the gills. To standardize handling and time out of water, fish from all treatments spent 4.0–4.5 min out of the water from the time of removal from anesthesia to the time of placement in a pond. Time out of water was measured for each fish and was not significantly different among treatments ($F_{3, 132} = 0.66$, $P = 0.52$); because it was standardized, the time out of water was not included in further statistical analyses. All surgeries were performed by the same surgeon to eliminate the possible effects of variation among surgeons (Cooke et al. 2003).

Fish in the internal tag treatment and the internal tag with jaw tag treatment were implanted with dummy acoustic transmitters while on the surgery board. Dummy acoustic transmitters were made to the same size and weight specifications as Innovasea V16 tags (16 mm diameter, 68 mm length, 24 g; Innova, Bedford, Nova Scotia, Canada), which are the most commonly used tags in Silver Carp telemetry studies (DeGrandchamp et al. 2008; Coulter et al. 2015, 2017, 2018; Lubejko et al. 2017). Dummy tags were constructed using 6.4-mm-diameter, stainless-steel rod inserted inside 16.0-mm-diameter acrylic tubing that was dipped in medical-grade epoxy (Epo-tek epoxy 301; Epoxy Technology, Billerica, Massachusetts) and sanded to eliminate rough edges. Tag load (mean ± SD) was 1.1 ± 0.2% of body weight. With the fish laying on its side facing left, the dummy tag was inserted 3–5 cm anterior to the anal fin and 5–8 cm dorsal to the keel. Scales were removed from a 2-× 5-cm area. A 3-cm incision was made, and the dummy tag was inserted and pushed anterior to the incision site. Three simple, interrupted sutures (PDS II violet monofilament absorbable sutures; Ethicon, Sommerville, New Jersey) were used to close the incision, and forceps were used to lift skin and muscle away from the intestines during suturing (Wagner et al. 2000). Surgical instruments were soaked in 70% ethanol between individuals, and jaw tags and dummy tags were immersed in 70% ethanol and then allowed to air dry before use. Nitrile gloves were worn at all times during fish handling and were changed between individuals.

While on the surgery board, fish in the jaw tag treatment and the internal tag with jaw tag treatment were fitted with jaw tags (aluminum butt-end band, size 20; National Band and Tag Company, Newport, Kentucky). An incision equal to the width of the jaw tag was made in the lower jaw with a scalpel. The jaw tag was fed through the incision and clamped closed using pliers. The scalpel and pliers were immersed in 70% ethanol between individuals. Jaw tags were the most common external tag used on Silver Carp in published studies (Coulter et al. 2017, 2018; Lubejko et al. 2017). All handling and surgical procedures were approved by the Southern Illinois University Animal Care and Use Committee (Protocol 18–012).

Exhibit 4 to Declaration of Elise Kelley
Page 3 of 11

SUBLETHAL TAG EFFECTS IN SILVER CARP

After receiving treatments, Silver Carp were stocked into ponds until predetermined harvest times to assess tagging effects through time. Three ponds were drained at each experimental time point: 1, 2, and 5 months posttagging. The drain in one pond failed, resulting in the loss of an experimental pond from the 2-month time point. Fish were euthanized by using an overdose of carbon dioxide buffered with soidum bicarbonate. The identity of each fish was determined via PIT tag, and ending total length and weight were measured. Fish were then necropsied, which included external and internal photographs, swabs of potential internal infections, and a classification of inflammation at the incision site using a scale of 0 (no redness) to 6 (severe redness, inflammation) sensu Wagner et al. (2000; Figure 1). Inflammation classifications were performed by two people, with a third person resolving disagreements. Inflammation and necrosis at the incision site

can result in the premature loss of sutures and expulsion of the internal tag.

Initial values of total length, weight, and relative weight ($Wr$; Lamer et al. 2019) were compared among treatments using ANOVA to first evaluate whether there were differences among fish assigned to each treatment. These values were normally distributed and had equal variances. Note that the standard weight equation used in the calculation of $Wr$ is based on the 50th percentile (Lamer et al. 2019). Generalized linear mixed-effects models in the lme4 package (glmer, family = binomial; Bates et al. 2015) were then used to examine the effects of time and treatment (categorical) on survival (binary). The effects of treatment, time, and their interaction on growth in weight ($g \cdot g^{-1} \cdot d^{-1}$), growth in length, and final $Wr$ were compared using linear mixed-effects models (lmer). All mixed-effects models included a random effect of experimental pond



FIGURE 1. Example of varying inflammation scores observed in Silver Carp 1 month after receiving a dummy internal tag: **(A)** score of 0 (no inflammation), **(B)** score of 1, **(C)** score of 2, **(D)** score of 3, **(E)** score of 4, and **(F)** score of 6 (high degree of redness and inflammation; retained sutures present in this case). Inflammation scores were derived from Wagner et al. (2000). An inflammation score of 5 is not depicted here because no fish were observed with that score.

Downloaded from https://academic.oup.com/najfm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 4 of 11

1506                COULTER ET AL.

(categorical). For all mixed-effects models, likelihood ratio testing was used to evaluate whether the treatment × time interaction significantly improved model fit. If the interaction improved model fit, Tukey's pairwise comparisons were performed to evaluate differences among treatment and time levels. If the interaction was not significant, the additive model was then compared to models with and without treatment and time, respectively, by using likelihood ratio testing. If treatment and/or time improved model fit, they were retained and Tukey's pairwise comparisons were performed to evaluate differences. Surgical site inflammation scores could not be statistically evaluated due to small sample sizes for the internal tag with jaw tag treatment at the 1-month time point and because all but one fish received an inflammation score of 0 at the 2- and 5-month time points. All statistical analyses were conducted in R version 3.5.2 (R Foundation for Statistical Computing, Vienna, Austria) with a significance level of 0.05. Experiment 1 and experiment 2 (described below) were separated because the number of fish and ponds available did not allow for a fully replicated, combined study.

*Experiment 2: external tagging comparison.*— Fish were stocked into randomly assigned 0.04-ha ponds after receiving a randomly assigned jaw tag or loop tag treatment. Fish were stocked into six ponds at a rate of 10 fish/pond (5 fish/treatment). Each fish was given a PIT tag (8.4 mm long; Biomark) for individual identification in the muscle to the left of the dorsal fin and was measured for total length and weight. Jaw tag specifications and attachment procedures were the same as in experiment 1. Loop tags (self-locking, 15.2 cm; Floy Tag, Seattle, Washington) were inserted through muscle just below the posterior end of the dorsal fin by using a stainless-steel insertion needle while avoiding blood vessels near the spine. The tag was looped through at least 2.5 cm of muscle. Other methods and analyses were the same for experiment 2 as for experiment 1, with the exception that surgical site inflammation was not evaluated.

## RESULTS

### Experiment 1: Internal Tag Implantation and External Tagging Study

Initial length, weight, and $Wr$ were not different among treatments (length: $F_{3,131} = 2.63$, $P = 0.06$; weight: $F_{3,131} = 2.58$, $P = 0.06$; $Wr$: $F_{3,131} = 0.24$, $P = 0.87$). Survival was best explained by a model that only included treatment (Figure 2A; Tables 1, 2). Pairwise comparisons indicated that the control group had significantly higher survival (86%) compared to the internal tag treatment (54%) and the internal tag with jaw tag treatment (31%). Fish receiving jaw tags also had higher survival (70.3%) than fish that received internal tags with jaw tags.





FIGURE 2. **(A)** Survival and **(B)** relative growth rate (mean ± SE) of Silver Carp in control, internal tag only, jaw tag only, and internal tag with jaw tag treatments (experiment 1). Numbers denote sample sizes, and different letters indicate differences among treatments within a time point. Survival was different among treatments but did not vary by time.

Relative growth in weight ($g \cdot g^{-1} \cdot d^{-1}$) was best explained by the model including the treatment × time interaction (Figure 2B; Tables 1, 2). Pairwise comparisons indicated that differences in growth rates were driven by the 1-month time point, in which the control and internal tag treatment groups had higher growth than the jaw tag treatment and the internal tag with jaw tag treatment. There were no differences in growth rates among treatments at the 2- and 5-month time points. Change in length was best explained by a model including the treatment × time interaction (Tables

Downloaded from https://academic.oup.com/nafm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 5 of 11

TABLE 1. Silver Carp initial sample size ($N_I$), initial total length ($LT_I$), final sample size ($N_F$), survival (%), relative growth rate (g·g$^{-1}$·d$^{-1}$), change in total length ($\Delta$LT), and final condition (relative weight $Wr$) under varying treatments in experiment 1. Responses (mean $\pm$ SE) of Silver Carp to treatment were evaluated at 1, 2, and 5 months posttagging. Small decreases in length at the 1-month time point were likely due to fin erosion after handling.

| Treatment | $N_I$ | LT$_I$ (cm) | $N_F$ | Survival (%) | Relative growth rate (g·g$^{-1}$·d$^{-1}$) | $\Delta$LT (cm) | $Wr$ |
|---|---|---|---|---|---|---|---|
| | | | | **1 month posttagging** | | | |
| Control | 10 | 57.8 ± 1.8 | 9 | 90 | 0.0040 ± 0.0017 | 5.9 ± 2.3 | 100 ± 0.2 |
| Jaw tag | 10 | 60.6 ± 2.0 | 7 | 70 | −0.0017 ± 0.0004 | −4.0 ± 0.79 | 99 ± 0.3 |
| Internal tag | 10 | 63.3 ± 0.9 | 7 | 70 | 0.0015 ± 0.0006 | −1.3 ± 1.4 | 100 ± 0.3 |
| Internal tag with jaw tag | 10 | 62.7 ± 2.7 | 4 | 40 | −0.0032 ± 0.0006 | −3.75 ± 2.3 | 98 ± 0.1 |
| | | | | **2 months posttagging** | | | |
| Control | 8 | 59.4 ± 1.4 | 7 | 88 | 0.0022 ± 0.0010 | 21.3 ± 3.1 | 99 ± 0.1 |
| Jaw tag | 8 | 60.3 ± 1.6 | 4 | 50 | −0.0003 ± 0.0004 | 1.8 ± 1.3 | 98 ± 0.2 |
| Internal tag | 8 | 62.3 ± 1.5 | 3 | 38 | −0.0002 ± 0.0004 | 11.7 ± 3.2 | 100 ± 0.2 |
| Internal tag with jaw tag | 8 | 622.0 ± 1.4 | 2 | 25 | 0.0002 ± 0.0008 | 0.0 ± 2.0 | 99 ± 0.6 |
| | | | | **5 months posttagging** | | | |
| Control | 11 | 60.9 ± 1.1 | 9 | 82 | −0.0004 ± 0.0001 | 37.7 ± 4.7 | 99 ± 0.2 |
| Jaw tag | 11 | 62.0 ± 1.0 | 10 | 91 | −0.0015 ± 0.0001 | 10.7 ± 1.2 | 97 ± 0.1 |
| Internal tag | 11 | 65.3 ± 2.7 | 6 | 55 | −0.0007 ± 0.0001 | 17.8 ± 4.2 | 98 ± 0.4 |
| Internal tag with jaw tag | 11 | 62.0 ± 1.2 | 3 | 27 | −0.0012 ± 0.0002 | 8.5 ± 2.6 | 98 ± 1.0 |

TABLE 2. Results of likelihood ratio tests comparing the effects of treatment (Trt), time, and the Trt × time interaction on responses of Silver Carp, including survival, relative growth rate, change in total length ($\Delta$LT), and relative weight ($Wr$) in experiment 1. Models 1 and 2 are the two models being compared.

| Response variable | Model 1 | Model 2 | $\chi^2$ | $P$ |
|---|---|---|---|---|
| Survival | Trt + Time + (Trt × Time) | Trt + Time | 6.5 | 0.59 |
| Survival | Trt + Time | Time | 1.6 | 0.44 |
| Survival | Trt + Time | Trt | 23.4 | <0.0001 |
| Relative growth rate | Trt + Time + (Trt × Time) | Trt + Time | 47.5 | <0.0001 |
| $\Delta$LT | Trt + Time + (Trt × Time) | Trt + Time | 44.9 | <0.0001 |
| $Wr$ | Trt + Time + (Trt × Time) | Trt + Time | 41.5 | <0.0001 |

1, 2). Pairwise comparisons revealed that control fish increased in length more than jaw-tagged fish at 1 month but were not different from the other treatments. At the 2-month time point, the control group had increased in length more than all other treatments. However, all treatments showed similar increases in length by the 5-month time point.

Relative weight was best explained by a model that included the treatment × time interaction (Tables 1, 2). Pairwise comparisons showed that at the 1-month time point, internally tagged fish had higher $Wr$ than internally tagged fish with a jaw tag, whereas other treatments were similar to the control. At the 5-month time point, jaw-tagged fish had lower $Wr$ than control fish, but other treatments were similar to the control. Differences in $Wr$ among treatments did not appear to be biologically significant

(Table 1). Models are fully described in Supplemental Table 1 (available in the online version of this article).

Overall internal tag retention was 86%, and all fish retained their jaw tags and PIT tags. All retained dummy tags were encapsulated in tissue by the 5-month time point (Figure 3). Inflammation scores for the internal tag treatment and the internal tag with jaw tag treatment at the 1-month time point averaged 2.6 ± 1.8 (mean ± SD; $N = 11$ surviving internally tagged fish). Inflammation index scores at the 5-month time point were all 0 ($N = 9$ surviving internally tagged fish), and all but one fish at the 2-month time point had an inflammation score of 0 ($N = 5$, one fish with score of 1). All but two individuals had healed incisions (i.e., skin was sealed closed) by the 1-month time point ($N = 11$ surviving internally tagged fish), and incisions were all healed at the later time points.

Downloaded from https://academic.oup.com/nafm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 6 of 11

COULTER ET AL.



FIGURE 3. Encapsulation of a dummy internal tag in a Silver Carp at 5 months posttagging. The arrow indicates the dummy tag location.

## Experiment 2: External Tagging Comparison

Initial values of total length, weight, and $Wr$ were not different between external tag treatments (length: $F_{1,\ 59} = 0.02$, $P = 0.88$; weight: $F_{1,\ 59} = 0.16$, $P = 0.69$; $Wr$: $F_{1,\ 59} = 0.75$, $P = 0.39$; Table 3; Figures 4, 5). Survival was best explained by a model that only included time (Figure 4A; Tables 3, 4). Pairwise comparisons showed that survival was lower at 5 months posttagging compared to 1 and 2 months posttagging.

A model with the treatment × time interaction best explained relative growth rate (g·g$^{-1}$·d$^{-1}$; Figure 4B; Tables 3, 4). Growth rate was lower in the jaw-tagged fish than in the loop-tagged fish regardless of the time since tagging. Relative weight was best explained by the treatment × time interaction (Tables 3, 4), and pairwise comparison showed that $Wr$ was reduced in jaw-tagged fish compared to loop-tagged fish at 5 months posttagging, although the actual difference in values did not appear to be biologically significant (Table 3). Change in length was best explained by the treatment × time interaction (Tables 3, 4), and pairwise comparisons indicated that jaw-tagged fish increased in length less than loop-tagged fish at 5 months posttagging (Table 3). One loop-tagged fish lost its tag, and two others had tags that were close to eroding through the muscle ($N = 21$ surviving fish with loop tags), but all jaw tags ($N = 23$ surviving fish with jaw tags) and PIT tags ($N = 44$ surviving fish) were retained. Models are fully described in Supplemental Table 2.

## DISCUSSION

Understanding the retention and sublethal physical effects of internal tags is invaluable for interpreting telemetry data from tagged fish in the wild. Currently, there is a large temporal range over which the physical effects of internal telemetry tags and accompanying surgeries have been observed (months: Winter et al. 2003; years: Wilson et al. 2017). Results from this study indicate that researchers should scrutinize Silver Carp telemetry data collected during the first 1–2 months posttagging, as most of the physical effects of internal tagging resolved within this time range (e.g., healing, encapsulation) and most of the mortality in our study likely occurred just after tagging (before the 1 month time point). During the healing period, fish are allocating energy to healing and may experience stress or pain and so may not engage in normal behaviors (Bridger and Booth 2003). Additionally, the effects of external tagging on Silver Carp also resolved within a similar time period. Although behavioral effects (e.g., movements) that would be detected in telemetry studies were not quantified in this study, behavioral responses can be influenced by stress from internal or external tagging, and the 1–2-month period after tagging provides researchers with a starting point from which to look for tagging effects on movement. Silver Carp are being tagged across a variety of aquatic systems (e.g., rivers, reservoirs, backwaters, and lakes); while this study may not reflect exact responses in all environmental

TABLE 3. Silver Carp initial sample size ($N_I$), initial total length (LT$_I$), final sample size ($N_F$), survival (%), relative growth rate (g·g$^{-1}$·d$^{-1}$), change in total length (ΔLT), and final condition (relative weight $Wr$) with varying external tags in experiment 2. Responses (mean ± SE) of Silver Carp to external tagging were evaluated at 1, 2, and 5 months posttagging.

| Treatment | $N_I$ | LT$_I$ (cm) | $N_F$ | Survival (%) | Relative growth rate (g·g$^{-1}$·d$^{-1}$) | ΔLT (cm) | $Wr$ |
|---|---|---|---|---|---|---|---|
| **1 month posttagging** | | | | | | | |
| Jaw tag | 10 | 62.0 ± 1.5 | 9 | 90 | −0.0015 ± 0.0004 | 0.43 ± 0.73 | 99 ± 0.5 |
| Loop tag | 10 | 60.3 ± 1.0 | 10 | 100 | 0.0013 ± 0.0008 | 7.40 ± 0.089 | 100 ± 0.3 |
| **2 months posttagging** | | | | | | | |
| Jaw tag | 10 | 64.1 ± 1.7 | 10 | 100 | −0.0016 ± 0.0004 | 2.50 ± 0.95 | 98 ± 0.3 |
| Loop tag | 10 | 62.9 ± 2.6 | 7 | 70 | 0.0026 ± 0.0008 | 11.0 ± 1.1 | 98 ± 0.3 |
| **5 months posttagging** | | | | | | | |
| Jaw tag | 10 | 58.9 ± 1.8 | 4 | 40 | −0.0009 ± 0.0008 | 7.25 ± 3.0 | 97 ± 1.8 |
| Loop tag | 10 | 62.6 ± 1.1 | 4 | 40 | 0.0017 ± 0.0005 | 34.25 ± 1.3 | 100 ± 0.4 |

Downloaded from https://academic.oup.com/nafm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 7 of 11



FIGURE 4. **(A)** Survival and **(B)** relative growth rate (mean ± SE) of Silver Carp that received either a jaw tag or a loop tag (experiment 2). Numbers indicate sample sizes. Survival did not vary between tag types, whereas relative growth differed between tag types but not through time.

Downloaded from https://academic.oup.com/najfm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

months (4 months: Welch et al. 2007) after tagging. The condition (*Wr*) of jaw-tagged fish was lower than that of fish in other treatments at the end of the experiment, although not to a biologically significant degree. Jaw tags, especially those on the lower jaw, are suspected to potentially interfere with feeding, which would result in reduced growth and condition (Zerrenner et al. 1997). Although reduced growth is not always observed in studies of jaw tags, the compensatory growth may explain why some tagging studies that include only one time point fail to detect an effect of internal or external tagging on growth (e.g., Lucas 1989; Jepsen and Aarestrup 1999). Alternative jaw tag sizes and placement could also be considered to reduce negative effects. Smaller, tightly fitting jaw tags placed on the upper jaw of Silver Carp appear to have less inflammation and more rapid healing than larger jaw tags placed on the lower jaw (J. Lamer, Illinois Natural History Survey, personal communication). Specific tag types may provide a trade-off in retention versus negative physical effects, and neither of the external tag types examined in this study appears to be ideal (jaw tags: reduced initial growth rates; loop tags: injury/potential loss). Alternatively, researchers implanting telemetry tags could forego an external tag on telemetered fish if the risk of harvest is low.

Postsurgery redness and inflammation could negatively influence tag retention via infection and necrosis, potentially affecting survival. By 2 months postsurgery, incisions were healed with minimal inflammation, indicating that potential dummy tag shedding likely occurred shortly after surgery (dummy tag retention = 86%). The healing timeline in Silver Carp was similar to what has been observed in Bighead Carp *H. nobilis*, for which incisions had healed by 56 d (Luo et al. 2015). Despite dummy tags being pushed forward and away from the incision site, the shedding of internal tags was likely due to contact necrosis, as evidenced by scarring at the incision site in some individuals (e.g., Byrd et al. 2019). Silver Carp were captured during spawning with enlarged gonads, potentially creating limited space within the body cavity that could cause tags to apply additional pressure on the incision site and negatively influence tag retention. Although the influence of gonad size or development was not specifically examined in this study, observations of healing indicate that tagging should occur 1–2 months before spawning to reduce possible contact necrosis and allow healing prior to spawning. By 5 months, tags were fully encapsulated by tissue (e.g., Bunnell and Isely 1999) that was not granular or inflamed (e.g., Chisholm and Hubert 1984; Bauer and Loupal 2007). Such encapsulation with healthy, nonirritated tissue could reduce the likelihood of future irritation of internal organs or the body wall that would result in expulsion or injury. It should also be noted that these results apply to fish that were tagged in May and observed throughout the

conditions, it does provide an idea of the relative effects of internal and external tags.

Although external tags are often used to facilitate returns of expensive internal transmitters in telemetry studies, researchers should carefully consider whether an external tag is necessary and, if so, what type of external tag to use. Selection of the wrong external tag could increase the negative effects of telemetry surgeries and internal tagging. The reduced growth that was initially observed in jaw-tagged Silver Carp did rebound within 2 months, potentially due to compensatory growth, which has been observed in other tagging studies to occur within days (14 d: Paukert et al. 2001; 28 d: Ashton et al. 2017) to

Exhibit 4 to Declaration of Elise Kelley
Page 8 of 11

COULTER ET AL.

Downloaded from https://academic.oup.com/najfm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026



FIGURE 5. Examples of jaw and loop tags applied to Silver Carp and photographed at **(A)**, **(B)** 1 month posttagging; **(C)**, **(D)** 2 months posttagging; and **(E)**, **(F)** 5 months posttagging. The fish in panel D lost its loop tag.

TABLE 4. Results of likelihood ratio tests comparing the effects of treatment (Trt), time, and the Trt × time interaction on responses of Silver Carp, including survival, relative growth rate, change in total length (ΔLT), and relative weight (*Wr*) in experiment 2. Models 1 and 2 are the two models being compared.

| Response variable | Model 1 | Model 2 | $\chi^2$ | $P$ |
|---|---|---|---|---|
| Survival | Trt + Time + (Trt × Time) | Trt + Time | 5.7 | 0.06 |
| Survival | Trt + Time | Time | 0.48 | 0.49 |
| Survival | Trt + Time | Trt | 9.1 | 0.01 |
| Relative growth rate | Trt + Time + (Trt × Time) | Trt + Time | 21.7 | <0.0001 |
| ΔLT | Trt + Time + (Trt × Time) | Trt + Time | 17.2 | 0.0002 |
| *Wr* | Trt + Time + (Trt × Time) | Trt + Time | 10.4 | 0.006 |

summer and fall. The differences in the timing of surgeries (e.g., spring versus autumn) and associated water temperatures are likely to result in differences in healing rates, as water temperature affects survival after surgery (Knights and Lasee 1996), healing rates, and potentially other response variables of interest.

Despite the fact that thousands of Silver Carp in North America have already received internal or external tags, this is the first study to assess the effects of internal and external tags on Silver Carp. Based on the results of our study and those of Bighead Carp studies (Luo et al. 2015; Byrd et al. 2019), researchers conducting telemetry studies

Exhibit 4 to Declaration of Elise Kelley
Page 9 of 11

of Silver Carp should closely analyze the first 1–2 months of observed data from their fish for unusual movements due to healing and stress from internal tagging, as well as for possible tagging mortalities. Additionally, we recommend that researchers avoid the application of internal tags during the spawning period, if possible, to reduce potential contact necrosis and tag loss due to enlarged ovaries. The ideal external tag for Silver Carp would be easily visible to commercial and recreational fishers, should have multi-year retention to match telemetry tags, and would have minimal impacts on fish health. Neither of the external tags evaluated in this study appears to be ideal (jaw tag: reduced initial growth rate; loop tag: possible reduced retention); therefore, future work should evaluate alternative external tags to facilitate internal transmitter returns. Other aspects of surgical procedures (e.g., suture type, knot, and anesthesia) also require future exploration, as best practices can vary among species. Researchers should take steps to refine their standard operating procedures for both internal and external tagging (Cooke et al. 2003; Wagner et al. 2011) and, when possible, should evaluate their tagging procedures experimentally before implementing them in the field.

## ACKNOWLEDGMENTS

We thank Brent Knights for providing advice and input on this project, and we wish him a happy retirement. P. Kennedy, O. Silva, D. Presswood, E. Tristano, and A. Corbin assisted with stocking and processing of Silver Carp. Staff from the U.S. Fish and Wildlife Service Carterville substation, especially N. Gillespie and D. Roth, assisted with Silver Carp collection. The findings and conclusions in this article are those of the authors and do not necessarily represent the views of the U.S. Fish and Wildlife Service. Any use of trade, product, or firm names is for descriptive purposes only and does not imply endorsement by the U.S. Government. Funding for this study was provided by the Center for Fisheries, Aquaculture, and Aquatic Sciences at Southern Illinois University. R. Goforth was partially supported by funding from the U.S. Department of Agriculture's National Institute of Food and Agriculture for his roles in this project. The authors declare no conflict of interest.

## ORCID

Alison A. Coulter  https://orcid.org/0000-0002-5604-6513
David Glover  https://orcid.org/0000-0001-6532-1815

## REFERENCES

Ashton, N. K., S. A. Liss, R. W. Walker, R. S. Brown, C. Klassen, S. Backhouse, P. Bates, and R. L. Townsend. 2017. How low can you go? Determining a size threshold for implantation of a new acoustic transmitter in age-0 White Sturgeon. Northwest Science 91:68–80.

Bates, D., M. Mächler, B. Bolker, and S. Walker. 2015. Fitting linear mixed-effects models using lme4. Journal of Statistical Software 67:1–48.

Bauer, C., and G. Loupal. 2007. Common Carp tissue reactions to surgically implanted radio tags with external antennas. Journal of Fish Biology 70:292–297.

Bouska, W. W., D. C. Glover, K. L. Bouska, and J. E. Garvey. 2017. A refined electrofishing technique for collecting Silver Carp: implications for management. North American Journal of Fisheries Management 37:101–107.

Bridger, C. J., and R. K. Booth. 2003. The effects of biotelemetry transmitter presence and attachment procedures on fish physiology and behavior. Reviews in Fisheries Science 11:13–34.

Bunnell, D. B., and J. J. Isely. 1999. Influence of temperature on mortality and retention of simulated transmitters in Rainbow Trout. North American Journal of Fisheries Management 19:152–154.

Byrd, C. G., D. C. Chapman, E. K. Pherigo, and J. C. Jolley. 2019. Tag retention and survival of juvenile Bighead Carp implanted with a dummy acoustic tag at three temperatures. Journal of Applied Ichthyology 35:763–768.

Caputo, M., C. M. O'Connor, C. T. Hasler, K. C. Hanson, and S. J. Cooke. 2009. Long-term effects of surgically implanted telemetry tags on the nutritional physiology and condition of wild freshwater fish. Diseases of Aquatic Organisms 84:35–41.

Chisholm, I. M., and W. A. Hubert. 1984. Expulsion of dummy transmitters by Rainbow Trout. Transactions of the American Fisheries Society 114:766–767.

Cooke, S. J., B. D. S. Graeb, C. D. Suski, and K. G. Ostrand. 2003. Effects of suture material on incision healing, growth and survival of juvenile Largemouth Bass implanted with miniature radio transmitters: case study of a novice and experienced fish surgeon. Journal of Fish Biology 71:1366–1380.

Coulter, A. A., E. J. Bailey, D. Keller, and R. R. Goforth. 2015. Invasive Silver Carp movement patterns in the predominantly free-flowing Wabash River (Indiana, USA). Biological Invasions 18:471–485.

Coulter, A. A., D. Schultz, E. Tristano, M. K. Brey, and J. E. Garvey. 2017. Restoration versus invasive species: bigheaded carps' use of a rehabilitated backwater. River Research and Applications 33:662–669.

Coulter, A. A., M. K. Brey, M. Lubejko, J. L. Kallis, D. P. Coulter, D. C. Glover, G. W. Whitledge, and J. E. Garvey. 2018. Multistate models of bigheaded carps in the Illinois River reveals spatial dynamics of invasive species. Biological Invasions 20:3255–3270.

DeGrandchamp, K. L., J. E. Garvey, and R. E. Colombo. 2008. Movement and habitat selection by invasive Asian carps in a large river. Transactions of the American Fisheries Society 137:45–56.

Frank, H. J., M. E. Mather, J. M. Smith, R. M. Muth, J. T. Finn, and S. D. McCormick. 2009. What is "fallback"?: metrics needed to assess telemetry tag effects on anadromous fish behavior. Hydrobiologia 635:237–249.

Jepsen, N., and K. Aarestrup. 1999. A comparison of the growth of radio-tagged and dye-marked pike. Journal of Fish Biology 55:880–883.

Jepsen, N., A. Koed, E. B. Thorstad, and E. Baras. 2002. Surgical implantation of telemetry transmitters in fish: how much have we learned? Pages 329–248 in E. B. Thorstad, I. A. Fleming, and T. F. Næsje, editors. Aquatic telemetry. Springer, Dordrecht, The Netherlands.

Jepsen, N., J. S. Mikkelsen, and A. Koed. 2008. Effects of tag and suture type on survival and growth of Brown Trout with surgically implanted telemetry tags in the wild. Journal of Fish Biology 72:594–602.

Knights, B. C., and B. A. Lasee. 1996. Effects of implanted transmitters on adult Bluegills at two temperatures. Transactions of the American Fisheries Society 125:440–449.

Downloaded from https://academic.oup.com/najfm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Exhibit 4 to Declaration of Elise Kelley
Page 10 of 11

Downloaded from https://academic.oup.com/nafjm/article/42/6/1502/7811577 by State of Oregon Law Library user on 06 March 2026

Lamer, J. T., B. C. Ruebush, M. A. McClelland, J. M. Epifanio, and G. G. Sass. 2019. Body condition (*Wr*) and reproductive potential of Bighead and Silver Carp hybrids: postzygotic selection in the Mississippi River basin. Ecology and Evolution 9:8978–8986.

Lubejko, M. V., G. W. Whitledge, A. A. Coulter, M. K. Brey, D. C. Oliver, and J. E. Garvey. 2017. Evaluating upstream passage and timing of approach by adult bigheaded carps at a gated dam on the Illinois River. River Research and Applications 33:1268–1278.

Lucas, M. C. 1989. Effects of implanted dummy transmitters on mortality, growth and tissue reaction in Rainbow Trout, *Salmo gairdneri* Richardson. Journal of Fish Biology 35:577–587.

Luo, H., X. Duan, S. Wang, S. Liu, and D. Chen. 2015. Effects of surgically implanted dummy ultrasonic transmitters on growth, survival and transmitter retention of Bighead Carp *Hypophthalmichthys nobilis*. Environmental Biology of Fishes 98:1131–1139.

Miller, E. A., H. E. Froehlich, D. E. Cocherell, M. J. Thomas, J. J. Cech, A. P. Klimley, and N. A. Fangue. 2014. Effects of acoustic tagging on juvenile Green Sturgeon incision healing, swimming performance, and growth. Environmental Biology of Fishes 97:647–658.

Moore, A., I. C. Russell, and E. C. E. Potter. 1990. The effects of intraperitoneally implanted dummy acoustic transmitters on the behavior and physiology of juvenile Atlantic Salmon, *Salmo salar* L. Journal of Fish Biology 37:713–721.

Paukert, C. P., P. J. Chvala, B. L. Heikes, and M. L. Brown. 2001. Effects of implanted transmitter size and surgery on survival, growth, and wound healing of Bluegill. Transactions of the American Fisheries Society 130:975–980.

Smircich, M. G., and J. T. Kelly. 2014. Extending the 2% rule: the effects of heavy internal tags on stress physiology, swimming performance, and growth in Brook Trout. Animal Biotelemetry 2:article 16.

Tripp, S., R. Brooks, D. Herzog, and J. Garvey. 2014. Patterns of fish passage in the upper Mississippi River. River Research and Applications 30:1056–1064.

Wagner, G. N., E. D. Stevens, and P. Byrne. 2000. Effects of suture type and patterns on surgical wound healing in Rainbow Trout. Transactions of the American Fisheries Society 129:1196–1205.

Wagner, G. N., S. J. Cooke, R. S. Brown, and K. A. Deters. 2011. Surgical implantation techniques for electronic tags in fish. Reviews in Fish Biology and Fisheries 21:71–81.

Welch, D. W., S. D. Batten, and B. R. Ward. 2007. Growth, survival, and tag retention of steelhead trout (*O. mykiss*) surgically implanted with dummy acoustic tags. Hydrobiologia 582:289–299.

Wilson, A. D. M., T. A. Hayden, C. S. Vandergoot, R. T. Kraus, J. M. Dettmers, S. J. Cooke, and C. C. Kruger. 2017. Do intracoelomic telemetry transmitters alter the post-release behavior of migratory fish? Ecology of Freshwater Fish 26:292–300.

Winter, H. V., H. M. Jansen, B. Adam, and U. Schwevers. 2003. Behavioral effects of surgically implanting transponders in European Eel, *Anguilla Anguilla*. Pages 287–295 *in* M. T. Spedicato, G. Lembo, and G. Marmulla, editors. Aquatic telemetry: advances and applications. Proceedings of the fifth conference on fish telemetry. Food and Agriculture Organization of the United Nations, Rome.

Winter, J. 1996. Advances in underwater biotelemetry. Pages 555–590 *in* B. R. Murphy and D. W. Willis, editors. Fisheries techniques, 2nd edition. American Fisheries Society, Bethesda, Maryland.

Zerrenner, A., D. C. Josephson, and C. C. Kruger. 1997. Growth, mortality, and mark retention of hatchery Brook Trout marked with visible implant tags, jaw tags, and adipose fin clips. Progressive Fish-Culturist 59:241–245.

## SUPPORTING INFORMATION

Additional supplemental material may be found online in the Supporting Information section at the end of the article.

Exhibit 4 to Declaration of Elise Kelley
Page 11 of 11