DAN RAYFIELD
Attorney General
DEANNA CHANG  #192202
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Deanna.J.Chang@doj.oregon.gov

Attorneys for Intervenor Oregon Department of Fish and Wildlife

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLAMETTE RIVERKEEPER; THE CONSERVATION ANGLER,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator, Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; MICHAEL HELTON, District Engineer, U.S. Army Corps of Engineers; U.S. FISH AND WILDLIFE SERVICE; ROBYN THORSON, Regional Director, U.S. Fish and Wildlife Service,<br><br>　　　　　Defendants,<br><br>OREGON DEPARTMENT OF FISH AND WILDLIFE,<br><br>　　　　　Defendant-Intervenor. | Case No.  6:21-cv-00034-AA<br><br>DECLARATION OF MEGAN SABAL |

I, Megan Sabal, declare:

1. I am employed by the Oregon Department of Fish and Wildlife's (ODFW) Fish Research Evaluation Data and Decision Support (REDD) group as a Fisheries Conservation Scientist, and have been employed as such since 2022. In this role, I assess salmon population trends, viability, forecasts, and the influence of ecological and anthropogenic factors on population dynamics. My previous research has focused primarily on salmon ecology, including predation, migration, population dynamics, and foraging ecology in freshwater and marine life stages.

2. I have my Ph.D. and M.A. degrees in Ecology and Evolutionary Biology from the University of California Santa Cruz. I obtained my B.A. in Environmental Science from Miami University of Ohio.

3. In approximately March, 2024, I was asked to estimate gene flow from hatchery summer steelhead to wild winter steelhead following the methods in the NMFS BiOp.

4. In approximately February, 2025, I was asked to evaluate effects of competition and displacement from hatchery summer steelhead releases on wild winter steelhead.

5. Attached as Exhibit 1 is the analysis I performed relating to gene flow, "Willamette River Steelhead: Steelhead Genetics and Gene Flow Analysis, 2018-2022." This document was provided to the National Marine Fisheries Service (NMFS) on May 13, 2024. My report was previously provided to the court as an attachment to the Declaration of Shaun Clements (ECF 61-1), but is attached to this declaration as well for ease of reference.

6. Attached as Exhibit 2 is the analysis I performed relating to competition and displacement, "Willamette River steelhead: juvenile competition & displacement," dated March 5, 2026. This document was provided to NMFS on March 9, 2026.

7. The results of my analyses show that gene flow from hatchery summer steelhead is less than the 2% threshold in the 2019 Biological Opinion and that average hatchery effects of competition and displacement are near zero. Standard methods, multiple

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

lines of evidence, and the best data available in the North and South Santiam systems were used to inform our conclusions. Each analysis is discussed in more detail below.

**GENE FLOW**

8. Gene flow estimates quantify the amount of genetic mixing occurring from hatchery summer steelhead into wild winter steelhead.

9. We used the most recent available data (genetic data: 2022) to re-calculate the island-continent method of gene flow following the same methods from the 2019 BiOp (NMFS 2019).

10. Gene flow estimates were 1.22% in the North Santiam and 0.55% in the South Santiam – below the 2% limit in the 2019 BiOp. We placed the most confidence in this gene flow approach because it uses genetic data directly and is likely to be conservative.

11. The island-continent method uses the proportion of winter steelhead genetics that assign to hatchery summer steelhead and estimates the average per-generation gene flow rate that would produce this cumulative ancestry.

12. Across all basins, island-continent estimates were lower when calculated from fish sampled in 2022 compared to 2018, consistent with recent adaptive management actions to reduce spawner overlap. Thus, because recent gene flow appears lower than in earlier years, the island-continent estimates likely reflect an average that is biased high rather than low.

13. Gene flow of 0% is not realistic using this method because it takes cumulative hatchery genetic ancestry and estimates the average gene flow per-generation. Because it can take many years to shed genes, even if there was no "active" gene flow in the current year, or even in recent years, the island-continent method would still return an estimate >0%.

**COMPETITION AND DISPLACEMENT**

14. To assess whether competition or displacement from hatchery summer steelhead releases had a population-level effect on adult winter steelhead returns, we conducted two analyses – a stock-recruitment analysis and a population viability analysis. Our population-level approach was chosen based on the need to quantify consequences of competition and displacement at the scale of adult returns. This contrasts with assessing evidence for or against various ecological components, such as overlap in space and time – as was the approach in the NMFS BiOp and in the Plaintiffs declaration with contrasting conclusions. The main benefit of our population approaches is that they evaluate, even if some degree of competition or displacement occurs, whether hatchery releases have a measurable effect on population-level adult returns.

15. To perform the stock-recruitment analysis, we built a statistical model that examined whether the number of hatchery summer steelhead released (a proxy for lower to higher competition and displacement) correlated with fluctuations in winter steelhead adult returns occurring since 1990.

16. Our stock-recruitment analysis found average hatchery effects near zero for both North and South Santiam basins, which were approximately 24-times less influential than other marine drivers. In other words, factors such as stream temperatures and ocean conditions were the main drivers of winter steelhead returns, with the summer steelhead hatchery program having near zero average impacts on winter steelhead.

17. We developed Bayesian stock-recruit models for the North and South Santiam basins that incorporated hatchery and environmental covariates; a common approach used to estimate hatchery effects on salmon population productivity (Kostow and Zhou 2006, Scheuerell et al. 2020, Ohlberger et al. 2022). We used the longest available dataset (calendar years 1990 to 2023; brood years 1990 to 2017), including estimates of

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

winter steelhead spawners and recruits, hatchery summer steelhead releases, stream
temperature, two regional ocean indices, and an upwelling index.

18. The number of hatchery summer steelhead releases was used as a proxy for potential
competition and displacement, consistent with other studies (Kostow and Zhou 2006,
Scheuerell et al. 2020, Ohlberger et al. 2022). Under this assumption, years with
larger hatchery releases (e.g., 200,000 fish) are expected to have greater potential
population effects from competition and displacement than years with smaller
releases (e.g., 100,000 fish). Released hatchery fish may compete or displace winter
steelhead juveniles at various life stages: as concurrent out-migrating smolts or, with
younger age classes, if hatchery fish remain in the system as residual fish. We
accounted for these multiple potential competition pathways by averaging hatchery
releases over the respective three age-class lags. In our dataset, hatchery release
numbers varied from 43,374 to 202,193.

19. Our results found near zero average hatchery effects (model coefficients; North:
0.022; South: -0.010) on year-to-year variation on wild winter steelhead recruitment
since 1990 in both North and South Santiam basins. Hatchery effects were
substantially smaller than estimated effects from other environmental factors. The
near zero hatchery effects encompass potential competition from hatchery smolts and
residual hatchery fish.

20. While the most likely estimates of hatchery effects were near zero, uncertainty
spanned similarly in both positive and negative directions. However, the model was
more than 70% certain that hatchery effects were not substantially negative (did not
cause a greater than 10% decline in recruits).

21. To determine whether our estimated hatchery effects were robust, we varied which
years and environmental covariates were included in our data set and re-estimated the
hatchery effects. This evaluated whether our estimated hatchery effects were overly

influenced by inclusion of a certain data point or covariate combination. Our results found consistent average hatchery effects near zero.

22. As noted above, we used data from 1990 – 2023 (brood years: 1990 to 2017), which constitutes the full range of data available for summer and winter steelhead and environmental covariates. The lack of data prior to the hatchery program beginning in the 1960s does not invalidate our conclusions. Our data includes hatchery releases spanning from approximately 43,000 to 200,000 fish, which provides a meaningful range over which to evaluate potential competition or displacement effects. While we cannot evaluate whether competition effects are different outside of this range, if effects scale linearly with hatchery releases (more fish released equates to more competition), we expect to detect a negative association, if there was one, and we do not find one. Recent studies support a linear relationship between hatchery releases and adult recruitment. Ohlberger et al. (2021) evaluated linear vs. non-linear relationships between hatchery releases and salmon productivity and found stronger statistical support for the linear form over the non-linear form. The Plaintiffs suggest a strong non-linear or threshold effect is present, which presumes that there is a large competition effect between 0 fish released and approximately 43,000, but no competition effects over the range of hatchery fish released our data (43,000 to 200,000). Ohlberger et al. (2021)'s results do not support this type of non-linear relationship.

23. Moreover, the type of dataset described by the Plaintiffs is not always required to estimate a strong negative hatchery effect when it is present. For example, Plaintiffs discuss the strong negative hatchery effect (coefficient: -0.16) from Scheuerell et al. (2020), which also does not have data prior to onset of the hatchery. However, there were four years with hatchery releases of zero, which could have driven the negative hatchery effect. Using these authors' publicly available data and code (https://github.com/mdscheuerell/steelhead_IPM), we evaluated if removing the years

Page 6 -  DECLARATION OF MEGAN SABAL

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

with zeros would weaken the estimated hatchery effect, but the estimate became slightly more negative (coefficient: -0.22). Therefore, pre-hatchery data or the presence of years with zero hatchery releases were not required in Scheuerell et al. (2020) to estimate a strong hatchery effect when it was ecologically present and this suggests that our estimate of no hatchery effect is likely not simply an artifact of missing pre-hatchery data.

24. The Plaintiffs argument that we fail to detect a hatchery effect because productivity remains depressed after the onset of the hatchery is not supported by our results. While we do not have data to evaluate if productivity is lower post-hatchery, adult returns occurring since 1990 in our data show interannual variation that our models attribute to environmental factors, but not hatchery releases. Ocean conditions (NPGO) were estimated to have a 24-times larger effect on year-to-year returns compared to effects of recent hatchery releases. If population productivity was uniformly suppressed, then we would also not expect to see large effects of other environmental signals.

25. We also conducted a population viability analysis to project population dynamics forward in time. We used a population model that predicts wild winter steelhead returns over 100 years and calculated how often simulated populations went extinct. Extinction probabilities were low (less than 9%) for both North and South Santiam basins in the next 100 years.

26. Population dynamics were simulated 5,000 times with varying parameters (e.g., intrinsic productivity, habitat capacity) to incorporate uncertainty. Hatchery effects were not included explicitly but were inherently considered along with other environmental drivers in the projected population variability.

27. The results of this analysis indicate that, if historical conditions (including, but not limited, to hatchery effects) continue in the future, the North and South Santiam populations have a low (less than 9%) chance of extinction in the next 100 years. This

Page 7 -    DECLARATION OF MEGAN SABAL

supports the conclusion that hatchery effects are likely not so large as to drive high extinction risk.

28. In summary, we have used the best available data in the North and South Santiam basins with widely used quantitative approaches to estimate effects of gene flow and competition and displacement. We acknowledge uncertainty in our results where it exists and rely on multiple lines of evidence to inform the robustness of our conclusions. These analyses suggest that current gene flow and competition and displacement effects from hatchery releases occurring since 1990 on winter steelhead appear low.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March __13__, 2026.

_s/ Megan Sabal_____
MEGAN SABAL

REFERENCES

Kostow, K. E., and S. Zhou. 2006. The effect of an introduced summer steelhead hatchery stock on the productivity of a wild winter steelhead population. Transactions of the American Fisheries Society 135:825–841.

NMFS. 2019. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat (EFH) Consultation. Evaluation of Hatchery Programs for Spring Chinook Salmon, Summer Steelhead, and Rainbow Trout in the Upper Willamette River Basin. NMFS Consultation Number: WCR-2018-9781.

Ohlberger, J., E. J. Ward, R. E. Brenner, M. E. Hunsicker, S. B. Haught, D. Finnoff, M. A. Litzow, T. Schwoerer, G. T. Ruggerone, and C. Hauri. 2022. Non-stationary and interactive effects of climate and competition on pink salmon productivity. Global Change Biology 28:2026–2040.

Scheuerell, M. D., C. P. Ruff, J. H. Anderson, and E. M. Beamer. 2020. An integrated population model for estimating the relative effects of natural and anthropogenic factors on a threatened population of steelhead trout. Journal of Applied Ecology 58:114–124.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| From: | REIS Kelly E * ODFW |
|---|---|
| To: | "Lance.Kruzic@noaa.gov".GWIA.DFW_DO |
| Cc: | KELLEY Elise X * ODFW; REIS Kelly E * ODFW |
| Subject: | Willamette River Steelhead Genetics and Gene Flow Analysis, 2018-2022 (T&C 2g. & 2h.) |
| Date: | Monday, May 13, 2024 8:48:00 PM |
| Attachments: | 2024.05.13 UWR Steelhead Genetic Analysis and Gene Flow Summary.pdf |
| | 2024 Hatchery BiOp 2019 TC 2g and 2h Letter to NMFS 2024.05.13.pdf |

Lance -

Enclosed is a report titled "Willamette River Steelhead: Steelhead Genetics and Gene Flow Analysis, 2018-2022" to fulfil Terms and Conditions 2g. and 2h. in the 2019 Biological Opinion (BiOp) issued by NMFS (Evaluation of Hatchery Programs for Spring Chinook Salmon, Summer Steelhead, and Rainbow Trout in the Upper Willamette River Basin). The sampling design, markers, and results are consistent with what Oregon Department of Fish and Wildlife (ODFW) has shared and discussed verbally with you prior to and during the study. The results indicate that gene flow is below the 2% threshold referenced in the 2019 Hatchery and Genetic Management Plan for the Upper Willamette River Summer Steelhead (HGMP) and that it has decreased since 2018.

ODFW has implemented the hatchery reforms identified in the HGMP and does not propose any changes to the summer steelhead hatchery program with this report. We look forward to receiving your written concurrence on our approach taken to answer management objectives as noted in Term and Condition 2g.

Let me know if you would like to discuss the enclosed report.

Kelly

_____

Kelly Reis (she/her)

Willamette Fish and Wildlife Policy and Program Manager
Oregon Department of Fish & Wildlife

3150 Main Street | Springfield, OR | 97478
P: 541-686-7880 | C: 541-517-2228
kelly.e.reis@odfw.oregon.gov

Exhibit 1 to Declaration of Megan Sabal
Page 1 of 7

# Willamette River Steelhead: Steelhead Genetics and Gene Flow Analysis, 2018 - 2022

## Terms and Conditions 2g. and 2h. of the 2019 Hatchery BiOp

### Oregon Department of Fish and Wildlife

Submitted to National Marine Fisheries Service - Sustainable Fisheries Division

May 13, 2024

Exhibit 1 to Declaration of Megan Sabal
Page 2 of 7

**Background**

In May 2019, the National Marine Fisheries Service (NMFS) issued its Section 7 Biological Opinion on the Evaluation of Hatchery Programs for spring Chinook salmon, summer steelhead and rainbow trout in the Upper Willamette River Basin (BiOp). NMFS concluded the proposed action, primarily the continued operation and maintenance of hatchery programs in the Upper Willamette River (UWR) basin, was not likely to jeopardize the species of concern, nor destroy or adversely modify any designated critical habitat for the identified species. However, in the Terms and Conditions of the BiOp for the proposed action, NMFS required the continued monitoring and evaluation of the hatchery programs. This includes determining the effectiveness of hatchery reforms implemented by the Oregon Department of Fish and Wildlife (ODFW) that are identified in the Upper Willamette Summer Steelhead Hatchery and Genetic Management Plan (HGMP, ODFW 2019). The information that follows is provided in response to BiOp Terms and Conditions 2g and h:

2g. Analyze steelhead genetics – The ODFW shall fund and implement genetic sampling of *O. mykiss* in the North Santiam basin and South Santiam basin below the federal dams to determine the effectiveness of hatchery summer steelhead reforms. Study design will focus on determining current gene flow (introgression) from non-native steelhead into natural populations. Sampling should occur by the end of fiscal year 2021 (after production reductions in the South Santiam) and every five years after that. ODFW shall get written concurrence from NMFS SFD on the most appropriate sampling, genetic markers, and analytical approaches to answer management objectives. Results shall be sent to the NMFS SFD (contact below) within 90 days of all samples being processed.

2h. Assess future effects of hatchery summer steelhead in the North and South Santiam Rivers– The ODFW shall implement the reform actions included in the summer steelhead HGMP (2018). These actions are expected to further reduce the effects of this hatchery program and equate to less than 2% gene flow in any winter steelhead population in the DPS (HGMP Indicator 3.4.1). If these actions do not limit gene flow from summer steelhead to ESA-listed winter steelhead populations to less than 2% (as described in the HGMP and the Incidental Take Statement, section 2.9 above), further reductions in the release of hatchery summer steelhead in these rivers shall be implemented. If these actions do result in the intended level of benefits to ESA-listed winter steelhead, or if new science demonstrates a lowered level of risk to native winter steelhead in the North and South Santiam (where hatchery steelhead are released), increasing the stocking levels for the summer steelhead program may be reconsidered. NMFS SFD (contact below) must issue written concurrence of any changes to the summer steelhead hatchery program before being implemented by ODFW.

To mitigate impacts from high-head dams on UWR fisheries, ODFW operates hatcheries to produce summer-run steelhead that it then releases into various UWR tributaries, including the North and South Santiam rivers. This stock of hatchery steelhead is not native to the basin and may pose genetic and ecological risks to native winter-run steelhead, which are listed as threatened under the U.S. Endangered Species Act (NMFS 1999). To assess the nature of genetic interactions between introduced (summer-run)

Exhibit 1 to Declaration of Megan Sabal
Page 3 of 7

and native (winter-run) steelhead, ODFW collaborated with NOAA Fisheries to survey genetic diversity of *Oncorhynchus mykiss (O. mykiss)* from samples from various UWR and Clackamas basin locations collected from 1986-2009 (Van Doornik et al. 2015). Subsequently, Johnson et al. (2021) quantified the extent of genetic introgression from the introduced stock by genotyping juvenile *O. mykiss* captured via electrofishing in 2014.  Results from these studies demonstrated substantial spatial overlap between the distributions of native and introduced steelhead in the UWR, and levels of hybridization that varied among major tributaries.

To investigate the interannual stability of *O. mykiss* genetic structure in the UWR, ODFW conducted random and unbiased electrofishing surveys in 2018 and 2022, performed in a subset of tributaries previously surveyed in 2014 (Johnson et al. 2021). This work was conducted in accordance with Standard 3.4 in the Upper Willamette Summer Steelhead HGMP (ODFW 2019), which states that "genetic sampling of juvenile *O. mykiss* will take place in major UWR subbasins in 2018 to determine success of hatchery fish spawning in the wild and thereafter subject to funding" and is consistent with Terms and Conditions 2g. and 2h. in the BiOp (NMFS 2019).

Results shared below demonstrate current gene flow (introgression) from non-native hatchery summer steelhead into natural ESA-listed winter steelhead populations is less than 2% in the Molalla and Calapooia river basins, and in the North and South Santiam river basins below Big Cliff and Foster dams.

**Site Selection and Sampling**

Site selection and sample collection methods for genetic sampling of naturally produced juvenile *O. mykiss* within the Willamette River basin above Willamette Falls in 2018 and 2022 are based on methods detailed in Johnson et al. (2021) and are briefly summarized below. In 2018 and 2022, sampling effort focused on a random subset of previously identified potential sample locations in the Calapooia and Molalla river basins and below high head dams in the North and South Santiam river basins. We originally selected survey sites using ArcMap 10 to plot points every 3.22 km (2 mi) along all 2nd-5th order streams. We filtered the points to include only sites on public or major industrial timber ownership and that were accessible within 100 m from a road. We surveyed a randomly selected portion of the remaining sites each year using an LR24 backpack electrofisher. The duration of electrofishing (30 minutes) and maximum number of samples collected from each site (max. n = 10) were designed to optimize the likelihood of collecting samples where *O. mykiss* occurred, while avoiding over-representation of siblings at individual sites.  Once collected, we briefly anaesthetized juvenile *O. mykiss*, recorded the fork length, capture date and location, and stored a sample of caudal fin tissue in 95% EtOH for genetic analysis.

**Overview of Data Collection and Genetic Analysis**

We used 15 microsatellites and the program STRUCTURE (Pritchard et al. 2000) to estimate hybrid proportions from fish sampled in 2018 (n = 285) within the four watersheds, following the methods of Johnson et al. (2021).

Using the GT-seq methods of Campbell et al. (2015), we genotyped baseline samples of summer steelhead and native winter steelhead (n = 96) using 312 SNPs, including two run-timing markers. We used this SNP data from these baseline samples to assess confidence of performing hybrid class assignments, following the methods of Wringe et al. (2017).

Exhibit 1 to Declaration of Megan Sabal
Page 4 of 7

Using a modified version of the SNP panel, we genotyped 244 fish sampled in 2022 from the same watersheds as in 2018. We used the program STRUCTURE to infer the proportionate contributions from known UWR *O. mykiss* stocks to individual fish genomes, using the methods and assignment criteria described in Johnson et al. (2021). We calculated hybrid fraction estimates for major UWR tributaries from these results.

**Selection of Gene Flow Analytical Method**

The BiOp (NMFS 2019) highlights three methods to estimate gene flow.  These methods rely on demographic and life history data (Scott-Gill and demographic loss methods) or on genetic data (island-continent method).  We considered all three methods and chose to apply the island-continent method due to the high number of assumptions required for the methods that rely on demographic and life history data and consequent significant uncertainty associated with those results.  Genetic data is a more direct indicator of gene flow.

**Gene Flow Analysis and Results – Island-Continent Method**

The island-continent method uses genetic data to estimate the average probability (or percent) of gene flow per generation. It assumes one-way gene flow from a donor population (continent) to a recipient population (island). We estimated this gene flow metric from samples collected in 2018 and 2022.

The equation for island-continent gene flow is $1 - (1 - pR)^{(1/t)}$.

We estimated the average proportion of the genome assigning to summer steelhead (*pR*) from the q values (assignment probabilities) averaged across individuals by population.

The *t* parameter represents the number of generations since summer steelhead introduction. Hatchery summer steelhead started being released into the North Santiam in 1966 and into the South Santiam in 1968 (NMFS 2019). Summer steelhead releases into the Molalla occurred in 1972 and from 1980-1996 (NMFS 2019). The Calapooia River had no direct hatchery releases but is closest to the South Santiam, so we use 1968 as the start of hatchery interaction date. We estimated *t* as the number of years from the genetic data (2018 or 2022) to first hatchery releases (1966, 1968 or 1972) divided by the average life cycle of returning adults (4 years) (NMFS 2019). Therefore, for 2018, *t* = 13.25 (North Santiam), 12.75 (South Santiam), *t* = 12.75 (Calapooia), and *t* = 11.75 (Molalla). For 2022, *t* = 14.25 (North Santiam), 13.75 (South Santiam), *t* = 13.75 (Calapooia), and *t* = 12.75 (Molalla).

Our results suggest that gene flow has decreased in North and South Santiam, Molalla and Calapooia populations since 2018 (Figure 1). Current estimates (North Santiam: **1.22%**; South Santiam: **0.55%**; Calapooia: **0.21%**; Molalla: **0.13%**) fall below the 2% management threshold. Because this method calculates an average gene flow rate per generation, and we expect and see a decline in recent years, the gene flow rates of more recent generations are likely smaller than the average, making this a conservative estimate of current gene flow.

Exhibit 1 to Declaration of Megan Sabal
Page 5 of 7



**Figure 1.** Island-continent estimates of gene flow: average percent gene flow per generation since hatchery summer steelhead releases. Estimates from genetic sampling in 2018 and 2022. The red dashed line indicates the 2% threshold identified in Standard 3.4, Indicator 3.4.1, in the HGMP (2019).

**Some assumptions and limitations**

**Sample size:** The number of individuals sampled for genetics in 2022 were 70 for the Calapooia, 62 for the Molalla, 64 for the North Santiam, and 48 for the South Santiam population. In 2018, sample sizes were 74, 95, 81 and 35 for the Calapooia, Molalla, North Santiam, and South Santiam respectively. Individual variation could influence the summary gene flow metric.

**Cutbow trout:** A few individuals of cutbow trout (rainbow and cutthroat trout hybrid) may be in the dataset and analyses to find and exclude them are not yet complete. In the current dataset, any cutbow trout would assign as if a summer-winter steelhead hybrid and increase the gene flow estimates.

**Summary**

ODFW is implementing the hatchery reforms identified in the UWR summer steelhead HGMP (2019). ODFW conducted genetic sampling of *O. mykiss* in the North and South Santiam basins below the federal dams and in the Calapooia and Molalla river basins in 2018 and 2022. Study design focused on determining gene flow from non-native summer steelhead into natural winter steelhead populations in the DPS. Results presented here suggest gene flow from summer steelhead to ESA-listed winter steelhead populations is less than the 2% threshold described in the HGMP. ODFW is not proposing any changes to the summer steelhead hatchery program.

Exhibit 1 to Declaration of Megan Sabal
Page 6 of 7

**References**

Campbell, N. R., S. A. Harmon, and S. R. Narum. 2015. Genotyping-in-Thousands by sequencing (GT-seq): A cost effective SNP genotyping method based on custom amplicon sequencing. Molecular ecology resources 15(4):855–867.

Johnson, M. A., T. A. Friesen, D. M. Van Doornik, D. J. Teel, and J. M. Myers. 2021. Genetic interactions among native and introduced stocks of *Oncorhynchus mykiss* in the upper Willamette River, Oregon. Conservation Genetics 22:111–124.

National Marine Fisheries Service (NMFS). 1999. Endangered and threatened species: threatened status for two ESUs of steelhead in Washington and Oregon. Fed Regist 64:14517–14528.

National Marine Fisheries Service (NMFS). 2019. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat (EFH) Consultation. Evaluation of Hatchery Programs for Spring Chinook Salmon, Summer Steelhead, and Rainbow Trout in the Upper Willamette River Basin. May 17, 2019. NMFS Consultation Number: WCR-2018-9781.

Oregon Department of Fish and Wildlife (ODFW). 2019. Hatchery and Genetic Management Plan for the Upper Willamette Summer Steelhead.  Accessed on September 28, 2021 at: https://www.dfw.state.or.us/fish/hgmp/docs/2019/Upper%20Willamette%20summer%20steelhead%20HGMP%20May%202019%20approved.pdf.

Pritchard, J. K., M. Stephens, and P. Donnelly. 2000. Inference of population structure using multilocus genotype data. Genetics 155(2):945–59.

Van Doornik, D. M., M. A. Hess, M. A. Johnson, D. J. Teel, T. A. Friesen, and J. M. Myers. 2015. Genetic population structure of Willamette River steelhead and the influence of introduced stocks. Transactions of the American Fisheries Society 144(1):150–162.

Wringe, B. F., R. R. E. Stanley, N. W. Jeffery, E. C. Anderson, and I. R. Bradbury. 2017. hybriddetective: a workflow and package to facilitate the detection of hybridization using genomic data in R. Molecular ecology resources 17(6):275-284.

Exhibit 1 to Declaration of Megan Sabal
Page 7 of 7

# Willamette River steelhead: juvenile competition & displacement

Oregon Department of Fish and Wildlife

3-5-2026

## Summary

We used two population-level approaches to assess whether there was evidence for a negative effect of competition or displacement from releases of hatchery summer steelhead on adult wild winter steelhead returns. We (1) built a stock-recruit model with environmental covariates including hatchery releases and (2) interpreted results from a previous population viability analysis (PVA).

From the stock-recruit analysis, we found evidence for average effects near zero from competition or displacement of released hatchery summer steelhead on wild winter steelhead juveniles over the range of hatchery releases in our data (approximately 43,000 to 200,000 fish annually). These estimated hatchery effects were substantially smaller compared to other marine drivers (e.g., 24-times smaller than the North Pacific Gyre Oscillation (NPGO)) and had low (< 30%) chances of corresponding to decreases or increases in recruitment greater than 10%. Our sensitivity analyses further showed that the estimated hatchery effects were robust across the choice of covariate combination and through iteratively leaving one year out from the dataset. Cumulatively, this analysis finds no strong evidence that hatchery summer steelhead releases led to fewer wild adult steelhead returning to spawn via competition and displacement by smolts or residual hatchery fish over the range of hatchery releases in our data. Additionally, a long-term population model showed a low (<10%) risk of extinction for these wild winter steelhead populations if past environmental conditions (including competition and displacement) continued into the future. Overall, these findings suggest that competition and displacement between juvenile hatchery summer steelhead and wild winter steelhead likely have little impact on year-to-year variability of wild adult steelhead returns since 1990.

## Background

This analysis evaluates the potential impact of competition and displacement between hatchery releases of juvenile summer steelhead with juvenile wild winter steelhead on adult recruitment of wild winter steelhead. The 2019 Biological Opinion (BiOp) used available scientific data and literature to examine spatial and temporal overlaps between released hatchery summer steelhead and wild winter steelhead to evaluate the potential for negative impacts of competition (NMFS 2019) and determined that the effects of competition on winter steelhead were low. This conclusion was found to be arbitrary and capricious by the U.S. District Court in Oregon. To address the concerns identified by the court, we used two new analyses, which take a different approach. Instead of assessing the degree of competition as it relates to overlap, we instead focused on quantifying consequences at the population-level scale.

1

Exhibit 2 to Declaration of Megan Sabal
Page 1 of 17

Specifically, we asked:

**(1) Does the number of hatchery summer steelhead released negatively affect winter steelhead adult returns (of the cohorts that would have competed with those hatchery fish for resources)?** *If the effect of competition is "high" and scales with the number of fish released, we would expect to see a strong and negative effect of hatchery release numbers on wild adult recruitment.*

**(2) If historical effects of the environment (including competition, climate, etc.) continue into the future, what is the likelihood that North and South Santiam winter steelhead populations will go extinct in the next 100 years?** *If the effect of competition has been "high", scales with the number of fish released, and is driving population declines, we might expect to see moderate extinction risk.*

Advantages of these population-level approaches include directly quantifying competition effects on the outcome of concern – adult recruitment – instead of relying on indirect measures of spatial or temporal overlap between hatchery and wild juvenile steelhead. Furthermore, it allows for a more comprehensive picture in the context of other environmental covariates.

To conduct these analyses, we relied on and built upon previous methods and analyses that generated Willamette River wild winter steelhead spawners and recruit data (the number of recruits [progeny] that return to spawn from a particular year class of spawners [parents]). Here we provide a general overview of methods with more details available in Falcy (2017). Each research question is addressed in the following corresponding sections (1) and (2).

Exhibit 2 to Declaration of Megan Sabal
Page 2 of 17

**(1) Stock-recruitment Analysis**

*Methods*

*Winter Steelhead Spawners and Recruits*

Annual estimates of wild spawners on the North and South Santiam Rivers were generated from counts at Willamette Falls, Minto fish facility, Foster fish facility, and spawning ground surveys occurring on both the North and South Santiam Rivers (Falcy 2017). The few (10 and 3) hatchery winter steelhead spawners in 2002 and 2003 were also included in the total spawners as their offspring could return as unmarked "wild" recruits. Wild winter steelhead pre-harvest recruits were assigned by applying the proportion of steelhead returns based on age class data (estimated from scale analyses). We used steelhead spawner data from calendar years 1990 – 2023 to build a dataset of spawners and recruits from brood years 1990 to 2017 (N = 28 years). 2017 represents the latest year of spawners from which all recruits through age six (returning in 2023) had returned. 1990 represents the earliest brood year from which all environmental covariates were available and spans the majority of the available spawner dataset (earliest date 1985).

*Hatchery Covariates*

We took basin-specific hatchery release numbers and lagged them to represent different hypotheses of how hatchery summer steelhead may compete with wild winter steelhead juveniles (Figure 1). The following hypotheses were incorporated: hatchery releases of summer steelhead may compete with concurrent outmigrating age-2 smolts of wild winter steelhead (Hypothesis 1) (Figure 1). Furthermore, hatchery summer steelhead from a given release year may stay in the system as residual fish for multiple months and compete with age-1 juveniles (Hypothesis 2) or compete with or consume age-0 fry of wild winter steelhead (Hypothesis 3). Within each population's dataset, the correlations among these three hatchery covariates were high (range: 0.53 to 0.74). Therefore, there is likely not sufficient data to disentangle competition effects across life stages. Instead, we calculated the mean hatchery summer steelhead release number occurring over the three life stages with respect to a single wild winter steelhead brood year. This covariate (HATCH.NUM.MEAN) represents the average effect of potential competition across all three life stages including smolt-to-smolt and residual fish competition pathways. Hatchery release numbers varied in the data from 43,374 and 202,193 (North Santiam) and from 111,626 and 197,105 (South Santiam) with typical interannual variability of 20.8% (North Santiam) and 14.3% (South Santiam).

Exhibit 2 to Declaration of Megan Sabal
Page 3 of 17

**Figure 1.** Conceptual diagram showing the three hypothesized pathways of competition of hatchery released summer steelhead (orange) on a single cohort of juvenile wild winter steelhead (blue) over a timespan of two years.



*Environmental Covariates*

We examined various annual covariates, which are hypothesized to affect adult winter steelhead recruitment and that have been used in similar analyses (Logerwell et al. 2003; Jones et al. 2020). These included summary metrics related to hatchery summer steelhead releases, freshwater conditions (flow, temperature, snow water equivalent), and ocean conditions (NPGO, Pacific Decadal Oscillation (PDO), upwelling) (Table S2). For each population's dataset, we first evaluated correlations among covariates because including collinear variables in the same model can cloud interpretation of coefficient effects (Dormann et al. 2013). We generated a list for each basin, with all possible covariate combinations where there were no pairwise correlations where the absolute value was greater than 0.6 (moderate collinearity) and that had at least three environmental covariates. This resulted in 285 and 1691 covariate combinations with acceptable levels of collinearity for the North and South Santiam datasets, respectively. The substantially fewer acceptable covariate combinations for the North population stems from higher and more numerous correlations in that dataset. All 285 acceptable combinations for the North population were acceptable for the South population. For our main analysis, we first chose a single covariate set that included known important drivers (NPGO, TEMP) and spanned both freshwater and marine conditions and various life stage lags. Later, we evaluated results across other covariate combinations. The single covariate set included:

- **HATCH.NUM.MEAN:** The three-year average of the number of juvenile summer steelhead hatchery fish released in either the North or South Santiam basins, respectively, across three lags corresponding to competition with wild winter steelhead smolts, juveniles, and fry (Figure 1). ***This covariate is assumed to represent the magnitude of potential competition and displacement inclusive of competition between hatchery and wild smolts and hatchery residual fish on younger wild steelhead year classes. The number of hatchery fish released is a commonly used proxy for competition in salmon ecology studies*** (Scheuerell et al. 2021; Ohlberger et al. 2022). ***Our baseline hypothesis is that if cohorts of wild steelhead encountered high hatchery summer steelhead release numbers as fry, juveniles, and smolts, we would expect competition and/or***

4

Exhibit 2 to Declaration of Megan Sabal
Page 4 of 17

***displacement between hatchery summer and wild winter steelhead juveniles to be higher than when fewer hatchery fish were released.***

- **TEMP.JUV.AUG:** Average stream temperature at USGS gage #1418500 (South Santiam River below Cascadia, OR) in August lagged to the first year of summer rearing for yearling wild winter steelhead juveniles. This is the only gage with sufficient temperature data between either basin. Therefore, this is considered a relative temperature index applicable to both basins.

- **PDO_.O2.AN:** The average Pacific Decadal Oscillation (PDO) value lagged to the second ocean year of wild winter steelhead yearling outmigrants (Mantua and Hare 2002).

- **NPGO.O1.AN:** The average North Pacific Gyre Oscillation (NPGO) value lagged to the first ocean year of wild winter steelhead yearling outmigrants (DiLorenzo et al. 2008).

- **UPWL.O1.JFM:** The average Bakun upwelling index from latitudes 36°N and 39°N on the Oregon coast from January, February, and March lagged to the first ocean year for wild winter steelhead yearling outmigrants (Bakun 1975).

*Model*

We built Bayesian stock-recruit models with environmental covariates for both the North and South Santiam populations. The full technical details of the model are in the Appendix. In lay terms, our model estimates the number of winter steelhead recruits (progeny returning as adults) in each year depending on the number of spawners (parents) and our chosen environmental covariates. The model form accounts for density-dependence, so that the number of recruits levels off at high spawner abundances.

*Sensitivity Analyses*

As a part of the modelling, we also conducted three sensitivity analyses to assess how consistent the estimated hatchery effects were under various methodological choices. Sensitivity analyses vary certain assumptions or methodological choices, and then we can observe whether results are either stable or highly variable. They are important to evaluate the robustness of results and subsequent conclusions.

1.  <u>Across covariate combinations:</u> We fit models for every covariate combination that had acceptable collinearity, and which included at least one of the major hypothesized drivers of recruitment in the ocean (NPGO or PDO) and freshwater (FLOW or TEMP). This resulted in 199 different covariate combinations examined for each population. This evaluated whether underlying covariate covariance and structure highly influenced our estimates of hatchery effects.

2.  <u>Leave-one-year-out datasets:</u> We also fit our final model across different datasets where we iteratively left out one year from 1990 through 2017. This evaluated whether a single year was highly influential driving the estimated hatchery coefficient.

Exhibit 2 to Declaration of Megan Sabal
Page 5 of 17

3.  Across hatchery covariates: We also fit the same model structure substituting in the alternative hatchery covariates (HATCH.NUM.FRY, HATCH.NUM.JUV, HATCH.NUM.SMOL1, HATCH.NUM.MEAN). We compared the models' estimated hatchery coefficients and Deviance Information Criterion (DIC) values. This analysis showed if any one hatchery lag exhibited a stronger statistical fit to the dataset (via DIC) and if the hatchery coefficient varied among life stages. This cannot fully disentangle competition effects across life stages due to the high collinearity among these variables, but it can offer further evidence of robustness of the estimated hatchery effects.

*Results*

**Key finding:** Our model does not find strong or consistent evidence of competition or displacement from hatchery released summer steelhead negatively (or positively) affecting year-to-year variation in wild winter steelhead recruitment since 1990.

Specifically, our results find:

- Average hatchery effects near zero.
- Average hatchery effects approximately 10 to 24-times smaller than the average effects of dominant ocean drivers of recruitment variation (i.e., NPGO, PDO).
- Similar uncertainty in hatchery effects occurring in both positive and negative directions.
- Low probabilities (< 30%) for either outcome individually that hatchery effects correlate with greater than 10% decreases or increases in wild winter steelhead recruitment.

These results were consistent across both North and South Santiam populations and were robust in the sensitivity analyses.

**Explanation:**

Model coefficients show how different covariates influence the number of returning winter steelhead, after considering the impact of the number of spawning fish.

***Hypothesis:*** If competition and/or displacement were strongly affecting adult winter steelhead recruitment and scales with the number of fish released, we would expect to see a negative relationship between the average number of hatchery summer steelhead released (HATCH.NUM.MEAN) and predicted wild winter steelhead recruitment. Support for this hypothesis would be indicated by both negative coefficients (black points) in Figure 2 for HATCH.NUM.MEAN and negative relationships in Figure 3.

***We do not see strong evidence supporting this hypothesis.*** Instead, mean coefficients for HATCH.NUM.MEAN were near zero (-0.010; 0.022) for the South and North Santiam populations, respectively. These numbers correspond to a 1-SD change in hatchery release numbers, corresponding to a 1.0% decrease or 2.2% increase in adult wild winter steelhead recruitment. These mean coefficients (black points in Figure 2) represent the most likely outcome from our model (Figure 2; Figure 3).

The horizontal bars in Figure 2 represent uncertainty and span zero, which suggests uncertainty over the exact effect in both positive and negative directions. The probability that hatchery effects represented greater than 10% declines in wild winter steelhead recruitment were 16% and 30% for North and South populations, respectively (Figure 3).

6

Exhibit 2 to Declaration of Megan Sabal
Page 6 of 17

**Figure 2.** Population-specific coefficient estimates for scaled environmental covariates on log(recruits). This type of graph shows the size and direction of the effect (points) representing the mean coefficient estimate, and horizontal bars that represent 50% (thick) and 95% (thin) certainty. The dashed vertical line at zero indicates no measurable effect on adult recruitment.



If the effect of hatchery competition were strong and scaled with the number of hatchery fish released, we would have expected a larger and more precise negative estimate; similar to the magnitudes that we observed for other environmental covariates (Figure 2). For perspective, the absolute value of the negative hatchery coefficient effect on the South Santiam is 24-times smaller than the estimated positive effect for NPGO.O1.AN. The other three covariates ranged between 7 and 11-times larger than the estimated effect of hatchery competition on the South Santiam.

Figure 4 further illustrates the pattern between hatchery summer steelhead release numbers and wild winter steelhead adult recruitment. The model estimates almost no change in wild steelhead adult recruitment since 1990 in response to the observed range of summer steelhead hatchery release numbers (Figure 4). Cumulatively, this suggests that the effect of competition between juvenile hatchery summer steelhead and wild winter steelhead recent recruitment is most likely small. All model parameter estimates with convergence statistics can be seen in Table S3 and Table S4.

**Figure 3.** Posterior probability distributions for estimated hatchery coefficients for the North and South Santiam. The y-axis density represents probability density, which indicates how likely different coefficient estimates are relative to each other where the total area under the curve equals 1.



Exhibit 2 to Declaration of Megan Sabal
Page 7 of 17

**Figure 4.** Estimated relationship between the number of hatchery summer steelhead released (HATCH.NUM.MEAN) and wild winter steelhead recruitment for North and South Santiam populations. The blue lines represent the mean estimated effect of HATCH.NUM.MEAN on predicted recruitment when all other model covariates are fixed at median values. The points indicate the observed data.



8

Exhibit 2 to Declaration of Megan Sabal
Page 8 of 17

**Sensitivity Analyses**

The estimated hatchery coefficients were robust across our sensitivity analyses and consistently near zero. Even the most extreme estimate across all sensitivity runs (-0.08) represented a small effect (8% decline in recruitment) (Figure 5). Across the four hatchery covariates, coefficient signs differed among the hypothesized competition pathways and between populations, but all remained near zero (Table 1). The covariate representing competition from residual hatchery fish on wild age-1 juveniles (HATCH.NUM.JUV) had the strongest statistical support (lowest DIC value), yet its coefficients were positive rather than negative contrary to our ecological hypothesis. Given this combination of weak effects and mixed coefficient signs, using the average hatchery release variable (HATCH.NUM.MEAN) provides a defensible approach to reduce noise while integrating information across all potential competition pathways.

**Figure 5.** Results from sensitivity analyses varying (left) covariate combinations and (right) leave-one-year-out datasets. The dashed black line represents a hatchery coefficient estimate of zero. The central line in the boxplot represents the median hatchery estimate, the box spans the 25th-75th percentiles, and whiskers extend to the most extreme values. Individual dots represent the actual estimates from each sensitivity run.



**Table 1.** Comparison of hatchery coefficients and DIC values from models substituting the four hatchery covariates.

| Hatchery covariate | Hatchery coefficient: North Santiam | DIC: North Santiam | Hatchery coefficient: South Santiam | DIC: South Santiam |
|---|---|---|---|---|
| HATCH.NUM.FRY | -0.055 | 1886 | -0.081 | 2426 |
| HATCH.NUM.JUV | 0.087 | 1643 | 0.102 | 2207 |
| HATCH.NUM.SMOL1 | 0.050 | 1919 | -0.066 | 2928 |
| HATCH.NUM.MEAN | 0.022 | 1906 | -0.010 | 2401 |

Exhibit 2 to Declaration of Megan Sabal
Page 9 of 17

**(2) Population Viability Analysis (PVA)**

*Methods*

*Background*

A PVA for Willamette winter steelhead was originally developed in 2017 (Falcy 2017). In February 2024, it was updated to include seven additional years of data (2017 – 2023) (Sabal 2024). The final spawners-recruit dataset, therefore, included brood years 1985 – 2017. 2017 represents the latest year of spawners from which all recruits through age six (returning in 2023) had returned. The goal of the PVA was to assess the effects of sea lions at Willamette Falls on population viability of four populations of Willamette winter steelhead: North Santiam, South Santiam, Calapooia, and Molalla.

*Summary*

Technical details can be found in previous documents (Falcy 2017; Sabal 2024). In summary, the PVA fits a density-dependent relationship between recruits and spawners. This analysis uses the same dataset of spawners and recruits and base model as our stock-recruitment analysis in part 1, except without environmental covariates. Instead, the effects of the environment and competition/displacement would be implicitly integrated into other model parameters. Next, the PVA simulates population dynamics into the future carrying forward patterns observed in the historical dataset with explicitly defined sea lion mortality. The PVA runs for 100 years and defines quasi-extinction as three consecutive years of population abundance falling below a quasi-extinction threshold (QET), which was 100 spawners. These are typical benchmarks for PVAs and defined as appropriate for North and South Santiam winter steelhead populations from prior analyses (ODFW 2006). The PVA was run over 500 random parameter values each with 10 replications for a total of 5,000 simulations per population per scenario. The total number of quasi-extinction events / 5,000 simulations generates the probability of quasi-extinction. Recent sea lion removal efforts at Willamette Falls have kept sea lion mortality on adult winter steelhead low, and this low sea lion mortality is expected to continue (Wright et al. 2023). Therefore, the PVA simulations with sea lion mortality set at zero or at 2023 sea lion levels (0.0167) were most relevant for our purposes here.

*Results*

**Key finding:** Quasi-extinction probabilities were low (< 0.09) for both North and South Santiam winter steelhead populations (Sabal 2024).

**Explanation:** Quasi-extinction probabilities can be seen in Table 2. In fewer than 9% of each 5,000 simulations, abundances for the North and South Santiam populations dropped below 100 spawners for three consecutive years. These low quasi-extinction probabilities do not explicitly assess the effects of competition and/or displacement with hatchery summer steelhead. Instead, any competition effect would be rolled together with all other environmental effects (such as stream temperatures and ocean conditions). Additionally, any benefits from recent hatchery program improvements are only partially influencing forward population dynamics in this model. However, if competition effects were strong in the historical dataset, we might expect to see those negative consequences compounded in future simulations in the PVA and result in higher levels of quasi-extinction.

10

Exhibit 2 to Declaration of Megan Sabal
Page 10 of 17

**Table 2.** Quasi-extinction probabilities from the PVA by population and sea lion mortality scenario.

| Scenario | N. Santiam | S. Santiam |
|:---:|:---:|:---:|
| No sea lions | 0.081 | 0.050 |
| 2023 sea lions | 0.088 | 0.066 |

**Conclusions**

Our population-level analyses suggest that:

1. We do not detect a strong negative or positive effect of competition and/or displacement of hatchery summer steelhead releases on adult winter steelhead recruitment since 1990. Instead, average hatchery effects were consistently near zero, had substantially smaller than average estimates for other marine drivers (e.g., NPGO, PDO), and had <30% chance individually for either outcome of correlating with decreases or increases in adult recruitment of more than 10%.

2. If historical environmental dynamics (including but not limited to competition/displacement) were carried into the future, there were low probabilities that the North or South Santiam wild winter steelhead populations would go extinct.

Together these analyses suggest that the effect of competition and displacement from hatchery summer steelhead over the range of releases in the data is likely near zero or "low".

These analyses represent our best available science.

Exhibit 2 to Declaration of Megan Sabal
Page 11 of 17

**References**

Bakun, A. 1975. Daily and weekly upwelling indices, West Coast of North America.

DiLorenzo, E., N. Schneider, K. M. Cobb, P. J. S. Franks, K. Chhak, A. J. Miller, J. C. McWilliams, S. J. Bograd, H. Arango, E. Curchitser, T. M. Powell, and P. Rivière. 2008. North Pacific Gyre Oscillation links ocean climate and ecosystem change. Geophysical Research Letters 35(8).

Dormann, C. F., J. Elith, S. Bacher, C. Buchmann, G. Carl, G. Carré, J. R. G. Marquéz, B. Gruber, B. Lafourcade, P. J. Leitão, T. Münkemüller, C. McClean, P. E. Osborne, B. Reineking, B. Schröder, A. K. Skidmore, D. Zurell, an

 S. Lautenbach. 2013. Collinearity: a review of methods to deal with it and a simulation study evaluating their performance. Ecography 36(1):27–46.

Falcy, M. 2017. Population Viability of Willamette River Winter Steelhead. Oregon Department of Fish and Wildlife.

Gelman, A. 2009. Bayes, Jeffreys, Prior Distributions and the Philosophy of Statistics. Statistical Science 24(2):176–178.

Jones, L. A., E. R. Schoen, R. Shaftel, C. J. Cunningham, S. Mauger, D. J. Rinella, and A. St. Saviour. 2020. Watershed-scale climate influences productivity of Chinook salmon populations across southcentral Alaska. Global Change Biology 26(9):4919–4936.

Kitada, S., H. Kishino, and K. Hamasaki. 2011. Bias and significance of relative reproductive success estimates based on steelhead trout (Oncorhynchus mykiss) data: a Bayesian meta-analysis. Canadian Journal of Fisheries and Aquatic Sciences 68(10):1827–1835.

Logerwell, E. A., N. Mantua, P. W. Lawson, R. C. Francis, and V. N. Agostini. 2003. Tracking environmental processes in the coastal zone for understanding and predicting Oregon coho (*Oncorhynchus kisutch*) marine survival. Fisheries Oceanography 12(6):554–568.

Mantua, N. J., and S. R. Hare. 2002. The Pacific Decadal Oscillation. Journal of Oceanography 58(1):35–44.

Massiot-Granier, F., E. Prévost, G. Chaput, T. Potter, G. Smith, J. White, S. Mäntyniemi, and E. Rivot. 2014. Embedding stock assessment within an integrated hierarchical Bayesian life cycle modelling framework: an application to Atlantic salmon in the Northeast Atlantic. ICES Journal of Marine Science 71(7):1653–1670.

NMFS. 2019. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat (EFH) Consultation. Evaluation of Hatchery Programs for Spring Chinook Salmon, Summer Steelhead, and Rainbow Trout in the Upper Willamette River Basin. NMFS Consultation Number: WCR-2018-9781.

Exhibit 2 to Declaration of Megan Sabal
Page 12 of 17

ODFW. 2006. Revised Viability Criteria for Salmon and Steelhead in the Willamette and Lower Columbia Basins.

Ohlberger, J., E. J. Ward, R. E. Brenner, M. E. Hunsicker, S. B. Haught, D. Finnoff, M. A. Litzow, T. Schwoerer, G. T. Ruggerone, and C. Hauri. 2022. Non-stationary and interactive effects of climate and competition on pink salmon productivity. Global Change Biology 28(6):2026–2040.

Sabal, M. 2024. Revised population viability of Willamette River winter steelhead: An assessment of the effect of sea lions at Willamette Falls with data through 2023. ODFW.

Scheuerell, M. D., C. P. Ruff, J. H. Anderson, and E. M. Beamer. 2021. An integrated population model for estimating the relative effects of natural and anthropogenic factors on a threatened population of steelhead trout. Journal of Applied Ecology 58(1):114–124.

Wright, B., M. Brown, C. Owen, S. Valentine, Z. Kroneberger, and E. Nass. 2023. Annual Report: Pinniped Monitoring at Willamette Falls, 2022-2023. Oregon Department of Fish and Wildlife.

Exhibit 2 to Declaration of Megan Sabal
Page 13 of 17

**Appendix**

**Bayesian model**

We used Bayesian models to examine how environmental factors influenced naturally spawning winter steelhead productivity for the North and South Santiam River populations. We applied the same model structure separately to each population.

We distinguished between potential differences in relative reproductive success (RRS) between natural- and hatchery-origin spawners to estimate effective total spawners. We modeled effective spawners $S_t$ for year $t$ as a function of observed natural- and hatchery-origin spawners ($s_{N,t}$ and $s_{H,t}$ respectively):

$$S_t = s_{N,t} + RRS * s_{H,t}.$$

$RSS$ is an estimated parameter indicating the relative reproductive success of hatchery compared to natural-origin steelhead.

We modeled productivity as the number of natural-origin recruits $R_t$ returning from effective spawners $S_t$ from brood year $t$ following the Beverton-Holt model given by:

$$R_t = \frac{\alpha S_t \exp\left(\left(\sum_c (\gamma_c X_{t,c}) + \varepsilon_t\right)\right)}{1 + \frac{\beta S_t}{H}}.$$

Parameters $\alpha$ and $\beta$ describe the pattern of density dependence where $\alpha$ indicates maximum recruitment at low spawner densities and $\beta$ indicates the strength of density dependence, which is standardized by available spawning habitat $H$ (North Santiam: 110 km; South Santiam: 63.8 km).

Environmental covariates were assumed to have an additive and linear effect on the log of recruitment. The covariate effects from values $X_{t,c}$ for covariate $c$ and year $t$ were summarized by coefficients $\gamma_c$.

Processes error was represented by $\varepsilon_t$, which is defined as a stochastic auto-correlative process over time $t$ (Scheuerell et al. 2021). Therefore, $\varepsilon_t$ is related to error in the previous time step $\varepsilon_{t-1}$ through the mean of a normal distribution scaled by autoregressive parameter $\varphi$ and standard deviation $\sigma_\varepsilon$:

$$\varepsilon_t \sim Normal(\varphi \varepsilon_{t-1}, \sigma_\varepsilon).$$

We assumed the initial error term $\varepsilon_0$ followed a normal distribution with mean of 0 and standard deviation adjusted to be consistent with variation in the autoregressive process above:

14

Exhibit 2 to Declaration of Megan Sabal
Page 14 of 17

$$\varepsilon_0 \sim Normal\left(0, \frac{\sigma_\varepsilon}{1-\varphi^2}\right).$$

There is additional uncertainty surrounding recruitment estimates (raw data) $\hat{R}_t$ compared to the assumed "true" values $R_t$. This includes sampling error and random variation not captured by the auto-regressive error term. We related recruitment estimates to "true" values via a lognormal distribution with error term $\sigma_s$:

$$\hat{R}_t \sim LogNormal(\ln(R_t), \sigma_s).$$

We mostly chose weakly informative priors to allow for uncertainty, while excluding unrealistic values (Gelman 2009). We chose priors that were similar to those used in other Bayesian salmonid productivity studies (Massiot-Granier et al. 2014; Jones et al. 2020; Scheuerell et al. 2021). We used an informative prior for RRS, which was based on results from a previous meta-analysis of first-generation spawning winter steelhead on the Hood River, OR (Kitada et al. 2011). We used the mean RRS value as reported (0.64) and doubled the SD (0.19 x 2 = 0.38) to allow for additional uncertainty and RRS was distributed log-normally.

We implemented our Bayesian model using JAGS software and Gibbs Markov Chain Monte Carlo (MCMC) sampling. We ran three chains each with 100,000 iterations with 5,000 burn-in iterations, and thinning rate of 5. We evaluated convergence by all Rhat values being < 1.1 and visual assessment of trace plots (Table S3, Table S4).

**Table S1.** Description of model priors.

| Parameter | Prior | Description |
|-----------|-------|-------------|
| RRS | LogNormal(0.64, 0.1$^{-2}$) T(0,1) | Relative reproductive success |
| α | Normal(0,10$^{-2}$) T(0,) | Population-specific intrinsic productivity |
| β | Normal(0,0.1$^{-2}$) T(0,) | Population-specific habitat capacity |
| φ | Uniform(-0.99,0.99) | Autoregressive parameter |
| $\sigma_\varepsilon$ | Normal(0,0.2) T(0,) | SD of process error |
| $\sigma_s$ | Normal(0,0.2) T(0,) | SD of observation error |
| $\gamma_c$ | Normal(0, 25^-2) | Population-specific covariate effects |
| $\varepsilon_{t\,(t\geq2)}$ | Normal($\varphi\varepsilon_{t-1}, \sigma_\varepsilon$) T(-10,10) | Auto-correlated process error |
| $\varepsilon_{t=1}$ | Normal(0, $\sigma_\varepsilon/\sqrt{(1-\varphi^2)}$) T(-10,10) | Initial process error |

15

Exhibit 2 to Declaration of Megan Sabal
Page 15 of 17

**Additional Results**

**Table S2.** Description of all candidate covariates.

| Covariate | Description |
|---|---|
| NPGO.O1.AN | North Pacific Gyre Oscillation; annual mean; lagged to winter steelhead's first ocean year |
| NPGO.O2.AN | North Pacific Gyre Oscillation; annual mean; lagged to winter steelhead's 2nd ocean year |
| PDO_.O1.AN | Pacific Decadal Oscillation; annual mean; lagged to winter steelhead's first ocean year |
| PDO_.O2.AN | Pacific Decadal Oscillation; annual mean; lagged to winter steelhead's 2nd ocean year |
| UPWL.O1.AMJ | Bakun upwelling index from latitudes # and #; mean from Apr, May, Jun; lagged to winter steelhead's first ocean year |
| UPWL.O1.JFM | Bakun upwelling index from latitudes 36 and 39$^0$N; mean from Jan, Feb, Mar; lagged to winter steelhead's first ocean year |
| FLOW.JUV.AUG | Average daily flow from USGS gage #1418500 on the South Santiam from Aug; lagged to when age-1 winter steelhead juveniles rear |
| FLOW.JUV.MWAF.AN | Minimum weekly rolling average daily flow from USGS gage #1418500 on the South Santiam; lagged to when age-1 winter steelhead juveniles rear |
| TEMP.JUV.AUG | Average daily river temperature from USGS gage #1418500 on the South Santiam from Aug; lagged to when age-1 winter steelhead juveniles rear |
| TEMP.JUV.MWAT.AN | Maximum weekly rolling average daily river temperature from USGS gage #1418500 on the South Santiam; lagged to when age-1 winter steelhead juveniles rear |
| SWE_.PAR.AN | Snow water equivalent index on April 1; lagged to when winter steelhead parents return |
| SWE_.JUV.AN | Snow water equivalent index on April 1; lagged to when age-1 winter steelhead juveniles rear |
| SWE_.SMOL.AN | Snow water equivalent index on April 1; lagged to when winter steelhead smolts out-migrate |
| HATCH.NUM.FRY | Hatchery release numbers from the year where residual summer steelhead hatchery fish would have competed/consumed winter steelhead fry (Hypothesis 3 in Figure 1) |
| HATCH.NUM.JUV | Hatchery release numbers from the year where residual summer steelhead hatchery fish would have competed with winter steelhead age-1 juveniles (Hypothesis 2 in Figure 1) |
| HATCH.NUM.SMOL1 | Hatchery release numbers from the year where hatchery summer steelhead smolts would have competed with winter steelhead age-2 smolts (Hypothesis 1 in Figure 1) |
| HATCH.NUM.MEAN | The average of HATCH.NUM.FRY, HATCH.NUM.JUV, and HATCH.NU.SMOL1 representing the average competition across all competition pathways. |

**Table S3.** Summary of all estimated model parameters from the full model including uncertainty and convergence statistics for the North Santiam population.

| Parameter | mean | 2.5% | 97.5% | Rhat | n.eff |
|---|---|---|---|---|---|
| α | 3.02 | 1.65 | 4.94 | 1.004 | 846 |
| β | 0.22 | 0.10 | 0.36 | 1.001 | 3388 |
| γ$_{HATCH.NUM.MEAN}$ | 0.02 | -0.28 | 0.27 | 1.000 | 9887 |
| γ$_{UPWL.O1.JFM}$ | -0.08 | -0.24 | 0.08 | 1.000 | 15012 |
| γ$_{NPGO.O1.AN}$ | 0.30 | 0.07 | 0.50 | 1.000 | 4155 |
| γ$_{PDO_.O2.AN}$ | -0.22 | -0.42 | -0.03 | 1.002 | 1230 |
| γ$_{TEMP.JUV.AUG}$ | -0.07 | -0.25 | 0.09 | 1.000 | 5074 |
| RRS | 0.99 | 0.95 | 1.00 | 1.001 | 7128 |
| σ$_s$ | 0.20 | 0.01 | 0.44 | 1.002 | 983 |
| σ$_\varepsilon$ | 0.28 | 0.02 | 0.49 | 1.001 | 2991 |

Exhibit 2 to Declaration of Megan Sabal
Page 16 of 17

| φ | 0.46 | -0.57 | 0.96 | 1.001 | 28878 |
|---|------|-------|------|-------|-------|

**Table S4.** Summary of all estimated model parameters from the full model including uncertainty and convergence statistics for the South Santiam population.

| Parameter | mean | 2.5% | 97.5% | Rhat | n.eff |
|-----------|------|------|-------|------|-------|
| $\alpha$ | 5.17 | 2.49 | 9.18 | 1.010 | 277 |
| $\beta$ | 0.19 | 0.07 | 0.33 | 1.014 | 158 |
| $\gamma_{\text{HATCH.NUM.MEAN}}$ | -0.01 | -0.35 | 0.37 | 1.007 | 283 |
| $\gamma_{\text{UPWL.O1.JFM}}$ | -0.12 | -0.33 | 0.09 | 1.002 | 886 |
| $\gamma_{\text{NPGO.O1.AN}}$ | 0.25 | -0.13 | 0.58 | 1.004 | 524 |
| $\gamma_{\text{PDO\_.O2.AN}}$ | -0.08 | -0.37 | 0.20 | 1.001 | 1579 |
| $\gamma_{\text{TEMP.JUV.AUG}}$ | -0.11 | -0.33 | 0.11 | 1.002 | 1566 |
| RRS | 0.99 | 0.95 | 1.00 | 1.000 | 19710 |
| $\sigma_{\text{S}}$ | 0.23 | 0.01 | 0.60 | 1.005 | 648 |
| $\sigma_{\varepsilon}$ | 0.47 | 0.10 | 0.72 | 1.010 | 249 |
| φ | 0.57 | -0.12 | 0.94 | 1.006 | 1400 |

Exhibit 2 to Declaration of Megan Sabal
Page 17 of 17