DAN RAYFIELD
Attorney General
DEANNA CHANG #192202
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Deanna.J.Chang@doj.oregon.gov

Attorneys for Intervenor Oregon Department of Fish and Wildlife

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLAMETTE RIVERKEEPER; THE CONSERVATION ANGLER,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator, Marine Fisheries Service; U.S. ARMY CORPS OF ENGINEERS; MICHAEL HELTON, District Engineer, U.S. Army Corps of Engineers; U.S. FISH AND WILDLIFE SERVICE; ROBYN THORSON, Regional Director, U.S. Fish and Wildlife Service,<br><br>    Defendants,<br><br>OREGON DEPARTMENT OF FISH AND WILDLIFE,<br><br>    Defendant-Intervenor. | Case No. 6:21-cv-00034-AA<br><br>DECLARATION OF THOMAS STAHL |

Page 1 -    DECLARATION OF THOMAS STAHL
            DC4/rn1/1015193835

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Thomas Stahl, declare:

1. I am the Deputy Administrator for Inland Fish at the Oregon Department of Fish and Wildlife (ODFW). My responsibilities in this role include the policy, permitting, and budgetary oversight of state fish management activities within the land border of Oregon. I make this declaration from personal knowledge and the records of ODFW and would testify to the following if called as a witness at trial.

2. I have a Bachelor of Science degree in Biological Sciences from the University of Notre Dame and a Master of Science degree in Aquatic Ecology from The Ohio State University. I have over 30 years of work experience in fish science and management.

3. The underlying fish management statutory direction for the State of Oregon through its Oregon Department of Fish and Wildlife (Department) is found in the Wildlife[1] Policy (ORS 496.012) and the Food Fish Management Policy (ORS 506.109). Both of these policies speak to the need for <u>conservation of indigenous species</u> ("prevent [*serious depletion and extinction*] of any indigenous species"; "maintain all species of [*wildlife and food fish*] at optimum levels"; "make decisions that affect wildlife resources of the state for the benefit of the wildlife resources"). They also speak to the need for providing <u>utilization of these species</u> ("provide the optimum [*economic, commercial, recreational and aesthetic*] benefits for present and future generations"; "permit an [*orderly and optimal*] and equitable utilization of available [*wildlife and food fish*]"; "make decisions that allow for the best social, economic and recreational utilization of wildlife resources by all user groups").

4. The dual mandate of managing for conservation as well as utilization is also memorialized in ODFW's mission ("to protect and enhance Oregon's fish and wildlife and their habitats for use and enjoyment by present and future generations") and the Native Fish Conservation Policy (NFCP; OAR 635-007-0501 through 0509), which

---

[1] "Wildlife" includes fish (ORS 496.004(19)).

Page 2 -   DECLARATION OF THOMAS STAHL
DC4/rn1/1015193835

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

also clarifies that: "Naturally produced fish are foundational to the long-term sustainability of native fish species, hatchery programs, and fisheries in Oregon. Therefore, conservation of naturally produced native fish species in the geographic areas to which they are indigenous is the Department's principal obligation for fish management" (OAR 635-007-0504(1)).

5. Although both conservation and utilization can present risk to the other (i.e., focusing on one and not both will affect the other to a greater degree), both of these objectives can often be met with limited risks to the other if managed appropriately.

6. In the Upper Willamette River (UWR), winter steelhead are listed as "threatened" under the federal Endangered Species Act. The Department, in coordination and cooperation with the National Marine Fisheries Service and others, developed and implements a <u>recovery plan</u> for UWR steelhead (and Chinook) in order to guide and facilitate the conservation and recovery of this (these) species, consistent with the conservation mandate found in statutory obligations, the agency's mission, and the NFCP.

7. Also in the UWR, hatchery summer steelhead are stocked in order to provide fishing opportunity for the people of and visitors to Oregon, consistent with the utilization mandate found in statutory obligations, the agency's mission, and the NFCP.

8. The Department understands risks associated with hatchery programs, which are at the heart of this case. Indeed, Department staff have published notable research on this topic (e.g., Chilcote 2003, Chilcote et al. 2011). Therefore, in order to achieve the Department's dual objectives of conservation and utilization (with the principal obligation to naturally produced native fish, per the NFCP), the Department manages hatchery programs in order to reduce their risks to and negative effects on naturally

Page 3 -   DECLARATION OF THOMAS STAHL
DC4/rn1/1015193835

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

produced populations. This has, does, and will continue to include how the UWR hatchery summer steelhead program is managed in relation to the best available science and information.

9. To reduce risks the Department responds adaptively as new science and information is available. Accordingly, the UWR hatchery summer steelhead program has undergone adaptive management in order to reduce its risks on naturally produced UWR winter steelhead. These actions were described in the Declaration of Ryan Couture filed with ODFW's Cross Motion for Summary Judgment (ECF 61) and another important adaptive action that has been implemented is the removal of hatchery smolts that do not migrate from the release location of their own volition (i.e., these fish, which are more likely to residualize, are never released). Currently, new scientific analyses attached to the Declaration of Megan Sabal, filed concurrently with this Declaration, indicate that this program is having minimal if any current genetic and competition and displacement effects on UWR winter steelhead; therefore, hatchery summer steelhead pose little if any risk to winter steelhead.

10. In summary, the Department has undertaken significant efforts to conserve UWR winter steelhead. The UWR hatchery summer steelhead program provides a responsible fishery on summer steelhead with significant benefits that extend beyond the Santiam basin, as discussed in the Declaration of Elise Kelley, filed concurrently with this Declaration. The Department has taken actions to make sure the hatchery program is not negatively affecting winter steelhead, and the current best available science for these specific fish in this location indicates that there are little if any current effects of the hatchery program on naturally produced winter steelhead.

11. The Department will continue to manage the hatchery program, according to the best available science and information and within the requirements of

Page 4 -   DECLARATION OF THOMAS STAHL
DC4/rn1/1015193835

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

the Willamette Hatchery Program BiOp that is in force, in order to assure there is minimal risk from this program on winter steelhead.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  13 , 2026.

s/ *Thomas Stahl*  
THOMAS STAHL

Page 5 -   DECLARATION OF THOMAS STAHL
DC4/rn1/1015193835

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000