Peter M. K. Frost (OSB #911843)
Sangye-Ince Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: 541-359-3238 / 541-778-6626
frost@westernlaw.org / sangyeij@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al., | Case No.: 6:21-cv-34-AA |
| Plaintiffs, | **SECOND DECLARATION OF JOHN MCMILLAN** |
| vs. | |
| NAT'L MARINE FISHERIES SERVICE et al., | |
| Defendants, | |
| and | |
| OREGON DEP'T OF FISH AND WILDLIFE, | |
| Defendant-Intervenor. | |

I, John McMillan, hereby declare that the following is true and correct:

1. I previously submitted an expert declaration on behalf of Plaintiffs (First McMillan Declaration) (ECF No. 97). My qualifications are described therein. I submit this declaration to address the Oregon Department of Fish and Wildlife's (ODFW) competition, displacement, and gene flow analyses and the Declarations of Elise Kelley and Dr. Megan Sabal.

## RESIDUAL SUMMER STEELHEAD

2. Kelley (¶ 7) submits two studies on tagging effects on carp and Atlantic salmon (ODFW Exs. 3-4) that are less relevant than the studies I cite that discuss tagging effects on steelhead. *See* First McMillan Declaration (¶15c) (citing Rhine et al. (2003) and Bumgarner et al. (2009)).

3. Kelley does not address the methods that Harnish et al. (2015) used to correct for potential bias. *See id.* (¶15a-b) (explaining those methods). Nor does Kelley (¶ 7) explain why some tagged fish that fail to leave the hatchery suggests that tagged fish that do so are at higher risk of dying.

4. Kelley (¶ 8) asserts that the snorkel surveys in Harnish are biased because Harnish snorkeled in areas where steelhead were likely to occur. Kelley does not cite anything to support this assertion, such as ODFW's protocol for avoiding such bias (assuming it has one).

5. Kelley (¶ 10) asserts that agitating the water to see if fish respond is unscientific, but Kelley does not cite anything to explain what Harnish allegedly should have done, such as ODFW's protocol (assuming it has one).

6. Kelley (¶ 11) asserts that Plaintiffs' application of the 12.8% residualization rate to the North Santiam River is not credible without addressing the reasons I provide for why it is so. *See* First McMillan Declaration (¶¶ 18-21) (explaining these reasons and providing alternative rates).

7.      Kelley (¶ 13) asserts that it is unscientific for Plaintiffs to cite the residualization range in Hausch & Melnychuck (2012) (0%-17%), but Kelley does not explain why it was scientific for ODFW to cite the same study to support its contention that a 5.6% residualization rate is better. *See* ODFW's Response to Motion for Summary Judgment at 17 (ECF No. 59).

8.      Kelley (¶ 14) appears to agree with Harnish on performing carrying capacity studies before decreasing summer steelhead releases. However, Kelley does not explain how putting all the risk on winter steelhead instead of the hatchery program protects threatened fish.

9.      Kelley (¶¶ 15-16) disagrees with my interpretation of the graph in Harnish, which shows displacement; but Kelley does not explain what else could explain the data depicted in the graph. *See* McMillan Decl. (¶ 34). Further study would likely verify my interpretation; however, waiting for future study before decreasing summer steelhead releases is irresponsible.

10.     ODFW does not submit its data on summer steelhead residualization in the Santiam River Basin even though the Hatchery and Genetic Management Plan includes a < 10% residualization rate performance standard. USACE AR 6589. If ODFW is attempting to reduce harm to winter steelhead, I would expect to see ODFW's residualization rate data (assuming it has them).

### COMPETITION & DISPLACEMENT

11.     ODFW's Population Viability Analysis (PVA) is invalid because it ignores climate change. ODFW Ex. 2 at 10. The PVA uses a model developed by Falcy (2017), which Falcy explains "is not intended to capture effects of global warming, human population growth, or other anticipated future change." NOAA AR 8399. ODFW did not update Falcy's model to account for climate change or any other future change. ODFW Ex. 2. However, data show that Upper Willamette River (UWR) steelhead are highly vulnerable to climate change. *See* Plfs' Ex. 32 at 6; *see also* Crozier et al. (2019) at 17. Because ODFW's PVA model and related findings do

not account for climate change, they do not predict extinction risk. A true and correct copy of Crozier et al. (2019) is attached as **Exhibit 41**.

12. The PVA does not address extinction risks to pure, native winter steelhead that carry the genetic legacy of the species. Only 8% of steelhead below dams in the North Santiam River are pure, native winter steelhead. *See* Plfs' Ex. 33 at 14. Therefore, the PVA masks that these important fish are already in perilous condition by lumping native and non-native winter steelhead counts together.

13. Dr. Sabal (¶ 27) claims that a 9% risk of extinction in 100 years is a "low" risk, but the best scientific data available considers that a "moderate" risk of extinction. McElhaney et al. (2007) at 5, Table 1. A true and correct copy of excerpts from McElhaney et al. (2007) is attached as **Exhibit 42**.

14. ODFW's Stock-Recruitment Analysis (SRA) is unreliable because it produced estimates that are inconsistent with a large body of published scientific literature demonstrating that hatchery steelhead have lower reproductive success than wild steelhead, which is especially true for Skamania summer steelhead. *See e.g.,* Christie et al. (2014), Chilcote et al. (2011). Skamania steelhead are an out-of-DPS stock derived from Washougal and Klickitat River steelhead, and they are explicitly bred for early spawning and rapid growth in the hatchery environment (Crawford 1979). These types of highly domesticated hatchery stocks consistently exhibit low relative reproductive success (RRS) compared to wild fish. Chilcote et al. (1986) (p. 8) found that Skamania summer steelhead only produce 28% as many smolts as wild fish in the Kalama River. A study from the Clackamas River (Kostow et al. (2003) found that naturally spawning Skamania steelhead only produced a third as many smolts as wild steelhead and only 4% to 13% as many returning adult steelhead as wild steelhead. NOAA AR 10658. However, ODFW's SRA

model estimates that Skamania summer steelhead in the Santiam River Basin could produce 95%-100% as many returning adults as wild fish. ODFW Ex. 2 at 16-17. True and correct copies of Christie et al. (2014), Chilcote et al. (2011), and Chilcote et al. (1986) are attached as **Exhibits 43, 44, and 45** respectively.

15.     When model estimates differ substantially from plausible values, it indicates the model found the best mathematical solution, not necessarily the one that represents biological reality. Hillborn and Walters (1992). Here, the unrealistic RRS estimate suggests that ODFW's SRA model does not accurately represent the system it seeks to describe. Because of this, the failure of the model to detect an effect of hatchery releases on wild productivity simply reflects limitations of the model and is not evidence that the hatchery program has no effect on winter steelhead.

16.     The SRA omits important details about age-class data. ODFW Ex. 2 at 3-9. Steelhead smolt and spawn at various ages and can spawn multiple times leading to complex age structure of adult returns. Quinn (2018). Accurately describing this age structure requires sufficient sample sizes of scales and is critical for estimating hatchery effects on wild populations. Insufficient sample sizes could obscure patterns and increase uncertainty in ODFW's model. Here, ODFW vaguely states that it used "age class data (estimated from scale analyses)." ODFW Ex. 2 at 3. However, unlike other studies, ODFW does not provide details about the sample size or when or where the samples were taken. *See e.g.*, Plfs' Ex. 24 at 2 (Scheuerell explaining that they used 39 years of age class data); *see also* Plfs' Ex. 4 at 6 (Kostow and Zhou explaining that they used age class data from winter steelhead from the Clackamas, Hood, and Kalama Rivers to cover all years involved in their study). I am unaware of studies to collect large numbers of scales in the Santiam River basin. Therefore, it is unclear whether ODFW used sufficient and relevant age

class data in its study. Because ODFW did not provide sufficient age class details, the SRA should be viewed skeptically.

17.     ODFW's stock recruitment model also differs from the model in Ohlberger et al. (2021) for two reasons. First, Ohlberger's model analyzed pink salmon, which, unlike steelhead, have fixed two-year life histories. Second, Ohlberger's model estimated species-level competition in an ocean, which is different than estimating population-level competition in a river.

18.     Dr. Sabal (¶ 22) claims that ODFW used a "meaningful range" of 43,000 to 202,193 summer steelhead released to detect effects on winter steelhead productivity. By contrast, in Scheuerell, the magnitude of hatchery releases in the Skagit was much larger (up to 600,000 smolts) and there was a generally increasing trend in release size through time. Larger smolt releases and stronger temporal trends increase a model's ability to detect an effect, whereas relatively stable releases over time reduce statistical power to detect an effect. Therefore, Scheuerell was more likely to detect an effect than ODFW, but that does not mean that no effect occurred in the Santiam River basin.

19.     Dr. Sabal (¶ 22) asserts that Plaintiffs believe there is a large difference in competition effects between zero and 43,000 released fish. Plaintiffs indicate no such thing in their filings.

20.     Dr. Sabal (¶ 22) suggests that hatchery steelhead releases have linear effects on steelhead productivity in a river because Ohlberger found a potential linear effect on pink salmon productivity in the Pacific Ocean. The scientific literature shows that hatchery steelhead have a range of negative effects on wild populations, and larger releases are generally expected to increase the potential for these effects (McMillan et al. 2023). I do not suggest the presence of a non-linear relationship or threshold. Rather, the ability to detect any effect of hatchery releases in a complex ecological system using a coarse model depends strongly on the time series of data

6

and the degree of variation in release size. My concern is not the specific shape of the relationship, but that the model results are insufficient to substantiate ODFW's claims, in large part due to limitations in the data used.

21.    Dr. Sabal (¶ 23) suggests that productivity data from a few years when no hatchery fish are released are a proxy for productivity data from years preceding initiation of a hatchery program. I am not aware of anything in the scientific literature that supports Dr. Sabal's theory.

22.    Dr. Sabal (¶ 24) claims that post-1990 data indicate that productivity did not decline following the onset of the summer steelhead program. However, the program began releasing summer steelhead into the Santiam Basin the 1960s, making it impossible to evaluate its effects without considering earlier data. ODFW does not explain why the pre-1990 data, which is most relevant to detecting these early impacts, were excluded.

23.    Dr. Sabal (¶ 20) does not explain why a 10% decline in recruits is the benchmark for determining whether summer steelhead cause "substantially negative" effects, much less explain why negative effects must be "substantial." Any declines in depressed populations are significant because recovery requires more recruits. Therefore, the 10% benchmark is arbitrarily applied.

24.    Dr. Sabal (¶ 24) claims that "[i]f population productivity was uniformly suppressed, then we would also not expect to see large effects of other environmental signals." That statement is inaccurate because ocean conditions and other drivers cause large effects on all populations, including suppressed ones.

25.    In contrast to ODFW, NMFS recognizes that displacement may be occurring in the North and South Santiam Rivers. In the 2020 Federal Columbia River Power System Biological Opinion ("FRCPS BiOp"), NMFS states that "[r]eleases of hatchery-origin summer steelhead may temporarily exceed rearing capacities and displace winter juvenile steelhead" in these rivers.

NMFS, Federal Columbia River Power System Biological Opinion (2020) at 1290 ("FRCPS BiOp"). A true and correct copy of excerpts from the FCRPS BiOp are attached as **Exhibit 46**.

26.     In other litigation, a U.S. Army Corps of Engineers' (Corps) biologist, Richard Piaskowski, declared that "summer steelhead … have been known to displace juvenile UWR steelhead in the North or South Santiam river sub-basins." Second Declaration of Richard Piaskowski at (¶ 117), ECF No. 134, *Northwest Envtl. Defense Center et al. v. U.S. Army Corps of Eng'rs et al.*, 558 F. Supp. 3d 1056 (D. Or. 2021). Therefore, it appears that NMFS and the Corps do not share ODFW's confidence that competition and displacement are not problems in the Santiam River Basin.

## GENE FLOW

27.     ODFW's gene flow analysis does not resolve whether winter steelhead can withstand any gene flow on top of climate change. Without that data, ODFW's alleged compliance with the 2% gene flow limit does not resolve my concern about gene flow harming the few native winter steelhead that exist in the North Santiam River.

28.     ODFW did not submit evidence showing that NMFS provided written concurrence on ODFW's sampling, genetic markers, analytical approaches, as the BiOp requires. NOAA AR 2207. Therefore, it is unclear if NMFS officially approved ODFW's gene flow study.

29.     Apparently, ODFW verbally discussed the gene flow analysis with Lance Kruzic from NMFS. ODFW Ex. 1 at 1. To my knowledge, Dr. Sabal and Lance Kruzic are not geneticists. Therefore, it is unclear whether any geneticist verified the results of this study.

30.     The gene flow analysis does not explain ODFW's decision to perform genetic sampling in "a subset of tributaries" surveyed by Johnson et al. 2021 rather than all of them, which would have provided a more direct comparison to previous results. *Id.* at 4. Also, ODFW did not

explain how the random selection process worked. Without this explanation, it is unclear whether ODFW surveyed all randomly selected areas or inadvertently surveyed some randomly selected areas that have less summer steelhead influence, which would lower gene flow results.

31.     Dr. Sabal (¶ 12) suggests that adaptive management lowered gene flow but did not explain whether below average summer steelhead returns in 2019-2021 explain the results. *See* Plfs' Ex. 29 (showing below average counts of summer steelhead in 2019-2021); *see also* NOAA AR 2154 (BiOp explaining the relationship between summer steelhead counts and pHOS). Therefore, adaptive management may not be as effective as ODFW suggests.

## CONCLUSION

32.     Plaintiffs narrow their request for injunctive relief to the North Santiam River because it provides the best habitat to save UWR steelhead. Enjoining summer steelhead releases on the North Santiam River is a practical and responsible measure to prevent irreparable harm to imperiled winter steelhead.

DATED: This 10th day of April, 2026.

John McMillan, President and Lead Scientist
The Conservation Angler

**LITERATURE CITED**

Bumgarner, J. D. & M. L. Schuck. 2009. Returns of Hatchery Steelhead with Different Fin Clips and Coded Wire Tag Lengths. *North American Journal of Fisheries Management* 29:903-913. DOI: 10.1577/M07-155.1

Chilcote, M. W, S. A. Leider, and J. J. Loch. 1986. Differential Reproductive Success of Hatchery and Wild Summer-Run Steelhead under Natural Conditions. Transactions Am. Fisheries Soc'y 115:726-735.

Chilcote, M. W, Goodson, K., and M. R. Falcy.  2011. Reduced recruitment performance in natural populations of anadromous salmonids associated with hatchery-reared fish. Canadian Journal of Fisheries and Aquatic Sciences. 68(3): 511-522. https://doi.org/10.1139/F10-168.

Christie, M. R., M. J. Ford, and M. S. Blouin. 2014. On the reproductive success of early-generation hatchery fish in the wild. Evolutionary Applications 7(8):883-896.

Crawford, B. A. 1979. The Origin and History of the Trout Brood Stocks of the Washington Department of Game. Washington State Game Dep't Fishery Research Report, https://docs.streamnetlibrary.org/Washington/DFW/FisheryResearchRept-Crawford-1979.pdf (last visited Apr. 9, 2026).

Crozier, L. G. and R. W. Zabel.  2006. Climate impacts at multiple scales: evidence for differential population responses in juvenile Chinook salmon. Journal of Animal Ecology, 75: 1100-1109. https://doi.org/10.1111/j.1365-2656.2006.01130.x

Falcy, M. 2017. Population Viability of Willamette River Winter Steelhead. Oregon Department of Fish and Wildlife.

Harnish, R. A., E. D. Green, C. R. Vernon, G. A. McMichael. 2015. Ecological interactions between hatchery summer steelhead and wild Oncorhynchus mykiss in the Willamette River basin, 2014. Pacific Northwest National Laboratory Report PNNL-23891-Rev. 1, Richland, WA: Pacific Northwest National Laboratory.

Hausch, S. J., and M. C. Melnychuk. 2012. Residualization of hatchery steelhead trout: a meta-analysis of hatchery practices. *North American Journal of Fisheries Management* 32:905–921.

Hilborn R. and C. J. Walters. 1992. Quantitative Fisheries Stock Assessment: Choice, Dynamics and Uncertainty.

Kostow, K., A. Marshall, and S. R. Phelps. 2003. Natural Spawning Hatchery Steelhead Contribute to Smolt Production but Experience Low Reproductive Success. Transactions of the American Fisheries Society. 132:780- 790.

Kostow, K. E., and S. Zhou. 2006. The Effect of an Introduced Summer Steelhead Hatchery Stock on the Productivity of a Wild Winter Steelhead Population. *Transactions of the American*

*Fisheries Society* 135:825–841.

McElhaney, P., M. Chilcote, J. Myers, R. Beamesderfer. 2007. Viability Status of Oregon Salmon and Steelhead Populations in the Willamette and Lower Columbia Basins. Report prepared for Oregon Department of Fish and Wildlife and National Marine Fisheries Service.

McMillan, J. R., B. Morrison, N. Chambers, G. Ruggerone, L. Bernatchez, J. Stanford & H. Neville. 2023. A global synthesis of peer-reviewed research on the effects of hatchery salmonids on wild salmonids. Fisheries Management and Ecology 30:446-463. https://doi.org/10.1111/fme.12643.

National Marine Fisheries Service (NMFS). 2020. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat for Continued Operation and Maintenance of the Columbia River System. July 24, 2020. NMFS Consultation Number: WCRO 2020-00113.

Ohlberger, J., E. J. Ward, R. E. Brenner, M. E. Hunsicker, S. B. Haught, D. Finnoff, M. A. Litzow, T. Schwoerer, G. T. Ruggerone, and C. Hauri. 2022. Non-stationary and interactive effects of climate and competition on pink salmon productivity. Global Climate Change Biology 28:2026-2040.

Quinn, T. P. The Behavior and Ecology of Pacific Salmon and Trout (2d ed., Univ. of Wash. Press 2018).

Rhine, D., D. Munson & C. Harrington. 2003. Factors Affecting Precocity of Hatchery-Reared Steelhead in Idaho. IDFG Report Number 03-07.

Scheuerell, M. D., C. P. Ruff, J. H. Anderson, & E. M. Beamer. 2020. An integrated population model for estimating the relative effects of natural and anthropogenic factors on a threatened population of steelhead trout (Oncorhynchus mykiss) in the Skagit River basin, Washington, USA. *Journal of Applied Ecology* 58(1):123–136. https://doi.org/10.1111/1365-2664.13789.

Wade A. A., T. J. Beechie, E. Fleishman, N. J. Mantua, H. Wu, J. S. Kimball, D. M. Stoms, and J. A. Stanford. 2013. Steelhead vulnerability to climate change in the Pacific Northwest. *Journal of Applied Ecology* 50(5):1093-1104. https://doi.org/10.1111/1365-2664.12137.