# Viability Status of Oregon Salmon and Steelhead Populations in the Willamette and Lower Columbia Basins

## Part 1: Introduction and Methods

September 2007

Paul McElhany[1], Mark Chilcote[2], James Myers[1], Ray Beamesderfer[3]

[1] National Marine Fisheries Service Northwest Fisheries Science Center
[2] Oregon Department of Fish and Wildlife
[3] Cramer Fish Sciences

Prepared for
Oregon Department of Fish and Wildlife and
National Marine Fisheries Service

Plfs Exhibit 42
Page 1 of 2

risk. There is clearly a link between extinction risk and other definitions of status, but we do not explicitly consider such links.

Because we need to evaluate a diverse array of information types, the ultimate estimation of risk involves some level of professional judgment. Although our analysis was systematic and evidence-based, it was not based on a single quantitative algorithm. While using only a fixed set of quantitative criteria might have the advantage of clear repeatability, and a perception of objectivity, it is likely to be less accurate because it fails to take into consideration population specific information and information that is not readily quantified.

Population status (i.e., extinction risk) is a continuous variable from almost 0% chance (no risk) to 100% chance (certain extinction). Following the methods in the viability report, we partition this continuum into the general risk categories shown in Table 1. A population with a persistence probability greater than 95% over a 100-year period is termed "viable". This level of risk is consistent with VSP guidelines (McEhany et al., 2000), the conservation literature (e.g., NRC, 1995), and with informal policy guidance indicating that, at least initially, the appropriate recovery target at the population level would be no more than a 5 percent risk of extinction within 100 years. Although the categories are defined in terms of quantitative extinction risk, we can rarely estimate extinction risk with precision and the categories are qualitative indicators. Estimating extinction risk is a challenging exercise – we are attempting to predict events far into the future. It is essential when presenting information on population status to include some assessment of the uncertainty associated with the prediction. We include both quantitative and qualitative assessments of the uncertainty in our extinction risk estimates.

Table 1: Population persistence categories (copied from McElhany et al. 2006a).

| Population Persistence Category | Probability of population persistence in 100 years | Probability of population extinction in 100 years | Description |
|---|---|---|---|
| 0 | 0–40% | 60-100% | Either extinct or very high risk of extinction. |
| 1 | 40–75% | 25-60% | Relatively high risk of extinction in 100 years. |
| 2 | 75–95% | 5-25% | Moderate risk of extinction in 100 years. |
| 3 | 95–99% | 1-5% | Low ("negligible") risk of extinction in 100 years (viable salmonid population). |
| 4 | >99% | <1% | Very low risk of extinction in 100 years. |

In parts of this report, we include a description of results from the Oregon Native Fish Report (ODFW 2005). Although comparison of our analysis to the Native Fish Report is interesting, it is important to note the scope and limitations of the Native Fish Report. These are best summarized in the words of the Native Fish Report itself:

> "...This report summarizes risk assessment completed for native salmon and steelhead, most native trout, and other selected native fish species using the NFCP [Native Fish Management Policy] interim criteria. .... Risk, as used in this report, refers to the threat to the conservation of a unique group of populations in the near-term (5-10 years). ...The NFCP interim criteria provide temporary guidance to ensure the conservation of native fish prior to completion of more detailed conservation plans for each species or group of populations. ...The