This article was downloaded by: [UQ Library]
On: 14 July 2015, At: 16:59
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: 5 Howick Place, London, SW1P 1WG



# Transactions of the American Fisheries Society

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/utaf20

# Differential Reproductive Success of Hatchery and Wild Summer-Run Steelhead under Natural Conditions

Mark W. Chilcote [a], Steven A. Leider [a] & John J. Loch [a]

[a] Fisheries Management Division, Washington Department of Game , 600 North Capitol Way, Olympia , Washington , 98504 , USA

Published online: 09 Jan 2011.

To cite this article: Mark W. Chilcote , Steven A. Leider & John J. Loch (1986) Differential Reproductive Success of Hatchery and Wild Summer-Run Steelhead under Natural Conditions, Transactions of the American Fisheries Society, 115:5, 726-735, DOI: 10.1577/1548-8659(1986)115<726:DRSOHA>2.0.CO;2

To link to this article:  http://dx.doi.org/10.1577/1548-8659(1986)115<726:DRSOHA>2.0.CO;2

PLEASE SCROLL DOWN FOR ARTICLE

Taylor & Francis makes every effort to ensure the accuracy of all the information (the "Content") contained in the publications on our platform. However, Taylor & Francis, our agents, and our licensors make no representations or warranties whatsoever as to the accuracy, completeness, or suitability for any purpose of the Content. Any opinions and views expressed in this publication are the opinions and views of the authors, and are not the views of or endorsed by Taylor & Francis. The accuracy of the Content should not be relied upon and should be independently verified with primary sources of information. Taylor and Francis shall not be liable for any losses, actions, claims, proceedings, demands, costs, expenses, damages, and other liabilities whatsoever or howsoever caused arising directly or indirectly in connection with, in relation to or arising out of the use of the Content.

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden. Terms & Conditions of access and use can be found at http://www.tandfonline.com/page/terms-and-conditions

*Transactions of the American Fisheries Society* 115:726–735, 1986
© Copyright by the American Fisheries Society 1986

# Differential Reproductive Success of Hatchery and Wild Summer-Run Steelhead under Natural Conditions

Mark W. Chilcote, Steven A. Leider, and John J. Loch

*Fisheries Management Division, Washington Department of Game*
*600 North Capitol Way, Olympia, Washington 98504, USA*

*Abstract.*—We compared the relative reproductive success of naturally spawning, summer-run hatchery and wild steelhead trout *Salmo gairdneri* by electrophoretic examination of juveniles for a specific genetic marker. The success of hatchery fish in producing smolt offspring was only 28% of that for wild fish. We also found that 62% of the naturally produced summer-run smolts were offspring of hatchery spawners. Their dominance occurred because hatchery spawners, within the watershed we examined, effectively outnumbered wild spawners by at least 4.5 to 1. We suggest that, under such conditions, the genetic integrity of wild populations may be threatened. We also suggest that hatchery fish may be an important component of the spawner-to-smolt recruitment relationship for summer-run steelhead.

The management and conservation of fish resources has been frustrated by the lack of empirical information relating to two areas of concern: the importance of naturally spawning hatchery fish for recruitment to wild populations; and the influence of hatchery spawners on the genetic characteristics and structure of wild populations. The common problem in each of these concerns is the unknown reproductive success of naturally spawning hatchery fish. It is this central problem our investigation attempted to address.

There is considerable evidence that many stocks of hatchery trout have genetically changed from their indigenous source populations. This usually has been attributed to genetic drift arising from small broodstock numbers or to "unnatural" selection pressures in the hatchery environment (Calaprice 1969; Allendorf and Phelps 1980; Ryman and Ståhl 1980; Helle 1981; Cross and King 1983; Vuorinen 1984). It is doubtful that such changes promote the ability of hatchery fish to produce viable offspring under natural spawning and rearing conditions. Krueger and Menzel (1979) and Wishard et al. (1984) presented evidence that the stocking of genetically distinct hatchery fish has had little if any genetic influence on preexisting wild populations, suggesting that hatchery fish have a low reproductive success. However, the hatchery stocks represented in these studies have been under intensive domestication for many generations. In contrast, hatchery stocks of steelhead *Salmo gairdneri* in the Pacific northwest differ in two important aspects: broodstocks are not retained permanently at the hatchery site and must be obtained from returning adults, which have been exposed to the pressures of natural selection for 1–

3 years in the marine environment; and most steelhead hatchery stocks have been domesticated for relatively few generations. These factors may help explain why Reisenbichler and McIntyre (1977) found that, under natural conditions, the egg-to-juvenile survival rates for hatchery steelhead were only moderately lower than those for wild steelhead offspring. As did Reisenbichler and McIntyre, we defined wild fish as those produced naturally in a stream from parents of any source—hatchery-raised or indigenous.

In this study, we examined the reproductive success of hatchery and wild summer steelhead spawning under natural conditions within the Kalama River watershed in southwestern Washington. We accomplished this by comparing the proportion of hatchery fish in naturally spawning steelhead populations to the proportion of resulting juveniles that had hatchery parents. This comparison was possible because we had previously "labeled" hatchery fish with a genetic mark that could then be traced in the subsequent generations of naturally produced offspring.

## Methods

*Genetic marking.*—Electrophoretic methodologies described by Allendorf (1975) were used during the genetic-marking procedures as well as all other genetic aspects of our study. The alpha-glycerolphosphate dehydrogenase fast-mobility allele, described by Allendorf (1975) as AGP-1 (1.40), was chosen as a genetic mark because it is rare in wild Kalama River steelhead populations (Utter et al. 1976). Kalama steelhead populations are nearly fixed for the alternative common allele,

Downloaded by [UQ Library] at 16:59 14 July 2015

Plfs Exhibit 45
Page 2 of 11

Downloaded by [UQ Library] at 16:59 14 July 2015



FIGURE 1.—Major Columbia River tributaries of southwest Washington and location of Beaver Creek Hatchery (BCH), Kalama Falls Salmon Hatchery (KFSH), and Skamania Hatchery (SH).

AGP-1 (1.00). We will refer to the AGP-1 (1.40) allele as $A'$ and the AGP-1 (1.00) allele as $A$.

Male summer-run steelhead with $A'A'$ genotypes returning to the Washington Department of Game's (WDG) Skamania Hatchery on the Washougal River (Figure 1) were identified and retained for selective breeding. These homozygous males were crossed with 30 summer-run females, randomly obtained from the same run of adults to Skamania Hatchery (i.e., females were not screened as to AGP-1 genotype). Based on the prior inheritance work of Allendorf (1975), this mating procedure was anticipated to yield offspring with either $A'A'$ or $A'A$ genotypes. The offspring from these matings, after being held at the hatchery for 12 months, were transferred to a conditioning pond in the Kalama River drainage for an additional 2 months of rearing prior to their release into the Kalama River as smolts. Four successive years of genetically marked hatchery smolts were released into the Kalama River by this procedure. These smolts comprised the entire release of summer-run steelhead into the Kalama for these years. The number of males used for selective breeding varied from year to year due to the availability of $A'A'$ fish within the Skamania Hatchery population. For the 1976, 1977, 1978, and 1979 releases of genetically marked smolts, the number of male parents was five, two, seven, and 19, respectively.

The Skamania Hatchery summer-run steelhead stock, from which our genetically marked test groups were derived, has been cultured since 1956 and was founded with indigenous steelhead from the Washougal and Klickitat rivers (Figure 1; Crawford 1979). Since 1965, the number of adult fish used for hatchery operations has generally been greater than 3,000 (Ayerst 1977). However, various attempts have been made to increase the average body size of this fish through selective breeding (Ayerst 1977), and it is possible that such efforts have increased the level of inbreeding within the stock.

*Adult sampling.*—Adult steelhead were captured at an upstream migrant trap located 17 km upstream from the mouth of the Kalama River at the Washington Department of Fisheries' Kalama Falls Salmon Hatchery (KFSH) (Figure 1). Age, AGP-1 genotype, and race (summer-run versus winter-run) determinations were made for a subsample of all fish handled as described by Chilcote et al. (1980) and Leider et al. (1984). Summer-run steelhead typically return to fresh water in a sexually immature condition between April and December. Winter-run steelhead return from November to May and are typically closer to full sexual maturity at the time of freshwater entry. Adults that were found from scale analysis to have spent 2 or more years in fresh water prior to ocean entry were considered wild. Fish with only 1 year of pre-ocean growth were assumed to be of hatchery origin. This criterion for separating hatchery and wild fish is based on the common observation that wild steelhead juveniles are usually at least 2 years old when they undergo transformation to smolts and migrate to the sea (Wagner et al. 1963), whereas hatchery fish normally become smolts after only 1 year of rearing, whereupon they are released and move to the sea. Age data from steelhead smolts trapped from the Kalama River on their downstream seaward migration support the use of this criterion. Only 6.1% of the wild smolts were less than 2 years old and hatchery smolts older than 1 year were not observed (Loch et al. 1985). Each adult group was abbreviated as follows: HS = hatchery summer-run, WS = wild summer-run, HW = hatchery winter-run, and WW = wild winter-run. Frequencies of the $A'$ allele were estimated from a subsample of at least 150 fish from each adult group and adjusted for changes in bimonthly sampling fraction within a given year by the equation

$$F_i = \sum_j Q_{ij} PR_{ij};\qquad (1)$$

$F_i$ = the $A'$ frequency for the $i$th group ($i =$ HS, WS, HW, or WW);

$Q_{ij}$ = the $A'$ frequency for the $i$th group during

Plfs Exhibit 45
Page 3 of 11

Downloaded by [UQ Library] at 16:59 14 July 2015

728                                CHILCOTE ET AL.

the 2-month sampling interval $j$ ($j = 1$, 2, 3, 4, 5, or 6);

$PR_{ij}$ = the proportion of the total run for group $i$, counted during the 2-month sampling interval $j$.

*Relative spawner-group proportions.* — Potential egg depositions were used to estimate the reproductive proportion of each spawner group. These were computed from the estimated number of females that spawned within the watershed and group-specific fecundities. The number of female spawners was estimated from counts of fish trapped at KFSH. Based on Kalama River adult tagging and recovery data (WDG, unpublished data), we estimated the proportion of fish counted at KFSH that were subsequently caught by anglers before spawning. However, it was not possible to compute spawner numbers directly from these data alone because the adult trap at KFSH captured only those fish diverted into a fish ladder that bypassed a 3.4-m "barrier" falls. Many steelhead were capable of jumping the obstacle, thereby avoiding capture and direct enumeration. Through tagging and upper-river snorkeling surveys, we were able to estimate the proportion of summer-run steelhead that jumped the falls (Leider et al. 1984). Due to high, turbid water, characteristic of the winter season, we were unable to make snorkeling surveys for winter steelhead. We suspect that the higher river discharges during the winter months allow steelhead to jump over the falls less frequently. Therefore, we assumed that the jumping proportion for winter-run steelhead was one-half that estimated for summer-run fish. Based on this approach we computed the number of female spawners for each group from: (rack count for female spawners) × (1 − proportion caught by anglers) × [1/(1 − $J$)]; $J$ = jumping proportion. We calculated the reproductive proportion for each spawner group from the equation

$$P_i = FS_i E_i / TE; \tag{2}$$

$P_i$ = reproductive proportion for the $i$th spawner group;

$FS_i$ = number of female spawners for the $i$th spawner group;

$E_i$ = group-specific fecundity (eggs/female: $E_{HS} = 4,000$; $E_{WS} = 2,600$; $E_{HW} = 3,850$; $E_{WW} = 3,400$; WDG, unpublished data);

$TE$ = total potential egg deposition for all spawner groups.

*Offspring sampling.* — Subyearling steelhead were



FIGURE 2.—Kalama River watershed showing locations of Kalama Falls Salmon Hatchery (solid triangle), stream sections where effects of genetic marks were studied (solid squares), and sampling sites for steelhead subyearlings (solid circles).

electrofished each August from 25 sample sites within the Kalama River watershed (Figure 2). At each site, we randomly collected fish from a 100-m-long stream section.

We collected wild steelhead smolts from the Kalama River at KFSH with a hydraulically powered traversing fyke net similar to the apparatus described by Tyler (1979). We operated this trap two or three nights per week from mid-March to mid-June for the duration of our study. Frequencies of the $A'$ allele were calculated for each cohort (brood year) after a subsample of wild smolts captured was aged and genetically analyzed.

*Contribution of hatchery spawners.* — Genetically marked hatchery summer-run spawners potentially contributed to the naturally produced juvenile steelhead sampled from the Kalama River as subyearlings from 1979 to 1982 and as smolts from 1981 to 1984. Presumably, a large difference in $A'$ frequencies between genetically marked HS spawners and the three unmarked spawner groups, WS, HW, and WW, would make estimates of the reproduction contribution of HS spawners possible. For example, if the $A'$ frequency for sampled juveniles was similar to that for HS spawners, the contribution of HS to natural production would be high. Conversely, if juvenile steelhead had an $A'$ frequency similar to the composite frequency of the three spawner groups WS, HW, and WW, the contribution of HS to natural production would be low. This proportional relationship between $A'$ frequencies and contribution of HS spawners was the basis for the computational equation

$$C_{HS} = (f_o - F_{OG})/(F_{HS} - F_{OG}); \tag{3}$$

Downloaded by [UQ Library] at 16:59 14 July 2015

$C_{HS}$ = the contribution of HS spawners to naturally produced steelhead, expressed in terms of the proportion of juveniles that had HS parents;

$f_o$ = the $A'$ frequency for naturally produced juvenile steelhead;

$F_{HS}$ = the $A'$ frequency for hatchery summer-run spawners;

$F_{OG}$ = the $A'$ frequency for other spawner groups, computed from $F_{OG} = (F_{WS}P_{WS} + F_{HW}P_{HW} + F_{FF}P_{WW})/(P_{WS} + P_{HW} + P_{WW})$; $F_i$ and $P_i$ are defined in equations (1) and (2) for the $i$th spawner group.

It should be noted that $F_{OG}$ was computed on the assumption that the reproductive capabilities of the WS, HW, and WW spawner groups were not substantially different. We recognize that for the HW group this is probably an invalid assumption. However, HW spawners make up the smallest fraction of the total spawning population and have very few $A'$ genes (as subsequent data will show). Their inclusion will not change the outcome of equation (3) more than 5% even if they are totally unsuccessful at spawning under natural conditions. If it had been possible to distinguish between summer-run and winter-run subyearlings or smolts, an $f_o$ for only summer-run offspring could have been obtained and all winter-run data disregarded (i.e., we could have used $F_{WS}$ instead of $F_{OG}$).

We wished to estimate the production of naturally produced summer-run offspring that had hatchery parents and not the proportion of all offspring (summer-run plus winter-run) that had HS parents as given by equation (3). To accomplish this we derived the relationship

$$C_h = C_{HS}/(C_{HS} + C_{WS});\tag{4}$$

$C_h$ = the proportion of naturally produced summer-run offspring that had HS parents;

$C_{WS}$ = $[P_{WS}/(P_{WS} + P_{HW} + P_{WW})](1 - C_{HS}).$

Because $C_h$ refers only to summer-run offspring, we were able to estimate the proportion of summer-run offspring that had wild parents ($C_w$) from $C_w = 1 - C_h$.

*Reproductive success of hatchery spawners.* — We computed the reproductive success of hatchery spawners relative to wild spawners by the equation

$$RS_h = C_h P_w/C_w P_h;\tag{5}$$

$RS_h$ = the reproductive success of HS steelhead relative to WS steelhead ($RS_w = 1$);

$P_h$ = $P_{HS}/(P_{HS} + P_{WS});$

$P_w$ = $1 - P_h.$

Values for $RS_h$ may be less than, equal to, or greater than 1, indicating that hatchery fish have reproductive success lower than, equal to, or greater than wild fish, respectively.

*Effect of genetic mark.* — To determine if the innate capabilities of hatchery fish offspring to survive under natural conditions was influenced by the genetic mark, we tested the relative survivals of genetically marked and unmarked hatchery steelhead.

In 1980, a portion of the adult hatchery summer steelhead trapped in 1980 at the KFSH were tissue-sampled for electrophoresis, given numbered anchor tags, and released into a holding pond. These fish were predominately returns from genetically marked smolts planted into the Kalama River in 1978. Those fish with $A'A$ genotypes were retained and moved to the Skamania Hatchery. Thirteen males and 13 females were ultimately used for spawning. Spawners were divided into four groups and gametes from the fish in each group were thoroughly mixed. Because all matings involved $A'A$ individuals, the expected genotype ratio of the test group offspring was 1:2:1 ($AA{:}A'A{:}A'A'$). To test this expectation, fish were sampled before they were stocked. After the progeny absorbed their yolk sacs, they were fed for 2 weeks and then scatter-planted on April 20 and 22, 1981, at a targeted density of 2.0 fish/m$^2$ into preselected study sections of four Kalama River tributaries: Italian, Knowlton, Lost, and Elk creeks (Figure 2). Planting allotments were determined from stream-surface measurements of each study section taken in March 1981 and ranged from 1,350 fish for Italian Creek to 6,600 fish for Knowlton Creek. We selected these study sections because resident rainbow trout *Salmo gairdneri* were not present, and barrier waterfalls prevented intrusions of steelhead from the Kalama River. Before fish were planted, candidate streams were electrofished at representative sections above waterfalls to verify the preplanting absence of rainbow trout.

In August, approximately 4 months after they were planted, subyearling steelhead were electrofished from each study section and individually examined for AGP-1 genotype. We collected postyearling fish in downstream migrant traps in each of the four streams from mid-March to mid-June. We also obtained postyearling fish by electrofish-

Plfs Exhibit 45
Page 5 of 11

CHILCOTE ET AL.

Downloaded by [UQ Library] at 16:59 14 July 2015

ing the entire length of each of the four study stream sections in late June 1983. We distinguished steelhead from co-occurring cutthroat trout *Salmo clarki* by examining basibranchial teeth, external orange-red hyoid marks, and lateral line scale counts. Scale samples taken at the time of collection or during tissue sample preparation were analyzed to determine age.

In 1982, exact replication of the methods used in 1981 was not possible due to sudden outbreak of infectious hematopoietic necrosis (IHN) at several steelhead hatcheries in southwestern Washington. To help control further transmission of IHN, five modifications to our methodology were made. Adult steelhead were transferred by truck to the WDG Beaver Creek Hatchery (Elochoman River) for holding, spawning, and egg incubation instead of to the Skamania Hatchery as in 1981. Eggs from females that were determined by subsequent pathological testing to be IHN carriers were destroyed. Nineteen females and 13 males, predominantly returning adults from the 1979 smolt release, were used for parents. Sperm combined from two to four males was used to fertilize a sample of eggs from each female. The egg incubation system we used and the necessary destruction of eggs from IHN carrier females limited the number of progeny available. As a result, we reduced the test stream planting densities in 1982 to 1.5 fish/m$^2$.

We compared the observed genotype distributions of subyearlings and postyearlings to the 1:2:1 expectation and calculated partial fitness values for each genotype. Partial fitnesses ($W^*$) for each genotype were standardized relative to the $AA$ genotype (i.e., $W^*_{AA} = 1.000$) by Redfield's (1974) method. This procedure makes it possible to state the survival of fish with $A'A$ and $A'A'$ genotypes as a proportion of the survival for fish with the $AA$ genotype. For example, if $W^*_{A'A'} = 0.500$, then $A'A'$ fish survived one-half as well as those with $AA$ genotypes.

### Results

#### Spawners

The primary steelhead spawner group in the Kalama River was HS followed, in decreasing proportions, by WW, WS, and HW steelhead (Table 1). For summer-run steelhead, the ratio of hatchery to wild reproductive proportions was quite large; the smallest value (4.5:1) occurred for the 1981 brood.

Of the four spawner groups using the Kalama River, HS, as expected, had the highest $A'$ fre-

TABLE 1.—The reproductive proportion and associated AGP-1 $A'$ frequencies of four steelhead spawner groups utilizing the Kalama River, 1979–1982.

| Brood year | Spawner group | | | |
|---|---|---|---|---|
| | Hatchery summer | Wild summer | Hatchery winter | Wild winter |
| | Reproductive proportions ($P_i$) | | | |
| 1979 | 0.734 | 0.088 | 0.068 | 0.110 |
| 1980 | 0.554 | 0.106 | 0.123 | 0.217 |
| 1981 | 0.673 | 0.148 | 0.060 | 0.119 |
| 1982 | 0.858 | 0.057 | 0.027 | 0.058 |
| | AGP-1 $A'$ frequency ($F_i$) | | | |
| 1979 | 0.413 | 0.047 | 0.052 | 0.044 |
| 1980 | 0.400 | 0.095 | 0.012 | 0.002 |
| 1981 | 0.317 | 0.108 | 0.019 | 0.017 |
| 1982 | 0.365 | 0.099 | 0.030 | 0.003 |

quency (Table 1). However, a varying proportion of HS adults returning to the Kalama River were not genetically marked (i.e., had $AA$ genotypes) and therefore were strays from other rivers. (Recall that, in four successive years, the only summer-run steelhead smolts released into the Kalama River had either $A'A$ or $A'A'$ genotypes.) The frequencies of HS $A'$ alleles would have been greater had it not been for these strays. This was particularly true for the 1980–1981 spawning season when a substantial number of the fish destined for the neighboring Toutle and Cowlitz rivers were diverted into the Kalama River because of silt barriers resulting from the volcanic eruption of nearby Mount St. Helens (Lucas 1985).

*Offspring.*—With the exception of smolt data for the 1981 brood year, offspring $A'$ frequencies were significantly greater than the composite $A'$ frequency for WS + HW + WW spawners, $F_{OG}$ (Table 2: $\chi^2$ tests; $P < 0.05$). The additional $A'$ genes were apparently contributed by successful genetically marked HS spawners. These data demonstrate that a portion of the offspring of naturally

TABLE 2.—Observed ($f_o$) frequencies of the AGP-1 $A'$ allele, and frequencies adjusted to preselection conditions ($f_o'$), by brood year for naturally produced subyearling and smolt steelhead from the Kalama River, 1979–1982.

| Brood year | Subyearlings | | | Smolts | | |
|---|---|---|---|---|---|---|
| | $f_o$ | $f_o'$ | $N$ | $f_o$ | $f_o'$ | $N$ |
| 1979 | 0.165 | 0.303 | 763 | 0.134 | 0.179 | 67 |
| 1980 | 0.109 | 0.211 | 757 | 0.139 | 0.183 | 54 |
| 1981 | 0.069 | 0.144 | 615 | 0.080 | 0.105 | 50 |
| 1982 | 0.179 | 0.315 | 703 | 0.192 | 0.234 | 26 |

Plfs Exhibit 45
Page 6 of 11

TABLE 3.—Partial fitnesses ($W^*$) for juvenile steelhead possessing three AGP-1 genotypes and collected from four study streams within the Kalama River watershed. Values in parentheses represent the number of each genotype observed.

| Test group | AGP-1 genotype | | | N |
|---|---|---|---|---|
| | AA | A'A | A'A' | |
| **Subyearlings[a]** | | | | |
| 1981 | 1.000 (99) | 0.308 (61) | 0.192 (61) | 179 |
| 1982 | 1.000 (95) | 0.553 (105) | 0.474 (45) | 245 |
| Pooled | 1.000 (194) | 0.429 (166) | 0.330 (64) | 424 |
| **Postyearlings[b]** | | | | |
| 1981 | 1.000 (6) | 0.583 (7) | 0.500 (3) | 16 |
| 1982 | 1.000 (44) | 0.807 (71) | 0.636 (28) | 143 |
| Pooled | 1.000 (50) | 0.780 (78) | 0.620 (31) | 159 |

[a] Age-0.

[b] 1981 test group: age-2; 1982 test group: age-1.

TABLE 4.—Estimated offspring proportions ($C_h$) of naturally spawning hatchery summer-run steelhead in the Kalama River, and their offspring proportions ($C_h'$) and reproductive success ($RS_h'$) adjusted for the adverse survival effects associated with a genetic mark.

| Brood year | $C_h$ | $C_h'$ | $RS_h'$ |
|---|---|---|---|
| **Subyearlings** | | | |
| 1979 | 0.590 | 0.875 | 0.839 |
| 1980 | 0.542 | 0.803 | 0.782 |
| 1981 | 0.082 | 0.520 | 0.238 |
| 1982 | 0.833 | 0.930 | 0.878 |
| Mean | 0.512 | 0.782 | 0.684 |
| **Smolts** | | | |
| 1979 | 0.590 | 0.630 | 0.204 |
| 1980 | 0.642 | 0.750 | 0.576 |
| 1981 | 0.163 | 0.324 | 0.105 |
| 1982 | 0.677 | 0.781 | 0.236 |
| Mean | 0.518 | 0.621 | 0.280 |

Downloaded by [UQ Library] at 16:59 14 July 2015

spawning HS steelhead survived to the subyearling and smolt stages.

### Effect of the Genetic Mark

Prior to the release of the 1981 brood into study streams, a sample of 141 subyearlings showed AGP-1 genotype ratios of 31 $AA$:76 $A'A$:34 $A'A'$. This distribution was not significantly different from a 1:2:1 expectation ($\chi^2$ test; $P > 0.05$). A similar analysis of the 1982 brood failed because the storage freezer malfunctioned and tissues lost their enzyme activity.

We had difficulty collecting enough postyearling fish from our four study streams for statistical analysis. In 1983, we obtained only 16 age-2 fish from the 1981 test group. Therefore, we collected the 1982 test group (as age-1 fish) also in 1983. No age-2 fish from the 1982 test group were obtained in 1984.

The partial fitnesses ($W^*$) we obtained for the three AGP-1 genotypes were not equal (Table 3). In all cases, $W^*_{AA} > W^*_{A'A} > W^*_{A'A'}$, a statistically significant result (Friedman's test; $P < 0.01$). Apparently, juvenile steelhead possessing the genetic mark $A'$ survived less frequently than fish without the genetic mark (i.e., $AA$ genotypes).

### Contribution of Hatchery Spawners

Proportions of the naturally produced juvenile summer-run steelhead were offspring of hatchery spawners. Although variable from year to year, the average proportion of hatchery offspring ($C_h$) was 0.512 for subyearlings and 0.518 for the smolts (Table 4). Because the genetic mark apparently affected survival, these $C_h$ values were the outcome of two, presumably additive, components: hatchery stock lineage and genetic marking. To gauge the effect of hatchery stock lineage independently of the genetic mark, we first estimated "preselection" $A'$ gene frequencies for the subyearling and smolt samples

$$f_o' = \frac{(N_{A'A}/W^*_{A'A}) + 2(N_{A'A'}/W^*_{A'A'})}{2[(N_{AA}/W^*_{AA}) + (N_{A'A}/W^*_{A'A}) + (N_{A'A'}/W^*_{A'A'})]}; \quad (6)$$

$f_o'$ = the adjusted $A'$ frequency prior to selection against the genetic mark in stream habitats;

$N_{AA}, N_{A'A}, N_{A'A'}$ = the number of each genotype observed in the offspring sample;

$W^*_{AA}, W^*_{A'A}, W^*_{A'A'}$ = the relative AGP-1 genotype fitnesses; here, $W^*_{AA} = 1.000$, $W^*_{A'A} = 0.429$, and $W^*_{A'A'} = 0.330$ for subyearlings (pooled data from Table 3), and $W^*_{A'A} = 0.780$ and $W^*_{A'A'} = 0.620$ for postyearlings (pooled data from Table 3).

Substituting the resulting preselection $f_o'$ values (Table 2) for $f_o$ in equation (3), we computed the adjusted hatchery offspring proportions ($C_h'$). As anticipated, the adjusted hatchery offspring proportions were larger than unadjusted values for

Plfs Exhibit 45
Page 7 of 11

Downloaded by [UQ Library] at 16:59 14 July 2015

both subyearlings and smolts (Table 4). However, the change was greater for subyearling data (mean $C_h = 0.512$ to $C_h' = 0.782$) than for the smolt data (mean $C_h = 0.518$ to $C_h' = 0.621$). These unequal increases were primarily a result of the dissimilarity between the $W^*$ values used in the $f_o'$ calculations for subyearlings and smolts.

### Reproductive Success of Hatchery Spawners

We adjusted reproductive success estimates for hatchery spawners to account for the adverse effects of the genetic mark by using $C_h'$ instead of $C_h$ in the computations described by equations (4) and (5). For subyearling data, the adjusted reproductive success of hatchery spawners ($RS_h'$) ranged from 0.238 to 0.878 and averaged 0.684 (Table 4). The mean $RS_h'$ we computed from smolt data, 0.280, indicated that offspring of hatchery spawners suffered disproportionly higher mortalities; their survival over the 4-year period averaged only 28% that of progeny from wild spawners.

### Discussion

Our study indicated that wild steelhead spawners were more likely to produce surviving subyearlings and smolts than were hatchery spawners. The magnitude of this difference was considerable, especially for smolt offspring. However, even in the face of this difference, we found that the majority of smolts that emigrated from the Kalama River were the offspring of naturally spawning hatchery fish. This occurred because hatchery spawners outnumbered wild spawners by a large margin.

Although supportive data are not available, it seems reasonable that some of the smolts from naturally spawning hatchery parents survive to return as adults and eventually spawn. Therefore, for any given year, our adult wild steelhead category may have included a substantial number of offspring from naturally spawning hatchery fish. If these second-generation hatchery fish could have been identified and removed from the "wild" fish category in our computations of reproductive success, $RH_h'$ values may have been considerably lower. The difference we observed in reproductive success between hatchery and wild spawners is probably smaller than would have been obtained had it been possible to test the original, indigenous Kalama River steelhead population against present hatchery stock.

The hatchery stock we evaluated in our comparisons was not originally derived from Kalama River steelhead and it is possible that the difference we attributed to hatchery-related effects was actually due to persistent genetic difference between the source populations for the hatchery stock (Klickitat and Washougal river steelhead) and indigenous Kalama River fish. Had we conducted our studies in the Washougal or Klickitat rivers, perhaps different results would have been obtained. However, Parkinson (1984), in a comprehensive examination of the genetic structure of indigenous steelhead populations in British Columbia, concluded that geographic distance was not an infallible measure of genetic similarity.

Without prior genetic data we can not assume that a genetic difference did (or did not) exist among the indigenous steelhead of the Kalama, Washougal, and Klickitat rivers prior to the culture of steelhead at the Skamania Hatchery. In terms of current fisheries management, this potential ambiguity is of no practical significance. The hatchery summer-run steelhead smolts planted in the rivers of southwestern Washington are almost exclusively of Skamania Hatchery stock. Therefore, the results we obtained on the Kalama River are most likely applicable to other streams in this region under the present fish-stocking program.

Our evaluation of the success of naturally spawning HS steelhead could have been influenced by inbreeding caused by small numbers of parents used to create the genetically marked smolts. For example, in 1977, genetically marked smolts were the offspring of 30 females and only two males. Inbreeding coefficients for the 1976, 1977, 1978, and 1979 genetically marked smolt releases were 0.03, 0.07, 0.02, and 0.01, respectively. For domestic strains of rainbow trout, the critical level for inbreeding appears to be about 0.18 (Kincaid 1977). Adverse survival effects from inbreeding (inbreeding depression), would not seem likely for our test groups because they all had inbreeding rates below the 0.18 critical level. However, we acknowledge that survival effects associated with inbreeding levels 0.07 or lower may be subtle and manifest themselves only in response to the stresses of a natural environment. Regardless, we assumed our study results were not substantially influenced by this possible inbreeding depression effect.

The reproductive differences we observed between hatchery and wild spawners were probably genetically mediated. One genetically controlled feature that may be of particular importance is time of spawning. Spawning time for Skamania Hatchery fish has been advanced as a result of artificial selection for this trait since 1958 (Ayerst 1977). Leider et al. (1984) confirmed that the ear-

Plfs Exhibit 45
Page 8 of 11

Downloaded by [UQ Library] at 16:59 14 July 2015

lier spawning time for Skamania Hatchery summer steelhead was maintained under natural condition in the Kalama River watershed. Under natural conditions, early spawning may have adverse consequences in terms of reproductive success. In western Washington, the period of greatest flooding and associated stream-bed scouring typically occurs during December and January. As suggested by Cederholm (1984), it may be advantageous for steelhead to avoid spawning prior to February in order to escape these conditions, thereby minimizing mortalities of eggs and preemergent larvae. Although our subyearling $RS_h'$ data correspond with this theory (i.e., lower survival for the earlier spawning hatchery fish), they do not prove it. Additional research on this topic is warranted.

The superior survival advantage demonstrated by the offspring of wild spawners between the subyearling and smolt stages suggests that mechanisms other than early spawning may explain our results. The common hatchery practice of culling out slow-growing juvenile fish may produce hatchery stock with higher frequencies for genotypes associated with attributes of fast growth, better assimilation of hatchery foods, or tolerance of crowding. If genotypes exist that actually correlate with such characteristics, offspring of hatchery spawners inheriting these traits would probably be at a disadvantage under most natural conditions. Another possibility is that easily observable traits having varying degrees of genetic basis (e.g., fecundity, time of spawning, growth rate, age at maturity) are often targets of artificial selection (both intentional and unintentional) under hatchery operations. Possibly, the genetic material for such traits is partially linked with alleles of unrelated polymorphic loci that influence, in ways that are yet unknown, survival in nature. Therefore, artificial selection may not only operate on observable traits; it may also modify the frequencies of unrelated alleles that play important roles in natural survival. Although such events are largely unpredictable on an individual basis, their probability of occurrence undoubtedly increases with the amount of artificial selection to which a hatchery stock is subjected.

### Management Implications

It is unlikely that hatchery and wild steelhead are genetically identical. They appear to differ for key, yet unknown, traits that affect offspring survival, as our low $RS_h'$ values for smolts suggest. However, this genetic difference is not so great or

unadaptive that hatchery spawners are rendered totally unsuccessful. Because of this, the genetic integrity of wild populations may be threatened in situations where hatchery spawners greatly outnumber wild spawners, as in the Kalama River. As the genetic integrity of a population is repeatedly breached, the loss of unique genetic resources becomes increasingly probable. This is more than simply an academic concern. The ability of managed fish populations to maintain high levels of natural productivity may depend on the preservation of unique genetic resources. For a given river system, the number of naturally produced fish available to anglers may be proportional to how well the genetic integrity of the population has been maintained.

Until the nature of the differences between hatchery and wild fish is better understood, and perhaps controlled, we recommend that fishery managers minimize the number of returning hatchery fish that escape to spawn naturally through selective harvest regulations, smaller plants of hatchery smolts, or both. We also suggest that a rigorous evaluation of the use of wild fish as the sole source of broodstock in hatchery operations may reveal an appropriate third method for maintaining the genetic integrity of wild populations.

In developing spawner–recruit relationships, both hatchery and wild spawners should be incorporated. Hatchery fish apparently do contribute to natural populations and, therefore, they should be included in such models, albeit weighted at a lower reproductive potential. For spawner–smolt recruitment models, our data suggest that for summer-run steelhead, hatchery spawners should be weighted by a factor of $RS_h' \times$ (fecundity of hatchery fish/fecundity of wild fish), which for the Kalama River is $0.28(3,900/2,600) = 0.420$. The effective number of spawners then is calculated by multiplying 0.420 by the number of hatchery spawners and then adding this result to the number of wild spawners.

Given this knowledge, however, we recommend that fishery managers resist the temptation to replace or supplement low numbers of wild steelhead spawners with hatchery fish in order to achieve a desired smolt production goal. Our $RS_h'$ values were determined for hatchery and wild stocks in the Kalama River at specific spawner densities and ratios of hatchery to wild spawners. Additional research is needed to examine the effect of stock origin, spawner density, and wild : hatchery spawner ratios on hatchery spawner recruitment potentials. Until such studies are completed

734 CHILCOTE ET AL.

Downloaded by [UQ Library] at 16:59 14 July 2015

the "wild spawner equivalency" factor suggested by our data $(1/0.420 = 2.38)$ should be used with caution.

The genetic marking of fish as a tool for assessing stock interactions and survival has been used in this and several other studies (Reisenbichler and McIntyre 1977; Schweigert et al. 1977; Murphy et al. 1983). Based on our findings, we recommend that biologists employing genetic marking techniques carefully evaluate any proposed mark for possible effects on the survival of the fish being tested. Different stocks potentially have different genetic backgrounds and it is advisable to test candidate alleles in each new population targeted for marking.

## Acknowledgments

We thank Bruce Crawford, Jim Johnston, and Fred Utter for their involvement during the early phases of this study. We also thank Steve Irvin, Vince Janson, Rob Jones, Bob Leland, June Little, Jack Tipping, Stan Woody, and Washington Department of Fisheries personnel at the Kalama Falls Salmon Hatchery for their assistance. This study was supported entirely by funds from the National Marine Fisheries Service, United States Department of Commerce.

## References

Allendorf, F. W. 1975. Genetic variability in a species possessing extensive gene duplication: genetic interpretation of duplicate loci and examination of genetic variation of populations of rainbow trout. Doctoral dissertation. University of Washington, Seattle.

Allendorf, F. W., and S. R. Phelps. 1980. Loss of genetic variation in a hatchery stock of cutthroat trout. Transactions of the American Fisheries Society 109: 537–543.

Ayerst, J. T. 1977. The role of hatcheries in rebuilding steelhead runs of the Columbia River system. American Fisheries Society Special Publication 10:84–88.

Calaprice, J. R. 1969. Production and genetic factors in managed salmonid populations. Pages 377–388 in T. G. Northcote, editor. Symposium on salmon and trout in streams. H. R. MacMillan Lectures in Fisheries, University of British Columbia, Vancouver.

Cederholm, C. J. 1984. Clearwater River wild steelhead spawning timing. Pages 257–268 in J. Walton and D. B. Houston, editors. Proceedings of the Olympic wild fish conference. Peninsula College, Port Angeles, Washington.

Chilcote, M. W., B. A. Crawford, and S. A. Leider. 1980. A genetic comparison of sympatric populations of summer and winter steelheads. Transactions of the American Fisheries Society 109:203–206.

Crawford, B. A. 1979. The origin and history of the trout brood stocks of the Washington Department of Game. Washington Department of Game, Olympia.

Cross, T. F., and J. King. 1983. Genetic effects of hatchery rearing Atlantic salmon. Aquaculture 33: 33–40.

Helle, J. H. 1981. Significance of the stock concept in artificial propagation of salmonids in Alaska. Canadian Journal of Fisheries and Aquatic Sciences 38:1665–1671.

Kincaid, H. L. 1977. Rotational line crossing: an approach to the reduction of inbreeding accumulation in trout brood stocks. Progressive Fish-Culturist 39: 179–181.

Krueger, C. C., and B. W. Menzel. 1979. Effects of stocking on genetics of wild brook trout populations. Transactions of the American Fisheries Society 108: 277–287.

Leider, S. A., M. W. Chilcote, and J. J. Loch. 1984. Spawning characteristics of sympatric populations of steelhead trout (Salmo gairdneri): evidence for partial reproductive isolation. Canadian Journal of Fisheries and Aquatic Sciences 41:1454–1462.

Loch, J. J., M. W. Chilcote, and S. A. Leider. 1985. Kalama River studies final report. Part II. Juvenile downstream migrant studies. Washington Department of Game, Fisheries Management Division Report 85-12, Olympia.

Lucas, R. E. 1985. Recovery of game fish populations impacted by the May 18, 1980, eruption of Mt. St. Helens. Part I. Recovery of the winter-run steelhead in the Toutle River watershed. Washington Department of Game, Fisheries Management Division Report 85-9A, Olympia.

Murphy, B. R., L. A. Nielson, and B. J. Turner. 1983. Use of genetic tags to evaluate stocking success for reservoir walleyes. Transactions of the American Fisheries Society 112:457–463.

Parkinson, E. A. 1984. Genetic variation in populations of steelhead trout (Salmo gairdneri) in British Columbia. Canadian Journal of Fisheries and Aquatic Sciences 41:1412–1420.

Redfield, J. A. 1974. Genetics and selection at the Ng locus in blue grouse (Dendragapus obscurus). Heredity 33:69–78.

Reisenbichler, R. R., and J. D. McIntyre. 1977. Genetic differences in growth and survival of juvenile hatchery and wild steelhead trout, Salmo gairdneri. Journal of the Fisheries Research Board of Canada 34:123–128.

Ryman, N., and G. Ståhl. 1980. Genetic changes in hatchery stocks of brown trout (Salmo trutta). Canadian Journal of Fisheries and Aquatic Sciences 37:82–87.

Schweigert, J. F., F. J. Ward, and J. W. Clayton. 1977. Effects of fry and fingerling introductions on walleye (Stizostedion vitreum vitreum) production in West Blue Lake, Manitoba. Journal of the Fisheries Research Board of Canada 34:2142–2150.

Tyler, R. W. 1979. Method of sampling seaward migrations of juvenile salmon. Progressive Fish-Culturist 41:78–81.

Utter, F. W., F. W. Allendorf, and B. May. 1976. The use of protein variations in the management of salmonid populations. Transactions of the North American Wildlife Conference 41:373–384.

Vuorinen, J. 1984. Reduction of genetic variability in a hatchery stock of brown trout, *Salmo trutta* L. Journal of Fish Biology 24:339–348.

Wagner, H. H., R. L. Wallace, and H. J. Campbell. 1963. The seaward migration and return of hatchery-reared steelhead trout, *Salmo gairdneri* Richardson, in the Alsea River, Oregon. Transactions of the American Fisheries Society 92:202–209.

Wishard, L. N., J. E. Seeb, F. M. Utter, and D. Stefan. 1984. A genetic investigation of suspected redband trout populations. Copeia 1984:120–132.

Received June 21, 1985
Accepted May 26, 1986

Downloaded by [UQ Library] at 16:59 14 July 2015