**Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Response**

Continued Operation and Maintenance of the Columbia River System

NMFS Consultation Number: WCRO 2020-00113

Action Agencies: Bonneville Power Administration
U.S. Army Corps of Engineers
U.S. Bureau of Reclamation

Affected Species and NMFS' Determinations:

| ESA-Listed Species | Status | Is Action Likely to Adversely Affect Species? | Is Action Likely To Jeopardize the Species? | Is Action Likely to Adversely Affect Critical Habitat? | Is Action Likely To Destroy or Adversely Modify Critical Habitat? |
|---|---|---|---|---|---|
| Snake River Spring/Summer Chinook Salmon | Threatened | Yes | No | Yes | No |
| Snake River Basin Steelhead | Threatened | Yes | No | Yes | No |
| Snake River Sockeye Salmon | Endangered | Yes | No | Yes | No |
| Snake River Fall Chinook Salmon | Threatened | Yes | No | Yes | No |
| Upper Columbia River Spring-Run Chinook Salmon | Endangered | Yes | No | Yes | No |
| Upper Columbia River Steelhead | Threatened | Yes | No | Yes | No |
| Middle Columbia River Steelhead | Threatened | Yes | No | Yes | No |
| Columbia River Chum Salmon | Threatened | Yes | No | Yes | No |
| Lower Columbia River Chinook Salmon | Threatened | Yes | No | Yes | No |
| Lower Columbia River Steelhead | Threatened | Yes | No | Yes | No |
| Lower Columbia River Coho Salmon | Threatened | Yes | No | Yes | No |
| Upper Willamette River Chinook Salmon | Threatened | Yes | No | Yes | No |
| Upper | Threatened | Yes | No | Yes | No |

Plfs Exhibit 46
Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| Willamette River Steelhead | | | | | |
| Southern DPS of Eulachon | Threatened | Yes | No | Yes | No |
| Southern DPS of Green Sturgeon | Threatened | No | N/A | No | N/A |
| Southern Resident Killer Whales | Endangered | No | N/A | No | N/A |

**Consultation Conducted By:** National Marine Fisheries Service, West Coast Region

**Issued By:**

Michael P. Tehan
Assistant Regional Administrator
Interior Columbia Basin Office
NMFS West Coast Region

**Date:** July 24, 2020

Plfs Exhibit 46
Page 2 of 4

access to historically productive habitats and reduced the quality of remaining habitat by weakening important watershed processes and functions (ODFW and NMFS 2011).

- Predation by birds, native and non-native fish, and marine mammals, including increasing marine mammal predation at Willamette Falls (NMFS 2016e, Brown et al. 2017). Piscivorous birds, including Caspian terns and cormorants, and fishes, including northern pikeminnow, take significant numbers of juvenile steelhead. Steelhead smolts are especially vulnerable to Caspian tern predation in the Columbia River (Evans et al. 2018). Pikeminnow are significant predators of yearling juvenile migrants in the Willamette and Columbia Rivers (Friesen and Ward 1999). The magnitude of pinniped predation for UWR steelhead in the estuary is not known, though the presence of California sea lions and Steller sea lions at the Astoria Mooring Basin has been increasing over the past few years. Similarly, the number of sea lions observed at Willamette Falls has also been increasing.

- The presence of hatchery-reared and feral hatchery-origin fish that may affect the growth and survival of juvenile late-winter steelhead. In the North and South Santiam Rivers, juveniles are largely confined by dams to below much of their historical spawning and rearing habitat. Releases of large numbers of hatchery-origin summer steelhead may temporarily exceed rearing capacities and displace winter juvenile steelhead.

- Historical harvest, although significant reforms were implemented in the early 1990s, and whereas harvest may have been a listing factor for winter steelhead, the reforms that have been implemented have reduced fishery harvest impacts such that it is no longer identified as a limiting factor. The current exploitation rates on natural-origin steelhead from sport fisheries are in the range of 0 to 3 percent, and steelhead are not intercepted in ocean fisheries to a measurable degree. There is some additional incidental mortality in the commercial net fisheries for hatchery Chinook salmon and steelhead in the lower Columbia River (ODFW and NMFS 2011).

- Climate change effects, including increased stream temperatures, changes in precipitation/streamflow, and years of low ocean productivity (NMFS 2016e).

*2.14.1.1.6 Information on Status of the Species since the 2016 Status Review*

Abundance data for UWR steelhead are available from counts at the Willamette Falls fishway. UWR steelhead as counted at Willamette Falls were at a relatively steady but low abundance at the time of the most recent status review (NMFS 2016e). Since then, counts of adult UWR steelhead at Willamette Falls have declined dramatically, with 2017 and 2018 counts reaching only 15 to 30 percent of the 5-year geometric mean for the years 2010 through 2014 (Table 2.14-1).

Pls Exhibit 46
Page 3 of 4

The presence of hatchery-reared and feral hatchery-origin fish in the upper Willamette River basin may also affect the growth and survival of juvenile late-winter steelhead. In the North and South Santiam Rivers, juveniles are largely confined by dams below much of their historical spawning and rearing habitat. Releases of large numbers of hatchery-origin summer steelhead may temporarily exceed rearing capacities and displace winter juvenile steelhead.

NMFS (2019f) recently completed a consultation on the effects of the Corps' hatchery programs for spring Chinook salmon, summer steelhead, and rainbow trout in the upper Willamette River basin. We described ongoing concerns about the genetic and ecological effects of the non-native summer steelhead hatchery program on listed species. Recent management changes have been implemented to reduce the straying of summer steelhead in the wild. The broodstock is also being managed for earlier spawning to reduce the risk of interbreeding with winter steelhead. Releases of summer steelhead in the North and South Santiam Rivers are at the lowest levels since at least the early 1980s.

### 2.14.2.8 Recent Ocean and Lower River Harvest

There is no directed fishery for winter steelhead in the ocean or lower Columbia River. There is some incidental mortality in the commercial net fisheries for hatchery Chinook salmon and steelhead in the lower Columbia River (total freshwater harvest is estimated to be about 9.5 percent of steelhead). Tribal fisheries occur above Bonneville Dam and do not impact UWR steelhead (NWFSC 2015).

### 2.14.2.9 Predation

#### 2.14.2.9.1 Avian Predation

As noted above, dams and reservoirs around the Columbia River basin block sediment transport, and total sediment discharge into the river's estuary and plume is about one-third of 19th-century levels (Bottom et al. 2005). Reduced sediment discharge results in reduced turbidity in the lower river, especially during spring, which may make juvenile outmigrants more vulnerable to visual predators like piscivorous birds.

Piscivorous colonial waterbirds, especially terns, cormorants, and gulls, are having a significant impact on the survival of juvenile salmonids (including UWR steelhead) in the Columbia River. Caspian terns on Rice Island, an artificial dredged-material disposal island in the estuary, consumed about 5.4 to 14.2 million juveniles per year in 1997 and 1998, or 5 to 15 percent of all the smolts reaching the estuary (Roby et al. 2017). Efforts began in 1999 to relocate the tern colony 13 miles closer to the ocean at East Sand Island, where the tern diet would diversify to include marine forage fish. During 2001 to 2015, estimated consumption by terns on East Sand Island averaged 5.1 million smolts per year, about a 59 percent reduction compared to when the colony was on Rice Island.

Evans and Payton (2020) have not estimated avian predation rates for UWR steelhead because few of these fish are PIT tagged. The average annual predation rates by East Sand Island terns on

Plfs Exhibit 46
Page 4 of 4