Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
P.O. Box 533
Bend, Oregon 97709
Tel: 541-359-3238
frost@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 East Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

WILLAMETTE RIVERKEEPER et al.,

Plaintiffs,

vs.

NAT'L MARINE FISHERIES SERVICE et al.,

Defendants,

and

OREGON DEP'T OF FISH AND WILDLIFE,

Defendant-Intervenor.

Case No. 6:21-cv-34-AA

**PARTIES' JOINT STATUS REPORT PROPOSAL**

Pursuant to the Court's Order of September 14, 2026, ECF No. 109 at 36, counsel for Plaintiffs Willamette Riverkeeper et al., Federal Defendants National Marine Fisheries Service et al., and Defendant-Intervenor Oregon Department of Fish and Wildlife have conferred, and jointly agree as to a schedule for periodic status reports.

The parties respectfully request that the Court enter an order requiring (1) joint status reports, (2) every six months, (3) with the first report due November 2, 2026.

Date: October 14, 2026.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost (OSB #911843)
Robert Kirschner Jr. (OSB #074399)
Lindsey Hutchison (OSB #214690)

Attorneys for Plaintiffs

/s/ ______________________
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
U.S. Department of Justice
Energy and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

Attorney for Federal Defendants

DAN RAYFIELD
Attorney General

s/ Deanna Chang
DEANNA CHANG #192202
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Deanna.J.Chang@doj.oregon.gov
Of Attorneys for Defendant-Intervenor ODFW