Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
P.O. Box 533
Bend, Oregon 97709
Tel: 541-359-3238
frost@westernlaw.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 East Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

WILLAMETTE RIVERKEEPER et al.,

Plaintiffs,

vs.

NAT'L MARINE FISHERIES SERVICE et al.,

Defendants,

and

OREGON DEP'T OF FISH AND WILDLIFE,

Defendant-Intervenor.

Case No. 6:21-cv-34-AA

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Order of October 15, 2026, ECF No. 111, counsel for Plaintiffs Willamette Riverkeeper et al., Federal Defendants National Marine Fisheries Service et al., and Defendant-Intervenor Oregon Department of Fish and Wildlife (ODFW) have conferred, and hereby respectfully file this joint status report.

Federal Defendants' Report:

Pursuant to the Court's Orders at Dkt. Nos. 71 (summary judgment), 109 ("maintain[ing] jurisdiction over this case to ensure that the injunctive relief is implemented in accord with this Opinion, and to ensure that NMFS issues a revised BiOp to address the defects the Court identified" in its summary judgment Order, and directing the parties to "provide joint status reports at regular intervals"), and 111 (entering the parties' proposed schedule for filing a Joint Status Report every six months), Federal Defendants hereby provide a status report in this matter.

Since the Court's January 21, 2025, Order, granting in part and denying in part the parties' respective summary judgment motions, NMFS has been diligently working to prepare a revised Biological Opinion that assesses the impacts of summer steelhead releases, including addressing the issues and areas of concern the Court identified in its January 21, 2025, and September 14, 2026, Orders. As the agency is still considering the best path forward to address the Court's Orders in the revised BiOp, and the time needed to secure relevant approvals is unknown, the agency is unable to provide an anticipated issuance date for the BiOp at this time.

Defendant-Intervenor's Report:

The Court's injunction dated September 14, 2026 enjoined ODFW from releasing summer steelhead into the North Santiam River. ODFW is in full compliance with the injunction.

Plaintiffs' Report:

Plaintiffs respectfully request, under Rule 58(d), that the Court direct the clerk to enter judgment pursuant to Rule 58(a). Federal Defendants and ODFW take no position on Plaintiffs' request.

Date: November 2, 2026.

Respectfully submitted,

/s/ Peter M. K. Frost
Peter M. K. Frost (OSB #911843)
Robert Kirschner Jr. (OSB #074399)
Lindsey Hutchison (OSB #214690)

Attorneys for Plaintiffs

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
U.S. Department of Justice
Energy and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

Attorney for Federal Defendants

DAN RAYFIELD
Attorney General

s/ Deanna Chang
DEANNA CHANG #192202
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Deanna.J.Chang@doj.oregon.gov
Of Attorneys for Defendant-Intervenor ODFW