IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

WILLAMETTE RIVERKEEPER;
CONSERVATION ANGLER,

Plaintiffs,

v.

NATIONAL MARINE FISHERIES
SERVICE,

Defendant,

and

OREGON DEPARTMENT OF FISH
AND WILDLIFE,

Defendant-Intervenor.

Civ. No. 6:21-cv-00034-AA

**ORDER**

AIKEN, District Judge:

For the reasons set forth in the Opinion & Order of September 14, 2026, ECF No. 109, the Court's Order providing injunctive relief is final.

It is so ORDERED and DATED this ___3rd___ day of November 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge