Peter M. K. Frost (OSB #911843)
Western Environmental Law Center
P.O. Box 533
Bend, Oregon 97709
Tel: 541-359-3238
frost@westernlaw.org

Robert Kirschner Jr. (OSB #074399)
Crag Law Center
3141 East Burnside St.
Portland, Oregon 97214
Tel: 503-894-0439
rob@crag.org

Lindsey Hutchison (OSB #214690)
Willamette Riverkeeper
1210 Center Street
Oregon City, Oregon 97045
Tel: 503-223-6418
lindsey@willametteriverkeeper.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| WILLAMETTE RIVERKEEPER et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NAT'L MARINE FISHERIES SERVICE et al.,<br><br>Defendants,<br><br>and<br><br>OREGON DEP'T OF FISH AND WILDLIFE,<br><br>Defendant-Intervenor. | Civ. No. 6:21-cv-00034-AA<br><br>**DECLARATION OF PETER M. K. FROST IN SUPPORT OF BILL OF COSTS** |

I, Peter M. K. Frost, hereby declare:

1. Pursuant 28 U.S.C. § 1924 and LR 54-1(a)(1), I submit this declaration in support of Plaintiffs' bill of costs. 28 U.S.C. § 1920.

2. The bill of costs Plaintiffs have filed is correct. The itemized costs have been necessarily incurred in the case.

I declare under the penalty of perjury that the foregoing is correct. 28 U.S.C. § 1746(1).

Executed on November 17, 2026. /s/ Peter M. K. Frost
Peter M. K. Frost